IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN FONZONE (a/k/a Judy McGrath),<br>    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOE OTERI et al.,<br>    Defendants. | : | NO. 12-cv-5726 |
| | : | |

## ORDER

AND NOW, this 15th day of August 2014, it is hereby ORDERED that pursuant to Rule 41.1(a) of the Local Rules of Civil Procedure, this Court will dismiss this matter unless the parties respond to this Court in writing and show good cause as to why this matter should not be dismissed on or before September 16, 2014.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.