IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISRTRICT OF PENNSYLVANIA

JO ANN FONZONE AKA JUDY MC GRATH,
    PLAINTIFF

                12-5726
    VS.             CIVIL ACTION
                JURY TRIAL DEMANDED

JOE OTERI, ET AL,
    DEFENDANTS

PLAINTIFF'S MOTION TO OBJECT OF VIDEOTAPING OF DEPOSITION

Plaintiff Jo Ann Fonzone aka Judy Mc Grath, by and through her attorney hereby requests that this Court grant her Motion of objection to defendant's videotaping her deposition for the following reasons:

1. Plaintiff has a Permanent Protection From Abuse Order from her estranged spouse and is in continuous fear of retaliation and injury as they are legally separated but not yet divorced.

2. Several years ago, Plaintiff was deposed in another matter and the deposition was videotaped.

3. Though Plaintiff strongly objecyed to the videotaping of her deposition , filed said Objections, the Court allowed defense attorney to videotape her deposition.

4. At the deposision, Plaintiff expressed her discontent and objection and told defense attorney, " If I suffer any physical harm because my face is on tape , this tape

gets into the wrong hands, into hands of people trying to harm me and I dont know who your client is associated with, I will hold you personally responsible for any injuries."

5. Several years later, Plaintiff suffered even more serious injuries, has a physical disability, heart conditin, and another defense attorney wants a videotape deposition.

6. Plaintiff is an abuse and retaliation surivivor, has battered woman syndrome and PTSD, and will not again be subjected to further harm and injury for anyone or any lawyer who insists on a videotape deposition.

WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion to prohibit any videotaped deposition of her by defense in this personal injury action.

March 18, 2016

Respectfully submitted,

*JoAnn Fonzone, Esq. aka Judy Mc Grath*
JoAnn Fonzone, Esq. aka Judy Mc Grath
For the Plaintiff

CERTIFICATE OF SERVICE

I Jo Ann Fonzone aka Judy Mc Grath hereby certify that I have caused to be served a true and correct copy of the Motion for Stay of Proceedings to the parties as set forth below:

Mtn to Object to AND VIDEOTAPE DEPOSITION

Phila. Law Department
Aaron Shotland, Esq.
1515 Arch St., 14th floor
Phila., Pa 19102

By: _____
Jo Ann Fonzone aka Judy McGrath

Ms. Joann Fonzone Esquire
Apt C1
2242 W Tilghman St
Allentown, PA 18104

PA inactive disabled
CA# 275184

03/17/16

Joann Fonzone, Esquire
2242 W Tilghman St.
Allentown, PA 18104-4394

LEHIGH VALLEY PA 180
15 MAR 2015 PM 1 L

U.S.M.S.
X-RAY

The United States District Court
Eastern District of PA
601 Market St.
Philadelphia, PA 19106

19106179699