IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN FONZONE (a/k/a Judy McGrath), | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| JOE OTERI et al., | : | NO. 12-cv-5726 |
|     Defendants. | : | |

ORDER

AND NOW, this 19th day of September 2016, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Compel Further Responses to Interrogatories Pursuant to FRCP 33(B), 37(A) (Doc. No. 78) is DENIED as Plaintiff has failed to identify which responses to interrogatories, if any, are deficient.

2. Plaintiff's Motion for Extension of Time to Reply to Court Orders (Doc. No. 87) is GRANTED. It is FURTHER ORDERED that Plaintiff shall respond to Defendants' Motion to Compel Plaintiff's Rule 26 Disclosures and Responses to Defendants' Discovery Requests (Doc. No. 80) and Non-Party Clair Wischusen's Motion For A Protective Order Or, In The Alternative, To Quash (Doc. No. 83) by Wednesday, October 19, 2016.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.