IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN FONZONE (a/k/a Judy McGrath),     Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | |
| JOE OTERI et al.,     Defendants. | : : | NO. 12-cv-5726 |

ORDER

AND NOW, this 10th day of November 2016, it is hereby ORDERED as follows:

1. Upon consideration of Plaintiff's Motion to Compel Answers and/or Sufficient Answers to Interrogatories of Defendants and Non-Parties (Doc. No. 90) and Defendants' Response in Opposition to Motion to Compel (Doc. No. 97), Plaintiff's Motion to Compel Answers and/or Sufficient Answers to Interrogatories of Defendants and Non-Parties (Doc. No. 90) is hereby DENIED.

2. Upon consideration of Plaintiff's Motion for Extension of Discovery and Request that Defendants Assist with Some of the Costs of Copying Documents (Doc. No. 94), Plaintiff's Motion is hereby DENIED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.