IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN FONZONE (a/k/a Judy McGrath), | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
|    v. | : | |
| | : | |
| JOE OTERI et al., | : | NO. 12-cv-5726 |
|    Defendants. | : | |

ORDER

AND NOW, this 26th day of January 2017, upon consideration of Plaintiff's Petition for Reconsideration of This Court's Order Denying Motion to Compel Answers and/or Sufficient Answers to Interrogatories and Request for Production of Documents Not Yet Addressed by This Court (Doc. No. 101), it is hereby ORDERED that Plaintiff's Petition for Reconsideration (Doc. No. 101) is DENIED. Plaintiff has not made the requisite showing for reconsideration. See Van Tassel v. Piccione, 608 F. App'x 66, 70 (3d Cir.), cert. denied, 136 S. Ct. 332 (2015).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.