IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN FONZONE (a/k/a Judy McGrath), : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JOE OTERI et al., : | NO. 12-cv-5726 |
| Defendants. : | |

SECOND AMENDED SCHEDULING ORDER

AND NOW, this 26th day of January 2017, it is hereby ORDERED as follows:

1. Discovery shall be completed on or before Friday, March 3, 2017.

2. Dispositive motions shall be filed on or before Friday, March 17, 2017.

3. Responses to dispositive motions shall be filed on or before Friday, March 31, 2017. Any reply in support of dispositive motions may be filed only with leave of the Court.

4. On or before Friday, March 3, 2017, the parties shall jointly advise this Court in writing as to whether they wish this case to be referred to the Honorable Timothy Rice, United States Magistrate Judge, for a settlement conference. In the event that a settlement conference is scheduled, the deadlines set forth in this Order shall be stayed pending the conclusion of the settlement conference.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.