# United States District Court

and for use in other court systems

12-CV-5726
JS

## Sworn Statement of Competency

I, _JoAnn Fouzone, Esq, a/k/a Judy McGrath_ hereby swear, under penalty of perjury, that the following statements by me are completely true.
*Print full name*

#### #1. Law abiding citizen
I am a law abiding citizen with good morals, and I am fully competent. I understand that all people are equal under the law, and all people are basically good deep down inside. If I ever did commit an offense or break the law, I take full responsibility for my actions.

#### #2. Honesty
I am an honest person with good morals. I focus on respect, goodness, and obeying the law. I do not lie. Telling lies causes problems. I understand that no drug, chemical, or illness can make anyone lie or have poor morals. All people are accountable for their actions. I fully understand it can be illegal to lie, especially when talking to a policeman, when testifying in court, or when doing business. I understand it is always better to be honest when speaking about things.

#### #3. Understanding the law
I understand that we have laws in place to protect people, and I know how to obey the law. I make it a point never to harm anyone. I understand that if a person does break the law or cause harm, that person can be arrested and may be sued in court to pay for the damages. I understand we all have *Freedom of Speech*, although we cannot threaten to harm anyone or commit defamation of character.

#### #4. Not superstitious
I am a law abiding person who does not believe in superstition. I do not base my life on superstitions, nor do I do things because of some superstition or another. I ignore superstition when I come across it. I stick with honesty and goodness, and I obey the law.

Hereby Sworn to, under penalty of perjury,

_JoAnn Fouzone Esquire_     _JoAnn Fouzone Esquire_     11/01/17
*Print full name*     *Signature*     *Date*

With a Notary this becomes a Sworn Affidavit. USAC-LSCVAWTUS060216 - ProtectionGroup.org

# FORM OF INDIVIDUAL ACKNOWLEDGMENT

Commonwealth of Pennsylvania

County of __Lehigh__

On this, the __1st__ day of __November__, 20__17__, before me __Debbie Raschke__, the undersigned officer, personally appeared __Joann Fonzone, Esquire__, known to me (or satisfactorily proven) to be the person____ whose name____ __is__ subscribed to the within instrument, and acknowledged that __She__ executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_Debbie Raschke_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Debbie Raschke, Notary Public
South Whitehall Twp., Lehigh County
My Commission Expires Jan. 19, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Attach to
Sworn Statement
of Competency

Pennsylvania Association of Notaries

PAN 1 9-10