IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.

NO. 5;12-CV-5726
CIVIL ACTION
JURY TRIAL  DEMANDED

JOE OTERI, ET AL , DEFENDANTS

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

1.  All statements, memoranda, notes or  writings, e-mails of any and all witnesses and parties
    you represent  including any and all statements, memoranda, writings of defendants from
    October 6, 2010 to present .

2.  All photographs, recordings, video, taken  or prepared  at Citizens bank park October 6,
    2010, or  by any defendant from Ocotober 6, 2010 to present.

3.  Any and all documents containing the home and business addresses of all individuals
    contacted as potential witnesses.

4.  All bills, receipts, diagnoses or prognoses and records for any and all medical, physical,
    psychiatric and/or psychological treatment by any doctor,hospital, psychologist,
    pharmacy, or medical facility for any injury, damage or treatment , including psych evals
    received by any defendant  employee of Philadelphia you represent  in the last ten years .

5.  All medical records, employer's statements, police personnel files, employment records,
    military history including any Internal Affairs complaints or  grievances  against  any
    defendant police officer , Internal Affairs investigator ,  bench warrant officer , or
    Riverside  officer for any misconduct, any suspensions from work or any other
    disciplinary actions  taken against the officers in the  last  ten years.

6.  Reports of any and all experts who will testify at trial.

7.  Any and all press releases in the possession of counsel for defendants.

8.  Any and all Income tax returns filed by defendants and/or in his/her /their behalf within
    the three years immediately prior to  October 6, 2010 up to and including the present.

9. Copy of every gun ownership certification or registration for every firearm kept in each defendant officers residence during the past ten years.

10. Information concerning superior's knowledge of all defendant officers alleged past violations and misconduct and what action ,if any, was taken .

11. Any and all materials including emails, correspondence, related to the state district attorney's investigation of arrest and Plaintiff's Public corruption unit complaint of July 6, 2012 should be produced.

12. Plaintiff's fingerprint card taken at 1st Police district Philadelphia on October 6, 2010.

13. Any and all materials and files requested by Plaintiff in the Right -To_Know requests to Philadelphia police department.

14. Letter of transmittal of Plaintiff's Internal Affairs complaint of Officers kelewischky, Bee, Kovacs, Ortiz with precise date of transmission to Philadelphia District Attorney's office , as protocol on back of IA complaint form requires , and copy of Plaintiff's Internal Affairs complaint with attachments, (including Plaintiff's Permanent Protection From Abuse Order from her estranged spouse).

15. Any and all written communications , including emails and facsimiles, between employees of the Philadelphia District attorney and the police , (including any response from then Commisssioner Ramsay to Plaintiff's letter to him in July 2012 ),Plaintiff's defense attorneys or Court personnel about Plaintiff of prohibited ex parte nature from October 6, 2010 to present.

16. Any and all materials in Philadelphia police file which a re Brady exculpatory and have not yet been disclosed to Plaintiff, including the precise date, reasons and circumstances surrounding the promotion of John Evans to Internal Affairs and the date he was reassigned to investigation of Plaintiff's IA complaint after her complaint had already been deemed valid and founded by a Lieutenant and another Sargeant.

8/15/16

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE AKA JUDY MC GRATH, PLAINTIFF

VS.                                        No. 5;12-CV-5726
                                           CIVIL ACTION
JOE OTERI, ET AL, DEFENDANTS               JURY TRIAL DEMANDED


TO; AARON SHOTLAND, ESQ.,ATTORNEY FOR DEFENDANTS
    1515 ARCH ST.,PHILADELPHIA, PA 19103

      Defendants, and each of them , are requested to file with this court and serve upon the
undersigned counsel for plaintiff, within the time and in the manner provided by the federal rules ,
sworn answers to each of the following interrogatories:

I

List the names , present addresses, places of employment, and job titles of each of the following
persons:

1.  All witnessess known to defendants who saw plaintiff at the time of plaintiff's arrest;
2.  All persons who participated in the  arrest of plaintiff;
3.  All witnesses known to defendant who saw plaintiff at defendant's police room at any time
    on October 6, 2010.
4.  All  witnesses who were present during the interrogation of plaintiff at defendant's  premises
    at any time on October 6, 2010.
5.  The officer who had custody of plaintiff's personal effects during the period of plaintiff's
    detention  by police  at Citizens bank park  on October 6, 2010.


II

List the police badge numbers of all persons employed by defendnat police department whose
names have been given in answers to Interrogatory I.


III

 State the time and location of   plaintiff's  arrest by defendant police officers on October 6, 2010,
and  state  the names and badge numbers of the arresting officers.


IV

State the name and badge number of the person who authorized or ordered plaintiff's arrest by
defendant police  officers on October 6, 2010.

V

State the reasons for pliantiff's arrest on Ocotber 6, 2010, as shown by defendant police department's records.

VI

State the following facts regarding plaintiff's arrest bydefendant police officers on Ocotober 6, 2010
1.  Time plaintiff and arresting officers or other officers arrived at 1st precinct, names of the officers .
2.  Time plaintiff and officers arrived at Jefferson Methodist Hospital Emergency Room on Ocotner 6, 2010, names of the officers.
3.  Time plaintiff and officers arrived at police headquarters, names of the officers.
4.  Exactly where within police headquarters building plaintiff was taken upon arrival at the headquarters building;
5.  Name and badge numbers of persons who received plaintiff on arrival at police headquarters or the names and badge numbers of the persons who were in charge of the room or jail cell to which plaintiff was taken on arrival at police headquarters;
6.  State what other proceedings took place at police headquarters and the names and titles of persons involved in such proceedings.

VII

State what written reports, records, or other documents, if any, relating to the arrest, detention, and release of plaintiff by defendant police department are in the possession, custody, or control of defendant police department.

VIII

If defendant police department does have possession, custody , or control of any such reports, records, fingerprints, or documents described in Interrogatory VII, state when and where the materiasl will be made available to plaintff's counsel for examination and copying.

IX

State the date and time of plaintiff's release .

X

State the name and badge number of the person who released plaintiff from custody on Ocotober 7, 2010.

XI

State whether any of the following procedures took place during plaintiff's detention at defendnat's police headquarters on October 7, 2010:

1. Was plaintiff fingerprinted or had she been fingerprinted at the 1st precinct?
2. Was plaintiff interrogated by defendant police officers or had she been questioned at the 1st district or at Citizens bank Park? If so, by whom?
3. Was plaintiff taken before a magistrate or trial commissioner?
4. Was plaintiff allowed to make phone calls at headquarters or at 1st precinct?
5. Did plaintiff actually make any phone calls?
6. Was plaintiff permitted to see any attorney?

XIII

Does defendant police department have a record of any previous arrest of plaintff? If so, state when where and how records were obtained , and when and where counsel for plaintiff may have access to such records for examination and copying.

Dated:
May 9, 2016

Jo Ann Fonzone, Esquire
pro Se counsel for Plaintiff
2242 Tilghman St.
Allentown, Pa 18104

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL COURT DIVISION

Pltf: JOANN FONZONE           1887 Redwood Drive          : File No. 97-PF- 61
      2070 WALBERT AVE          Whitehall 18052            : PROTECTION FROM ABUSE
      APT B                 2292 Jefferson Sts             :
      ALLENTOWN PA 18104                                   : Permanent — ~~to convict this~~
                    VS                                     : Court Order this
Dft: CARY J WOODS —fraud— David Loew                       : a Permanent Restraint
      aka ~~Diseases~~ est                David Lee Roth   : Order against
                                                           : the Defendan
      D.O.B. 06-May-1957 S.S. NO. 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                2/01/03
                                                             Permanent
                                                             by Federal
              P R E L I M I N A R Y   O R D E R              Dist

              AND NOW, this 17TH day of JANUARY, 1997, after a
Preliminary Hearing and pursuant to the Protection From Abuse Act,
23 Pa. C.S. 6101 et seq; IT IS HEREBY ORDERED THAT:

     1. Defendant shall refrain from abusing, threatening, stalking,
or harassing the Plaintiff ~~and the minor child(ren)~~ in any manner
or at any location whatsoever. (or having her abused, stalked, threatened, harassed, be

     2. Custody of the following minor child(ren): possessed
N/A
     (    ) a. is temporarily awarded to Plaintiff.
     (    ) b. is to remain as per existing custody order, No.
     (    ) c. is awarded to Plaintiff, temporarily superseding
              existing custody order, No.     N/A
     (    ) d. is temporarily awarded to
     (    ) e. temporarily superseding existing custody order,
              No.     N/A    is temporarily awarded to

     3. Other PFA orders:
N/A
_____
_____

     4. Defendant is evicted/excluded from the premises at the primary
residence or from any premises where the Plaintiff shall come to reside
during the effective period of this order as well as from the following
( EXCLUDE ) Primary residence/police dept: S WHITEHALL TWSP
     2070 WALBERT AVE APT B ALLENTOWN PA 18104
     (    )     Place of employment/police department: or anywhere she travels
     (    )     School/police department:
     (    )     Other/police department:
     (    )     Exceptions to exclusion:\

He has bribed ~~paid off~~ the attorneys who were to
represent me on this PFA & connected divorce,
business & legal issues who now assist as
him in the recurring wrongful arrests.  As I told Judge Diefederfer
religious prosecutions Dally in Feb, 1998, I did not
Kolman, Kompis, Vendi  renew this myself because I
Walter, Hilly  do not want to have

this employee
He continuously bribes
police & other authorities

I was th
sheriff's off
of the
Defense

PROTECTION FROM ABUSE SERVICE INFORMATION FORM

SHERIFF'S OFFICE: (610) 820-3175   LEHI CTY RADIO: (610) 437-5252 AFTER
1. DEFENDANT INFORMATION:

A. NAME     : CARY J WOODS  (*sociopath*)          LC ID#: 0069762
B. ADDRESS  : 13749 Mulholland Dr. BH CA (310)     PHONE: (000) 000-
   2          8700 Hollywood Blvd Los Angeles       MUNICIPAL:
   3                          CA   872-06½           COUNTY:,
   DIRECTIONS FROM LEHIGH COUNTY COURTHOUSE:
   1. NO ADDRESS FOR DEFENDANT WAS PROVIDED. HE ~~MAY BE~~ RESIDING
   2. IN CALIFORNIA. OR NYC   *that he tours with Van Halen*
   3. ~~~~
   ~~NO EMPLOY~~
C.                                Sony Loew's Films      PHONE: (000) 000-0
   CONTACT : Warner Bros. Records                  WORK HRS: Words Enter.
   ADDRESS : 75 Rockefeller Center or 911 5th Ave.
   2          NY, NY              NY, NY           MTV Viacom
   3                                                1515 Broadway, NYC
D. D.O.B.: 06-May-1957 AGE : 39          HEIGHT: 5'10 HAIRCLR: BLOND
   S.S.N.: 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 RACE: White       WEIGHT:       EYES: BR
   IDENTIFYING MARKS:
   TATOOS:                                         PICTURE: Y
E. VEHICLE MAKE: PORSCHE 93               COLOR: BLACK
   LICENSE NO. :                          STATE: CA
   VEHICLE MAKE:                          COLOR:
   LICENSE NO. :                          STATE:

*ID theft victim, SS# ... MTV ...*
*was never ... any monies for entertainment earning*

2. PLAINTIFF INFORMATION:

A. NAME     : JOANN FONZONE      *aka Judy McGrath Pres-CEO*    NOTES:
                                            MTV         *from any corporation*
B. ADDRESS : 2070 WALBERT AVE                          PHONE: (610) 437-55
   2          APT B                                    COUNTY: LEHIGH
   3          ALLENTOWN PA 18104                        MUNCIPAL: SOUTH WHITEH
C. EMPLOYER: MTV - VIACOM INC                          PHONE: (000) 000-00
   CONTACT :  1515 Broadway, NYC, NY 10036             COUNTY:
   ADDRESS :                                           WORK HRS:
D. CONTACT :                                           PHONE: (000) 000-00
   ADDRESS :   *and see list sent to*                  COUNTY:
                                                        NOTES:
E. SCHOOL  :   IRS in March 1997                        PHONE: (000) 000-00
   ADDRESS :   *alleging tax fraud of employer*         COUNTY:
                                                        SCHOOL HRS:
F. D.O.B.: 19-Jul-1958                                  S.S.N.: 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
G. IS PLAINTIFF STILL LIVING WITH DFT? NO    *I left California in 1994*

3. IS THIS AN EVICTION? (Y/N): N

4. HEARING DATE: 23-Jan-1997 10:30 AM                  ROOM: 604
5. ATTY FOR PLAINTIFF:                                 PHONE: 000 000-0000
6. POLICE JURISDICTION OF PLAINTIFF'S RESIDENCE: (S WHITEHALL TWSP PD
7. POLICE JURISDICTION OF PLAINTIFF'S CONTACT:
8. POLICE JURISDICTION OF PLAINTIFF'S EMPLOYMENT:
9. POLICE JURISDICTION OF PLAINTIFF'S SCHOOL:          *legal practice*
10. ADDITIONAL INFORMATION:                             *Power of Attorney*
    *Plaintiff has been doing the legal work on these cases but ...*
    *... continuously interfere with every case so that*
    *Plaintiff is denied her constitutional*        *revoked 7-7-94*
CK: CAOSAP 1997 60   *rights to due process and*

8. Because the Plaintiff fears what the Defendant may ~~do in the~~
~~.ture~~, Plaintiff seeks the relief prayed for hereinafter.

THEREFORE, the Plaintiff requests that this Honorable Court
enter an Order providing to the Plaintiff the following relief:

a. Directing the Defendant to refrain from stalking, abusing, *vicious abuse, including false implications of me, criminal system corruption*
threatening, or harassing the Plaintiff ~~and the minor child(ren)~~;
*or ordering such or paying for such abuse as (my hey, corruption)*
b. Directing the Defendant be ~~evicted and~~ excluded from the
premises at: 2070 WALBERT AVE APT B ALLENTOWN PA 18104
or any other residence where the Plaintiff ~~and the minor child(ren)~~
~~may come to reside~~, *resides, place of employment or travels*

c. Directing the Defendant to surrender the following weapon(s);
~~**the**~~ *Professional licenses and authority to order abuse/arrest of me*
and directing the Sheriff of Lehigh County to confiscate them;

~~d. Custody of the following minor child(ren):~~
N/A

| ( | )a. is temporarily awarded to Plaintiff. |
| ( | )b. is to remain as per existing custody order, No. |
| ( | )c. is awarded to Plaintiff, temporarily superseding |
|   | existing custody order, No.    N/A |
| ( | )d. is temporarily awarded to |
| ( | )e. temporarily superseding existing custody order, |
|   | No.    N/A    is temporarily awarded to |

e. Directing that the Order remain in effect for a term of one
year from the date of its entry;

f. Granting such other relief as your Honorable Court deems to
be in the best interests of the parties.

_____ Plaintiff

**AFFIDAVIT**

I verify that the statements made in this Petition are true and
correct. I understand that false statements herein are made subject
to the penalties of 18 Pa. C. S. 4904, relating to unsworn
falsification to authorities.

Date: 17-Jan-1997

_____ Affiant

CK: CAOSAP 1997 60



Interna..
Criminal Investigation Divisi...

**Memorandum of Conversation**

Location:    One Bethlehem Plaza
             Bethlehem, PA 18015

August 3, 1999

Participant(s):    Joan Fonzone, Witness
                   Francis Bedics, Special Agent
                   Linda Healey, Examination Agent

On the above date, Joan Fonzone, visited the IRS office in Bethlehem, PA. She contacted Special Agent Francis Bedics and asked if she could speak to him. Since Agent Bedics was the only person present in the office of the Criminal Investigation Division at the time, he asked Examination Agent Linda Healey to witness the conversation.

Ms. Fonzone ask Agent Bedics if an investigation was started on the companies she had reported to Agent Bedics approximately two years ago. Agent Bedics replied that he could not comment on any matter once it had been reported to the IRS. He told Ms. Fonzone that privacy laws disallowed him from divulging any information. Ms. Fonzone continued to tell the agents that she was being harassed by numerous law enforcement agencies because of reporting the companies and their fraudulent activities. She also stated that her telephone was wiretapped and that she was falsely arrested in March, ~~1999~~, at her residence by ~~South Whitehall police~~.
                                   2000.                         ~~South Whitehall police~~ for applying for a
                                                                 ~~Corporate~~ ~~Credit~~
Ms. Fonzone was getting irritated as the conversation continued. It appeared that she was        to prove I'm
becoming frustrated because Agent Bedics would not disclose information to her on her            a victim of
original complaint. Agent Bedics told her that the original information that she came to him      fraud & th
with two years ago was supplied to the Philadelphia Service Center via an information item.       ID theft
Ms. Fonzone told Agent Bedics that she wanted to retrieve her complaint from the IRS because
she felt that nothing was being done and that she was being harassed and could possibly be
killed if anybody found out that she made the complaint. She doesn't trust the IRS having the
information. At this point, Ms. Fonzone was frustrated and left the office.

I reported estranged spouse Cary Woods dba David Lie Roth and his attorney Alex Rahman to the I.R.S. for illegal use of my social security number at MTV and other entertainment corporations that I have never presently received any salary or benefit from since 1981. I discovered I was a victim of identity theft and fraud in 1993.

Memorandum Page 1 of 2

I have not received any salary or benefit from any entertainment corporation EVER @ (direct deposit to banks) in NY + LA
                                                                          U.S. Treasury Criminal Investigation Division

FYI - SSN - Cary Woods 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 - 8700 Hollywood Blvd, Los Angeles, CA
                                                                            90046
            Alex Rahman 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 - 904 Silverstone Way, Holly Springs,

## Officer Kelewischeley

1.  State your full name, badge# or ID#, present address, height, date of birth, and weight on October 6, 2010.

2.  Identify all persons contributing to the answers to these interrogatories.

3.  Identify and describe your occupation or employment, rank and duty assignment.
    A.  On 10/06/10 and

    B.  At the present

4.  State the length of time that you have been employed and assigned.

5.  How long have you been assigned at CBP for Phillies games?

7.  Why was your name omitted from any police report as arresting officer?

8.  When were you made aware that JoAnn Fonzone was taken to the ER by police?

9.  How were you made aware that JoAnne Fonzone was taken to the ER by police?

10. What were told to you by Security Guard Oteri before he brought you to the seating section concerning JoAnn Fonzone on October 6, 2010?

11. Were you aware that Security Guard Oteri had grabbed and pushed JoAnn Fonzone into a stadium seat prior to telling you to go with him to the seating section where she was on the cement floor when you and Oteri arrived?

12. Do you deny removing JoAnn Fonzone with Oteri's assistance from the seating area and pushing her up the stairs to the concourse area?

13. Do you deny leaving the area where she was standing for 10 -15 minutes watching the game , the returning with Officer B_ee___ and the two of you approaching her from behind, grabbing her at the elbow part of her arms and dragging here across the concourse to the police room?

14. What were you doing and why did you exit police room or what were you told and by whom during the 10 to 15 minutes from the time you left JoAnn Fonzone until you returned with Office B_ee__ ? Did you make a pretext arrest?

15. Do you deny hearing JoAnn Fonzone yell, "What are you doing? I'm just here to watch the game!" ?

16. Do you deny saying to JoAnn Fonzone, "We just want to talk to you." As you and Officer B_ee_ were dragging her by the heels to the police room?

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF


VS.                                    NO; 5:12-CV-5726
                                       CIVIL ACTION
                                       JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


Defendant, Officer Christopher Bee is requested to file with this court and serve upon the
undersigned counsel for Plaintiff, within 30 days of service of such, and in the manner provided by
the federal rules sworn answers to each of the following interrogatories:


1. State your full name , present address, height , weight on Ocotober 6, 2010, date of birth.


2. How long have you been assigned to Citizen's bank Park for duty at the baseball games?

3. When and how were you made aware that Jo Ann Fonzone was taken to the ER by the
   police on Ocotober 6, 2010?


4. What were you doing in the police room on Ocotober 6, 2010 immediately prior to
   leaving the room to approach Jo Ann Fonzone from behind and assist Officer
   Kelewisachky as she stood in the concourse watching the game.for 10-15 minutes?

5. Do you know why and who was responsible for substituting  Officer Ortiz's name on police reports for  officer Kelewischky's name  though she was not at the scene  at the seating area and was not an  arresting officer or eyewitness to anything .

6. What , when ,where exactly and by whom was probable cause to arrest Jo Ann Fonzone established, and at what time  ?

7. What was  Jo Ann Fonzone doing, what criminal activity was she allegedly engaging in as sufficient for probable cause  as she  stood in the concourse watching the game.

8. As  you and officer Kelewischky  had  Jo Ann Fonzone's arms  restrained  after  grabbing her from behind would  it not be a factual impossibility for her to "flail her arms around or at anyone" ?

9. Is it not true that the stadium was filled to capacity at the playoff game and there were crowds of people gathered  and standing at the concourse areas and entire stadium throughout the game.

10. What  was the name of  the  police supervisor  that signed  to have Jo Ann Fonzone arrested , and at what time was the arrest made?

11. Where, at what time and who wrote the arrest citation and affidavit of probable cause ?

12. Why wasn't Jo Ann Fonzone ejected from the stadium if the Phillies had really determined that she should be ejected for standing and cheering exercising her 1st Amendement right for the team at the first playoff game? Were you in the police room when Sgt. Kovacs removed items from Jo Ann Fonzone's bag including her Phillies ticket.

13. As one of the two arresting officers, state what time you and officer Kelewischky placed Jo Ann Fonzone under arrest, state where you informed her that she was under arrest and what you said to her.

14. Identify and describe plaintiff Jo Ann Fonzone's oral response and actions after being advised that she was under arrest.At what time and where did you place handcuffs on Jo Ann Fonzone.

15. Describe your educational background.

16. Within the past 10 years, indicate the number of arrests you
a. have made
b. have madeat Citizens bank park

c. have assisted in

d.have assisted in at Citizens bank park

e. have employed the use of force

f.have witnessed or have knowledge of  officer Kelewischky'suse  of force

17. How many times were you named as a defendnat in a lawsuit as a

result of any complaints against you in your capacity as a police

officer or a private person?

18. From the time  you came on duty on October 6, 2010 , describe your

actions up to and including  your first contact with  the plaintiff.

19. State whether you drank any alcoholic beverages or ingested any

intoxicating substances either prior to your coming on duty  or at the

game while on duty October 6, 2010, and if so, state for  each:

a. The time when the substance was drunk or ingested;

b. The type of substance drunk or ingested ; and

c.   The amount of the substance drunk or ingested.

20. State whether  any complaint has been made against you  in connection

with the incident  and the manner in which the arrest was made and

detention ahd been effectuated, and if so, identify each and every

complaint, including the name of the complainant. And how many

complaints have been made against you during your employment as a

police officer either with Philadelphia or any other  employer?

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE  aka JUDY  MC  GRATH, PLAINTIFF

VS.

NO: 5:12-CV-5726
CIVIL ACTION
JOE OTERI, ET AL , DEFENDANTS          JURY TRIAL DEMANDED

Defendant Linsette Ortiz, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time and in the manner provided by the Federal rules, 30 days from service, sworn answers to each of the following interrogatories:

1.  How long and in what capacity were you employed by the Philadelphia police department

    and at what district were you  October 6, 2010 ?

2.  Isn't it true that you were the passenger  in the right front seat next to Officer Eric Person

    in  the  transport vehicle when  Jo Ann Fonzone was taken from Citizens bank park to

    the 1st District on Ocotober 6, 2010?

3.  Where were you at 5:45p.m. October 6, 2010 ?

4. Why is your name on the citation for a 'site" arrest when you were not an eyewitness and not anywhere in the vicinity at the stadium seating section when Jo Ann Fonzone was being harrassed by a man in a blue shirt.

5. When , where and who told you to write and sign the citation, and who provided his version of the incident to you for the purpose of preparing the citation?

6. What is your understanding of probable cause? When where and what is the probable cause in this case? Is it okay for a civilian to determine probable cause?

7. On page78 of your telephonic testimony,you said, " I just observed her being intoxicated. " When , where and what exactly did you observe for you to reach such a conclusion without any evidence to support it.Did you see Fonzone drinking ?

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka Judy Mc GRATH, PLAINTIFF

VS.                                    NO. 5;12-CV-5726
                                       CIVIL ACTION
JOE OTERI, ET AL , DEFENDANTS          JURY TRIAL DEMANDED


Defendant, John Evans, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time and in the manner provided by the federal rules, 30 days from service, sworn answers to each of the following interrogatories:


1. How long and in what capacity were you employed by the Philadelphia police department?


2.  When , why and by whom were you promoted to Internal Affairs of the department?


3. Where and in what capacity were you working on October 6, 2010 ?


4.  Who, when, where and how were you given the Philadelphia police Discovery report to sign for the purpose of having Jo Ann Fonzone arrested Ocotober 6,2010 for summary disorderly conduct?

5.  How many Internal Affairs complaints did you investigate prior to the complaint filed by

Jo Ann Fonzone  November 30, 2010?

6.  When ,where and by whom were you assigned to investigate the IA complaint filed by

Jo Ann Fonzone?

7.  Why  didn't you notify  Jo Ann Fonzone that you had finished your IA investigation in

February 2011, so that she did not have to  subsequently ask for months about the report

until she learned in June  you had finished it , but  then denied her a copy of  the  report.

8.  Why was  the hospital police report which showed that Jo Ann Fonzone was injured

prior to her arrest  and taken to teh Emergency Room by police hidden and wittheld for

almost two years from  the defense ?

9.  Why were you untruthful to all 12  police officers you interviewed  for the

investigation that Jo Ann Fonzone had filed an Internal Affairs complaint against

each and every one of them, when you were well aware  that she  had filed one

complaint which contained  the names of  just 4 officers. By doing so, didnt you

ensure  eliciting the answers  you wanted  to slant  the investigation .

10. How long  and how well have you known Officers  Bee, Kelewischky, Ortiz and Kovacs?

11. What police districts did you  work at prior to  being promoted to IA after you signed as supervisor on the police discovery repor to have Jo Ann Fonzone arrested for disorderly conduct?

12. Why was Sargeant Middleton who was initially assigned  and reviewed and determined , along with Lieutenant Appleton (who also determined that the complaint was founded and that Fonzone was a confidential informant), that Fonzone's complaint was founded or valid, suddenly removed , not allowed to continue the investigation, and then you were substituted ?

13. Who  and when  were you  assigned as   substitute to continue Sargeant Middleton's investigation of  Fonzone's IA  complaint?

14. Why did you remove and completely neglect to  question Fonzone or consider the attachements  to the IA complaint including her Permanemt Protection From (Vicarious)  Abuse Order agaisnt her estranged spouse as possible motive for this retaliation?

15. Why did you call people totally irrelevant to this investigation while failing to interview witnesses with direct and /or personal knowledge of Jo Ann Fonzone and the incidents and /or complainant , the witnesses Fonzone provided on the IA complaint like Sargeant Addison , ( who saw her bruises and had her taken to the ER) , Emergency Room staff, Fonzone's family and friends ?

16. Why did you choose not to review the entire Jefferson Emergency Room report, question any of the staff who treated Jo Ann Fonzone October 6-7, 2010, question anyone other than police at the stadium or subpoena the stadium videotape, retrieve and listen to Fonzone's 911 call for help on October 6, 2010 being after she was thrown against tthe wall by Kelewischky?You really didnt want to do a thorough investigation into the truth of the matter, did you?

17. When did you begin and how many hours did you spend on your investigation?

18. As you did not record any interview, the summary analysis parts of your report is comprised of your words and versions of what was actually said by those you inrterviewed, not their actual verbatim, exact words and phrases are they?

19. Why did you refuse to give Fonzone's IA complaint with attachments to the district Attorney, though the policy,( as stated on the back of the IA complaint form)is to send them the complaint.

20. Why do you think no fans in the vicinity of the incidents at the stadium at the seating section or later in the concourse were questioned or interviewed by police at the time?

21. Why didnt you question or interview sargeant Addison or anyone at the Emergency Room about Fonzone's injuries and /or many prior injuries ( which made it impossible for her to kick and swing), or severe bruising and swelling of chest ,neck, and arm and shoulder, demeanor , concussion , or seizure from head trauma while in the triage area?

22. As a law enforcement officer who should know what a PFA Order is, Do you know what a battered woman with PTSD and abuse survivor looks like?

23. Why didnt you do a complete, unbiased , thorough, objective, impartial investigation of the facts and evidence in this case?

24. Isn't it true that you had a result in mind before you did any interviews , then you selected who to interview and what to ask , then swayed the officers your way and away from the truth by lying to them about the IA complaint in order to to reach a false conclusion, the direct opposite conclusion and findings of the first Sargeant and Lieutenant, which were that Fonzone's complaint was valid and founded .

[illegible], Esquire [illegible]

[illegible], Esquire [illegible]

5/12/16

IN THE UNITED STATES  DISTRICT  COURT
EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  aka JUDY MC  GRATH, PLAINTIFF

              VS.                                  NO: 5;12-CV-5726
                                                              CIVIL ACTION
                                                 JURY TRIAL DEMANDED

JOE OTERI, ET AL , DEFENDANTS



 Officer Eric Person,a non-party with personal knowledge of  facts surrounding the subject matter of this litigation is requested to file with this court  and serve upon the undersigned counsel for Plaintiff, within the time and  in the manner provided by the federal rules, 30 days, sworn answers to each of the following interrogatories:


1.  How long have you been employed   by the Philadelphia police department?


2.  What police district were you with October 6,2010 and where were you working that day?


3.  Do you recall  by whom, where ,how,what time,  and why you were called  to police

     room at Citizens bank Park on Ocotober 6, 2010?


4.  When you arrived at the police room, did you escort Jo Ann Fonzone  from the

     stadium  then drive her to the 1st district?

5. How was Jo Ann Fonzone dressed? Did she have a big canvas heavy red jacket on?

6. Did you have any close contact with her as you escorted her to the police vehicle that you could closely observe anything about her, hair color, bruises, contusions, injuries, or did her clothing cover all of her except for her face?

7. When and how were you made aware of the IA investigation into the incidents which occurred October 6, 2010?

8. Why do you thnk that the second assigned IA investigator John Evans misled or lied to you and told you that Jo Ann Fonzone made a complaint against you and Officer Ortiz.?

9. Do you know why and what crime Jo Ann Fonzone was charged with when you went to the police room to escort her to the police district?

10. Do you know why and who put your name was on the police paperwork, and in your words June 7, 2012, "the reason I got pulled into this".

11. Did Officer Ortiz put your name on her investigation paperwork as the complainant ?

12. Do you know why Officer Ortiz put your name on her report as the complainant?

13. Your name was put on the paperwork because you drove Jo Ann Fonzone to the 1st district,  this was your only involvement witht the incident , and for no other reason, is that correct?

14. Do you know why officer Ortiz put your name on her investigative report as the complainant if you were not at the scene either , or in any way involved in the incident prior to driving  from the stadium tot the  1st district?

15. Do you know what  time you drove  Jo Ann Fonzone from Citizens bank park to the 1st district?

16. Did you make any stops before arriving at the 1st district?

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.                                    NO:5;12-CV-5726
                                       CIVIL ACTION
JOE OTERI, ET AL, DEFENDANTS           JURY TRIAL DEMANDED



Ramon Addison, non-party to the above titled action, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time, 30 days and in the manner provided by teh Federal Rule, sworn answers to each of the follwoing interrogatories:

1. How many years have you been employed with the Philadelphia police department?

2. Were you the Sargeant on duty at the 1st district on Ocotober 6, 2010, and what hours?

3. Do you remember the Plaintiff Jo Ann Fonzone who was brought to the District on

   Oct.6,2010 from Citizens bank park?

4. If you remember her, do you recall what time she was brought to the District by

   Officers Ortiz and Person?

5. Is it police procedure for the transporting officers to remain at the district after the transport?

6.  Did you call the transport officers to take Jo Ann Fonzone to the hospital Emergency Room on Ocotober 6, 2010 and do you recall about what time she was transported to the ER?

7.  Do you remember approximately what time you signed the police report form to have Jo Ann Fonzone transported to Jefferson ER?

8.  Did you sign the form prior to the transport or at a later time? Ifyou signed it before the trsnsdport, did you then give the form to the transporting officers?

9.  What is the police procedure for completing the form and when and by whom is that done?

10. If the transporting officers completed the hospital form,where do they get the information ?

11. Are the transporting officers responsible for filing the police report form and where is the document filed?

12. When the injured person transported to the hospital by the police, is it police procedure to provide the individual with a copy of the VICTIM SERVICES FORM OR police report which states on the bottom:

"Pursuant to Act 185 of 1962, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM.

13. Is the police report filed at the district where the individual was transported from or where the injuries occurred ? And is the police reprot filed at the City Hall police records office?

14. Are the transport officers responsisble for filing the police report, when , where is this hospital transport police report filed?

15. Is there any reason and are there circumstances where and why the hospital police report would not be filed at the District of Records office ,or produced, disclosed, available, or made a public record (like other police reports are )?

16. While on duty at the 1st District , do you walk around to the jail cells to see and speak with those who have been arrested?

17. Do you remember if you walked around  to the jail cells October 6, 2010, and at a approximately what time  that was?

18. Do you recall seeing and speaking with Jo Ann Fonzone while she was in a cell where you noticed the swelling, bruises and contusions of her hand, arm, neck,chest and  telling her she needed medical attention and would be taken to the hospital?

19. Do you remember  Jo Ann Fonzone telling you that she was struck on her chest by a police officer 's  nightstick after calling 911 for help, and was arrested at the game because a security guard had injured her head , then brought  the officer to the scene?.

20. Is it police procedure for the transporting officers to inform the  individual transported to the ER about the Crime Victims Assistance program and tell her that there is a mandatory police report of the incident and this report is required in order for the injured victim to receive compensation from the  Crime Vicitms Board.?

Jo Ann Fonzone, Plaintiff

Dated:   May 23, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka Judy Mc GRATH, PLAINTIFF

    VS.         CIVIL ACTION
                NO. 12-5726-LDD
                JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


Officer Carol Jenkins, non-party in the above action, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time, 30 days, and in the manner provided by the Federal Rule, sworn answers to each of the following Interrogatories:


1. How many years have you been a police officer with the Philadelphia police department?


2. On February 21, 2011, did John Evans of Internal Affairs tell you that he was "conducting an investigation into the arrest of Jo Ann Fonzone" , not ever mentioning it was an investigation into police misconduct., as she was seriously injured while in police custody?


3. At the Internal Affairs interview with Evans, did he also tell you that Jo Ann Fonzone had filed an IA complaint against you?


4. What police district were you at on Ocotber 6, 2010 and what hours did you work?


5. At what time and by whom were you called to the 1st District to transport Jo Ann Fonzone to the hospital and what time did you arrive at the Jefferson Emergency Room?

6. Who told you that Jo Ann Fonzone had an injury to her hand but told you of no other injuries?

7. Was it you or offcer Baldwin who signed Jo Ann Fonzone into the ER and spoke to the staff?

8. Is it police policy to disallow patients who they transport to the hospital from retrieving their health insurance cards from their wallets so they can provide them for their complete care, or why wasn't Jo Ann Fonzone permitted to give Jefferson hospital her Pennsylvania Highmark health insurance cardwhich was in her wallet in her red "Support Our Troops Remember Our Veterans" bag?

9. How exactly was Jo Ann Fonzone "hostile and obnoxious " as you told John Evans , towards police at the ER? Or, didn't you actually say that?

10. On what basis did you conclude that Jo Ann Fonzone was "unhappy that they only gave her tylenol?' Or, didn't you actually say that either?

11. As matter of fact, Jo Ann Fonzone is allergic to codeine and was given a prescription for Tylenol with codeine upon discharge, though she told ER staff she was allergic to codeine, do you thnk that perhaps she was unhappy that they didnt listen to her, and she was in severe pain and knew she wouldn't see her primary physician until she got home and didnt know when that would be?

12. Were you in the triage area when Jo Ann Fonzone told the nurse she was the victim of physical assaults when asked how she was injured and bruised?

13. Did you fill out the hospital transport report? If so, when was that October 6 or October 7?

14. If you wrote the transport report, what did you do with the report , did you file it, and where wa it filed after you transported Jo Ann Fonzone from the Jefferson ER to police headquarters at about 3:00a.m. October 7, 2010?

15. As an injured crime victim, injured prior to ,( and after arrest), why wasn"t Jo Ann Fonzone provided a copy of the hospital transport form to sign as acknowledgement that she received inforamtion about Crime Victims Seervices and a copy of the hospital police report for the purpose of obtaining Crime Victims compensation?

16. Was the District Attorney's office given a copy of the hospital transport police report form, to whom at the office, and when and how was a copy of the form forwarded to their office?

Dated" June 13, 2016          By: _____

                                        Jo Ann Fonzone aka Judy Mc Grath

CERTIFICATE OF SERVICE

I ,Jo Ann Fonzone aka Judy Mc Grath hereby certify that I have on this day caused to be served a true and correct copy of the Interrogatories to Officer Jenkins at the following address:

Aaron Shotland, Esq.
City of Philadelphia law department
1515 Arch St., 14th floor
Philadelphia, PA 19103

June 13, 2016                    By:_____

                                        Jo Ann Fonzone, Esquire aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.                                    CIVIL ACTION
                                       NO. 12-5726
                                       JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS

John Landis, non-party, to the above titled action, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time, 30 days, and in the manner provided by the Federal Rules, sworn answers to each of the following Interrogatories:

1. Prior to his questioning of you January 19, 2011, Did very recently promoted Internal Affairs John Evans , formerly street Sargeant John Evans, tell you that Jo Ann Fonzone had filed an Internal Affairs complaint agaisnt you?

2. You stated that you consulted with your attorney before speaking with John Evans,what is his name?

3. How many years have you been a detective with the Philadelphia police department , and how many years have you been their employee?

4. Do you know Officer Kelewischky, if so, how many years have you known him and is he a friend of yours?

5. Did you see Officer Kelewischky on October 6, 2010, and if so, where did you see him, why was his name not mentioned on report by anyone as being at Citizens bank park?

6. How many hours did you work October 6, 2010, including the overtime detail, and the week prior thereto?

7. Where exactly were you assigned and located October 6, 2010, and were you at the same precise area the entire time you were at Citizens bank park on that day, and during what hours ?

8. Did Joe Oteri give his version of events to you October 6, 2010, and did you type word for word exactly what he told you without question , hesitation, or investigation?

9.Did you also type Officer Ortiz's statement and citation for her verbatim of Oteri s version?

10. As the detective on duty, did you or any officer do any investigative work , seek Oteri's Independent CBP security report for comparison or any videotape available at that time, question any civilian witnesses at the scene in the concourse or seating area? If not, why was there no investigation done by any officer then or subsequently at the scene ?

11. What were the names of the other 2 officers in the police room sitting at the desk with you?

12. Which of the three of you answered when 911 dispatch phoned to tell you that JoAnn Fonzone had called for help from inside the adjacant police jail cell after kelewischky threw her against the wall and she was in fear for her life?

13. Are there computers and Internet on the three desks in the police room?  Did you or any officer  search Google or any other  info site for Jo Ann Fonzone's name at any time October 6, 2010, either prior to or after she was taken into the police room?Which officer and did that officer tell officer Bee and Kelewischky so that they left the police room to go and arrest Jo Ann Fonzone in the concourse though she was doing nothing wrong or illegal and was just standing watching the game? Did they make a pretext arrest to search her Veterans bag?

14. Who besides Officer Kelewischky was in the police room  and  learned that Jo Ann Fonzone had called 911 from  the jail cell room? Did he express his belief  that she had a camera phone before storming into the jail cell room to  injure her again in attempt to retrieve her phone?

15. What police commands  did Jo Ann Fonzone refuse while handcuffed and sitting in a chair in the police room prior to being thrown into the jail cell room by officer Kelewischky?Was  she "unruly" while handcuffed, and how exactly  was she unruly?

16. You stated to Evans that Jo Ann Fonzone was told by Sargeant Bee why she was under arrest, wha did you hear him tell her exactly as to why she  had been arrested? Is this when she said that she had paid for her ticket?  Do you think she meant that this was no way to treat a Phillies fan?

17. Why didnt you see Sargeant Kovacs take Jo Ann Fonzone's game ticket from her bag when he emptied the contents onto his desk and made comments about her attoreny ID card and Internal affairs card from another county?Were you out of the room  or not paying attention then?

18. Do you believe it is "unruly" for a detainee to be upset and question the police  as to why she ws arrested  when she knows she did not break any law?Do you believe  this constitutes "that kind of behavior" and that she stood out  because of her age with "that behavior'?

19. Do you know the  difference or similarities of a person who is under the influence and one who  has  suffered a head trauma and  start of concussion?  Did Oteri  mention that he had  injured Jo Ann Fonzone then he ran to get  the police rather than medical help?  Why do you think he failed to tell you or anyone that fact?

20. Were you in the jail cell room with Jo Ann Fonzone?   Since you were not, then you cannot say definitively whether she was  being thrown against the wall or struck with a stick on her chest repeatedly becasue you were not ther to observe any of this, correct?

21. Before giving your testimony on Filbert  St. you had a meeting to rehearse with the asst. prosecutor Elizabeth Kotchian , is that right? Was it Kotchian who told you untruths about Fonzone including that she had 6 appointed lawyers , when the fact is that there were only two who represented her in court; the first was co-counsel then she withdrew for scheduling conflict.?

By: _____

Dated: June  10, 2016                             Jo Ann Fonzone, Esquire  aka Judy Mc Grath

CERTIFICATE OF SERVICE

I Jo Ann Fonzone, Esquire, aka Judy Mc Grath, hereby certify that I have on this day caused to be served a true and correct copy of Interrogatories to John Landis upon the following :

Aaron Shotland, Esq.
City of philadelphia law dept.
1515 Arch St., 14th floor
Phildelphia, pa 19103

June 10, 2016                    By: _____
                                 Jo Ann Fonzoen, Esquire aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  aka JUDY MC GRATH, PLAINTIFF

VS.                                 CIVIL ACTION
                                    NO. 12-5726-LDD
                                    JURY TRIAL DEMANDED

JOE OTERI, ET AL , DEFENDANTS


Officer Kevon Baldwin, non-party to the above titled action, is requested to file with this court and serve upon the undersigned counsel for the Plaintiff, within the time, 30 days , and in the manner provided by the Federal Rules, sworn answers to each of the following Interrogatories;


1.  While you were on duty October 6, 2010 with the Philadelphia police department, do you

    recall who and from what district you were called to transport Plaintiff from the 1st District

    to the hospital Emergency Room, and did you mention the name of that person to anyone at

    the time or anytime since then?


2.  What time did you arrive at the 1st District for the transport to the Emergency Room,
    and what time did you arrive at the Jefferson ER with the patient ?


3.  Did the Sargeant in charge at the 1st district give you the transport form ; had he

    signed the report, and what did you do with that transport report form?

4. Did you sign the patient Jo Ann Fonzone into the Emergency Room, were you asked if the patient had health insurance, and did you ask the patient for her insurance card ?

5. What did you tell the hospital staff about the patient or her injuries?

6. Were you present in the triage room with the patient Jo Ann Fonzone when she had a grand mal seizure?

7. Upon arrival at the ER, whywasnt the patient Jo Ann Fonzone allowed to retrieve her health insurance card or other ID from her bag which was in the possession of you and Officer Jenkins?

8.  Was it you or Officer Jenkins who handcuffed the patient Jo Ann Fonzone to the ER bed, and at what time was that?

9.  Was the patient Jo Ann Fonzone still unconscious from the seizure when she was put in handcuffs while in the hospital bed?

10. Was it you or Officer Jenkins who filled out the transport police report form, and when and where was that completed?

11. Were you aware at the time or later made aware that because the tranport form mentioned only "injury to hand, prior to arrest", that the staff only treated the patient for this , rather than for the more serious injuries and trauma to her head and chest.

12. Have you transported in police custody patients to hospital emergency rooms in the past?

13. If your reply was yes to question number 12, then you must be familiar with the bottom of the transport form which allows space for a signature and states, " PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM.

14. Why didnt you or Officer Jenkins give the patient Jo Ann Fonzone a copy of the transport police report or ask her to sign the bottom of it to acknowledge that she was notified about Victims Services and had recieved a copy of the police report or Victims Services form as required by the Victims compensation Assistance program in Harrisburg?

15. When and where did you or Officer Jenkins file the transport police report or turn it in?

16. If you or officer Jenkins filled out the hospital transport police report prior to transporting the patient to the ER, after she suffered a grand mal seizure in the triage area, why wasnt that fact or the head trauma at the stadium which caused the seizure prior to arrest noted on the report?

17. Why werent the bruises, contusions, and swelling of Jo Ann Fonzone's right arm, shoulder,neck and chest noted on the report?

18. Didn't you or Officer Jenkins know that she had x-rays of her hand and shoulder, didnt you see any of the bruises and contusions, do you know other areas were untreated despite the severe head trauma she sustained prior to and chest trauma after arrest, because these were not on the report?

19. Upon discharge from the ER, did you and officer Jenkins transport Jo Ann Fonzoen to police headquarters, and at what time of the next day was that?

20. Is there a DC number on the hospital police report, who assigns the number and is this report the same number as the correlating arrest citation number , is the hospital report as a matter of police policy filed with the citation of arrest at the same police district ?

21. Why was the date of occurrence of 10-07-10 written on the left side of the hospital transport report while the date on the top line 10-06-10?

22. On the hospital transport report, either you or officer Jenkins checked the box FOUNDED YES as to the complaint by the injured crime victim Jo Ann Fonzone, so why was this particular report undisclosed, intentionally hidden and suppressed for nearly 2 years or until July 3, 2012, after the complainant Jo Ann Fonzone suffered the injures from assault and battery, harrassment, false implication by the security guard Oteri and officer Kelewisachky?

23. Did you know that this report ,which either you or officer Jenkins wrote ,remained undisclosed , hidden, suppressed, though Jo Ann Fonzone requested all police reports from the police and District Attorney since November 9, 2010?

24. Is it police policy for the transport officers who write up the hospital transport report not to question the injured victim ; in this case, Jo Ann Fonzone about how and who caused her injuries prior to or after arrest, why didnt you or Jenkins ask the injured victim about the injuries, and put the names of Oteri and kelewischky on the report as offenders?

25. Were there videocameras in Jefferson Methodist ER?

By:_____
                Jo Ann Fonzone, Esquire

Date:     06/04/16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka JUDY Mc GRATH, PLAINTIFF

                                NO:5-12-CV-5726
        VS.                       CIVIL ACTION
                           JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


Defendant  Philadelphia Bench Warrant Unit, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within teh time and in the manner provided byt eh Federal Rules, 30 days from the service, sworn answers to each of the following Interrogatories:


1.  According to your official records, when, how and from preceisely whom did you get a bench warrant  for non-appearance  in court on September 21, 2011, to bring Jo Ann Fonzone to the Criminal Justice Center at 1301 Filbert St. Philadelphia, in September , 2011?


2.  What were you told, by whom, what government entity, and why was the Unit contacted to pick up Jo Ann Fonzone at her home address in the middle of the night September 23, 2011?


3. Is there any particular reason ,or is it the policy of the BWU  to  typically arrive at 2:00 a.m., , that the Unit arrived at that hour  on September 23, 2011 to take Jo Ann Fonzone into custody for not appearing in court September 21, 2011?

4. Does the BWU keep copies of all warrants that are served?

5. Where are the copies of the bench warrants kept or filed?

6. If during the course of a BWU transport, an individual named on the warrant, the individual becomes in need of medical attention and is taken to the Emergency Room, is it the policy of the BWU and Philadelphia police department to make sure that the ER patient is discharged ,rather than admitted to the hospital for ,appropriate treatment especially if the patient has a heart condition and the BWU is aware of the heart condition because the individual is taken to the ER for the heart condition?

7. Is the policy of the BWU officers to actually read the words on the bench warrant and follow the directions thereon exactly as stated by the Judge's Order and in accordance with the laws of Pennsylvania?

8. The bench warrant Ordered that Jo Ann Fonzone was to be taaken to the CJC at 1301 filbert St., Philadelphia; so why was she taken to Riverside correctional Facility rahter than the Filbert St. Court on September 23, 2011?

9. Also on the bench warrant was the PA statute about bench warrants, PaCriminal Procedure Rule 150 (A)(1) and (5)(B), which read in effect, " when a person is arrested pursuant to a bench warant , he or she shall be taken without unecessary delay for a hearing on the bench warrant . (5)(B) the individual shall not to be detained without a bench warrant hearing on that bench warrant longer than than 72 hours ." Are you familiar with this law?

10. Prior to sending the BWU to pick up Jo Ann Fonzone in the middle of the night on a bench warrant for not appearing in court September 21, 2011, did anyone bother to read the court file and discover the Application for Continuance she filed (and served by certified mail September 9, 2011, signed by District Attorney's office September 15, 2011) on the clerk and the District Attorney containing her reason for not being able to appear September 21, 2011 with the reason for the Continuance being Medical, appointment with cardiologist.? If not, is it the policy of the Philadelphia police and District Attoreny to neglect to read the court file or question anything before they send a swat like team to a person's home in the middle of the night jsut becasue they were not in court the preceding day?

11. Did anyone with law enforcement, bother to read the court file and notice that Jo Ann Fonzone retained a private criminal defense attorney, in July 2011, Robert Dixon, who was in court on September 21, 2011? If not, why not?

12. Prior to sending the BWU, did anyone from law enforcement, bother to contact Mr.Dixon as to why his client was not in court September 21,2011, and if so, he could have told them the reason as she had told him to get a continuance as she had an appointment that day with her cardiologist?If not why not, is it agaisnt the policy of law enforcement to ask questions and discover facts before they act harshlyagasint an innocent individual?

Date: June 17, 2016                          By:_____-

                                                      Jo Ann Fonzone, Esquire aka Judy Mc Grath

# CERTIFICATE OF SERVICE

I Jo Ann Fonzone, Esquire aka Judy Mc Grath, hereby certify that I have on this day caused to be served by U.S.mail a true and correct copy of the Interrogatories to Officer Baldwin to the following :

Aaron Shotland, Esquire
City of Philadelphia law dept.
1515 Arch St., 14th floor
Philadelphia, Pa 19102

BY;  Jo Ann Fonzone aka Judy Mc Grath

06/06/16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN  FONZONE aka JUDY Mc GRATH, PLAINTIFF

VS.

JOE OTERI, ET AL, DEFENDANTS

NO. 5:12-CV-5726
CIVIL ACTION
JURY TRIAL DEMANDED


Defendant  Officer Kovacs, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time and int eh manner provided by the Federal Rules, 30 days from service, sworn answers to each of the following Interrogatories:


1.  How  long and in what capacity were you employed by the Philadelphia police department and a what district were you on October 6, 2010?


2.  Did you graduate from college and if so where and when , and have you ever had any medical  or psychological training?


3.  If you have never had any medical or specifically psychological training , how is it that you deem yourself qualififed to make a psychiatric diagnosis , deranged,  of Jo Ann Fonzone October 6, 2010, having never met  her before in your life? What is your definition of 'deranged'?

4. Or, is it untrue that on  January13, 2011 you told John Evans that Jo Ann Fonzone was deranged?

5. Were you the officer who took the call from dispatch  after Jo Ann Fonzone called 911 for help from the jail cell in the police room, and did the dispatcher mention that  she called for help after being hurt by the police  ?

6. You told John Evans that Jo  Ann Fonzone called 911 seven times , what exactly did she say all those times, and why  didn't the police  have or provide copies of all those calls  as  911 calls are always recorded?

7. Were you seated at the desk inside the police room the entire time that Jo Ann Fonzone was in custody at Citizens bank park police room?

8. If you were seated at he desk the entire time, then  it would have been impossible for you to see or know what went on in the adjacant jail cell room, isn't that right?

9. It would have been impossible for you to see officer Kelewischky throw Jo Ann Fonzone against the wall, and then again a second time,and strike her with his nightstick,  after you received the call from dispatch and informed  him that she had a phone on her person in the jail cell room,  true?

10. You told John Evans that you consulted with your attorney before he questioned you in January 2011, is that true?

11. Did your attorney tell you to slander Jo Ann Fonzone to John Evans and tell him she was "deranged", or was that something you conjoured up all by yourself? What is the name of your attorney?

12. Are you the officer in charge of searching an arrestee's belongings and did you search Jo Ann Fonzone's  red veterans bag October 6, 2010, if it wasn't you then who was it?

13. If you did search her bag, which contained  among other thigns, her attorney ID, an Internal Affairs card from another county, and her Phillies playoff ticket. What did you do with her ticket  as she watched you take it from her bag ,after making derogatory comments about her upon finding her ID and the IA card?

14. Did John Evans ask you if you threw Jo Ann Fonzone's cell phone agaisnt the wall and why do you think he asked that  since she at no time accused anyone of doing that and you were not even in the jail cell room where her phone was?

15. How and by whom was Jo Ann Fonzone removed from the jail cell and by whom was she arrested and brought into the police room? What are the names of the other two officers in the police room seated at the desk with you when she was brought in?

16. Were you told why and by whom Jo Ann Fonzone was arrested, like what was she doing that constituted probable cause for an arrest , by whom and where that was determined?

17. How was Jo Ann Fonzone "hostile the entire time she was in the police room", what was she doing exactly , what does hostile mean? Wer you aware that she ahd suffered a head injury while at her seat after being pushed by a security guard and had concussion symptoms?

18. Who and when did the transport officers arrive to transport Jo Ann Fonzone to the 1st District, and at what time was that?

19. Were you in the police room when Jo Ann Fonzone left the police room, and if so, why didnt you notice that she had bruises and swelling on her right hand, ( which along with her face was the only visible part of her body as she was dressed in a heavy coat, scarf, jeans, hat)?

20. By whom, when and where was Jo Ann Fonzone's cell phone recovered, was it a camera phone?

21. Did John Evans tell you that he was investigating the arrest of Jo Ann Fonzone and not an Internal Affairs complaint when he questioned you in January 2011?

22. Why did you forget to mention that Officer kelewischky was in the police room  October 6, 2010, was  one of two arresting officers and the officer that took Jo Ann Fonzone to the cell room?

23. Has any arrestee ever asked  you or any officer why they were brought to the police rrom, particularly when  he or she knows she did nothing wrong or illegal to warrant being detained ,or is this question that Jo Ann Fonzone asked you one you have never heard before?

24. When you told John Evans that you told Jo Ann Fonzone that "they were discussing  the matter with the detective" referring to her question of why was she brought  into the police room, what exactly  was discussed, by whom, and who determined that she would be transported to the 1st police district and why exactly was that determined?

25. Did John Evans ever mention to you  or anyone in the department that Jo Ann Fonzone  has a Permanent Protection From Abuse order  agains ther estranged spouse  which is supposed to protect her from retalations like  false arrest and vicarious abuse? If not, why do you think he neglected to mention the Order?

Date:   June 13, 2016                              By:_____ -
                                                          Jo Ann Fonzone, Esquire aka Judy Mc Grath

CERTIFCATE OF SERVICE

I , Jo Ann Fonzone aka Judy Mc Grath, hereby certify taht I have  on this day caused to be served a true and correct copy of  Interrogatories to Sargeant  Mark Kovacs, upon the following:

Aaron  Shotland, Esq.
Philadelphia law dept.
1515 Arch St., 14th floor
Philadelphia , Pa 19103

June 13, 2016                                          By:_____---
                                                                  Jo Ann Fonzone, Esquire aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN   FONZONE  aka JUDY MC  GRATH, PLAINTIFF

                                  CIVIL ACTION
       VS.                           NO. 12-5726-LDD
                                  JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


Joseph Oteri , as  above in this action, is requested to file with this court and serve upon the
undersigned counsel for Plaintiff, within the time, 30 days, and in the manner provided by the
Federal Rule, sworn answers to each of the following Interrogatories:


1.  How  many years  have you been employed  as a security guard, and how many years  have
    you been employed by the Phillies organization as a security guard?


2,  What other employment have you had in the past ten years, including part time, after hours,
    paid off the books as a truck driver for a relative or close associate?


3.Under oath at 1301 Filbert St., you stated that you drove  truck part time, what is
the name of the trucking company and owner that employed you to drive their
trucks, how many years did you drive , were you driving truck in October 2010,
what were your  days and hours at that time, and to what destinations did you drive
truck?

4. As a prosecution witness, you stated, " First we write our standard security report of the incident on a Philadelphia police department form, a security report -an incident report, when I write up the reprot, when we go down to the police room we hand it to our main supervisor, it gets filed.My statement that was given to detective on duty that has my testimony for that day.But when asked, where the statement was that you signed , the statement or report that memorialized what role you played in the incident, what statement or anything from the unamed hostess that triggered all of this, "Do you have one? " You replied "NO". Why is there no evidence from anyone about what alleged conduct as sufficient for you to determine probable cause , that Jo Ann Fonzone was committing a crime ?

5. While on the witness stand under oath on October 2, 2013, you stated that , you "patrol certain areas in the stadium during a Phillies game and we had to stay around in case there's any incidents in the stadium". And , "you were called in "', "the security is like the law in the ballpark." So , you patrol around the stadium like a police officer looking for incidents, is that correct? Were you delegated these police like duties by a particular officer ?

6. On January 18, and October 2, 2013 , you couldn't remember what time the game started, whether it was a day or night game, or when and what section you had been called to or what section Jo Ann Fonzone was seated in, what she was wearing, what inning it was when you initiated physical contact with Jo Ann Fonzone, (by grabbing, pushing and pulling her arm), or even names of the male police officer you brought to the scene or the female officer who signed the arrest citation but was not actually at the scene. Do you remember anything at all accurately about October 6, 2010?

7. On January 18, 2013, you stated under oath, that you ," were called to Section 107; who was it that called you , what time did you get the call, and why exactly were you called to that Section, what did the alleged caller say to you exactly about what was going on in section 107, was the caller the alleged hostess who allegedly told Jo Ann Fonzone to sit down and then allegedly told you that she told her to sit down, yet the hostess remains unnamed and unknown by you and everyone else?

8.  Are you now aware  that  Jo Ann Fonzone was seated in Section 108 and the game
    began at 5:05, not 7:35, 7:05, 8:05, 4:05 as you said  or guessed on October 2, 2013 and
    January  18, 2013?.

9.  What is your definition of  "stare on her", "like a glaze"?  Do you mean how a person
    might look after with the start of a  concussion from  a head trauma after having her
    head  hit on the back of a stadium seat by security and they again by security and
    police officer while picking herself up from cement ground reaching for her bag ?

10. Is your serious memory impairment  and failure to recall basic facts related to a psyiological
    or psychological problem or excessive alcohol or illicit drug use, like the arrest you had  for
    illegal drugs ? Were you drinking  alcohol or under the influence of illicit drugs on October
    6, 2010?

11. Isnt' it true that you have been arrested at least once for illegal drug use or possession?

12. Is  the stadium usually quiet  at a MLB playoff game, at Citizens bank park , was it quiet
    October 6, 2010?

13. Did you know that WIP radio stattion determined that  the game October 6, 2010 was the
    loudest ever recorded at  Citizens  bank park?

14. As the game was the loudest ever, wouldn't a reasonable person admit  that as the crowd

noise was so loud ,that any fan in the stadium might not be able to hear someone tell
them to sit; what if a fan had some hearing loss from prior concussion that in such a loud
setting she actually did not hear someone tell her to sit down( as it would be the
furtherest thing on her mind at a playoff game )you claim  January 18, 2013, pg. 29, that,
" you went to say sit down as she was the only one standing up at the stadium", do you
believe that?You also said, " she was standing "and  "she was sitting", pg31, so which
was it?

15. You testified January 18, 2013, pg. 22 that , " I didnt see nothing when I got to the
    section " not in the stands" when asked about Jo Ann Fonzone's behavior in the stands,
    indicating that you did not see any disruptive behavior there, is that  still your
    observation?Why then did you start grabbing at her, so she had to move to her left to
    escape your grasp then you pushed and pulled at her forcefully that her head was pushed
    into the  seat in front of her causing her to fall to the cement ground?

16. You testified, " a female officer was called , but " wasn't present at the bottom" (in seating
    area), are you referring to Officer Ortiz, who  was not with you at the seating section , is that
    correct, and you don't remember the name of the  male officer who was with you the second
    time? Why was Ortiz's name substituted for the male officer kelewiscky on official reports?
    And isnt it true that he was one of the two arresting officers later in the concourse with
    officer Bee as they grabbed Fonzone by the back of the arms at elbows, restraining her arms,
    then dragged her across the concourse to police room?

17. Do you know what time Officer Ortiz arrived at the police room  to be a  passenger in the
    transport vehicle with driver Officer Person to take Jo Ann Fonzone from the stadium to 1st
    police district?

18. To your knowledge , do  police officers drink alcohol when  at the stadium , and were
    any of the officers you worked with October 6, 2010 , like Officer kelewischky, at
    Citizens bank park drinking alcohol or under the influence of any substance , which
    officers were drinking  alcohol or under the influence?

19. You stated under oath " she wasn't being unruly, she was watching the game in the concourse when the police approached her, touched her, then she swung at the officer with her hands , like you're pushing somebody's arm off of you because you don't want nobody to touch you",on pg. 36, Oct.2, 2013. Isn't it a normal response for any woman who is being touched by a stranger without her consent, to shrug him off , remove his hand and grasp, and try to protect herself? This does not constitute a swing, does it?

20. You stated that you "talked to other fans in the section, people on  bus who said she was annoying them," but you dont know their names or what section that was either , do you?It's possible you went to the wrong section when you began to  touch and harrass  the wrong person as you said  you" didnt see anything ".What exactly did  anyone  say she was doing to annoy them,and why didnt you get their names to put on your report or what they said or any contact information for corroboration of your story?

21. During the last pitch of the  5:05 start October game, when everyone was standing at Citizens bank park,it would be dark , nightime  and any photo taken of the game's last pitch would be a night photo, wouldn't it? Therefore, the Sports Illustrated centerfold of the game, a trial exhibit, was not a photo of the last pitch as prosecutor stated   becasue it was a day and not a night photo, isnt that true?

22. Why did you bring  police officer Kelewsichky to the  seat section  after you injured Jo Ann Fonzone, (she was on the cement ground because her head was hit on the stadium seat), rather than  bringing medical help?  Did you know that from the traumas to her head she suffered a seizure and concussion which symptoms could resemble , in your words, "like somebody not in their right state of  mind"? In your  classes , were you taught the difference or similarities  between detecting symptoms and diagnosis of a person intoxicated , under the influence , recovering from a cold, flu or sinus infection ,and one who has suffered a severe head injury/trauma? Do you have any medical training whatsoever?

23. What exactly did you say to Kelewischky before you and he went to Section 108 where Fonzone was on the ground trying to pick herself and her bag up after the head injury, and the two of you began to grab and pull to remove her from the seating area whereby her head was hit again?

24. Isnt it true that you never put her in the handicapped section in the concourse and she was standing watcching the game behind the last row of seats without incident when approached from behind by Bee and Kelewischky ? Isnt it true that she didnt refuse police commands, but merely questioned the large male arresting officers as they grabbed her elbows and dragged her across the concourse to the police room," Hey what are you doing, you're hurting me, I'm just watching the game."You said you saw," Officer Bee handcuff Jo Ann Fonzone in the concourse before she was taken to the police room," is that still your testimony?

25. On october 2, 2013 ,pg. 23, you described stadium police room procedure, " We put her in the chair first, which we normally do with anybody we bring down there to get their ID info off them and then the detective that's on duty takes the report. Then I give my statement in and then normally they let the defendant know if they're going to be receiving a citation if it was like alcohol involved or anything like that and then they usually going out the back door." Did you tell officer Ortiz what to write on her citation for summary disorderly conduct since she was not actually at the scene to see anything for probable cause to make a site arrest, or was your statement to the detective then put on the citation verbatim and signed by Ortiz becasue you as a private citizen cannot determine probable cause? Was John Evans the detective that you gave your version of the incident to, as he signed as supervisor on the arrest. Why do you think officer Ortiz had officer Person as the complainant on her reports and then you were the complainant on another report of the same incident?

By:_____ -

Dated: June 10, 2016                    Jo Ann Fonzone, Esquire  aka Judy Mc Grath

CERTIFICATE OF SERVICE

I ,Jo Ann Fonzone, Esquire  aka Judy Mc Grath hereby certify that I have on this day caused to be
served a  true and correct copy of the Interrogatories to  Joe Oteri upon the following :

Robert Foster
Reger Rizzo & Darnell, LLP
2929 Arch St.
Philadelphia, Pa 19104

June 10, 2016                        By:_____
                                             Jo Ann Fonzone, Esquire aka Judy Mc Grath

IN THE  UNITED STATES DISRTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN  FONZONE aka  JUDY MC GRATH, PLAINTIFF

        VS.

                             NO. 5-12-CV-5726
                             CIVIL ACTION
                             JURY TRIAL DEMANDED

JOE OTERI, ET AL , DEFENDANTS


 Defendant  Riverside correctional facility, is requested to file with this court and sevre upon the undersigned counsel for Plaintiff, within the time and int eh manner provided by teh Federal Rules, 30 days from service , sworn answers to each of the following Interrogatories:


1.  I it s the policy of the city of Philadelphia  law enforcement to take and keep the bench warrant at Riverside when an individual is brought to Riverside facility on a bench warrant?


2.  If it is not the policy of the City of Philadelphia  law enforcement to take the bench warrant from the Bench Warrant Unit  upon arrival at Riverside, and keep the bench warrant,  where and to whom was the bench warrant given, when taken from the BWU?


3. On September 23, 2011, when Jo Ann Fonzone was brought to RCF and her bench warrant was given to  an RCF officer, what did the female officer do with the bench warrant, who did she give the bench warrant to when she took all the papers that Jo Ann Fonzone had  with her upon arrival at RCF, and was told that they would be returned to her upon her release?

4. Does the warden or anyone a t RCF know of the PaCrim procedure law regarding bench warrant time limitations, Rule 150 A, 1, 5, which states that "a person can be detained not longer than 72 hours on a bench warrant?" If not, why not?

5. If the warden or anyone at RCF is aware of the 72 hour bench warrant hold law , then why and upon whose authority, and for what reason was Jo Ann Fonzoen unlawfully detained at RCF for 6 days on a 3 day maximum bench warrant , from September 23 to September 28, 2011?

6. Upon whose authority did officer Fisher at the exit door at RCF stop Jo Ann Fonzone from boarding the sheriff's bus on September 26, 2011 and refuse to allow her to depart and go to 1301 Filbert St. for bench warrant court, though she was scheduled to attend bench warrant court that day, as told to her by her family and the lawyer Marc Frumer they had hired to get her released ?

7. Is it the city of Philadelphia and RCF policy to deny incarcarated patients cardiac medication, to ignore her grievances about lack of required health care ,denial of prescribed cardiac medications (which she brought into the facility but was taken by RCF staff when she was brought there )?

8. Does any RCF employee actually read grievances such as the several Jo Ann Fonzone put in writing about her requests to be moved to another cell because the cellmate (detoxing off of heroin) was threatening to kill her, acting violently which made it impossible for her to be safe, calm and/or sleep?

9. After the 72 hours had passed, Jo Ann Fonzone also filed grievances to the warden requesting immediate release to attend a September 27, 2011 scheduled Argument on an important ID theft civil matter in another county court , why was she illegaly detained and not released until September 28, though scheduled to be released September 26, 2011?Upon whose authority was Jo Ann Fonzone detained an extra two days so that she was unable to attend the scheduled Argument on September 27, 2011?

Date:   June 17, 2016                    By:_____  -

                                         Jo Ann Fonzone, Esquire aka Judy Mc Grath

CERTIFICATE OF SERVICE

I , Jo Ann Fonzoen aka Judy Mc Grath, hereby certify taht I haev on this day caused to be served a true and correct copy of the  Interrogatories to Philadelphia Bench Warrant Unit and  another set to the Riverside Corrrectional facility by U.S.mail upon the  following :

Aaron Shotland, Esq.
City of Philadelphia law dept.
1515 Arch St. 14th floor
Phildelphia, Pa 19103

June 17, 2016                              By:_____-

                                                   Jo Ann Fonzone,Esquire aka Judy Mc Grath

IN THE UNITED STATES  DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  aka Judy  Mc Grath, PLAINTIFF

VS.                                    NO. 5:12-CV-5726
                                       CIVIL ACTION
                                       JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDNATS



Douglas Earle, non-party to the above titled action, is requested to file with this court and serve
upon the undersigned counsel for Plaintiff, within 30 days of service of such, and in the manner
provided by the Federal Rules , sworn answers to each of the following Interrogatories:


1. Do you know the Plaintff in this  personal inury action?


2. When  and where did you meet the Plaintiff Jo Ann Fonzone, and what were the
   circumstances, did she tell you that  she was not properly represented by the defender
   associates and   two previous  private  defense  lawyers?






3. Did Jo Ann Fonzone sign a retainer agreement and  pay your fee for your legal services in
   February , 2012?




4. Did you file any Motions or documents while representing Jo Ann Fonzone  on a charge of
disorderly conduct , if so what was that Motion and when did you file it at the CJC?

5.  Was the Motion to Vacate the incompetency finding filed by you March 2, 2012 because Jo Ann Fonzone had been deemed competent and diagnosed with PTSD by two psychiatrists though the assistant district attorney David Ayers neglected to provide the presiding Judge with those reports which were in their possession since October 19, 2011, and instead kept continuing the case while deceiving the court about the facts?

6.  While you were in court April 25, 2012, when Jo Ann Fonzone tried to question David Ayers about having received the report of Ocotber 19, 2011 from the former attorney Mark Frumer, did the presiding Judge have her taken out of the courtroom?

7.  As a result of David Ayers misrepresenting and hiding the facts and report from the presiding Judge , was Jo Ann Fonzone compelled to have another psych eval on April 25, 2012?

8.  Were you present while Jo Ann Fonzone evaluated in the basement of the courthouse on April 25, 2012?

9.  Did you ask the presiding Judge to be taken off the case on April 25, 2012, two months after Jo Ann Fonzone ahd paid and retained you to represent her and get the charges dismissed?

10. Did the Judge allow you to quit the case and who, why and what prompted you to want to quit? Was it becaus Jo Ann Fonzone asked you to subpoena witnsesses ?

11. Isn't it true that Jo Ann Fonzone was found competent by the court psychiatrist on April 25, 2012, and at the next proceeding of May 23, 2012 the presiding Judge deemed her competent to proceed upon receipt of the second report wherein Jo Ann Fonzone was deemed competent by this second eval.?

12. At the next proceeding of June 13, 2012 in Judge Stack's courtroom, did you allow the asst.prosecutor Kotchian to continue the case because she had no witnesses in court, though Jo Ann Fonzone had two witnesses with her in the courtroom?

13. Did you leave Judge Stack's courtroom June 13, 2012 after a continuance was granted to the prosecutor, and did you hear the Judge Order, " No more contiuances, case must be tried next proceeding or defendant is discharged and case dismissed."?

14. Did you get a letter stating that your legal services were no longer required when you left the courtroom June 13, 2012 after allowing asst.prosecutor Kotchian get yet another continuance and consequently ,during the afternoon session Jo Ann Fonzone took over her own defense, because Judge Stack appointed her June 13, 2012 after colloquy between the Judge, asst. Prosecutor Kotchian and Jo Ann Fonzone, Esq.?

15. Did you get a file from Marc Frumer in February 2012 when you were paid and retained by Jo Ann Fonzone, did Mr. Frumer speak negatively about his former client, and did the file contain a copy of her will as witnessed by three individuals?

16. When you filed and served upon the Philadelphia district attorney's office a copy of your March 2, 2012 Motion to Vacate incompetency finding, why didn't you send same to David Ayers the asst. Prosecutor on the case , rather than to Denise Spadaccini , who had no participation in this case?   And why didnt you argue the Motion to vacate or any Motion to dismiss which Jo Ann Fonzone had filed ?

By: _____

Jo Ann Fonzone, Esquire aka Judy Mc Grath

Date: June 22, 2016

CERTIFICATE OF SERVICE

I , Jo Ann Fonzone aka Judy Mc Grath, hereby certify that I have on this day caused to be served by U.S. Mail a true and  correct copy of the  Interrogatories upon a non-party to this action at the following address:

Douglas Earle, Esq.
1015  Chestnut St., suite 902
Philadelphia, Pa 19107

By: _____
Jo Ann Fonzone, Esq.aka Judy Mc Grath

Date: June 23, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  aka Judy Mc Grath, PLAINTIFF

           vs.                           NO: 5;12-CV-5726
                                           CIVIL ACTION
                              JURY TRIAL  DEMANDED

JOE OTERI, ET AL, DEFENDANTS



 Bruce Hart, M.D. , non-party to the above titled action, is requested to file with this court and serve upon the undersignd counsel for Plaintiff , within 30 days of service of such,  and in the manner provided by teh Federal rules, sworn answers to each of the following Interrogatories:

1. Were you  the physician in charge  in the Emergency Room at Jefferson Methodist  Hospital in Philadelphia, Pa on Ocotber 6, 2010?


2. Do you remember a female patient being brought in by the police at around  nine thirty p.m.?


3. What is the  ER policy when an  injured  patient is brought  in by the police, do the police sign the patient in, and  what is the policy regarding insurance,  is th patient asked if he has health insurance  or  does the City pay  for the ER visit because the patient was injured  while in polcie custodyand brought in by the police?

4.  Isn't it true as stated on ER discharge papers that a patient is not treated for all of his medical issues in the ER and referred to his primary physiciain upon discharge?

5.  Is it also true that when a patient is brought to the ER by the police that the staff and the police are interested in getting the patient discharged as soon as possible , ( which may limit treatment), as the police presence is a disturbance to other patients and staff?

6.  Is it also true that conditions or injuries of a patient which are not immediately apparent , visible , or treated may not appear on the ER report , like a seizure in triage from a closed head injury where the chief complaint was head pain, though a concussion resulted, or a heart condition which developed from severe chest trauma as evidenced by contusions, bruises and high blood pressure, which was untreated as the visible hand and arm injuries were more apparent to staff.?

7.  Is it hospital policy to treat the patient for injuries which are told to staff by the police or which appear on the police report and in this case the report stated injuries were to the right hand and nothing else as the officer who wrote the report never bothered to ask Jo Ann Fonzone about her injuries?

8.  Are there any videocameras in the hospital ER, if so where are they located?

9. When you order a urine test on a patient , are results included in ER report or only if there is an abnormality?

10. If a patient was intoxicated or under the influence of any illegal drugs , would you and the staff be aware of that and note it on the report? Since there was no mention and no evidence of either as Jo Ann Fonzone was not intoxicated or under the influence of any drugs, is it reasonable to conclude that she was not? Is it also reasonable to conclude she was seriously injured after being assaulted ,as noted on the report ?

11. Is it hospital policy not to report the assault crime to police , treat the patient as a crime victim or delve into the facts and circumstances surrounding the incident of assault because the victim is brought in by the police in custody ?

12.Is it true that ER staff is intimidated by police presence and will assume wrongly that the patient did something wrong because they listen to the police rather than the patient?

13.Did anyone from the police department or District Attorney's office question or interview you or any ER satff member about Jo Ann Fonzone and her visit to the ER on October 6, -7, 2010, if so, what were their names?

14.When you received subpoenas from Jo Ann Fonzone, Esquire to appear as a witness in court , why did you ignore the subpoenas and not appear, did someone tell you not to appear,and if so,who?

15. Did you not appear pursuant to subpoena because , you knew the ER records were requested by police IA investigator , and you learned that Jo Ann Fonzone had filed an IA complaint agaisnt the police officer who seriously injured her by aggravated assault , blunt chest trauma which resulted in atrial fibrilation , and did not want to be questioned ?

Date:   June 25, 2016          BY:_____    --
                                              Jo Ann Fonzone, Esquire

CERTIFICATE OF SERVICE

I Jo Ann Fonzone, Esquire hereby certify that I have on this day caused to be served a true and correct copy of Interrogatories to Bruce Hart, M. D. at the following address:

Bruce Hart, M.D., Emergency Medicine
Thomas Jefferson University Hospital
Methodist Hospital  Division
2301 S. Broad St.
Philadelphia, Pa 19148

June 25, 2016                              By:   Jo Ann Fonzone, Esquire
                                                 2242 Tilghman St., Apt. 1c
                                                 Allentown, Pa 18104

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.

12-CV-5726
CIVIL ACTION
JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANT S


Richard Patton, Esq., defendant in the above titled action, is requested to file with this court and serve upon the undersigned counsel for Plaintif,f within the time and in the manner provided by the Federal rules, 30 days from the service , sworn answers to each of the following Interrogatories:


1. How many years have you been on the court appointed list?


2. When and by whom were you appointed to assist Jo Ann Fonzone on a summary disorderly conduct case in Phila. Court of Common Pleas?


3. At the time of your appointment were you aware that Jo Ann Fonzone was co-counsel with the prior appointed lawyer and that prior to that Jo Ann Fonzoen on August 22, 2012 had represented herself June, July august 2012 and had succesfully gotten the charges dismissed?


4. When did you first speak with asst. Prosecutor Kotchian about Jo Ann Fonzone?

5. Were you at Arraignment court for Jo Ann Fonzone July 15, 2013, and did you eneter a plea?

6. Did you speak to Jo Ann Fonzone before July 15, 2013 Arraignment ?

7. Was discovery closed at July 15, 2013 Arraignment, and did you notify your client about discovery closing ?

8. What and when was the first contact you had with Jo Ann Fonzone?

9. Did you speak with any other lawyer about Jo Ann Fonzone prior to speaking with her?

10. If so, what are the names of those lawyers , dates and circumstances , when and where and by what mode of communication did you speak about Jo Ann Fonzone ?

11. Do you remember speaking to Jo Ann Fonzone upon having to call the court appointment office several times from July to August ,finally learned that you were appointed (to help her as she had requested co-counsel to help with the subpoenaed witnesses and because her heart condition limited the number of hours she could work), and never spoke with you until September after receiving your derogatory letter September 10, 2013.?

12. Why did you send her the letter rather than returning her phone callse from July through August?

13. Do you recall sending Judge Foglietta a fax August 19, 2013 about Jo Ann Fonzone before you ever spoke with her ?

14. Why and for what valid pupose did you fax a letter to Judge Foglietta which prejudiced him against Jo Ann Fonzone before you ever spoke with her and before she ever entered his court ?

15. Did you not want the court appointment and this was your way of having Jo Ann Fonzone fire you by acting against her interests?

16. Do you recall receiving an email from Jo Ann Fonzone September 10, 2013 in reply to your certified letter of September 4, 2013?

17. Do you think it was unethical for a criminal defense lawyer to ex parte communicate with the Judge in any way such as write a defamatory letter about the client to the presiding Judge before ever having met her?

18. Do you think the letter to Judge Foglietta would have or actually did have any negative effect on Jo Ann Fonzone's case, character , reputation so as to sway the fact finder 's decision in favor of the prosecution ?

19. Do you frequently or is it a pattern and practice of yours to write derogatory letters to presiding judges about your clients before or at anytime you are allegedly representing us? If you were the client would you want your lawyer to write a derogatory letetr to a presiding Judge about you which would guarantee a pre-determined decision against you?

20. How long have you been a member of the Pennsylvania Bar, and how many complaints have you had against you by clients?

21. Have you ever been the subject of any Disciplinary proceedings or been suspended or disbarred by any State bar for misconduct or gross violation of any Rule of Professional Responsibility or Ethical Canon?

June 27, 2016                      Jo Ann Fonzone aka Judy Mc Grath

                                                                2242 Tilghman St.
                                                                Allentown, PA 18104

# RICHARD E. PATTON, ESQUIRE
## *Attorney-At-Law*

**Wednesday, September 04, 2013**

### *VIA REGISTERED MAIL*

Jo Ann Fonzone
2242 Tilghman Street / Apt 1 C
Allentown, PA 18104-4392

**Re:**   *C/W v Fonzone/CP-51-CR-0008156-13*
**Trial: 2 October 2013/CJC 508/9AM/**

Dear Ms. Fonzone:

Please be informed I have received a copy of the notes of testimony from your last hearing before Judge Eubanks. Additionally I have received notification that you filed a pretrial motion.
Please be advised that under the PA Rules of Criminal Procedure, and local court rules, you are not permitted to file legal motions on your behalf, unless you are representing yourself. Since you are not, your attorney is responsible for that task.

Since I am your attorney of record, I will file any motions (within reason) that you desire to file. It is my understanding that you have made the motion to represent yourself before the Court and it was denied. If I am incorrect, please advise me immediately.
Your matter has been relisted for October 2, 2013, 9AM, in Courtroom 508, Criminal Justice Center before the Honorable Judge Angelo J. Foglietta. Please be there promptly and check in with the court staff after you arrive. If you have witnesses, you want to testify on your behalf and appear, please provide me the names and addresses and telephone numbers for them immediately so I can make sure they receive their subpoenas and address any questions they may have.

Lastly, it is my further understanding that you have had a number of court appointed attorneys who have withdrawn from your case or who have asked to be removed due to reasons that due not concern me. However, I will inform you that Judge Foglietta is both fair and just in any matter I have had before him. However, I will also inform you of a caveat, the Judge does not tolerate disrespect and/or unprofessionalism or misbehavior on anyone that appears in his court. Thus, my advice to you is to permit me to do my job and represent you without interruption.  If you do not, you risk the case being dismissed and/or sanctions that may involve Sheriff interaction that may not be in your best interests. Please treat this as professional advice only.

I can be reached at 215-320-7475 (Office)  and, if I am not available, please leave a message and I will return your call within twenty four (24) hours of your call. Thank You.

Respectfully,

_____
**RICHARD E. PATTON, ESQUIRE**
*Attorney-At-Law*

REP:ap
File



*Fax*

## 8/19/2013 9:13 AM

| | |
|---|---|
| Honorable Angelo Foglietta | |
| **Criminal Justice Center , Room 1214** | |
| Philadelphia, PA. , 19107 | |
| Phone: 215 683-7059 | |
| Fax: 215 683-7061 | |

| OFC: | FAX: |
|---|---|

| FROM: | |
|---|---|
| *Law Offices of* | |
| *Richard Edmund Patton, Esquire* | |

| OFC: 215-320-7475/CELL:215-303-0914 | E-Mail: mailto:RICHARD@REPESQLAW.NET |
|---|---|
| | FAX: 215-598-0556 |

| RE: | *C/W v Fonzone/CP/51-CR-0008156-13* |
|---|---|

### PRIVACY & CONFIDENTIALITY NOTICE

The information contained in this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, dissemination or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by e-mail
mailto:mailto:RICHARD@REPESQLAW.NET  As required by United States Treasury Regulations,
you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under the United States federal tax laws.

1221/23 Locust Street, Philadelphia, PA 19107

-----Original Message-----
From: jo76erjo <jo76erjo@aol.com>
To: REP.ESQ.ONE <REP.ESQ.ONE@COMCAST.NET>
Sent: Tue, Sep 10, 2013 4:47 pm

Mr. Patton,  I called you  today, 09/10/13 upon receipt of your certified  letter of 09/04/13 As I was, for the fifth time since October 6, 2010 , in the hospital for  injuries and residual serious medical problems as a result of   being an innocent victim of aggravated assault , battery, false implication , false arrest, stalking, harrassment, etc.  As I mentioned  in the phone conversation, I will correct the inaccuracies  appearing in your letter.  First,   J. Eubanks is a municipal judge.  That transcript is from january  2013. I am well beyond that  now  as i am in Common Pleas court.  Secondly, I have filed many motions , starting with the Motion to Dismiss of Novemebr 9, 2010 in this case because I was not effectively represented . by other lawyers. Thirdly, I had one court appointed attorney prior to you being appointed while I was not in the courtroom. Her name is Marni Snyder and we were co-counsel  on january 18, 2013. She, unlike the 3 private  attroensy who were paid unearned fees, was  effective. had we met sooner than 5 minutes prior to trial , and  had other witnesses  present,  I am sure that  even the summary  dis.orderly would have been dismissed.  Ms. Snyder was not able to be present  at the next proceeding, so the Judge appointed another attorney at my request for teh appeal which was filed Feb. 11, 2013. Beverly Marlow withdrew before we met as she had some medical problems.  I requested help as I HAVE A HEART CONDITION AS A RESULT OF BLUNT FORCE TRAUMA BY THE POLICE AND  I did not want to have to subpoena all the witnesses and Ms Snyder was going to get the fingerprint evidence for me and also knows Kim Gray who was to be subpoenaed as a witness as she knows I was the victim.  Fourth, I was appointed By Judge Stack June 13, 2012, after colloquy where Kotchian was  a party to,  to represent myself, followed by  Judge O'Neal, Kosinsinki in Muni.  then Judge Minehart also said I could represent myself and I did  have a Motion to Vacate to argue June 24, 2013, however chose to go to trial because  I have a 911 audio  to introduce  which the Judge would not allow during the Motion hearing.  For teh record, June 24 was not a prelim as I have not had a prelim at anytime since  this malicious prosecution began. PTSD  does not make a person incompetent; perhaps you should  spread that truth around  philadelphia  court.

 DO NOT  THINK THAT YOU CAN SCOLD ME ABOUT COURTROOM ETIQUETTE. I AM THE ONE WHO HAS BEEN UNFAIRLY TREATED AND DISRESPECTED THROUGHOUT THIS MISERABLE EXPERIENCE AT 1301 FILBERT SINCE THE BEGINNING. I AM PENALIZED FOR TRYING TO AND SPEAKING THE TRUTH WHEN I GET A CHANCE TO SPEAK. I WAS WRONGLY DRAGGED THRU THE MENTAL HEALTH SYSTEM BECASUE I TOLD JUDGE PEW  ON jULY 18, 2011 THAT I HAD HIRED A PRIVATE ATTORNEY BECAUSE THE DEFENDERS WERE NOT REPRESENTING ME PROPERLY.  THEN THE DA LIED TO THE JUDGE AND  DID NOT GIVE THE  MEDICAL REPORTS TO JUDGE NEUFIELD UNTIL 8  MONTHS AFTER THE PSYCH DIAGNOSED ME WITH PTSD AND THAT I WAS PERFECTLY COMPETENT  TO PROCEED.

I got the the case dismissed August 22, 2012 on 1013. The DA appealed in September  and I was not notifed until  November when i tried to file the Expungement petition.  Ever hear of prosecutorial misconduct and bad faith?i  there were 3 proceedings in court  from Septemeber thru November  and I was not there. Kotchian knew I ws representing myself then and intentionally did not serve me with the appeal papers.  If you read anything that I filed  rather than listen to the slander  from litigation enemies, you might understand what is going on.   thanks for the consideration  ignoring all of my previous calls and making an effort to tell me that they got a continuance august 19.  I dont live in philadelphia and 3 years of many trips to filbert st. is financially burdensome and hazardous to my health.  PS the security guard that perjured on the stand has drug arrests.  he didnt know waht time the game started or what section i was seated in, yeah his credibility  should be attacked.

jo76erjo@aol.com



**Press** Allentown

If you do not receive all pages call: 484-223-33
If calling from overseas, please dial: 01-484-223-33

1801 Tilghman Street • Allentown, PA 18104
Phone 484-223-3311 • Fax 484-223-3314

215-683-7061

# FAX COVER SHEET 693-1587

Date: 6/28/16          Fax #: 215 598-0566

To: Richard Patton

From: JoAnn Fonzone

Message: These are deemed served upon transmission
as a copy sent by U.S. mail was returned .

# of Pages being Faxed: 5
*(including cover sheet)*

215 - 320 -7475

215 -303 -0914

**Daniel Rodriguez**

| | |
|---|---|
| **From:** | Daniel Rodriguez <allentown-design@minutemanpress.com> |
| **Sent:** | Wednesday, June 29, 2016 11:30 AM |
| **To:** | 'richard@repesolaw.net' |
| **Subject:** | Important! |
| **Attachments:** | 20160629102652.pdf |

I served Interrogatories Docket US. District Court 12 CV – 5726 on June 29, 2016 to Richard E. Patton at the above e-mail address as they were previously refused when mailed to his office address in Philadelphia.

Daniel Rodriguez

witnessed:
Glenn Fg, Esquire
6/29/16

1

-Original Message-----
rom: jo76erjo <jo76erjo@aol.com>
fo: REP.ESQ.ONE <REP.ESQ.ONE@COMCAST.NET>
Sent: Tue, Sep 10, 2013 4:47 pm

Mr. Patton,  I called you today, 09/10/13 upon receipt of your certified letter of 09/04/13 As I was, for the
fifth time since October 6, 2010 , in the hospital for injuries and residual serious medical problems as a
result of   being an innocent victim of aggravated assault , battery, false implication , false arrest, stalking,
harrassment, etc. As I mentioned  in the phone conversation, I will correct the inaccuracies  appearing in
your letter. First,   J. Eubanks is a municipal judge.  That transcript is from january  2013. I am well beyond
that  now  as i am in Common Pleas court. Secondly, I have filed many motions , starting with the Motion to
Dismiss of Novemebr 9, 2010 in this case because I was not effectively represented . by other lawyers.
Thirdly, I had one court appointed attorney prior to you being appointed while I was not in the courtroom.
Her name is Marni Snyder and we were co-counsel  on january 18, 2013. She, unlike the 3 private attroensy
who were paid unearned fees, was effective. had we met sooner than 5 minutes prior to trial , and  had other
witnesses present,  I am sure that even the summary  dis.orderly would have been dismissed. Ms. Snyder
was not able to be present  at the next proceeding, so the Judge appointed another attorney at my request for
teh appeal which was filed Feb. 11, 2013. Beverly Marlow withdrew before we met as she had some medical
problems.  I requested help as I HAVE A HEART CONDITION AS A RESULT OF BLUNT FORCE
TRAUMA BY THE POLICE AND  I did not want to have to subpoena all the witnesses and Ms Snyder was
going to get the fingerprint evidence for me and also knows Kim Gray who was to be subpoenaed as a
witness as she knows I was the victim. Fourth,  I was appointed By Judge Stack June 13, 2012, after
colloquy where Kotchian was  a party to,  to represent myself, followed by  Judge O'Neal, Kosinsinki in
Muni.  then Judge Minehart also said I could represent myself and I did  have a Motion to Vacate to argue
June 24, 2013, however chose to go to trial because  I have a 911 audio  to introduce  which the Judge would
not allow during the Motion hearing. For teh record, June 24 was not a prelim as I have not had a prelim at
anytime since  this malicious prosecution began. PTSD  does not make a person incompetent; perhaps you
should  spread that truth around  philadelphia  court.

   DO NOT  THINK THAT YOU CAN SCOLD ME ABOUT COURTROOM ETIQUETTE. I AM THE ONE
WHO HAS BEEN UNFAIRLY TREATED AND DISRESPECTED THROUGHOUT THIS MISERABLE
EXPERIENCE AT 1301 FILBERT SINCE THE BEGINNING. I AM PENALIZED FOR TRYING TO AND
SPEAKING THE TRUTH WHEN I GET A CHANCE TO SPEAK. I WAS WRONGLY DRAGGED THRU
THE MENTAL HEALTH SYSTEM BECASUE I TOLD JUDGE PEW  ON jULY 18, 2011 THAT I HAD
HIRED A PRIVATE ATTORNEY BECAUSE THE DEFENDERS WERE NOT REPRESENTING ME
PROPERLY.  THEN THE DA LIED TO THE JUDGE AND  DID NOT GIVE THE  MEDICAL REPORTS
TO JUDGE NEUFIELD UNTIL 8  MONTHS AFTER THE PSYCH DIAGNOSED ME WITH PTSD AND
THAT I WAS PERFECTLY COMPETENT  TO PROCEED.

I got the case dismissed August 22, 2012 on 1013. The DA appealed in September  and I was not notifed
until  November when i tried to file the Expungement petition.  Ever hear of prosecutorial misconduct and
bad faith?i  there were 3 proceedings in court from Septemeber thru November  and I was not there.
Kotchian knew I ws representing myself then and intentionally did not serve me with the appeal papers.  If
you read anything that I filed  rather than listen to the slander  from litigation enemies, you might understand
what is going on.  thanks for the consideration  ignoring  all of my previous calls and making an effort to
tell me that they got a continuance august 19.  I dont live in philadelphia and 3 years of many trips to filbert
st. is financially burdensome and hazardous to my health.  PS the security guard that perjured on the stand
has drug arrests.  he didnt know waht time the game started  or what section i was seated in, yeah his
credibility  should be attacked.

jo76erjo@aol.com

#17

# RICHARD E. PATTON, ESQUIRE
*Attorney-At-Law*
19 August 2013

Honorable Angelo Foglietta
Criminal Justice Center , Room 1214
Philadelphia, PA. , 19107
Phone: 215  683-7059
Fax: 215  683-7061


RE:         Commonwealth v Fonzone
            CP-51-CR-0008156-13
            Trial Date: 19 August 2013 /CJC 508

Dear Judge Foglietta:

I wanted to make sure the Court was aware of the above referenced matter and the scheduling of it. I was contacted by Court Administration last week re-scheduling the matter for a September date. Additionally, the prosecution (ADA Elisabeth Kotchian) also faxed me notification of not being ready to proceed and requested a continuance. I informed both parties had no opposition to a continuance. I made other arrangements for today, which was to appear in New York city to meet a client. However, the defendant in this matter, which I later found out this weekend, objected to the continuance and proceed to cause havoc with the Administration and others involved. This has been a problem with her and her disposition since her last court scheduling and two (2) prior court appointed attorneys having been replaced.

I wanted to place the court on notice of this problem since Ms Fonzone claims that she is an attorney and has demonstrated herself as such. It is my further understanding that she now desires to terminate my services and move on to another attorney. I am the third (3rd) attorney appointed in this matter; however, I am not asking to be removed,  since I believe this case will see finality at its next listing. I respectfully await a new scheduled date and will appear on behalf of the defendant.

Thank you for your understanding and consideration in this matter. I can be reached at 215-303-0974 if the court desires a further explanation of the matter.

Respectfully Yours,


Richard Edmund Patton, Esquire
*Attorney-At-Law*

REP:mb

Cc:
ADA Kotchian

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE   aka  JUDY MC GRATH, PLAINTFF

VS.                                      12-CV-5726
                                         CIVIL ACTION
JOE OTERI,ET AL, DEFENDANTS              JURY TRIAL DEMANDED


Frank Fina, non-party to the above titled action, is requested to file with this court and serve upon
the undersigned counsel for Plaintiff, within the time and in the manner provided by the Federal
Rules, 30 days from the service , sworn answers to each of the following Interrogatories:


1.  Were you ever employed by the previous AG Linda Kelly Pennsylvania Attorney General in
    the Public Corruption Unit or any other capacity?



2.  If so, what was your title with the State AG's office?



3.  What was the term of your employ with the AG's office?



4.  Where are you employed now and when did you begin your employment with the
Philadelphia District Attorney?

5. While you were employed at the Pa AG office, did you receive complaints about state employees and their misconduct?

6. Was it your responsibility to investigate complaints of public corruption made by citizens of the state of Pennsylvania?

7. Do you recall getting a complaint in July 2012 with attachments from Jo Ann Fonzone, Esquire about incidents which occurred October 6, 2010, in Philadelphia, where she was seriously injured ,then mistreated by government employees ,including 3 assistant prosecutors for malicious prosecution ,in their effort to cover -up criminal violence of a secuirty guard and police officer?.

8. Do you recall a letter you sent to Jo Ann Fonzone, Esquire Ocotber 3, 2012 where you refused to investigate or take any action on her complaint?

9. How long after October 3, 2012 were you hired by the Philadelphia District Attorney?

10. Do you recall being served with subpoenas by Jo Ann Fonzone, Esquire, to appear in criminal court to be questioned about the PCU complaint she had filed July 6, 2012?

11. Did you fail to comply and appear at 1301 Filbert St. because you were now employed at the Philadelphia District attorney's office and did not want to answer questions about the malicious prosecution of an injured crime victimby the Philadelphia sst. Prosecutors Ayers, Kotchian, Engle?

12. Do you know any of the defendant assistant prosecutors in this action, David Ayers, Elizabeth Kotchian or Greg Engle?

13. Why did you leave the state Attorney General's employ?

14. When , how and by whom were you initially approached by the Philadelphia district Attorney 's office about a position in that office, was it prior to or after July 6, 2012?

15. Who at the Philadelphia District attorney or elsewhere, if anyone, suggested that you not comply or appear at CJC pursuant to Jo Ann Fonzone's subpoena for your appearance ?

16. Do you think a subpoena to appear is a court order which one must comply ?

Date:   June 27, 2016                              By:_____
                                                        Jo Ann Fonzone, Esquire

CERTIFICATE OF SERVICE

I Jo Ann Fonzone aka Judy Mc Grath hereby certify that I have on this  day caused to be served a true and correct copy of the Interrogatories  upon Frank Fina  at the address as set forth below:

Frank Fina, Esq.
Philadelphia District Attorney office
3 Penn Square
Philaelphia, Pa 19107

BY;_____

June 27, 2016                                           Jo Ann Fonzone, Esquire aka Judy Mc Grath

IN THE UNITED STATES  DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA


JO ANN·FONZONE aka JUDY MC  GRATH, PLAINTIFF

          VS.                             NO. 5:12-CV-5726
                                            CIVIL ACTION
                                            JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


 Inadvertently, Plaintiff previously served Interrogatories  upon you , a non-party , to the above
tltled action without  including  the statement  that the Interrogatories were  actually depositions on
written questions in accordance with Federal Rule 33, and must be  answered  like Interrogatories
within 30 days of receipt .


Frank Fine


July 11, 2016                                     Jo Ann Fonzone , Esquire  aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  aka Judy McGRATH, PLAINTIFF

VS.                                          12-CV-5726
                                             CIVIL ACTION
JOE OTERI, ET AL , DEFENDANTS       JURY TRIAL DEMANDED


Kelvin Andersen, non-party to the above titled action is requested  to file with this court and serve
upon the undersignd counsel for Plaintiff, within the time and in the  manner provided by the
Federal rules, 30 days from service , sworn answers to each of the following Interrogatories:


1.  Did Jo Ann Fonzone file a  complaint with  the Police Advisory Commission  because
    Internal Affairs did not properly investigate her complaint of misconduct and brutaltiy?


2.  When did Jo Ann Fonzone file  her complaint and when  did she have a lengthy recorded
    interview with a member of the PAC staff, did she provide details abiut two separate
    incidents on Ocotber 6, 2010, one at around 5:45 when injured by the security guard and
    the second when she was in at 6:15 custody injured by  officer Kelewischky?


3.  Isnt it true that  a PAC supervisor informed Jo Ann Fonzone that it is mandatory protocol
    for a police report to be  written and  filed after the police transport an individual to the
    Emergency Room, and that she was unaware of  the existence of such a report prior to
    PAC's  information?


4.  What is the name of the PAC supervisor who told Jo Ann Fonzone about the existence of
    mandatory police transport report when an indivudal ts taken to the hospital by police?


5. Did you tell Jo  Ann Fonzone that your commission had insufficient funds and  employees
to investigate  many of the complaints  it received?

6.  Did thre forms Jo Ann Fonzone submitted to PAC state that her complaint would be forwarded to the State Attorney General and the US Attorney's office for review?

7.  To the best of your knowledge, information and belief, was Jo Ann Fonzone's complaint and recorded interview with supplemental documents to PAC submitted to the Philadelphia district attorney, Pa Attorney General's office and the US Attorney by your commission?

8.  If so, when was that, to what law enforcement agency , and if not, why was that?

9.  Did you and PAC consider Jo Ann Fonzone a confidential informant for reporting information to the police and that she had a permanent Protection From Abuse Order from her estranged spouse which includes vicarious abuse by others and false arrest?

10. How many years have you been employed with PAC and where were you employed prior to working there?

Date:  June 30, 2016                    By: _____

                                        Jo Ann Fonzone, Esquire aka Judy Mc Grath

CERTIFICATE OF SERVICE

I , Jo Ann Fonzone aka Judy Mc Grath, hereby certify that I have on this day caused to be served a true and correct copy of the Interrogatories  upon the person at the address as set forth below:

Kelvin Andersen
City of Philadelphia Police Advisory Commission
P.O.Box 147
Philadelphia, Pa 19105-0891

Dated:  June 30, 2016                                        BY: _____
                                                            Jo Ann  Fonzone, Esquire aka Judy Mc Grath
                                                                         2242 Tilghman St.
                                                                         Allentown, Pa 18104

IN THE  UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO  ANN FONZONE  aka  JUDY MC GRATH, PLAINTIFF


        VS.                                       NO. 5:12-CV-5726
                                                 JURY TRIAL DEMANDED
                                                 CIVIL ACTION


JOE OTERI, ET AL, DEFENDANTS




Terry Melcher, non-party to the above titled action, is requested to file with this court and serve
upon the undersigned counsel for Plaintiff, within the time and in teh manner provided by the
Federal Rules, 30 days from the service, sworn answers to each of the following Interrogatories:


1.  Where are you currently employed and what is your job title?




2.  Were you ever an employee of the State of Pennsylvania and if so, where , at  what
    agency , what was your position and  job title?




        3..As Director of the Pennsylvania  Right -To_Know  Office in Harrisburg, what were your
job responsibilities and how many employees did you have working for you?

4. What is the percentage of records requests were granted by government agencies  upon first request   , and what is the percentage  of requests had to go through the  record  request appeal·process?

5. What percentage of requestors  ever got copies of records which  they  requested according to the Right To Know Law?

6. Was it your responsibility to read the requests made by requestors  , or some of them?

7. Plaintiff Jo Ann Fonzone Esquire , has, through  the years , made  several requests with the Right -To -Know  law, including the above titled action, and has corresponded with the RTK office,  does  her name sound familiar to you?

8. There are several letters signed by you to Jo  Ann Fonzone, Esquire  regarding RTK requests, is her name familiar to you now?

9. When , how and why did you become an employee of the law firm Pepper Hamilton LLP in Philadelphia, Pa?

10. Did yu apply for a posiiton with Pepper hamilton or were you approached and recruited by someone, and who was hat?

11. Upon your departure from   employment at the Right -To-Know office , were you required to sign any non-disclosure or other type  of agreement prohibiting you from discussing  any records requests  or appeals .,taking or providing  documents  or information  obtained at the RTK office  to anyone?

12. If so, when   , where  and by whom was this agreement signed and witnessed, and what is the exact  verbatim content  of the agreement? Or,was it verbal agreement  so as to avoid unfair advantage over any litigant who may have litigation where Pepper Hamilton LLP is represnting  the opposing parties?

13. When you began employment at Pepper Hamilton, were you aware of the defamation lawsuit the firm was defending and that the Plaintiff was Jo Ann Fonzone?

14. If you were not aware then, when did you become aware of the defamation lawsuit?

15. Do you think that there is an actual , potential or even possible impropriety and/or conflict of interest present in this and/or the defamation action because you had knowledge and access to information about Jo Ann Fonzone's prior litigation and records requests and the reasons therefore, while the Director at the Right-To-Know office ,and now you are employed at the law firm representing the defendants in Jo Ann Fonzone's defamation action?

Date:   June 30, 2016

BY:

Jo Ann Fonzone aka Judy Mc Grath
2242 Tilghman St., Allentown,PA 18104

## CERTIFICATE OF SERVICE

I Jo Ann Fonzone aka Judy Mc Grath hereby certify that I have ont his day caused to be served a true and correct copy of the Interrogatories to Terry Melcher on th date and  at the address as set forth below by U.S. Mail:

Terry Melcher, Esq.
Pepper hamilton, LLP
3000 Two Logan Square
Philadelphia, Pa
19103-2799:

June 30, 2016                              By:_____-

Jo Ann Fonzone, Esaq. Aka Judy Mc Grath

IN THE  UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO  ANN FONZONE  aka  JUDY MC GRATH, PLAINTIFF

        VS.

                              NO. 5:12-CV-5726
                              JURY TRIAL DEMANDED
                              CIVIL ACTION

JOE OTERI, ET AL, DEFENDANTS



Terry Melcher, non-party to the above titled action, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time and in teh manner provided by the Federal Rules, 30 days from the service, sworn answers to each of the following Interrogatories:


1. Where are you currently employed and what is your job title?




2. Were you ever an employee of the State of Pennsylvania and if so, where , at  what agency , what was your position and  job title?




3..As Director of the Pennsylvania   Right -To_Know  Office in Harrisburg, what were your job responsibilities and how many employees did you have working for you?

4. What is the percentage of records requests were granted by government agencies  upon first request  , and what is the percentage  of requests had to go through the  record  request appeal process?

5. What percentage of requestors  ever got copies of records which  they  requested according to the Right To Know Law?

6. Was it your responsibility to read the requests made by requestors  , or some of them?

7. Plaintiff Jo Ann Fonzone Esquire , has, through  the years , made  several requests with the Right -To -Know  law, including the above titled action, and has corresponded with the RTK office,  does  her name sound familiar to you?

8. There are several letters signed by you to Jo  Ann Fonzone, Esquire  regarding RTK requests, is her name familiar to you now?

9.  When , how and why did you become an employee of the law firm Pepper Hamilton LLP in Philadelphia, Pa?

10. Did yu apply for a posiiton with Pepper hamilton or were you approached and recruited by someone, and who was hat?

11. Upon your departure from   employment at the Right -To-Know office , were you required to sign any non-disclosure or other type  of agreement prohibiting you from discussing  any records requests  or appeals  ,taking or providing  documents  or information  obtained at the RTK office  to anyone?

12. If so,  when   , where  and by whom was this agreement signed and witnessed, and what is the exact  verbatim content  of the agreement? Or,was it verbal agreement  so as to avoid unfair advantage over any litigant who may have litigation where Pepper Hamilton LLP is represnting  the opposing parties?

13. When you began employment at Pepper Hamilton, were you aware of the defamation lawsuit the firm was defending and that the Plaintiff was Jo Ann Fonzone?

14. If you were not aware then, when did you become aware of the defamation lawsuit?

15. Do you think that there is an actual , potential or even possible impropriety and/or conflict of interest present in this and/or the defamation action because you had knowledge and access to information about Jo Ann Fonzone's prior litigation and records requests and the reasons therefore, while the Director at the Right-To-Know office ,and now you are employed at the law firm representing the defendants in Jo Ann Fonzone's defamation action?

Date:   June 30, 2016                    BY; _____

Jo Ann Fonzone aka Judy Mc Grath
2242 Tilghman St., Allentown,PA 18104

CERTIFICATE OF SERVICE

I Jo Ann Fonzone aka Judy Mc Grath hereby certify that I have ont his day caused to be served a true and correct copy of the Interrogatories to Terry Melcher on th date and  at the address as set forth below by U.S. Mail:

Terry Melcher, Esq.
Pepper hamilton, LLP
3000 Two Logan Square
Philadelphia, Pa
19103-2799:

June 30, 2016                    By:_____-

                                     Jo Ann Fonzone, Esaq. Aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.                                   NO. 5;12-CV-5726
                                      CIVIL ACTION
                                      JURY TRIAL DEMANDED


JOE OTERI, ET AL, DEFENDANTS



Marni Snyder, non-party to the above titled action, is requested to file with this court and serve
upon the undersigned counsel for Plaintiff, within 30 days of service of such, and in the manner
provided by the Federal Rules , sworn answers to each of the following Interrogatories:


1. Is it true that on December 28, 2012, you were appointed to represent Jo Ann Fonzone,
   who was not then present , on a disorderly conduct charge, not knowing that she had had
   the case dismissed with prejudice August 22, 2012 when she represented herself, or that
   prosecutor Kotchian appealed September 21, 2013 and had not served Fonzone with the
   appeal papers?


2. Is it true that you sent Jo Ann Fonzone a letter about your appointment but she did not
   receive the letter prior to your meeting or meet you until five minutes before trial
   Janaury 18, 2013?


3. Did you and Jo Ann Fonzone agree to act as co-counsel on her case?


4. As you and your co-counsel met just before trial , there was no opportunity for trial
   prep, interviews, to subpoena witnesses or to have witnessess testify other than co-
   counsel defendant Jo Ann Fonzone, is that right? Did Ms. Fonzone tell you the names of
   the witnesses she had subpoenaed but as prosecution kept getting continuances she did
   not know when the trial would actually occur?

5. Is it true that when you appeared in Judge Patrick's court January 17, 2013 , after Jo Ann Fonzone had left the courtroom upon being threatened, you were unaware then ,that Jo Ann Fonzone had scheduled a hearing on her private citizen complaint against Joe Oteri ,the security gurad who had falsely implicated her by lying to the police after he had seriously injured her at her stadium seat, and you went there to represent her on her disorderly conduct case?

6. On January 17, 2013 you were unaware that there were two cases ,cases nine and ten on the calendar that day in the same room 504 with the same Judge and the same prosecutor involving Jo Ann Fonzone, one with her being the complainant and one with her the defendant?

7. Have you read the transcript of January 17, 2013, which contained some of what occurred prior to your arrival:The Court crier called cases nine and ten, Ms. Fonzone stepped up, prosecutor Engle jumped in thereby disallowing Ms. Fonzone to inform the Court that there were two separate cases scheduled . Engle abruptly said, " Respectfully, your Honor, Ms. Fonzone is represented by Marni Jo Snyder." "I have spoken with her, she is not present yet today."The judge said, " All right. It's on hold then." When Jo Ann Fonzone tried to speak and tell the court that, "I represent myself on the private citizen complaint now," she was threatened with " I'm going to call the sheriff", then exited the courtroom.

8. When you arrived at 504 that day, did you know that there were two cases, one being a private citizen complaint against security guard Joe Oteri for assault, battey, false implication, harrassment, cospiracy, did prosecutor Engle tell you about that complaint and that he as the state, not you, was supposed to represent her as the complainant?

9. Do you recall Mr. Engle knowingly tell the court, " Your Honor, for both nine and ten, which are motions filed by Ms Fonzone who is now currently represented by Ms. Snyder, Ms. Fonzone was present in court at the first call of the list, she is no longer present. I move for dismissal."

10. Do you recall then saying, based on the misrepresentations of prosecutor Engle , " Being that my client is not here , I can't oppose.", the consequence of the dismissal being that Jo Ann Fonzone crime victim was denied her private citizen complaint hearing agasint the man who had injured then falsley implicated her in the criminal system to cover up his violent assault crime resulting in injuries to Ms. Fonzone's right hand, arm, shoulder, and head truma causing seizure in the ER and concussion.

11. Do you remember upon meeting Jo Ann Fonzone and listening to her chronology telling her that you knew Kim Gray , (the defender associate who she had an hour long interview with and who had subpoenaed Ms. Fonzone's 911 audio from the police), and that you could provide an address for subpoena as she had left the Defenders office?

12. In your opinion, had the private citizen complaint hearing taken place January 17, 2013 the day prior to the Janaury 18, 2013 trial where you and Ms. Fonzone were co-counsel , and she was the defendant, do you think there would not have been a need for a trial on Janaury 18, 2013 ?

13. Though you were very effective at trial January 18, 2013, especially considering there was no time to prepare, as Ms. Fonzone was innocent , and expressed that she was the crime victim and certainly was not satisfied when prosecutor Kotchian whined and got her way ( after you got the misdemeanor acquittal )with even a summary offense, had you discussed with her any post trial proceedings?

14. Ms. Fonzone filed a Motion to vacate within the 10 days on Janaury 28, 2013 as she knew you were ill and might not meet the 10 day deadline, then you also had a Motion to vacate, do you recall whether you filed the Motion or walked it into the courtroom on Janaury 29, 2013? if you went to the courtroom, do you recall wha the Judge said ?

15. Although the issue of whether Judge Eubanks did or did not vacate the sumamry conviction to this day remains nebulous, an appeal was filed February 11, 2013, is that true?

16. On February 12, 2013, there were several motions and two different matters before Judge Patrick, including appeal of the dismissal of her private citizen's complaint of Janaury 17, 2013; an appeal of Patrick's dismisssal or reconsideration of her 1013 dismissal ffrom Janaury 17, 2013; and a Motion to vacate the judgment on sentence of Janaury 18, 2013 of Judvge Eubanks; is it true that Engle objected to everything, continuously misrepresented facts to the court in order to make sure that there was never a hearing on the private citizen complaint agasint Oteri?

17. Ms. Fonzone's Private Citizen Appeal of Municipal court Decision on Citizen Complaint filed with Exhibits December 17, 2012 was in the court file, yet Engle, page 12 transcript Feb. 12, 2013continuously misrepresented to Judge Patrick, " that did not occur", and therefore the Common Pleas court did not have jurisdiction. Do you recall prosecutor Engle being in denial of the court record and trying and and suceeding in obtaining his objective by blatant lies to the court, just because Ms. Fonzone, on page 11,stated it was a conflcit of interest for Engle and requested another ADA be assigned to the private citizen appeal, as he was to represent her as a victim on the private citizen case and was prosecuting her on the summary other case ?

18. Do you recall that Judge Patrick set the next court date for March 4, and neither you or Ms. Fonzone was available that day, yet Engle kept talking about being ready for trial when there was an appeallate motion to vacate to be heard on next date?

19. Do you recall asking Judge Patrick to recuse herself after she would not remove you from the case ?When , how, and who removed you from the case as I stated February 12 that I wanted you to remain on the case because I was not available in March as I was getting treatment for my heart condition.?

20. Do you know where did Engle false info that I had moved to Florida as he put that in a petition he filed ?

21. Are you aware that I was not present or otherwise represented March 4 , 2013  or in May and could not appear until June 24, 2013 as I  had been in a heart hospital and was recovering from the injury caused heart condition of Ocotber 6, 2010?

22. Are you aware that on June 24, I asked Judge  Minehart if you could be reappointed as you knew the facts and the law better than any other lawyer I saw throughout this  very long travesty?

23 Do you remember me coming to your office to talk to you about  second appointed lawyer Richard Patton  after he prejudiced Judge Foglietta against me by writing a derogatory libelous letter to him before I ever entered his court room, and telling you that I cannot get a fair trial with the Judge because of that?

24. Were you aware of a libelous newspaper article about me which  caused other  particpants in this litigation to prejudge  , treat unfairly , slander me? If so, how ,when and by whom were you made aware of the article do you know I  have a defamation action pending regarding this  destructive , untrue ,inaccurate, heinous, libelous , retaliatory article?

25. Are you aware that you are the only of the  three  appointed and three private lawyers who I have respect for as being loyal and  working diligently for her client, and I want to say thank you.

By:  Jo Ann Fonzone  aka Judy Mc Grath

June 25, 2016

## CERTIFICATE OF MAILING

I ,Jo Ann Fonzone aka Judy Mc Grath hereby certify that I have this day caused to be served a true and correct copy of non-party Interrogatories upon the following at the address as appears below:

Marni Jo Snyder, Esquire
100 S. Broad St.
Suite 1910
Philadelphia, Pa 19110

June 25, 2016                           Jo Ann Fonzone, Esquire
                                        2242 Tilghman St., 1C
                                        Allentown, Pa 18104

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO  ANN FONZONE  aka  JUDY MC GRATH, PLAINTIFF

VS.

NO. 5: 12-5726
CIVIL  ACTION
JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS

Robert  Foster, non-party to the above titled action, is requested  to file with this court and serve upon the undersigned counsel for Plaintiff, within the tme, 30 days and in the  manner provided by the  Federal rules, sworn answers to each of the following Interrogatories:

1.  Were you subpoenaed to appear at CJC in Judge Foglietta's courtroom on November 21, 2013?

2.  By whom  and when were you subpoenaed to be a witness on that day?

3. What exactly were you supposed to testify about  and for whom on November 21, 2013?

4.  Were you aware that at the proceeding on October 3, 2013 , the next court date  had been
ˀn by all parties and the court scheduled  November 22, 2013, not November 21 as the
ᵗe?

5. Do you believe it was proper and ethical for you to appear at CJC to testify while knowing that Jo Ann Fonzone was the Plaintiff in an injury action where the lead defendant Joe Oteri was your client?

6. Did you speak, meet or otherwise communicate with Ms. Rainey or prosecutor Kotchian before, duing or after your appearance November 21, 2013, and what was the nature, content, and frequency of those communications?

7. What was the true reason you were subpoenaed to appear November 21, 2013; to prejudice the presiding Judge against Jo Ann Fonzone and/or to attempt to gain advantage in the civil litigtion?

8. Were you subpoenaed to appear November 22, 2013 then later told to appear November 21, after the date was changed, and if so, by whom?

9. Is Joe Oteri still employed by the  Phillies organization, if not ,when was he fired and what were the cirmcumstances of  the termination?

10. How long have you known Joe Oteri?

11. What is the name of the trucking company Joe Oteri worked for as a driver on  the side while he was a Phillies employee?

12. Is the trucking company owner a realtive , associate, or  syndicate acquaintance of Oteri's?

13. Did Joe Oteri  get paid on or off the books by the trucking company?

14. Are you aware that Joe Oteri has been arrested on drug cahrges in  the  past?

15. Do you know if Joe Oteri has ever been arrested for any crimes of violence or inflicting and causing serious physical injury to individuals either while at work or anywhere in public?

16. Do you know if Joe Oteri has had any other complaints, private criminal or police complaints, or other, filed against him by other injured crime victims, while employed by the Phillies organization or anywhere else in the past?

17. What is Joe Oteri's highest level of completed education, and where was he employed before he worked for the Phillies organization?

18. Did Joe Oteri have a ( possibly drug related,) memory impairment since you have represented and known him,evidenced by his inability to recall basic facts about the October 6,2010 incident ?

19. How many side bars were there November 21, 2013 with the Judge, Kotchian and Rainey while Jo Ann Fonzone was not present , and did you participate in the side bars?

20. What did you think was the reason you were subpoenaed to appear November 21, 2013?

21. Did you even consider refusing to appear and convey to the lawyer who subpoenaed you that it was improper , unethical and that you did not want to violate any Professional Rules of Responsibility as a member of the bar of Pennsylvania?

22. Did you know that Joe Oteri was delegated and performed police like duties including patrolling around the stadium, determining probable cause to arrest and giving his version to police who were not at the scene , writing up affidavits of probable cause and police reports, he acted like an agent of the state?

23. Do you believe that violent perpetrators who seriously injure innocent individuals should be protected by law enforcement in order to cover up police misconduct and attempt to avoid criminal and civil liability?

24. Are you aware that there was a truthful private citizen complaint against Joe Oteri for the incident of Ocotober 6, 2010 and the District attorney's office wrote him up for harrassment, assault and conspiracy ?

25. Did you know that Joe Oteri perjured himself January 18, 2013 and Ocotber 2, 2013?

Date:   July 3, 2016                    By:_____

                                        Jo Ann Fonzone, Esqurie aka Judy Mc Grath

CERTIFICATE OF SERVICE

I, Jo Ann Fonzone aka Judy Mc Grath, hereby certify that I haev on this day caused to be served by U.S. Mail a true and correct copy of the Interrogatories at the address below:

Robert Foster, Esq.
Reger Rizzo & Darnell, LLP
2929 Arch St, 13 th floor
Philadelphia, Pa 19104

07/05/16                          By;_____-

                                       Jo Ann Fonzoen, Esq. aka Judy Mc Grath

IN THE UNITED STATES  DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN  FONZONE  aka JUDY MC GRATH, PLAINTIFF

          VS.                          NO.5;12-CV-5726
                                         JURY TRIAL DEMANDED
JOE OTERI, ET AL , DEFENDANTS           CIVIL ACTION


Lance Gordon, nonparty to  the above titled action  is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time and in the manner provided by the Federal rules, 30 days from the service, sworn answers to each of the following Interrogatories as written depositions:


1. How many years have you been employed by the Cityof Philadelphia, and what is your position  and job description?


2.  Where is your office located?


3. Do you recall  Jo Ann Fonzone entering your office  for information and  speaking with her  November 9, 2010?


4.  Do you recall  her telling you about an incident at Citizens bank Park  a month prior at a Phillies playoff game where she had a head injury ,concussion, and injuries to her right hand, and shoulder as she  was injured by  a security guard  who implicated her , then charged with disorderly conduct for cheering at a playoff game and later injured by a police officer and consequentially has a heart condition and other injuries ?


5. Do you recall any information which you provided  her during your conversation, including informing the Mayor's office, Police Commissioner ,Internal Affairs?


Date:  July 19, 2016                     Jo Ann Fonzone, Esquire  aka Judy Mc Grath

CERTIFICATE OF SERVICE

I Jo  Ann Fonzone , Esquire  aka Judy Mc Grath hereby certify that I have this day caused to be served a true and correct copy of the Interrogatories  to the following nonparty at the address below:

Lance Gordon
City  Hall , Rm. 168
Philadelphia, Pa 19107

_____  --

Date:   July 19, 2016                    Jo Ann Fonzone, Esquire  aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.                                        NO.5;12-C-V-5726
                                           CIVIL ACTION
                                           JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


Jimmie M. Schaffer, non-party to the above tiltled action, is requested to file with this court and
serve upon the undersigned counsel for Plaintiff, within the time , 30 days and in the manner
provided by the Federal rules, sworn answers to each of the following Interrogatories:

1. Do you know the Plaintiff Jo Ann Fonzone in this personal injury action who was injured
   then falsely arrested for allegedly standing up at a MLB playoff game like all other fans?

2. When and where did you meet the Plaintiff Jo Ann Fonzone?

3. What was or is the nature of your relationship with Jo Ann Fonzone?

4. Have you ever known or seen the Plaintiff to be intoxicated "not in her right state of mind"?

5. Have you ever known or seen Plaintiff under the influence of illegal drugs ?

6. Have you ever known or seen Plaintiff be unruly or is she rather a victim of violent crime and assault despite the existence of her Permanent Protection From Absue Order against her estranged spouse Cary Woods aka David Lee Roth for direct and vicarious abuse ,including false arrestsas a result of false implication by his employees and others?

7. Do you know Plaintiff to have seizures from head trauma she sustained in 1993 in New York upon obtaining a divorce complaint ,years prior to meeting you and have you ever witnessed her having a seizure in 2001 while she lived at your home in Pennsylvania ?

8. Are you aware of Plaintiff's many pre-exisitng injuries to her back, neck, ribs, sternum, etc. prior to the injuries she sustained Ocotober 6, 2010 which would prevent her from any physical fighting?

9. Are you aware of Plaintiff's correct psychiatric diagnosis of PTSD and battered woman's syndrome ?

10. Do you know the family of Jo Ann Fonzone and have you spent holdiays and been with them for other events and gatherings through the years since you met in 1996?

11. Does Plaintiff Jo Ann Fonzone know your family and has she spent holdiays and been with them for other events and gatherings through the years since 1996?

12. Do you and Plaintiff Jo Ann Fonzone know each others friends and have you spent time with them through the years? Do your family and friends like Jo Ann Fonzone?

13. Have you and Plaintiff Jo Ann Fonzone attended MLB games together through the years since you met in 1996 and please estimate how many games you attended together?

14. Have you and Jo Ann Fonzone attended Phillies games at Veterans stadium and Citizens bank park as well as other MLB stadiums through the years and do you know her to be a baseball lover ?

15. Has Jo Ann Fonzone ever been injured then arrested or had any problem with stadium security or the police at any baseball or MLB game ever prior to Ocotber 6, 2010?

16. Would you say that you and Jo Ann enjoyed a happy and successful realtionship, do you know her to be a competent, true, loyal and honest individual, and will there be a future you two?

17. Do you know Jo Ann Fonzone to drink alcohol excessively so that she is" not in her right state of mind "or would this statement be an untrue attack on her character by one who had injured ,then falsley implicated her by lying to the police to cover up his violence?

18. Did you see bruises ,contusions, swelling on Jo Ann Fonzone's chest, neck, right arm, hand and shoulder body after she suffered injuries ?

19. Have you witnessed the cosnequences after Jo Ann Fonzone has suffered a head trauma such as concussion ,neck pain ,hearing problem, migraine headaches, PTSD ?

20. Do you know that Jo Ann Fonzone was in the hospital 5 times and cardiac and pulmonary contusions and heart condition atrial fibrialtion were directly caused by blunt force chest trauma she suffered Ocotober 6, 2010 when officer Kelewischky repeatedly struck her on her chest with his nightstick while trying to get her cell phone after he learned she called 911 for help?

21. Does the fact that Jo Ann Fonzone has suffered continuous injuries and retaliations for having reported her estranged spouse to governement agencies ,(and her "not yet divorced "status ,) for his criminal activities of ID theft, corporate fraud and others have an impact on your relationship and how has this impacted it?

Date: July 5, 2016          By:_____

                                        Jo Ann Fonzone, Esquire , Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka JUDY MC GRATH,PLAINTIFF

      VS.                                  NO.5;12-CV-5726
                                                CIVIL ACTION
                                       JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


Jack Ferryman, non-party to the above titled action, is requested to file witht his court and serve upon the undersigned counsel for Plaintiff, within the time, 30 days and in the manner provided by the Federal rules, sworn answers to each of the following Interrogatories:

1. How do you know and how many years have you known Plaintiff Jo Ann Fonzone and do you know her to be of sound mnd?


2. Did you drive Jo Ann Fonzone to Philadelphia Criminal Justice center on July 18, 2011?


3. Prior to July 18, 2011, did Jo Ann Fonzone tell you she retained a defense attorney Robert Dixon to represent her on disorderly conduct charges because she was not being properly represented by the public defender associates as they had not gotten the charges dismissed ?


4. Did Mr. Dixon show up July 18, 2011?


5. When Mr. Dixon failed to appear, and Ms. Fonzone told Judge Pew that she wanted to represent herself because he had not shown up, was anything else said or done by Ms. Fonzone prior to the Judge ordering the sheriff to take her to the basement for a psych eval?


6. While Ms. Fonzone was in the courthouse jail, did an officer return to the courtroom and inform the Judge that Jo Ann needed her heart medication as she had gone into atrial fibrilation and had asked that you go to the car and get her

heart meds for her?.

7. Did you then go to the car and get her heart medication and return to the courthouse with them?

8. Did you have to wait all day while Jo Ann Fonzone was kept in the courthouse jail until the end of the day when she was returned to the court room then released by the Judge?

9. Did you think it was unnecessay for the Judge to order such an eval without any reason and in spite of Jo Ann Fonzone's objections?

10. Did you see Jo Ann Fonzone at her mother's home ,where she was recovering from the brutal assaults , six days after she was injured by Joe Oteri and the police Ocotber 11, 2011 and take photographs of brusies and contusions on her arms, hands, wrists, shoulder and chest?

11. Were the bruises and contusions starting to heal and lighten in color by that time ?

12. Are you aware that Jo Ann Fonzone has been a victim of injuries , false arrest and retaliation and has a long ongoing divorce action since being legally separated since 1993?

13. Are you aware that Jo Ann Fonzone travelled to Los Angeles and retained new divorce lawyers in 2006, after previous lawyers since 1993 did not loyally represent her ,and she is still not yet divorced?

14. During the 46 years you have known Jo Ann, have you ever known her to take illegal drugs or drink alcohol in excess or ever see her intoxicated , unruly , out of control or "not in her right state of mind'"?

15. Have you ever known Jo Ann Fonzone's behavior to be out of control or is she a victim of violent behavior, misconduct , stalking, crime and assaults despite the existence of her Permanent Protection From Abuse Order agasint her estranged spouse Cary Woods aka David lee Roth for direct and vicarious abuse, stalking, including false arrest as a result of false implication by his employees and others?

16. Are you aware of Jo Ann's many pre-existing injuries and chronic pain ,prior to the injuries ,( including back surgeries, neck, rib, and sternum fractures, etc. ) she susained October 6, 2010, which would prevent her from any physical fighting?

17. Are you aware of Jo Ann's correct psychiatric diagnosis of PTSD and battered woman syndrome, victim of violence while trying to get a divorce?

18. Do you know Jo Ann Fonzone to be a person of integrity, honesty, and loyalty?

19. Have you ever seen Jo Ann Fonzone drink excessive alcohol so that she is "not in her right state of mind' or would this fabrication be an false attack on her character by a man who had injured , then falseey implicated her by lying to the police to cover up his violent assault crimes and misconduct?

20. Do you know that Jo Ann was in the hospital 5 times and her cardiac and pulmonary contusions and heart condition atrial fibrialtion were directly caused by blunt force chest trauma she suffered Ocotober 6, 2010 when officer Kelewishcky repeatedly struck her on the chest with a nightstick while trying to get her cell phone from her after he learned she called 911 for help at 6:15p.m. from the stadium police room jail cell?

21. Do you know that Jo Ann Fonzone has since 1993 suffered continuous injuries and damages including physical, legal, economic,retaliation for having informed various government agencies about her estranged spouse and his lawyer's criminal activities of ID theft, fraud, and others?

Date: July 5, 2016          By:_____ --

Jo Ann Fonzone , Esquire aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.                                          NO. 5:12-CV-5726
                                             CIVIL ACTION
                                             JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


David Ayers, defendant in the above titled action, is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time, 30 days and in the manner provided by the Federal rules, sworn answers to each of th following Interrogatories:


1. What date , how , where ,why and from whom did you first get any information about the disorderly conduct case against Jo Ann Fonzone?


2. In the initial communication, what exactly were you told about Jo Ann Fonzone, waht information and documents or papaers were you given and by whom?

3.  What  subsequent communications did  you have about Jo Ann Fonzone , with whom,  on
    what dates, manner of communication, and what was  the content and subject matter of
    those communications?

4.  As she had not yet appeared in court on this matter,  who was responsible for putting Jo Ann
    Fonzone through mentaal health court , psych evals, and  when was the decision made, what
    were the precise circumstances of that decision?

5. Jo Ann Fonzone was unable to appear in court on this matter until July 18, 2011 as she was undergoing treatment for physical injuries and complications related to thsoe injuries of Ocotber 6, 2010 from that date and is continuously treating for the resulting heart condition ; when and by whom were you or your office made aware of this fact?

6. Jo Ann Fonzone informed and sent medical documentation on a continuning basis to the Defender Associates immediately upon first contact with them during a lengthy telephone interview with Kim Gray employed there at the time; as the defenders had subpoenaed the 911 audio when Jo Ann called for help after being assaulted by police, did Mr. Kelly, Ms. Vargas , Ms. Finlander or Mr. Angelo ever tell you or your office or the Court that Jo Ann Fonzone was physically unable to appear as she was the injured victim in this case?

7. What was the date of the first proceeding you appeared in the disorderly conduct case against Jo Ann Fonzone, was it September 28, 2011, October 19, 2011 , November 23, 2011, Janaury 25, 2012 or April 25, 2012?

8. What date did Jo Ann Fonzones private attorney Mr. Frumer give you the report he had since October 19, 2011 from independent psychiatrist Dr. Smith which diagnosed her with PTSD and found her competent ?

9. If you had the report , why did you not ever give the report to the presiding Judge, and consequently , she ordered another psych eval, April 25, 2012 months later while dragging Jo Ann Fonzone , a mentally competent individual through mental health court unnecessarily and unjustily after many continuances ?

10. Did Mr. Angelo of the Defender Associates or anyone else, and name that or those persons, ever give you a copy of a newspaper article about Jo Ann Fonzone which was completely false , the subject of defamation litigation and and prejudicial?

11. Do you believe the veracity of everything you read in a newspaper or other media outlet, or do you question others for their motive to libel and slander? Do you the truth is important,and that the function of a prosecutor is to seek the truth in a criminal case?

12. Do you believe that an individual who is deemed incompetent by a court psych eval is entltied to due process and a hearing on the issue, to present witnessess, to testify to demonstrate that she is competent, to present different professional opinions to completely and directly refute the court psych opinion, Jo Ann Fonzone filed Objections about the mental health court status, did anyone read them ? Soon after being retained and upo reading Dr. Smith's report, private attorney douglas Earle filed a Motion to vacate the Incompetency finding on March 7, 2012, did anyone read his Motion?

13. If you answered yes to the above, then why was Jo Ann Fonzone denied a hearing on this issue from July 18, 2011,( when a court psych who 's only concern was whether Jo Ann Fonzone was going to take a plea erroneously deemed her incompetent becasue she refused to take a plea until), May 23, 2012 when the presding Judge finally got a third psych eval report of April 25, 2012 where she was found competent ?

14. Did you or anyone in your office read the pre trial report where it is stated that Jo Ann Fonzone is legally separated , Motions to dismiss, is it part of the prosecutor's job to read the court file?

15. Did you or anyone in your office ever interview or question Jo Ann Fonzone about anything, the circumstances surrounding this case , any physical injuries she sustained, the Internal Affairs complaitn she filed, or her Permanent Protection From Abuse Order for example?

16. Do you believe that a prosecutor is to prosecute only when there is sufficient evidence that a person committed a crime and can mee tthe burden of establishing the elements of the crime, and that it is not the function of a prosecutor to harrass an innocent individual?

17. Do you know what, precisely when and by whom probable cause was establsihed in this case, please provide details?

18. Do you believe that violent police officers who commit aggravated assaults resulting in serious injury or death to American citizens should be shieled from arrest and prosecution or should the law be applied equally to all Americans regardless of their occupation or government employ?

19. Did you or anyone in your office receive a copy of Jo Ann Fonzone's IA complaint with attachments from John Evans of Internal Affairs, as protocol on the back of the form states that a copy of the complaint is to be forwarded tot eh District Attroney?

20. Do you believe that the truth was sought, considered , or important to anyone prosecuting this case , if so, who exactly?

21. If the answer was yes to the above, please provide specific examples of who, what , when where and how the truth was sought by any prosecutor in this case?

22. Do you think that injured crime victims should be prosecuted in order to be politically correct and protect those violent abusers who injured them from criminal accountability if the perpetrators are police officers or security guards who made a false arrest?

Date: July 6, 2016                    By:_____-

Jo Ann Fonzone, Esquire  aka Judy ,Mc Grath

CERTIFICATE OF SERVICE


I ,Jo Ann Fonzone aka Judy Mc Grath hereby certify that I have on this day caused to be served a true and correct copy of the Interrogatories  herein  upon the party on the date and at the address listed below:




David Ayers
Philadelphia District Attorney's office
3 S. Penn Square
Philadelphia, Pa 19107




July 6, 2016                                By:_____  --


                                           Jo Ann Fonzone, Esquire aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.

NO. 5;12- CV-5726
CIVIL ACTION
JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


Defendant in the above titled action Elizabeth Kotchian , is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time, 30 days and in the manner provided by the Federal rules, sworn answers to each of the following Interrogatories:


1. Were you present in Judge Stack's courtroom June 13, 2012 during a colloquy between theJudge, Jo Ann Fonzone and you as to whether she could represent herself that afternoon as Mr. Earle had left and she had witnesses there and wanted to proceeed?


2. Did the trial occur or was it again continued because you the prosecutor had no witnesses?


3. Do you recall hearing the Judge Order, that " must be tried next proceeding or case dismissed"?'


4. Were you present at the next proceeding July 20, 2012 with Judge O'Neill, and was the case dismissed as per Judge Stack's Order the month prior?


5. Do you recall July 20, 2012 objecting to Jo Ann Fonzone representing herself and misrepresenting to the Judge that "she could not as per Judge Neufeld's order," though you were aware that there was a subsequent order from Judge Neufeld of May 23, 2012 where she found her competent , and a more recent Order of June 13, 2012 where Judge Stack appointed her to represent herself?

6. After the proceeding with Judge Stack,  did you on June 13, 2012 in the lobby of  1301 Filbert St. Philadelphia  hand Jo Ann Fonzone th only discovery she received  almost two eyarsa fter the incident,  a few pages of discovery consisting of a police report signed by officer Ortiz and an arrest photo.?

7. Were you aware that Jo Ann Fonzone, Esquire  had filed  Bill of Particulars, Pre-trial discovery requests , Motions to dismiss, and  Pa Right -to-know requests in this case since November 9, 2010,   received nothing  prior thereto , and that there were 4 Discovery violation Orders issued by Municipal Judges?

8. Is it part of your duties as asst. Prosecutor to read the court file on a case which you are assigned so as to  know what is going on procedurally?

9. What  information , when, where and by whom were you given information about Jo  Ann Fonzone prior to your participation in this case ?

10. Why did you withold exculpatory Brady material discovery in your possession since December 13, 2010 ,such as the hospital transport police report ;which evidenced that Jo Ann Fonzone was taken to the Emergency Room by the police October 6, 2010 after being seriously injured by security and the police?

11. Do you habitually fail to disclose or hide and suppress exculpatory evidence which demonstrates that the individual you are prosecuting is actually the innocent injured crime victim ?

13. When and how did you become aware that Jo Ann Fonzone had filed an Internal Affairs complaint against the police for brutality and serious injuries ?

14. Are you aware , and where , when and how were you made aware of any other complaints Jo Ann Fonzone filed with government agencies in regard to this case against her for disorderly conduct?

15. Did you receive a letter dated June 28, 2012 from Jo Ann Fonzone stating that she had not received requested discovery and that you were in violation of Judge Stack's Order of June 13, 2012 by refusing to provide the discovery including the hospital police report, fingerprints, videotape at stadium, etc.?

16. Do you know Frank Fina , when and where did you meet him?

17. Were you in Judge Kosinski's courtroom August 22, 2012 when Jo Ann Fonzone made a 1013 Motion to dismiss with prejudice based on 237 correctedly calculated days vioaltion of speedy trial rights?

18. When charges are dismissed with prejudice , does that mean that the case cannot be refiled by the prosecutor?

19. When you refiled by appealing Judge Kosinski's dismissal with prejudice Order on September 21, 2012, why did you not serve Jo Ann Fonzone with a copy of your appeal and provide the required due process notice ,as you were well aware that she had been representing herself since June 2012 on this case because you were the prosecutor in court June, July and August ?

20. Are you aware that Jo Ann Fonzone discovered that you appealed when she tried to file an Expungement petition , and was not allowed to file it at the CJC Motions counter ?

21. How many times did you or your assistant Greg Engle go to court after you appealed the dismissal , from September through December , 2012 without Jo Ann Fonzone or any defense counsel being present for your ex parte communications with the Court, where you continued to misrepresrnt to the Court that she could not represent herself so that December 31, 2012 when she was not present to object , a lawyer was appointed ?

22. After Judge Eubanks found Jo Ann Fonzone not guilty, after trial January 18, 2013, why did you continue to rant until she acquiesed to a summary disorderly conduct charge; are you that vindictive and hate her that much and why, did someone slander her to you ?

23. Were you aware that the day prior to the trial Janaury 17, 2013, your associate Engle objected and got the hearing dismissed on Jo Ann Fonzone's private citizen complaint against the security guard who had injured her then lied to police to falsely implicate and have her arrested, and that had th eharing occurred , there may have been no trial Januarry 18, 2013?

24. What did you say to Jo Ann Fonzone's appointed counsel Richard Patton July 15 2013 , (the day discovery was closed) when she saw you in the hall talking to him before he ever met his client; and what did you say or do to Ms. Rainey sometime between August 19 and Ocotber 2 to turn her against her client?

25. Throughout the prosecution, you your office   misrpresented facts to the Court, hid
exculpatory evidence , treated Jo Ann Fonzone like a criminal rather than the innocent
injured crime victim of violent injurious assaults, false implication, stalking, she is, failed to
read her Motions ,changed a court date from November 22 to November 21, 2013 , without
notifying  her so you could have security guard Oteri's civil lawyer come in and testify
without objection  or Jo Ann Fonzone, appeared many times ex parte by failing to give Jo
Ann Fonzone notice , neglected to read the court file, containing Motions, medical reports, a
permanent Protection From Abuse Order against her estranged spouse, ( which is supposed
to protect her from false arrest and vicarious abuse by others) her Application for
Continuance  of September 9, 2011 for medical reason as to why she was not in court
September 21, 2011, and then issued a bench warrant to have her locked up for six days; is
this your idea of justice , prosecute victims rather than truth seeking to hold violent
perpetrators accountable, just  what exactly was the probable cause for arrest as she cheered
at a MLB playioff game, then was brutally and agravatedly assaulted   and has permanent
health problems as a result ?

Date:   July 7, 2016                                       By: _____ p Esquire aka Judy Mc Grath

                                                         Jo Ann Fonzone  , Esquire aka  Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE aka JUDY MC GRATH, PLAINTFF

        VS.                              NO.5:12-CV-5726
                                              CIVIL ACTION
                                         JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS

Defendant in the above titled action, Greg Engle, is requested to file wih this court and serve upon the undersigned counsel for Plaintiff , within the time, 30 days and in the manner provided by the Federal rules, sworn answers to each of the following Interrogatories:

1. How long have you been employed by the Philadelphia District Attorney and is Elizabeth Kotchian your supervisor?

2. When was the first time you appeared in court on the disorderly conduct case against Jo Ann Fonzone aka Judy Mc Grath, and how many times did you appear ex parte in front of Judge Patrick from September 2012 through December 2012?

3. How many times and what were the dates of your appearance in the case from Janaury 2012 until your last appearance on this case?

4. Do you recall being personally served with a copy of Jo Ann Fonzone's Private Citizen complaint Appeal in the courtroom December 17, 2012 by Jo Ann Fonzone, prior to the proceeding with Judge Patrick?

5. Why , knowing that Jo Ann Fonzone represented herself at the time she filed an appeal to the denial of her private citizen complaint against Joe Oteri security guard who injured Jo Ann Fonzoen so that she had ac oncussion and seizure from head truma as he pushed her into the seat,then lied to police to cover up his assault crime, and that the clerk scheduled a hearing on her appeal, did you object and move for dismissal of the scheduled hearing on January 17, 2013, so that the Judge cancelled the hearing after Jo Ann Fonzone left the courtroom because you objected when she told the court she was self-representing and then someone threatened to call the sheriff ?

6. During the afternoon session with Judge Patrick, when Jo Ann Fonzone's appointed counsel Ms. Snyder was present for the first time and Jo Ann Fonzone was not, you knew she had counsel, why did you have the private citizen complaint hearing dismissed while her clinet was absent?

6. Why , when you knew there was a conflict of interest because were two motions with two different docket numbers, before Judge Patrick January 17, 2013, didnt you recuse yourself on one of the cases as you couldnt represnt Jo Ann Fonzone the complainant on her private citizen complaint while you were prosecuting her for disroderly conduct on the other case ?

7. Do you recall Jo Ann Fonzone telling Judge Patrick  December 17, 2012 that she had not been served with the prosecutor's appeal of the dismissal with prejudice of the  charges against her, and that she learned of it when she tried to file her Expungement petition  the clerk said they appealed and then Judge kosinski verified  it.?

8. Do you  know that prosecutorial misconduct ,such as failure to serve process  ,as Ms. Kotchian deliberately failed to serve Jo Ann Fonzone, though she was aware she had been representing herself , constitutes grounds for dismissal of charges against a defendant?

9. Do you recall on December 17, 2012 Ms. Fonzone objecting to your condescending dribble about 'her having been incompetent  at those months" , and "they played games with the JFK  reports paperwork misrepresenting to the  Court that they didnt have the psych reports and stating in court  ", "I have never been incompetent. I was diagnosed with Post traumatic stress disorder, and suffered serious physical injuries as a victim of  aggravated assaults and  was in the hospital several times for the injuries."

10. Though Judge Neufeld  on May 23, 2012 had determined upon reading the psych evals from JFK and  court psychiatrist that Ms. Fonzone was competent , do you recall Ms. Fonzone stating to the court  December 17, 2012, that " after a colloquy with Kotchian, myself and Judge Stack , the Judge determined  on June 13, 2012 that I" was very competent, capable and appointd me to represent myself, but the Commonwealth was not ready as it had no witnesses, the Judge Ordered, "must be tried next time", no more continuances ".?

11. As  the aformentioned  is all accurate and true, why did you and  Kotchian insist  in bad faith on knowingly  misrepresenting to the Court  from July 2012 through the rest of the proceedings March 2014 that Ms. Fonzone was incompetent and couldnt represent herself  as per Judge Neufeld's Order?

12. On February 12, 2013 , do you recall that Jo Ann Fonzone told  Judge Patrick that she had filed a motion to vacate the summary disorderly conduct conviction, and she  wouldnt  allow her to argue and  continued  until March 4, and you said " the Commonwealth will be ready for TRIAL on March 4."?

13. Do you recall  February 12, 2013 Ms. Fonzone and Ms. Snyder both informing the Court that they could not be present March 4?

14. Were you in court March 4, 2013  ex parte on this case?

15. Do you recall February 12, 2013 Ms. Fonzone  stating  to Judge Patrick ," I think it's a conflict of interest if he's supposed to represent me as a victim in that case and he's prosecuting me on the summary and I would respectfully request that another ADA be assigned to this private citizen complaint appeal".?

16. Do you recall what you replied, " 'the procedure is that when a private citizen complant is declined , at the  petitioner's request at that time it may be  forwarded to the president of the Municipal court for review. That did not  occur." and I  said, "Yes it did, excuse me." Then the Judge silenced me. Since you were personally served with a copy of the private citizen complaint appeal , docket # 00000MD-61-2013 , in court December 17, 2012, why did you blatantly lie to the court and say that  I did not appeal  the district attorney's denial to the President Judge ?

17. Did you hear on February 12, 2013 Jo Ann Fonzone provide the court with a factual account for her private citizen complaint, that she had been" injured by Joe Oteri at 5:45 p.m. outside at her stadium seat , that was the first incident...and they willfully witheld that  in bad faith crucial evidence from the defense" .,"I was taken to the hospital by two police officers , they at no time disclosed the police report..I got that evidence 2 years later then filed the private citizen complaint as soon asI learned the securityguard'sname'

18. Do you recall telling the court June 24, 2013 that " Judge Eubanks herself heard and denied that motion" ( post judgment motion to vacate ), were you referring to the Motion filed by Jo Ann Fonzone or the Motion filed later by Marni Snyder; and were you present when Judge Eubanks heard the Motion and when exactly was that?

19. Did you hear Jo Ann Fonzone state that July 18, 2011, "I didnt want the Defenders to represent me because they were negligent. I was actually the crime victim. I now have a heart condition, atrial fibrilation, as a result of being assaulted then falsely implicated into the criminal system by the security guard. However, the Commonwelth wants to treat me as a defendnat rahter than the victim that I am."? What was the reason that the prosecutors went after Ms. Fonzone with a vengeance , violating her constitutional rights in bad faith with willful misconduct on disorderly conduct as though she was a murderer?Did you ever listen to teh the 911 call Jo Ann Fonzone made after she was thrown against the wall by the police officer ?

21. Did you hear Ms. Fonzone state that " the evidence of the Commonwealth was insufficient to have rendered a guilty verdict on even sumamry disorderly condcut . I ws seriously injured in two separate incidents the samme evening at citizens bank park on October 6, 2010. I dont think they met their burden for even a summary conviction...the Commonwealth's witness's tstimony was contrary to the truth.", I did nothing wrong or illegal., I was watching a playoff game "?

22. Do you know when where and what precisely was the probable cause for the arrest?

23. Do you frequently prosecute crime victims and private citizen complainants at the same time or was Jo Ann Fonzone the first injured crime victim that you prosecuted; it is the job of the district attorney to seek the truth , not to suppress evidence and harrass innocent injured crime victims , is it not?

24. Why do you think Sargeant Addison of the Philadephia police department was never questioned or interviewed by law enforcement about Octber 6, 2010?

25. You were aware that an Appeal had been filed February 11, 2013 for the summary disorderly conduct charge, doesn't the trial in Common Pleas have to occur 120 days after the appeal is filed?

CERTIFICATE OF SERVICE


I Jo Ann Fonzone , Esquire aka Judy Mc Grath hereby certify that I have this day caused to be
served a true and correct copy of the Interrogatories upon the following at the address listed below:



Greg Engle, Esq.
Philadelphai district attorney office
3 S. PennSquare
Philadelphia, Pa 19107



July 18, 2016                    BY:_____


                                    Jo Ann Fonzone , Esquire aka Judy Mc Grath

IN THE UNITED STATES  DISTRICT COURT
FO R THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE  aka Judy Mc Grath, PLAINTIFF

VS.

JOE OTERI, ET AL, DEFENDANTS

NO. 5:12-CV-5726
CIVIL ACTION
JURY TRIAL DEMANDED

Jackie Coelho, nonparty to the above titled action is requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the time, 30 days and in the manner provided  by the federal rules , sworn answers to each of the following as Interrogatories to nonparty are depositions on written questions:

1. How  many years have you been a prosecutor, and howmnay years were you emplyed by the Philadelphia district attorney?

2. Were you aware on June 24, 2013 that your office had violated 4 discovery orders for failure to produce discovery and exculpatroy evidence, and as of that date had still not produced some discovery, like finerprints of Jo Ann Fonzone taken at the  police district which evidenced the tremendous swelling of her right hand from  injuries to her hand by security guard prior to  arrest?

3. Were you aware on June 24, 2013 of all the  facts in this case, did you read the trial transcript of January 18, 2103, specifically the testimony of Jo Ann Fonzone who was the only one who stated the facts for the record?

4. Were you aware that Jo Ann Fonzone's dismissal  on a 1013 had been appealed September 21, 2012 and that she  had never been served with Notice of the appeal  until December 17, 2012 when she went to 3 S.Penn Square and asked Greg Engle for a copy of the appeal , after trying to file her Expungement petition?

5. The Motion to vacate was to be argued June 24, 2013, why did you appear in the afternoon session to assist Mr. Engle, was it because his objection and conflict of interest had wrongly denied Jo Ann Fonzone a scheduled hearing on her private citizen complaint against security guard Oteri January 17, 2013 , the outcome of which would have resulted in his arrest and her release, case dismissed and dispensed with the need for the trial Janaury18,2013 on charges brought by his false implication and harrassment of an innocent victim?

6. Do you think that a person diagnosed with PTSD because he or she suffered a physical trauma with serious injuries is incompetent , and do you know what battered woman syndrome is, have you listened to the 911 call Jo Ann Fonzone made while in custody after she was thrown against the wall the first time by Officer Kelewischky, one of the two male arresting officers?

7. Do you think that the job of a prosecutor is to seek the truth in every case and to ensure that the appropriate people are brought to justice and prosecuted when there is sufficient probable cause and evidence that a crime has been committed, do the assistant prosecutors in your office also believe that and conduct themselves like that, or do they sometimes violate constituitonal rights and court and Professional Responsibility rules a in order to get heir desired result, conviction without concern if the defendant is actually innocent?

8. Do you think a prosecutor has an obligation and a continuing duty to disclose evidence exculpatory or inculpatory ,any evidence they have upon request in pre-trial discovery or Right to Know to the defense, where is the videotape from Citizens bank park of the October 6, 2010 playoff game, do you know Jennifer Lin of your office and Michael Dwyer , Right to-Know officer for the police department and that Jo Ann Fonzone requested through the Right to Know Act copies of all police reports , etc. after the police and prosecutor refused in bad faith to produce any discovery to defense for 2 years so that four different Juges issued discovery vioaltions orders in Municipal court and to date some discovery has been witheld?

9. Were you present in the court when Judge Minehart said to Ms. Fonzone, when she mentioned that her fingerprints would show that the size of my hand was about five times...larger " You go down to the Roundhouse , police administration, they'll give you your fingerprints and your photo. That's what lawyers would do, and you' re a lawyer. So, that 's what you have to do."

10. Did you or anyone in your office ever interview Jo Ann Fonzone as a victim witness at any time since October 6, 2010; was any investigation conducted by your office about the two incidents of Ocotober 6, 2010, the first at 5:45 pm in the stadium section and the second at 6:15pm while Ms. Fonzone was in police custody?

11. Did your office ever receive ( as protocol on the back of the form,) from IA John Evans , Jo Ann Fonzone's Internal affairs complaint with names of witnesses, attachments and her Permanent Protection From Abuse Order ,a copy of the interview with Internal Affairs John Evans and Christine Mc Shea Janaury 28, 2011 or a copy of the private citizen complaint against Oteri with names of witnesses and attachments, including JoAnn Fonzone's Permanent Protection From Abuse Order against her estranged spouse Cary Woods aka David Alee Rothwhich is supposed to protect her from vicarious abuse and false arrest .?

12. Do you know why John Evans would not subpoena the 911 audio though Jo Ann Fonzone told him about it and that she was in fear for her life after being thrown against the wall by Officer Kelewsichky, have you heard the 911 audio, the call was made before he threw her agaisnt the wall a second time then proceeded to strike her repeatedly on the chest because he learned she had called 911 for help after being assaulted ?

13. Why did prosecutor Kotchian choose not to interview Sargeant Addison the officer who saw Jo Ann Fonzone's beaten and bruised body and told her she needed to go to the hospital for medical attention, or ER staff , or her primary physician or her family and friends ?

14. Why was the police hospital transport for where two officers picked Jo Ann Fonzone up at the 1ˢᵗ district to transport her to the Emergency Room October 6, 2010 not produced until two years after the incidents, though requested through pre-trial and Right to Know requests since November 2010?

15. As discovery was closed at arraignment July 15, 2013, why did prosecutor Kotchian bring in prejudicial and disallowed documents and witnessess who were not eyewitnesses after that date , did you hear prosecutor Engle on June 24, 2013 reply "It will be the same as the other trial.", when Ms. Fonzone asked ,"Now,do they have to disclose to me the names of their witnesses?" then the Judge said, " Same as the other trial, same witnesses okay?"

16. Did you or anyone in your office send or receive emails or other ex parte communications containing any negative , prejudicial ,derogatory articles or any information about Jo Ann Fonzone or her legal issues from any private party, government entity, ex-lawyer, estranged spouse , or anyone at anytime from or prior to Ocotober 6, 2010 or at anytime thereafter?

17. Were you aware that prosecutors were going to court ex parte from Septgember 21, 2012 through December 2012 because Jo Ann Fonzone had not been serrved with the NOA by asst. Kotchian who was prresent and aware that she was representing herself from June 13, after colloquy and Judge Stack appointed her through August 22, 2012 when she got her case dismissed?

18. Do you think it is a violation of an individul's Constitutional rights to due process to not be notified to appear and have the opportunity to appear ,or that her criminal case dismissal had been appealed as it was refiled and was continuing ex parte without her knowledge, doesnt this constitute bad faith too and grounds for dismissal, are you aware that both of the Informations , contained incorrecrt elelments the first for misdemeanor disroderly and second for summary disorderly were incorrect and contained no facts as required for sufficiency of the instrument?

19. Can a case be appealed when it was dismissed with prejudice, what , where , when was the probable cause that Jo Ann Fonzone was committing a crime as she cheered , like all the other fans, for the Phillies and who determined it?

20. Did you hear June 24, 2013 Jo Ann Fonzone say that "she wants to be heard and speak out for victims", is that at all important to you considering the ever increasing amount of violence against women in the United States?

21. Did you hear June 24, 2013 Jo Ann Fonzone say, "I was co-counsel with the one court -appointed Ms. Snyder because this has been a financial drain on me, I'm sort of disabled from the injuries and not seeing any gainful employment right now.", and then "i've spent many thousands of dolalrs in the past three years on this case."?

22. Is it the usual course of business for assistant prosecutors to use any means to get a conviction includng slander, harrassment, ex parte communications and court apperances, prejudicing judges and defense lawyers against defendants, dragging defendants unnecessarily through mental health court to smear their reputationa and gain advantage in the  proceeding, delay the proceedings by not having witnesses, misrepresnting facts to the court, hiding exculpatory evidence , objecting to hearings on private citizen complaints, failing to interview  defendant injured  crime victim or investigate the case, allowing perjured tesstimony of prosecution witnesses?

23. Do you believe in equal jsutice under the law , do you think there is equal or selective justice  in the United  States, does the Philadelphia District Attroeny's office condone and practice sharia  rather than Constitutional law? Do you think we officers of the court and we the people  have a duty to report and make a effort to clean up and expose corruption when we see or are victim to it, Why did you  misrepresent to the Court June 24, 2013 that, "there was no exhibits"  ,when discussing the January 18, 2013 trial with Ms. Snyder as co-counsel, when there actually were several exhibits.?

24. Did you hear Jo Ann Fonzone tell the Court June 24, 2013  she  informed the triage nurse she was an assault victim? Did you hear  Mr. Engle read Ms. Fonzone's trial testimony, pg. 50, "I had my cell phone in my left jacket pocket and I dialed 911 saying thsat I needed help because I was being physically attacked."?

25. Were you aware that an Appeal had been filed by Ms. Snyder February 11, 2013 for the summary disorderly charge, (though its questionable whether it was vacated January 29, 2013 as Mr. Engle said there was motion hearing and the order is ambiguous as someone wrote on it after it was signed )., ergo, the trial in Common Plese court has to occur 120 days from that date of February 11, 2013?

Date: July 17, 2016            BY:_____

                                            Jo Ann Fonzone, Esqurie aka Judy Mc Grath

CERTIFICATE OF SERVICE

I ,Jo Ann Fonzone Esquire aka Judy Mc Grath hereby certify that I have on this day caused to be served by U.S.Mail a truea dn correct copy of the aforementioned upon the following at  the address as appears below:

Jackie Coehlo, Esq.
Philadelphia District attoreny office
3 S.Penn Square
Philadelphia, Pa 19107

July 17, 2016                    By:_____

                                 Jo Ann Fonzone, Esquire aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE  aka  JUDY MC GRATH, PLAINTIFF

VS

NO. 5;12:-CV-5726
CIVIL ACTION
JOE OTERI, ET AL, DEFENDANTS                    JURY TRIAL DEMANDED

Dennis Kelly, Ms. Vargas, Chris Angelo,  defendants in the above titled action, are requested to file
with this court and serve upon the undersigned counsel for Plaintiff, within the  time , 30 days and
in the manner provided by the Federal rules, sworn answers to each of the following Interrogatories:

1.  What date, how, where , why and from whom did you  first get any information about the
    disorderly conduct charge against Jo Ann Fonzone?

2. From whom, when , where and how did you receive any subsequent information,  docueents,
newspaper articles, internet communications, what was that information, and  what actions or
inaction was taken as a result  of receiving the information?

3. Who in your office is responsible for questioning the existence, if any, of probable cause and evidence in a case anad whteher or not a false arrest was made and whether the defendant is actually innocent, as an officer of the court do you think it is important for lawyers to report public and other corruption of which they have knowledge so that the criminal justice system is fair, unbiased, impartial and treats every American equally?

4. What is the procedure of your office at the start of a case, who initially has contact with the person arrested, what is the procedure for representation of the client?

5. Did Kim Gray of your office subpoena a videotape from the Phillies organization or the police of the stadium incidents of October 6, 2010?

6. After Kim Gray had an hour long telephonic interview with Jo Ann Fonzone on October 15, 2010, and said, " Wow, you really are the victim.", why was she not subsequently allowed to speak with her or represent her ?

7.  Why  did you disallow Jo Ann Fonzone or any  other defense lawyer  from having a copy of
    the 911 audio CD  which was subpoenaed by Kim Gray and which demonstrated that Ms.
    Fonzone ws an injured crime victim calling for help  while handcuffed in custody after
    being brutalized by a police officer ?

8.  As an officer of the court , who is supposed to seek justice ,why didnt you  present the 911
    call to the presiding judge and/or prosecutor and have the charges dismissed immediately
    upon obtaining the 911 audio of a crime victim, rahter than concealing its existence from the
    court?

9.  When  Jo Ann Fonzone  was continuously sending medical  reports to your office   for
    explanation as to why she could not appear  because she was a crime victim receiving
    treatment for injuries and a heart condition sustained Ocotber 6, 2010, why weren't the
    Defender  associates conveying that  fact to the presiding Municipal Judges  for
    purposes of dismissal and investigation of the violent perpetrators who injured her ?

10. Who is in possession of the notes or recording of the interview Kim Gray had with Jo Ann Fonzone October 15, 2015, and why didnt you allow her to appear in court when subpoenaed by private counsel to bring them with her several times ; what is Kim Grays' address and phone number?

11. Why wasn't any investigation or inquiry conducted into the incidents, why wasn't the Jefferson Emercgency Room staff questioned or any other personal knowledge witnesses including , the Sargeant who saw the bruises and contusions and sent her to the ER or family and friends of Jo Ann Fonzone?

12. Why wasn't client Jo Ann Fonzone given information about what occurred in court when she couldnt be there as she was treating for injuries, so that she had to phone your office regularly, ask what was going on and why your office didn't get the false and malicious retaliatory charges against her dismissed as she really was the innocent injured crime victim ?

13. Why didn't your office file any pre-trial discovery requests, so that Jo Ann Fonzone had to file these and Motions to dismiss , and your office neglected to argue these?

14. Did you or anyone in your office know that that it was police protocol to write and file a police report when the police transport an injured person to the hospital and that there was such a report because Jo Ann Fonzone was injured prior to by security guard Oteri and subsequent to arrest by officer Kelewsckky ?

15. If the answer to the above question was yes, then why didn't your office obtain and provide a copy of the reportt to Jo Ann Fonzone as the report is required for submission to the Crime Victims Board for compensation for medical and other out of pocket expenses incurred by crime victims?

16. Other than a fax being transmitted to your reception area fax machine at precisely the time Jo Ann Fonzone was standing at the receptionist area, of the Defender Associates office , were there any other untrue, libelous, slanderous, inaccurte, inflammatory communications from outsiders or prosecuting attorneys to your office about Jo Ann Fonzone, including but not limited to emails, phone calls, internet false commentaries or other modes of communication, please list names of sender, recipient, date , time, mode of communication?

17. Why didnt Ms. Vargas inform the court that Jo Ann Fonzone was seriously injured Ocotber 6, 2010 and therefore couldnt be in court , the consequence of which was that a bench warrant was issued in April, 2011?

18. When Jo Ann Fonzone phoned your office April 28, 2011 to say she couldnt appear April 29 as she was recuperating after recently been discharged from a cardiac hospital , left a recorded voice mail message on Ms. Werthy's voice mail, why didnt Ms. Vargas convey this message to the court, the effect of which that the Judge issued a bench warrant April 29 for non-appearance , and she had to appear June 16 when she learned there was a bench warrant with her hospital records to have the bench warrant lifted?

19. After the bench warrant was issued April 29 and outstanding , why wasn't Jo Ann Fonzone notified of the outstanding warrant by someone in your office?

20. Were you aware that Jo Ann Fonzone has a Permanent Protection From Abuse Order against her estranged spouse which allegedly is to protect her also from vicarious abuse and false arrest in retaliation for trying to get a divorce since 1993 and informing the government of her knowledge about his criminal activities of fraud and ID theft ?

21. Are you aware that Jo Ann Fonzone has suffered from a pattern and practice of physical injuries and retaliation prior to and since 1993and has many pre-existing injuries therefrom?

22. Are you aware that a Lieutenant and a Sargeant of Internal Affairs determined her IA complaint to be valid and determined that she was a confidential informant?

23. Are you aware that Chris Angelo on July 18, 2011 had a copy of the 911 CD and a copy of a newspaper article about her, which was in his file ,when she was in the court jail awaiting a coerced unnecessary psych eval prompted after and because Jo Ann Fonzone told the court she wanted to represent herself as the Defender Associates were not adequately representing her and the private lawyer she retained Mr. Dison had not shown up?

24. Presumably, the Defender Associates were prejudiced against their client Jo Ann Fonzone as a result of reading and believing without questioning her or the contents of the libelous newspaper article , and therefore could not effectively represent her ,who ,why , and for what purpose was the article faxed to your office or otherwise made your office aware of its existence?

25. Do you think that the police ever make false or pretext arrests when there is no probable cause to arrest, do you think there is ever police or prosecutor misconduct, or police brutality of innocent individuals, or does your office always believe anyone arrested is guilty of something and assist the prosecution in getting convictions regardless of what the facts,truth and circumstances actually are?

Date: July 19, 2016          By:_____ --

Jo Ann Fonzone, Esquire aka Judy Mc Grath

## CERTIFICATE OF SERVICE

I Jo Ann Fonzone, Esquire  aka Judy Mc Grath  hereby certify that I haev on this day caused to be served a true and correct copy of the  Interrogatories on the following parties by U.S.mail :

Dennis Kelly,  Ms. Vargas, Chris Angelo
Defender Associates
1441 Sansom St.
Philadelphia, Pa  19102

07/02/16                                    By:_____-

                                            Jo Ann Fonzoen, Esquire aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN  FONZONE  aka  JUDY MC  GRATH, PLAINTIFF

          VS.

JOE OTERI, ET AL, DEFENDANTS

NO. 5:12-CV-5726
CIVIL ACTION
JURY TRIAL DEMANDED


Robert Strouse, nonparty to the above titled action is requested to  file witht his court and serve the
undersigned counsel for Plaintiff, within the time  , 30 days and in the  manner provided by Federal
rule 33, sworn answers to depositions on written questions:

1.  Did you receive a  request  in Novmebr 2010 for a videotape  from the Plaintiff  taken at
    Citizens bank park  Ocotober 6, 2010?


2.  Did you provide a videotape to Plaintiff?


3.  Are there videocameras  at  Citizen's bank park ?


4.  Were there videocameras  at  the stadium  recording  at the playoff game  on October 6,
    2010?


5. Is there a videotape of the game  of October 6, 2010?

6. Are you responsible for employing ssecurity guards at the stadium for the Phillies organization?

7. If you are not responsible for securityat he sstadium, what is the name of the person in charge of security?

8. Do you know the security guards?

9. Do you know Joe Oteri?

10. What kind of background anad criminal checks , if any, are done before employing a security gaurd?

11. Who is responsible for such background checks ?

12. Are there any pre-employment interviews for security guards and if so, who is responsible for conducting those interviews?

13. Are  security guards delegated duties by the police ?

14. What are the duties of security guards  at Citizen bank park, are they supposed to patrol around , determine probable cause for arrest  and write affidavits of probable cause?

15. How are the duties of secuirty guards  ,which they perform for the Phillies , any different  if at all , from duties delegated  by  the police?

16. Are  the security guards  frequently solely responsible for the arrest of Phillies fans and howmany arrests has security guard Joe Oteri be solely responsible for?

17. Are security guards often responsible for seriously injuring innocent Phillies fans then running for the police  to falsely implicate the fans rather than getting medical help for fans they injure?

18. Do all of the security guards have side jobs or other employment while employed as ssecuriy guards for the Philleis organization?

19. Are the security gaurds required to disclose the name and address of their other current employers to the Phillies organization?

20. How long has Joe Oteri been a security gaurd for the Phillies organization and is Joe Oteri still a security guard for the Phillies organization?

21. If Joe Oteri is still employed by the Phillies organization, is it the policy of the Phillies organization to continue the employ of violent employees who harrass female fans , cause serious injury to a female fan then falsley implicate the female fans to cover up his violent aggravated assault and egregious misconduct?

22. Are you aware that Joe Oteri blatantly perjured himself about the incident and slandered the seriously injured Plaintiff?

23. Are you aware that plaintiff suffered head trauma ,had a seizure and concussion as a result of Joe Oteri's violent misconduct on Ocotber 6, 2010?

24. Are you aware that Plaitniff was taken to the Emergency Room October 6, 2010 for injuries which occurred prior to and subsequent to her arrest for disorderly conduct while cheering for the Phillies at a playoff game?

25. Are you aware that a private citizen complaint was filed agasint Joe Oteri as soon as Plaintiff learned the name of the security gaurd who had seriously injured her by harrasing , grabbing at her right arm , pulling at her then pushing her head into the stadium seat then lied to the police about it?

Date:   July 8 , 2016                    By:_____  --

Jo Ann Fonzone  , Esquire aka  Judy Mc Grath

CERTIFICATE OF SERVICE


I Jo Ann Fonzone, Esquire aka Judy Mc Grath, hereby certify that I have on this days caused to be served a true and correct copy of the Interrogatories on the following defendant at the address as listed below:


Reger Rizzo& Darnell
Robert Foster, Esq.
2929 Arch St., 14th floor
Philadelphia, Pa 19104

Richard Strouse
Phillies organization
Philadelphia, Pa


BY:_____-

Jo Ann Fonzone, Esquire  aka Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  aka JUDY MC GRATH, PLAINTIFF          NO.5:12 CV-5726

           VS.                                                    CIVIL ACTION
                                                 JURY TRIAL DEMANDED

JOE OTERI, ET  AL, DEFENDANTS


Christine Mc Shea, nonparty to the above titled action is  requested to file with this court and serve upon the undersigned counsel for Plaintiff, within the  time  , 30 days and in the manner provided by the Federal rules, sworn answers to each of the following as  Interrogatories  to nonparty  are depostitions  on written questions:


1.  How long have you been a police officer?


2.  How many  years have you been employed by the Philadelphia police department?


3.  How long have you been  employed in the Internal Affairs department of the Philadelphia police department?


4.  How long has John Evans been employed  by theInternal Affairs department of the Philadelphia police department?


5.  How long have you worked with John Evans at Internal Affairs and did you work with him prior to working with him at Internal Affairs?

9. Are your IA interviews ,whether in person or telephonically, ever recorded or are notes taken ?

10. Did Jo Ann Fonzone cooperate with the investigation of her IA complaint?

11. Was Jo Ann Fonzone questioned about any alias names and the circumstances surrounding that where she provided facts including illegal use of her ssn by her estranged spouse?

12. Did Ms. Fonzone provide names of family and friends, ( incluidng her mother and sister who were with her before she went to the game), former employer, bus company that transported her and an entire bus full of other fans to the playoff game, other witnessess including the police Sargeanrt who saw her injuries and had her taken to the Emergency Room, the ER doctor at the Janaury 28, 2011 interview and prior thereto on her IA complaint form with attachments?

13. Since Ms. Fonzone provided all of the above mentioned names to IA , why didnt Sargeant Evans contact or interview any of these witnesses in the course of this IA investigation?

14. Since Ms. Fonzone provided information about the injuries she sustained , and was an injured crime victim transported to the ER by the police, why wasnt this investigated?

15. Why was the hospital transport police report which evidenced that Jo Ann Fonzone was injured prior to arrest and taken to the ER by police hidden and witheld for almost two years from the defense?

16. As stated on the back of the form , Isn't it the IA department policy to send a copy of the IA complaint to the District Attorney;?

17. Why then , by whose authority and instruction wasnt a copy of Jo Ann Fonzone's IA complaint form with attachments including her Permanent Protection From Abuse Order against her estranged spouse Cary Woods aka David Lee Roth sent to the District Attrorney?

18. Why was John Evans later substituted to investigate Jo Ann Fonzone's IA complaint after Sargeant Middleton had been assigned first?

19. Are you aware that Lieutenant Aappleton and Sargeant Middleton both  determined that
    Jo Ann Fonzone's IA complaint was "founded ," and deemed valid , she was a confidential
    informant,  and that those police reports were also hidden and  witheld from defense for
    about three years , though the police and District attorney  had these police reports  since
    December 2010?

20. Do you think it was unimportant for this investigation of police misconduct  to subpoena
    the 911 audio  when Jo Ann Fonzone called for help from police custody as she was in
    fear for her life after bding thrown agaisnt the wall the first time  ?

21. Do you think it was unimportant for investigators  to subpoena videotape from outside at the
    stadium or interview any witnesses , like fans a the stadium , at the time of the incident
    between 5:45 and 6:00 p.m. ?

22. Is the purpose of an IA investigation to get to the truth of the matter or rather to  discredit
    the complainant  especially when , as here, she was an injured crime victim of police
    brutaltiy and false arrest? Why was there no questioning of Sargeant Addison or  ER staff?

23. Was a thorough, complete, unbiased, impartial investigation conducted into Jo Ann Fonzone;s
    complaint of police misconduct, then why did John Evans tell all the officers he interviewed that he
    wa an investigation into the criminal case against Jo Ann Fonzone ?

24. Why was John Evans more concerned with  the condition of Jo Ann  Fonzone's  phone then
    he was about her physical injuries and condition, did he believe she had  a camera phone
    too?

Date:  July 13, 2016                    By:_____
                                          Jo Ann Fonzoen, Esquire aka Judy Mc Grath

CERTIFICATE OF SERVICE


I Jo Ann Fonzone , Esquire aka Judy Mc Grath hereby certify that I have on this day caused to be
served a true and correct copy of the  Interrogatories to nonparty  or depositions on written
questions upon the following at the address listed below:




Officer Christine Mc Shea
City of Philadelphia  law department
Aaron  Shotland, Esq.
1515 Arch St., 14 th floor
Philadelphia, Pa 19102




July 13, 2016                                    BY:_____

                                                              Jo Ann Fonzone, Esquire aka Judy Mc Grath

IN THE UNITED STATES DISTRCIT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  aka  JUDY MC GRATH, PLAINTIFF

           VS.                          NO. 5:12-CV-5726
                                        CIVIL ACTION
                                        JURY TRIAL DEMANDED

JOE OTERI, ET AL , DEFENDANTS



 Kevin Amerman, Christine Schiavo, non-parties to the above titled action, are requested to file with
this court and serve upon the undersigned counsel for Plaintiff, within the time and in the  manner
provided by the  Federal Rules, 30 days from the service , sworn answers to each of the following
Interrogatories as written depositions:   about Plaintiff.


1. State the names of all officers, employees or agents of  the Tribune corporation who
   allegedly made, published and distributed allegedly libelous or defamatory statements  about
   Plaintiff on May 9, 2010. for each such officer , employee or agent:


  (a) Identify each specific act of conversation or other means of communication between reporter
Ameramn and each and every person he contacted, including their name, address, employer, phone
number, and questioned and talked to or met with about the May 9, 2010 subject article, and the
date , place, method of communication, and content of each conversation with each of those  that
were contacted.

(b)  Identify the name of the person from the previous interrogatory who told Amerman to contact Plaintiff and gave him the unlisted phone number , and the date, method of communication and content of that conversation.

2.   What was the reason Amerman phoned Plaintiff Jo Ann Fonzone and what was the reason he wanted to write a front page article about her ?

3.   State whether , when and where Amerman had conversations or other communications with any former lawyers of Plaintiff , and if so, state:

(a) the  name  and address of each  person present , by phone or other mode of communication during each conversation  or othe form of communication with Amerman  and any  former  attorney named in the article  and exact date, time , place, of conversations or other communications

(b) the address or other means of identification, of the place where conversations took place and the exact time, place of conversations or other communications:

4.   How long have Christine Schiavo and Kevin Amerman been employees of the Tribune corporation?

(a) What was amerman's job title and job description when he became an employee of a Tribune corporation newspaper?

(b) What was Christine Schiavo's job title and job descritpion when she became an employee of a Tribune corporation newspaper?

(c) Does Ms. Schiavo still have in her possession the cover letter and resume Plaintiff ( where she described herself as an advocate for abused women )sent to her in 2008 in application for the Watchdog reporter position advertised in the Tribune corporation owned newspaper the Morning Call? ( a copy of the letter was sent to Tribune legal counsel Bralow, Guerney and publisher Ryan in 2010).

(d) How long has Tim Ryan been the publisher of the Tribune owned newspaper The Morning Call?

5. What is the current and previous relationship between Debbie Garlicky, the Lehigh County District attorney Right to Know officer and the previous right to know director Terry Melcher and the Tribune corporation owned newspaper The Morning Call?

6. What is the relationshp between Christine Bonesch ,the Lehigh County Right to Know Appeals officer and the Tribune owned The Morning Call newspaper?

7. What was reporter Ameramn's purpose, intent motive and objective with the Tribune owned Morning Call front page article May 9, 2010, what was he attempting to accomplish or convery other tha a complete charqacter assasination of Jo Ann Fonzone an abuse survivior?

8.State whether  Amerman, Schiavo and Ryan believed the statements about Plaintiff  in the article were  true based on information received through statements made by others, and if so, state:

(a) the name, or other means of identifcation, and address of each person from whom information was received on which Amerman relied upon , without reading  fact checking, in making the written article about Plaintiff:

(b) the time, place, date each statement was made:

(c) the statements of what each person said or  communicated, and

(d) the name and address of each person present in person or by phone or other mode of communication when  each statement was made:

9.   State whether you claim that the statements about Plaintiff  in the article were true, based on opinion, reputation, gossip of Plaintiff's  former lawyers or others, and if so, state the name or other means of identification, and address of each person who:

(a) expressed each opinion to you:

(b) has heard or repeated such unsubstaniated gossip or opinion:

10. State whether you claim that the statements made in the article about Plaintiff were a privileged response to a request for this information, and if so, state:

(a) the name and address of the person(s) who represented the information and/or the article to be published:

(b) the time, date, place where the opinion inforamtion was requested:

(c) the business or legal relationship between the person(s) requesting the information and the Plaintiff;

(d) the relationship, including any financial arrangement between Amerman and the person(s), or entity, bank, corporation,  requesting the information and/or artilce to be published:

11. How  and from whom did Amerman get Jo Ann Fonzone's unlisted phone number in 2009?

12. What ,who, when  and where was Amerman  prompted to  first contact  Jo Ann Fonzone "?

13. Are Amerman  and Schiavo still employed by the Tribune owned The Morning Call newspaper?

14. Were Amerman and Schiavo  disciplined, sanctioned or reprimanded in any wayby their employer  for their reckless and careless disregard for the truth and the health and safety of the subject of their libelous, inaccurate, untrue, false, inflammatory, intentionally damaging  article May 9, 2010?

15. State any other facts on which you rely in support of the contention the publication of the May 9, 2010 article about the Plaintiff was privileged.

16. State the facts on which you rely to support your denial that the Plaintiff has suffered egregious damages as a result of the defamatory article on the front page of the Morning Call on May 9, 2010.

17. Identify any and all documents, individuals, and information that you relied on in making the determination to publish the article that appeared in the newspaper owned by defendant Tribune corporation on May 9, 2010 and which was aired on the many television and radio stations owned by the Tribune corporation; and which was transmitted worldwide on the Internet.

18. State whether at the time of the publication of the article, you were aware that Plintiff's former attorneys Rahman and Zelechisky had attempted in the past to discredit and attack Plaintiff's character in their attempt to gain advantage in the legal malpractice action because they did not properly represent her as per the attorney-client written agreements .

19. State whether , at the time of the publication of the article of May 9, 2010 you failed to include certain material that cast  substantial doubt in the accuracy and validity of the allegations made by   Rahman and Zelechisky, including:

a.  the fact that Plaintiff told  defendant amerman that she was a  victim of abuse, physical injuries and ID theft  for   decades, and  the retaliation for trying to fight back legally   worsened since she left  California in 1993 and decided to get a divorce  from Cary Woods .

b. why were  these facts not included  in the article;

c. what were the reasons for omitting these facts;

d. the name, address, and employment position  of  the person  that made the decision to omit these facts;

20. State whether , prior to the publication of the article, you were advised as to the truthfulness and accuracy of the damaging statements made in the article  about Plaintiff , and if so,  state:

a. the name , address, employment position of each person who advised you;

b. the substance of that advice;

c. an account of what , if anything, you did pursuant to that advice;

21.  State what, if any, research, due diligence, investigation was done prior to the publication of the article;

22.  State the name, address, and employment position of each individual performing    such research, investigation or due diligence;

23.  State whether , if any, proofreading was done by defendants Schiavo, amerman's supervisor, or  Mr. Ryan , the Morning Call publisher, or anyone  ;

24. State all facts on which you rely to support your defense that your communications on the front page article of May 9, 2010 , were made in good faith, without malice and to serve a legitimate business purpose; and please specify just exactly what legitimate business purpose is served by attacking an abuse victim .

25. State the names, addresses and roles or functions of all persons, firms. Corporations, newspapers, radio stations, TV stations, Internet providers, involved in any way in issuing and/or publication, dissemination, or republication of the article of May 9, 2010, its content in full or partial form;

CERTIFICATE OF SERVICE


I, Jo Ann Fonzone, Esquire  hereby certify that I have on this day caused to be served a true and correct copy of Interrogatories as written depositions  on non-parties in this action to the following at the address listed below:




Caitlin Guerney, Esq.
Pepper Hamilton LLP
3000 18th & Arch Streets
Philadelphia,  Pa 19103




July 22, 2016                                    By:_____


                                                          Jo  Ann Fonzone, Esquire akak Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN  FONZONE  aka JUDY MC GRATH, PLAINTIFF

VS.                                                  5;12-CV-5726
                                                     CIVIL ACTION
                                                     JURY TRIAL DEMANDED

JOE OTERI, ET AL, DEFENDANTS


Timothy Ryan, non-party to the above titled action, is requested to file with this court and serve
upon the undersigned counsel for Plaintiff, within the time and in teh manner provided by teh
Federal rules, 30 days from service , sworn answers to each of the following Interrogatories and
written depositions:

1.  How  many years have you been employed by the Tribune Corporation , in what state are
    you domiciled  for the last ten years ,and what is your current position with the media
    corporation?




2.  How involved are you with the day to day publishing of Tribune owned The Morning Call
newspaper and do you or any other Tribune employee  proofread and fact check front page articles
before they are printed?




3. State whether you have learned of additional facts or information ( prior to subsequent to
publication )regarding the subject matter of the  May 9, 2010  front page  The Morning Call article
about Jo Ann Fonzone that would bear on the truth or accuracy of the article, and if so, state:

(a) If the answer was yes to the preceding question, from whom, when , where, how, and why did you learn additional facts or information ,who was the source(s) and what precisely were the contents of the information?

4. State the name and addresses of all persons having knowledge of discoverable matter in this case, and describe the substance of that knowledge.

5. In regard to all individuals contacted prior to the publication of the article regarding the subject matter of the article, state in detail for each individual the name and address of each individual contacted and the name and address of each individual who contacted the above individuals and the reasons they were contacrted, the substance of the conversation, any agreements made, dates of contact,location of the communications and the manner of communication, ( telephone, letter, fax, e-mail, in person , internet, etc.)

6.  State whether you sought any advice of any lawyers regarding the possibility of becoming involved in lbel and defamation litigation as a result of the May 9, 2010 The Morning Call article, and whether the article was sufficiently egregious to possibly incite strangers to act violently and disdainfully toward Jo Ann Fonzone.

7.  State whether you have ever been a defendant in any lawsuit, and if you have ever been a defendant in an action for libel, slander, defamation, personal injury, if so, provide the case name, case citation, date, court location, and resolution of case.

8.  State when and from whom defendants obtained permission to publish the photograph of Jo Ann Fonzone which appeared on the front page of The Morning Call newspaper May 9, 2010?

(a) the authority held by the person to give permission and authority to publish the photograph, and

(b) the manner in which permisssion and authority was obtained;

9.  State  the name  and address of the person who obtained the photograph and from whom or where the photograph was obtained:

10. State the specific purpose for publishing the Plaintiff's photograph in the May 9, 2010 The Morning Call and, in doing so, identify:

(a)the name and address of those responsible for making the decision to publish the  photograph:

(b) the title or employment posiiton held by each person responsible; and

(c) the specific dates and responsibilities held by each person responsible:

11. State whether defendants ever attempted to warn or notify Jo Ann Fonzone that her photograph and  the article  about her would be published on  the front page May 9, 2010 , and if not, state each and every reason why the notiication or warning was not given:

12. State each and every reason why the defendants  did not attempt to obtain permission from the Plaintiff to publish the article  and photograph in the Morning Call on May 9, 2010:

13. State the bases  for the contention that the photograph and article published by the Morning Call on May 9, 2010 did not leave a false impression as to Plaintiff's reputation, character, integrity and was merely " unflattering" , ;

14. State the number of   Sunday edition   Morning Call newspaper subscribers, including businesses and residences, colleges, hospitals, etc.:

15. State the  estimated number of Internet  users  with access  to the Morning Call  and  other Tribune corporation owned  newspapers  , blogs, emails, faxes,  twitter, face book, skype, etc. on their computers and on public  computers and  computers at  places of employment   throughout the world:

16. State the  estimated number of  those individuals who listen to any of the Tribune  corporation owned radio stations at home, in their vehicles, at work, at  any public place etc.

17. State the number of individuals who watch any of the Tribune corporation TV stations throughout the world at home, at work, on their computer, or telephone device, or at a public place, etc.

18. State whether you made an attempt to retract any matter contained in the article, and, if so, state:

a. each media used to accomplish the retraction;

b. the name and date of each newspaper or TV or radio station in which any retraction appeared;

c. the number of column inches devoted the retraction;

d. whether any headline or boldface type identified the article as an apology or retraction;

e. the date and time of each retraction broadcast over either your television or radio networks:

f. the number of minutes devoted to any radio or television retraction;

g. the total number of network or affiliated stations or newspapers or Internet that carried any purported retraction; and

h. whether any videotape or other recording was made of any retraction, and, if so, the name and address of the person who has possession of the recording.

19. With respect to the article of May 9, 2010, state whether at anytime after its publication, Plaintiff requested that defendants retract or reprint with accurate facts the alleged defamatory article, state as to each request:

a. the date, time, and to whom such request was made:

b. mode of communication of the requests;

c. the names and addresses and employment position of the person or persons to whom the requests were communicated;

20. With respect to the preceding question, what was the reply of the Plaintiff's request s by phone t the Morning Call personnel, then by letter to publisher Mr. Ryan:

24. State whether any defendant or any non-party benefited or intended to benefit in any way from the publication of the May 9, 2010 front page article, and , if so, with respect to the article, state:

a. the name, address and employment position of the person or persons who benefited or anticipated any benefit from the article of May 9, 2010:

b. a detailed description of the benefit received or anticipated to receive indicating whether the benefit was actually received ;

23. Describe in detail each republication of the May 9, 2010 article referred to in the complaint, indicating as to each republication;

a. the date and time when said article was republished;

b. the location where any of the article was republished;

c. the name, address, and corporate name of everyone involved in the republication;

d. the mode of the republication;

23. State what defendant ameramn did with the notes he took at the meeting with Plaintiff in the Morning Call lobby in December 2009.

24. State whether defendant amerman knows what the words reckless disregard for the truth mean;

25. State your name , address, employment position, and authority by which you are answering these interrogatories:

Date: 07/20/16                    Respectfully Submitted:

Jo Ann Fonzone, Esquire aka Judy McGrath

By; Jo Ann Fonzone, Esqauire aka Judy McGrath
Attorney For Plaintiff

CERTIFICATE OF SERVICE


I, Jo Ann Fonzone, Esquire  hereby certify that I have on this day caused to be served a true and correct copy of Interrogatories as written depositions  on non-parties in this action to the following at the address listed below:


Caitlin Guerney, Esq.
Pepper Hamilton LLP
3000 18th & Arch Streets
Philadelphia,  Pa 19103


July 22, 2016                                    By:_____

                                                        Jo  Ann Fonzone, Esquire akak Judy Mc Grath

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE  aka JUDY MC  GRATH, PLAINTIFF

VS.                                          NO.5:12-CV-5726
                                             JURY TRIAL DEMANDED
JOE OTERI, ET AL, DEFENDANTS                 CIVIL ACTION

Clair Wischusen, non-party tot he above tilted action is requested to file with this court and serve
upon counsel for Plaintiff, within the time and in the manner provided by the  Federal rules, 30 days
from service , sworn answers to each of the following Interrogatories as written depositions:

1.  Were  you opposing counsel in  prior  civil  litigation with Plaintiff Jo Ann Fonzone?

2.  What was the nature and caption of said litigation?

3.  What  defendants did you and your firm represent in that prior litigation?

5.  What were the dates  that the prior action was active and what was the  resolution  or
    disposition of the action?

6.  At what stage of litigation  and at where ,when,  how and why did the litigation end?

7.  Did Plaintifff have an opportunity to obtain any Discovery from defendants in the  prior action?

8.  Did Plaintiff serve any discovery, specifically  Interrogatories upon defendants, and if so, what was the date of service?

9.  D id defendants provide any answers to Plaintiff's Interrogatories, and if not, why not?

10. Did you appear on behalf of defendants at the scheduled Argument on September 27, 2011 with Judge Ford ex parte?

11. If the answer to the previous question was yes, then please provide a copy of the transcript of the proceeding or a verbatim account of your Argument to the court on September 27, 2011 which caused the Judge to dismiss the civil personal injury Id theft case ex parte.

12. Please explain the circumstances surrounding the initiation of the civil action against the defendants that you represented and the date the case began in the Common Pleas Court.

13. Do you recall a subpoena in this action for bank records from Plaintiff to Chase Bank, and if so, was the date on the subpoena October 6?

14. Please provide all the names in the caption of the action # 2010-C-5208.

15. Did you represent defendant Chase Bank in the action ?

16. Please provide the name of counsel for Chase Bank and state if they were present September 27, 2011 at the Argument ?

17. Do you believe that the Plaintiff received full and fair adjudication of her personal injury ID theft action on the merits when her case was dismissed ex parte September 27, 2011?

18. Do you believe that legal causes of action , particularly personal injury actions, should be decided on their merits or dimissed by the parties who have more financial resources prior to any consideration of the merits?

19. Do you believe that there is an epidemic of violence agaisnt women in this country which is hidden and concealed for the most part by those who gain advantage in so doing?

20. Did you or anyone in your firm do any investigative work or communicate with anyone about Plaintiff or this lawsuit during the course of the litigation or prior thereto or subsequently?

21. If the answer to the above question was yes, please provide details of any investigation and communications including names, dates, places, mode of communication.

August 3, 2016

BY:

Jo Ann Fonzone , Esquire aka Judy Mc Grath



**Fox Rothschild LLP**
ATTORNEYS AT LAW

Stone Manor Corporate Center
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
Tel 215.345.7500 · Fax 215.345.7507
www.foxrothschild.com

Clair E. Wischusen
Direct Dial: (215) 918-3559
Email Address: cwischusen@foxrothschild.com

**VIA FIRST CLASS MAIL**

September 15, 2011

JoAnn Fonzone, Esquire
2242 W. Tilghman Street, Apt. C1
Allentown, PA 18104

**Re:    Fonzone v. Chase Manhattan Bank, et al.**

Dear Ms. Fonzone:

I received a set of documents from you by package dated September 6, 2011. The documents
were unnumbered, and many of the documents appeared to be originals marked with ink. For
your records, enclosed please find copies of the documents I received from you, which have been
bates-stamped FON0001 – FON0095.

Very truly yours,

Clair E. Wischusen

CW:cew
Enclosures

DT1 936924v1 09/15/11                    A Pennsylvania Limited Liability Partnership

California     Connecticut     Delaware     District of Columbia     Florida     Nevada     New Jersey     New York     Pennsylvania

CERTIFICATE OF SERVICE

I Jo Ann Fonzone, Esquire  aka Judy Mc Grath hereby certify that I have on this day caused to be served a true and correct copy of the  Interrogatories as written depositions upon the following non-party to this action  by U. S. Mail  at the address listed below:

Clair Wischusen, Esq.
Fox Rothschild LLP
2700 Kelly Road, suirte 300
Warrington, Pa 18976

August 3, 2016                          BY: _____

                                        Jo  Ann Fonzoen, Esquire aka Judy Mc Grath

CERTIFICATE OF SERVICE

I Jo Ann Fonzone, Esq.  aka Judy Mc Grath hereby certify that I have on this day caused to be

served  a true and correct copy of the  Petition For Clarfification upon the following at the

addresses listed below:

 Aaron Shotland ,Esq. -   Representiative  and accepting service for  parties and non-parties of the
City of Philadelphia
City of Philadelphia law dept.          Persons listed : 1-14, 16,22,34,36,
1515 Arch St., 14th floor
Philadelphia, Pa 19102


Robert Foster, Esq.  -    Representative and accepting service for  those listed  : 15, 24, 35
Roger  Rizzo & Darnell,LLP
2929 Arch St.
Phila., Pa 19104


Richard Patton, Esq.        Defender Associates 31-33        Philadelphia District Attorney
1223 Locust St.                  1441 Sansom St.                    Representing  27-30
Philadelphia,Pa               Philadelphia, Pa  19107            3 S. Penn Square
 19107                                                                        Phila., Pa 19107


Dated:  Nov. 30, 2016                    By; _____

     Feb. 16, 2018

                                             Jo Ann Fonzone, Esquire aka Judy Mc Grath