IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN FONZONE (a/k/a Judy McGrath),

        Plaintiff,

  v.                                                                  CIVIL ACTION
                                                                     NO. 12-5726
JOE OTERI, et al,

        Defendants.

## ORDER

**AND NOW**, this 23rd day of October, 2018, it is hereby **ORDERED** that the case management conference previously scheduled for October 30, 2018 is rescheduled to **Wednesday, December 12, 2018 at 2:00 p.m.** in the courtroom of the undersigned, The Madison Building, 400 Washington Street, Reading, Pennsylvania.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.