IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN FONZONE,

    Plaintiff,

v.

JOE OTERI, et al,

    Defendants.

CIVIL ACTION
NO. 12-5726

## ORDER

**AND NOW**, this 13th day of December, 2018, it is hereby **ORDERED** that a case management conference shall be held on January 24, 2019, at 1:30 p.m. in the courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.