IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN FONZONE (a/k/a Judy McGrath),

        Plaintiff,

v.

JOE OTERI, et al,

        Defendants.

CIVIL ACTION
NO. 12-5726

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, this 5TH day of April, 2019, it is hereby **ORDERED** as follows:

1. The final pretrial conference previously scheduled for May 7, 2019 is rescheduled to **Tuesday, May 21, 2019, at 3:30 p.m.** in the courtroom of the undersigned, 400 Washington Street, Room 401, Reading, Pennsylvania;

2. Jury selection previously scheduled for June 17, 2019 is rescheduled to **Monday, July 15, 2019, at 9:30 a.m.,** courtroom to be determined, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania; and

3. Trial previously scheduled for June 18, 2019 is rescheduled to commence on **Tuesday, July 16, 2019 at 9:30 a.m**. in the courtroom of the undersigned, 400 Washington Street, Fourth Floor, Reading, Pennsylvania.

        **BY THE COURT:**

        **/s/ Jeffrey L. Schmehl**
        Jeffrey L. Schmehl, J.