IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN FONZONE (a/k/a Judy McGrath),

       Plaintiff,

  v.                                                  CIVIL ACTION
                                                         NO. 12-5726

JOE OTERI, et al,

       Defendants.

## **ORDER**

**AND NOW**, this 29th day of April, 2019, it is hereby **ORDERED** that the final pretrial conference previously scheduled for May 21, 2019 is rescheduled to **Wednesday, June 19, 2019 at 3:00 p.m.** in the courtroom of the undersigned, 400 Washington Street, Room 401, Reading, Pennsylvania. Jury Selection and trial dates remain unchanged.

                                              **BY THE COURT:**


                                             **/s/ Jeffrey L. Schmehl**
                                             Jeffrey L. Schmehl, J.