IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN FONZONE,

        Plaintiff,

  v.

JOE OTERI, et al,

        Defendants.

CIVIL ACTION
NO. 12-5726

### ORDER

**AND NOW**, this 20th day of June, 2019, it is hereby **ORDERED** that this matter is referred to United States Magistrate Judge Timothy R. Rice for the purposes of scheduling and conducting a settlement conference as soon as possible.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.