IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN FONZONE,

        Plaintiff,

v.

JOE OTERI, et al,

        Defendants.

CIVIL ACTION
NO. 12-5726

**ORDER**

**AND NOW**, this 20th day of June, 2019, after a status conference held with Plaintiff and counsel for Defendants on June 19, 2019, it is hereby **ORDERED** as follows:

    1. Jury selection and trial currently scheduled for July 15 and July 16, 2019, are continued to a date to be determined;

    2. A status conference shall be held on July 30, 2019, at 2:30 p.m. in the courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania;

    3. Plaintiff shall have an attorney enter their appearance on her behalf prior to the July 30, 2019, status conference; and

    4. The parties shall participate in a settlement conference with the Honorable Timothy R. Rice as soon as possible.

                                                  **BY THE COURT:**

                                                  /s/ Jeffrey L. Schmehl
                                                  Jeffrey L. Schmehl, J.