IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN FONZONE,<br><br>        Plaintiff,<br><br>    v.<br><br>JOE OTERI, et al,<br><br>        Defendants. | CIVIL ACTION<br>NO. 12-5726 |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, this 25th day of June, 2019, it is hereby **ORDERED** as follows:

1. A final pretrial conference shall be held on September 26, 2019, at 2:30 p.m. in the courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania;

2. Jury selection previously scheduled for July 15, 2019, is rescheduled to October 21, 2019, at 9:30 a.m., courtroom to be determined, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania; and

3. Trial previously scheduled for July 16, 2019, is rescheduled to commence on October 22, 2019, at 9:30 a.m. in the courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania.

                                              **BY THE COURT:**

                                              **/s/ Jeffrey L. Schmehl**
                                              Jeffrey L. Schmehl, J.