IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN FONZONE,

        Plaintiff,

v.

JOE OTERI, et al,

        Defendants.

CIVIL ACTION
NO. 12-5726

## ORDER

**AND NOW**, this 9th day of July, 2019, it is hereby **ORDERED** that the status conference previously scheduled for Tuesday, July 30, 2019 at 2:30 p.m. is **CHANGED TO TUESDAY, JULY 30, 2019 AT 10:00 A.M.** in the courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania.  **NOTE: THIS IS TIME CHANGE ONLY.**

                            **BY THE COURT:**

                            /s/ Jeffrey L. Schmehl
                            Jeffrey L. Schmehl, J.