IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN FONZONE,<br><br>  Plaintiff,<br><br>  v.<br><br>JOE OTERI, et al,<br><br>  Defendants. | CIVIL ACTION<br>NO. 12-5726 |

## ORDER

**AND NOW**, this 22nd day of July, 2019, it is hereby **ORDERED** that the status conference previously scheduled for Tuesday, July 30, 2019 is **CHANGED TO MONDAY, AUGUST 5, 2019 AT 2:30 P.M.** in the courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.