IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN FONZONE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 12-5726 |
| JOE OTERI, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 18th day of February, 2020, after having received a telephone communication from Plaintiff JoAnn Fonzone, **IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to update Ms. Fonzone's contact information on the case docket as follows:

> JoAnn Fonzone
> 631 Primrose Lane
> Allentown, PA 18104
> Telephone: 484-773-8056

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE