To whom it may concern: Re: 12-5726

I called the Clerk and left several voice mails to say until I can obtain other counsel to help I will be entering my appearance as I have done the work. My address for correspondence to be sent to is:

JoAnn Fouzure, Esquire    #203914
631 Primrose Lane
Allentown, PA 18104

Thanks very much,

John J., Esquire



Ms. Joann Fonzone Esq.
631 Primrose Ln.
Allentown, PA 18104-4683

United States District Court
Eastern District of PA
601 Market St.,
Philadelphia, PA 19106

U.S.M.S. X-RAY