IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE FONZONE, : | |
|  : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 12-5726 |
| JOE OTERI, et al., : | |
| Defendants. : | |

## NOTICE

A telephone conference regarding the case status is scheduled for Friday, June 5, 2020 at 9:30 a.m.  Counsel for Defendants is directed to initiate the call.  Judge Heffley can be reached at 267-299-7420.

*/s/ Sharon A. Hall-Moore*
Sharon A. Hall-Moore
Courtroom Deputy
Magistrate Judge Marilyn Heffley

Date:  May 19, 2019