IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE FONZONE, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 12-5726 |
| JOE OTERI, et al., : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 8th day of September, 2020, upon consideration of Plaintiff Joanne Fonzone's Motion to Reinstate All Defendants In This Case As Per The Amended Operative Complaint Filed July 7, 2015 (Doc. No. 166), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED.**[1]

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has made multiple attempts to reintroduce certain defendants, including Defendants Joe Oteri and the Phillies, into this litigation. See Doc. Nos. 46, 53, 73, 76. The Honorable Judge Legrome D. Davis, who previously presided over this case, ruled that the operative complaint – Plaintiff's Third Amended Complaint filed on July 7, 2015 – failed to state a claim against these Defendants. See Doc. Nos. 42, 51, 76. Accordingly, those Defendants have been terminated from this action for more than five years. Plaintiff has failed to present any information that warrants reconsideration of Judge Davis's orders. See, e.g., Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999).