| | |
|---|---|
| STATEMENT C | **Sal DeAngelis, W/M, Manager Ballpark Operations/Security**<br>Philadelphia Phillies Security<br>1 Citizens Bank Way<br>Philadelphia, PA. 19145<br>O-215-218-5339 |
| DATE AND TIME: | 01-20-11 @ 2:15P.M. |
| PLACE: | Telephonic Interview |
| IN THE PRESENCE OF: | |
| CONCERNING: | I.A.D. Investigation # 10-724 |
| INTERVIEWED BY: | Sergeant John Evans #337 |
| RECORDED BY: | Sergeant John Evans #337 |

Mr. DeAngelis, I am Sergeant John Evans #337, Internal Affairs. I am conducting an investigation into a complaint, regarding an incident that occurred on Wednesday, October 6, 2010 at approximately 6:13 P.M., at 1 Citizens Bank Way, - Philadelphia Phillies game, which resulted in the arrest of Jo Ann Fonzone.

Mr. DeAngelis was interviewed telephonically, and he stated that any requests for reports must be subpoeneaed. He confirmed that Phillies security did confiscate Joann Fonzone's ticket which is consistent with the Phillies policy. This is done to prevent an ejected fan from re-entering the game. Video is only kept for 30 days and would also required a subpoena.

**NAME:** _____

**DATE & TIME:** _____

1