IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE FONZONE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : NO. 12-5726 |
| | : |
| JOE OTERI, et al., | : |
| | : |
| Defendants. | : |

### ORDER

AND NOW, this 29th day of September, 2021, after conducting a telephone conference with Plaintiff Joanne Fonzone and counsel for Defendants, **IT IS HEREBY ORDERED** that Plaintiff is directed to provide the Court by <u>October 4, 2021</u> with medical documentation regarding the surgical procedure that she informed the Court will take place on October 13, 2021. The Clerk of Court is directed to email and mail via regular mail Plaintiff a copy of this Order.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

LVH-CH 1621 N CEDAR CREST PHYSIATRY CLINIC
1621 N CEDAR CREST BLVD
ALLENTOWN PA 18104-2312
Dept: 610-861-8080
Dept Fax: 610-297-3021

September 29, 2021

To Whom It May Concern:

Please be advised that my patient, Jo Ann Fonzone, will be present in our outpatient surgical unit for care involving her neck on October 13, 2021.

Please feel free to contact my office with any questions or concerns at 610-861-8080.

Regards,

*[signature]*

Brian Philips, CRNP

# INVOICE

## General Counsel Conference East 2021

**Event Date:** Wednesday, September 22, 2021 - Thursday, September 23, 2021

| | |
|---|---|
| Reference Number | 10031156 |
| Created At | 6/21/21, 1:19 PM |
| Created By | Registrant |
| Date Registered | 6/21/21, 1:19 PM |
| Payment Status | Paid |
| Payment Method | Credit Card |

| | |
|---|---|
| Company | JoAnn Fonzone, Esquire |
| Line 1 | 631 Primrose Lane |
| Line 2 | 1515 Broadway |
| City | Allentown |
| State/Province/County | PA |
| Zip/Postal Code | 18104 |
| Country | United States |
| Email Address | jo76erjo@aol.com |
| First Name | JoAnn |
| Last Name | Fonzone |
| Job Title | Attorney |
| Work Phone | +1 484-773-8056 |

| Date | Transaction Type | Amount |
|---|---|---|
| June 21, 2021 | Order Amount | $295 |
| June 21, 2021 | Online Credit Card Payment (8305) | ($295.) |
| | Balance Due | $0 |

**Payment Instructions for Invoice:**

**By Check:**
ALM Media LLC,

PO Box 785196,
Philadelphia, PA: 19178-5196

**By Wire Transfer:**

MS JOANN FONZONE ESQ
631 PRIMROSE LN
ALLENTOWN, PA 18104-4683



U.S. POSTAGE $0.58
FCML 0000
Orig: 18104
Dest: 19106
09/30/21
R2305H1129248

U.S.M.S. X-RAY

United States District Court
For The Eastern District
601 Market St., Rm. 2609
Philadelphia, PA 19106



RECEIVED
OCT 4 2021