12-5726

LVH-CH 1621 N CEDAR CREST PHYSIATRY CLINIC
1621 N CEDAR CREST BLVD
ALLENTOWN PA 18104-2312
Dept: 610-861-8080
Dept Fax: 610-297-3021

September 29, 2021

To Whom It May Concern:

Please be advised that my patient, Jo Ann Fonzone, will be present in our outpatient surgical unit for care involving her neck on October 13, 2021.

Please feel free to contact my office with any questions or concerns at 610-861-8080.

Regards,

Brian Philips, CRNP

From: jo76erjo@aol.com,
To: PAED-documents@paed.uscourts.gov,
Subject: Fwd: Scanned image from P013104
Date: Wed, Oct 6, 2021 7:01 pm
Attachments: admin@lvh.com_20210929_144538.pdf (8K)

US' District court Clerk: Please file these documents requested by Order of magistrate Heffley in docket #12-5726Order of September 29, 2021. Thank you. Jo Ann Fonzone, Esquire

-----Original Message-----
From: admin@lvh.com <admin@lvh.com>
To: jo76erjo@aol.com
Sent: Wed, Sep 29, 2021 2:45 pm
Subject: Scanned image from P013104

Reply to: admin@lvh.com <admin@lvh.com>
Device Name: P013104
Device Model: MX-M5071
Location: 1st FL - Surgery Scheduling

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

http://www.adobe.com/

Please note that if you have received this message in error, you are hereby notified that any dissemination of this communication is strictly prohibited. Please notify me immediately by reply e-Mail and delete all copies of the original message.

**From:** admin@lvh.com,
**To:** jo76erjo@aol.com,
**Subject:** Scanned image from P013104
**Date:** Wed, Sep 29, 2021 2:45 pm
**Attachments:** admin@lvh.com_20210929_144538.pdf (8K)

Reply to: admin@lvh.com <admin@lvh.com>
Device Name: P013104
Device Model: MX-M5071
Location: 1st FL - Surgery Scheduling

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or
trademarks of Adobe Systems Incorporated in the United States and other countries.

http://www.adobe.com/

Please note that if you have received this message in error, you are hereby notified that any dissemination of this communication is strictly prohibited. Please notify me immediately by reply e-Mail and delete all copies of the original message.



## UNITED STATES POSTAL SERVICE.

```
       CPU MINUTEMAN PRESS ALLNTWN
              1801 W TILGHMAN ST
            ALLENTOWN, PA 18104-4100
                (800)275-8777
09/30/2021                           11:35 AM
-----------------------------------------------
Product              Qty    Unit       Price
                            Price
-----------------------------------------------
First-Class Mail®     1                $0.58
Letter
    Philadelphia, PA 19106
    Weight: 0 lb 0.70 oz
    Estimated Delivery Date
        Mon 10/04/2021


                                       $0.58


***********************************************
USPS is experiencing unprecedented volume
       increases and limited employee
     availability due to the impacts of
    COVID-19. We appreciate your patience.
***********************************************

       All sales final on stamps and postage.
            Thank you for your business.

-----------------------------------------------

UFN: 410128-5558
Receipt #: 840-21700701-2-2995543-2
Clerk: 00
```