IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE FONZONE, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 12-5726 |
| JOE OTERI, et al., : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 5th day of November, 2021, upon consideration of Plaintiff Joanne Fonzone's Motion to Open Discovery (Doc. No. 195), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED.**[1]

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] In her motion, Plaintiff purportedly seeks to open discovery in order to compel answers to interrogatories from Defendants and non-parties to this action. Her attempts to compel answers to interrogatories from Defendants and non-parties have been repeatedly denied throughout the course of this litigation. See Doc. Nos. 88, 98, 102, 123, 147. Any attempt to compel answers to interrogatories from Defendants and non-parties in the present motion is likewise denied. To the extent Plaintiff requests the appointment of counsel to assist her, her request is also denied. See also Doc. Nos. 32, 51.