IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


Jo Ann Fonzone aka Judy Mc Grath, Plaintiff

    vs.          CIVIL ACTION
                 NO: 12-5726

JOE OTERI , et al, Defendants


PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING OPENING DISCOVERY BECAUSE FURTHER DISOCVERY IS SOUGHT FOR THE PURPOSES OF PRODUCTION OF DOCUMENTS AND DEPOSITIONS, NOT ONLY INTERROGATORY ANSWERS THOUGH THEY WERE NOT SUFFICIENTLY ANSWERED BY DEFENDANTS

Plaintiff , by and through her attorney, hereby requests this Honorable Court open Discovery for the purpose of obtaining needed information to proceed with this civil injury litigation as there is no valid reason to deny such request based on the insufficient information provided by defendants which does in fact prejudice Plaintiff in her effort to seek justice for all the injuries and damages she sustained as a direct result and consequence of the two incidents of aggravated assaults on October 6, 2010.

The first incident occurred at 5:45 p.m. when Plaintiff at her seat was without provocation pulled, pushed ,her head into the seat in frot of her aggravatedly assaulted by a man Joe Oteri (who instead of getting medical help for Plaintiff as concussion symtoms began)brought police officer. Plaintff was again aggravatedly assaulted ,thrown agaisnt the wall twice and struck by police nightstick on her chest repeatedly, assaulted by Officer kelewischki at precisely 6:14:58 p.m. (time appears on police audio CD) inside the police room after and becasue Plaintiff phoned 911 for help as she was in fear for her life.

Plaintiff has requested defendants produce documents and anything from the scene including a videotape of the stadium concourse, to the best of Plaintiff's knowledge, information and belief does exist. Defendants have witheld other exculpatory evidence throughout the malicious prosecution of Plaintiff the innocent injured victim, and violated four discovery orders of Municipal Court Judges, so it is no stretch to know they are in possession of videotape evidence which depicts exactly what occurred in the concourse where plaintiff stood while holding onto the back of a stadium seat for 10-15 minutes watching the game, then without provocation, was grabbed and attacked without cause from behind by two male officers and dragged across the concourse and thrown into the stadium police room.

The fact that Plaintiff's Motion to compel Sufficient answers to her Interrogatories was denied should not preclude this court from granting that Motion and the current Motion from being granted if seeking the truth and facts are the actual goal of this litigation, rather than a cover-up.

WHEREFORE, Plaintiff respectfully requests based on the aforementioned, that this Honorable Court grant the relief requested herein in the interests of justice and full, complete and fair discovery in this injury litigation.

Dated:   November 22, 2021          By:_____

                                   Jo Ann Fonzone, Esquire  aka Judy Mc Grath
                                   Plaintiff
                                   #203914 (confidential status for personal safety
                                   631 Primrose Lane, Allentown, Pa 18104)

CERTIFICATE OF SERVICE

I, JO ANN FONZONE, ESQUIRE   AKA JUDY Mc GRATH hereby certify that I have on this day caused to be served  Motion To Open Discovery on those listed below:

Arron Shotland, Esq.     Representing all named  defendant city employees
City of Philadelphia
1515 Arch St., 14 th floor

Robert Foster, Esq.
Reger Rizzo & Darnell            The Phillies Organization
2929 Arch St., 13th Floor         One citizens Bank Way
Phila., Pa 19104                  Phila., Pa

Phila. District Attorney office
3 Penn Square
Phila., Pa 19107

Defender Asssociates
1441 Sansum St.
Phila., Pa 19107

Date Nov. 22, 2021                         By_____
                                           Jo Ann Fonzone, Esquire aka Judy Mc Grath
                                              631 Primrose Lane, Allentown, Pa 18104
                                              # 203914  ( confidential  status  for
                                                    physical protection)