IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE FONZONE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 12-5726 |
| JOE OTERI, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 23rd day of November, 2021, upon consideration of Plaintiff Joanne Fonzone's Motion for Reconsideration of Order Denying Opening Discovery (Doc. No. 197), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED.** Plaintiff has not made the requisite showing for reconsideration of this Court's November 5, 2021 Order denying Plaintiff's Motion to Open Discovery (Doc. No. 196).  See Max's Seafood Cafe ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999).

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE