IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE FONZONE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 12-5726 |
| JOE OTERI, et al., | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 10th day of March, 2022, upon consideration of Plaintiff Joanne Fonzone's Motion to Compel Production of Documents or Things Pursuant to Subpoena Filed and Served Upon the Phillies Organization, City of Philadelphia, and Defender Associates (Doc. No. 200), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**. Discovery has been closed since October 5, 2020. See Doc. No. 165.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE