IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE FONZONE, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 12-5726 |
| : | |
| JOE OTERI, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 10th day of March, 2022, after conducting a telephonic pretrial conference with counsel for the Defendants and Plaintiff Joanne Fonzone, it is **HEREBY ORDERED** that Plaintiff shall show cause why this matter should not be dismissed for failure to prosecute based on Ms. Fonzone's representation to this Court during the telephonic pretrial conference that she will not be prepared to proceed to trial on April 19, 2022.  Plaintiff shall have seven (7) days from the date of this Order to show cause in writing why this action should not be dismissed for failure to prosecute.  Defendants may also file a written submission within seven (7) days from the date of this Order.  Failure to comply with this Order will result in dismissal of this action for failure to prosecute.  The Clerk of Court is directed to email and mail via regular mail Plaintiff a copy of this Order.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE