# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | **JURY TRIAL DEMANDED** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Civil Action** |
| | : | **No. 12-5726** |
| **JOE OTERI, ET AL.** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Katelyn Mays as counsel for Defendants Kelechewisky, Ortiz, and Kovac in the above entitled matter.

Respectfully submitted:

Date: March 10, 2022

/s/ Katelyn Mays
Katelyn Mays, Esquire
Assistant City Solicitor
Pa. Attorney ID No. 324246
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5434
katelyn.mays@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOANN FONZONE ,** : | **JURY TRIAL DEMANDED** |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Civil Action** |
| : | **No. 12-5726** |
| **JOE OTERI, ET AL.** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Entry of Appearance was served upon all counsel in this matter via the Court's electronic filing system on the date and year written below.

Respectfully submitted:

Date: March 10, 2022

/s/ Katelyn Mays
Katelyn Mays, Esquire
Assistant City Solicitor
Pa. Attorney ID No. 324246
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5434
katelyn.mays@phila.gov