IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE FONZONE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 12-5726 |
| JOE OTERI, et al., | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 23rd day of March, 2022, it is **HEREBY ORDERED** that the jury trial scheduled to begin on April 19, 2022 is **STAYED** pending the Court's resolution of the Rule to Show Cause Why This Matter Should Not Be Dismissed for Failure to Prosecute. The Clerk of Court is directed to email and mail via regular mail Plaintiff a copy of this Order.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE