IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION** |
| | : | **No. 12-5726** |
| **JOE OTERI, et al.,** | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of

Plaintiff Joann Fonzone's Submission in response to the Court's Rule to Show Cause and

Defendants' response thereto, it is **HEREBY ORDERED** that Plaintiff's case is hereby

**DISMISSED WITH PREJUDICE** for lack of prosecution.

BY THE COURT:

_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **No. 12-5726** |
| **JOE OTERI, et al.,** | : | |
| **Defendants.** | : | |
| | : | |
| | : | |
| | : | |

**DEFENDANT'S RESPONSE TO THE COURT'S**
**RULE TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

Defendant, Christopher Bee, by and through the undersigned counsel, hereby files this

Response Requesting Dismissal of Plaintiff's lawsuit for Failure to Prosecute pursuant to Rule

41(b) of the Federal Rules of Civil Procedure. In support thereof, Moving Defendant adopts,

joins in, and incorporates by reference the same as though it was fully set forth herein at length

the Memorandum of Law filed on behalf of Co-Defendants JOE OTERI AND OFFICER

KELECHEWISCKY. Moving Defendant respectfully requests that this Court dismiss Plaintiff's

claims against him with prejudice.

Date: March 25, 2022

**JAMES J. BINNS, ESQUIRE**
**1125 Walnut Street**
**Philadelphia, PA 19107**
**P: 215-275-3000**
**F: 215-922-4001**
**James@jamesbinns.net**
Attorney for the Defendant, Christopher Bee
/s/ James J. Binns

BY: _____

James J. Binns, Esquire

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **No. 12-5726** |
| **JOE OTERI, et al.,** | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S**
**RESPONSE AND MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

Defendant, Christopher Bee, by and through the undersigned counsel, hereby files this Response Requesting Dismissal of Plaintiff's lawsuit for Failure to Prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. In support thereof, Moving Defendant adopts, joins in, and incorporates by reference the same as though it was fully set forth herein at length the Memorandum of Law filed on behalf of Co-Defendants, JOE OTERI AND OFFICER KELECHEWISCKY.

## I.   CONCLUSION

For the reasons set forth, Defendant, Christopher Bee, hereby requests that this Court dismiss all claims asserted against him with prejudice.

Date: March 25, 2022

**JAMES J. BINNS, ESQUIRE**
**1125 Walnut Street**
**Philadelphia, PA 19107**
**P: 215-275-3000**
**F: 215-922-4001**
**James@jamesbinns.net**
Attorney for the Defendant, Christopher Bee

/s/ James J. Binns

BY:        _____

James J. Binns, Esquire

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **No. 12-5726** |
| **JOE OTERI, et al.,** | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Defendant's Motion has been filed on ECF

and is available for viewing and downloading by all parties. A copy will also be sent via first

class mail to:

Joann Fonzone
631 Primrose Lane
Allentown, PA 18104


Date: March 25, 2022

**JAMES J. BINNS, ESQUIRE**
**1125 Walnut Street**
**Philadelphia, PA 19107**
**P: 215-275-3000**
**F: 215-922-4001**
**James@jamesbinns.net**
Attorney for the Defendant, Christopher Bee

/s/ James J. Binns

BY: _____

James J. Binns, Esquire