IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **JOANN FONZONE,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION** |
| | : | No. 12-5726 |
| **JOE OTERI, et al.,** | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

### ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff Joann Fonzone's Submission in response to the Court's Rule to Show Cause and Defendants' responses thereto, it is **HEREBY ORDERED** that Plaintiff's case is hereby **DISMISSED WITH PREJUDICE** for lack of prosecution.

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | |
| **Plaintiff,** | : | |
| v. | : | CIVIL ACTION |
| | : | No. 12-5726 |
| **JOE OTERI, et al.,** | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

**DEFENDANT'S AMENDED RESPONSE TO THE COURT'S**
**RULE TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

Defendant, Christopher Bee, by and through the undersigned counsel, hereby files this Response Requesting Dismissal of Plaintiff's lawsuit for Failure to Prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. In support thereof, Moving Defendant adopts, joins in, and incorporates by reference the same as though it was fully set forth herein at length the Memorandum of Law filed on behalf of Co-Defendants CITY OF PHILADELPHIA, OFFICER KELECHEWISCKY, OFFICER KOVAC, LESINETTE ORTIZ. Moving Defendant respectfully requests that this Court dismiss Plaintiff's claims against him with prejudice.

Date: March 30, 2022

                                                **JAMES J. BINNS, ESQUIRE**
                                                1125 Walnut Street
                                                Philadelphia, PA 19107
                                                P: 215-275-3000
                                                F: 215-922-4001
                                                James@jamesbinns.net
                                                Attorney for the Defendant, Christopher Bee
                                                /s/ James J. Binns

BY: _____

                                                James J. Binns, Esquire

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN FONZONE,<br>                  Plaintiff,<br>v.<br><br>JOE OTERI, et al.,<br>Defendants. | :<br>:<br>:<br>:  CIVIL ACTION<br>:  No. 12-5726<br>:<br>:<br>:<br>: |

**AMENDED MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S RESPONSE AND MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

Defendant, Christopher Bee, by and through the undersigned counsel, hereby files this Response Requesting Dismissal of Plaintiff's lawsuit for Failure to Prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. In support thereof, Moving Defendant adopts, joins in, and incorporates by reference the same as though it was fully set forth herein at length the Memorandum of Law filed on behalf of Co-Defendants, CITY OF PHILADELPHIA, JAMES KISIELEWSKI, LISENETTE ORTIZ AND MARK KOVACS.

**I.   CONCLUSION**

For the reasons set forth, Defendant, Christopher Bee, hereby requests that this Court dismiss all claims asserted against him with prejudice.

Date: March 30, 2022

                                                    **JAMES J. BINNS, ESQUIRE**
                                                    **1125 Walnut Street**
                                                    **Philadelphia, PA 19107**
                                                    **P: 215-275-3000**
                                                    **F: 215-922-4001**
                                                      **James@jamesbinns.net**
                                                      Attorney for the Defendant, Christopher Bee

BY: /s/ James J. Binns
_____

James J. Binns, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | |
|         **Plaintiff,** | : | |
|    **v.** | : | **CIVIL ACTION** |
| | : | **No. 12-5726** |
| **JOE OTERI, et al.,** | : | |
| **Defendants.** | : | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Defendant's Amended Motion has been filed on ECF and is available for viewing and downloading by all parties. A copy will also be sent via first class mail to:

    Joann Fonzone
    631 Primrose Lane
    Allentown, PA 18104


Date: March 30, 2022

                                            **JAMES J. BINNS, ESQUIRE**
                                            **1125 Walnut Street**
                                            **Philadelphia, PA 19107**
                                            **P: 215-275-3000**
                                            **F: 215-922-4001**
                                            **James@jamesbinns.net**
                                            Attorney for the Defendant, Christopher Bee

                                            /s/ James J. Binns
                  BY:    _____

                                            James J. Binns, Esquire