IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE FONZONE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 12-5726 |
| JOE OTERI, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of April, 2022, it is **HEREBY ORDERED** that Plaintiff shall have until April 18, 2022, in which to file a reply to Defendants' Response to the Court's Rule to Show Cause for Failure to Prosecute (Doc. Nos. 205, 207, 209). **No further extensions shall be granted**. The Clerk of Court is directed to email and mail via regular mail Plaintiff a copy of this Order.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE