IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE FONZONE, | : | |
| | | CIVIL ACTION |
| Plaintiff, | : | |
| | | |
| v. | : | NO. 12-5726 |
| | | |
| JOE OTERI, et al., | : | |
| | | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 22nd day of April, 2022, upon consideration of the Order to Show Cause why the case should not be dismissed for failure to prosecute (Doc. No. 202), Plaintiff Joanne Fonzone's Response to this Court's Order to Show Cause (Doc. No. 204), Defendants City of Philadelphia, James Kisielewski, Lisenette Ortiz, and Mark Kovacs' Response to the Court's Rule to Show Cause for Failure to Prosecute (Doc. No. 205), Defendant Christopher Bee's Response to the Court's Rule to Show Cause for Failure to Prosecute (Doc. No. 207), Defendant Christopher Bee's Amended Response to the Court's Rule to Show Cause for Failure to Prosecute (Doc. No. 209); and Plaintiff Joanne Fonzone's Reply to Defendants' Response and Motion to Dismiss Personal Injury/Civil Rights Action for Lack of Prosecution (Doc. No. 211), **IT IS HEREBY ORDERED** that Plaintiff's case is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE