

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

CIVIL ACRION LAW
12-5726

VS.

JOE OTERI, ET AL , DEFENDANTS

PLAINTIFF'S REPLY TO DEFENDANTS RESPONSE AND MOTION TO DISMISS  PERSONAL INJURY/CIVIL RIGHTS ACTION   FOR LACK OF PROSECUTION

Plaintiff  , by and through her attorney, Jo Ann Fonzone, Esquire  hereby files this Reply to  yet

another one of defendants attempts to  deny Plaintiff of her  constitutional rights to have her injury

action fully litigated  in the Federeal Court of the United States of America. The trial date was set for

April 19, 2022, but as Plaintiff continues treatment for the many injuries and permanent irreparable

medical damages she suffered on October 6,2010 and the consequential resulting damages therefrom

the case was  properly stayed by the Federal Magistrate.Plaintiff had to get a cortisone injection in her

right hand prior to being able to prepare this Reply.

1. FACTS AND PROCEDURAL HISTORY

Plaintiff hereby incorporates the June 4, 2021 Reply to defendant motion last year to dismiss

her case and reiterates that all defendnats should be in the case as per Judge Davis order and

item 51 on docket, the Amended complaint of July 7, 2015 is the operative complaint.

It is incredulous that defendants are trying to dismiss now on FRCP41(b) lack of prosecution when

plaintff has been filng and complying with , answering  all of their pleadings and discovery and

complying with court Orders timely without fail despite all of the obstacles she has had . Some of

these include, her original lawyer  who prepared the original complaint Mr. Bailey withdrew in

2013 due to medical issues,  Plaintiff was unaware of the August 15, 2014 Rule to show cause  as she

was not served with it, Mr. Bailey  did not communicate this. When Plaintiff  learned the case had been

dismissed, she immediately filed a Motion to Reopen  when Judge Davis was presiding.

Phladelphia new city attorney, in her  recitation of items on the docket ,fails  to mention  an important

item,No51,on the prior page byPlaintiff.All of the facts and circumstances must be included in the case

Moreover, in addition to that item ordering that the operative complaint was the July 7, 2015 Amended

complaint , the new city attorney must be aware of the fact that she represents all those defendants in

that complaint employed by and are state actors for the city of Philadelphia. These include : Riverside

prison,C.O.Fisher,Phila. Bench warrant unit,and the named police officers Evans,Kelewishki,Kovacs,

Ortiz, Bee.

The defendants added in state supplemental claims which arose out of the original incident and

but for the fact of  false arrest and  baseless warrrant (for non-appearance in court_ when she had

notified the prosecutor and the Clerk by certified mail of her inability to appear because of a

cardiologist appointment , this would not have occurred.. Plaintiff  told her then lawyer Mr. Dixon to

inform the court of this fact, that she had a cardiologist appointment  ;for some reason, he did not

inform the court, and on Friday morning at about two a.m. the bench warrant unit from Philadelphia

stormed into my mother's home and  greatly frightened us both .Mr.Dixon private attorney could not

bother to tell his client a warrant had been issued though tried to reach him many times earlier that day.


Plaintiff was to be taken to the court for bench warrant hearing but instead was taken to Riverside ,after

having to go to the hospital as the unit driver sped at 100 miles an hour on the turnpike which further

stressed and scared plaintiff ;she went into atrial fibrillation and asked to be taken to a hospital.

Naturally when someone is brought to a hospital in shackles and handcuffs, medical staff wants to get

the patient off the premises as quickly as possible. So, rather than being admitted , Plaintiff  was

released and  taken to Riverside and arrived there early Friday morning. She knew she was  there for

weekend, but didnt know she would be unable to attend a very important Argument in another county

on her ID theft action since 1981 scheduled for Tuesday

When she could, Plaintff phoned her family and asked them to hire a new lawyer to get her out as she

was not being given her correct heart medication and was afraid for her life as her cellmate

was detoxing from heroin and threatened to kill her. Needless to say, Plaintff was very afraid of her.

Several grievances were submitted to the Warden about the above stated problems and that she had to

be in court on Tuesday September 27, 2011 for a civil matter, but was ignored. When Plaintiff's family

told her they hired a new lawyer and she would be released Monday the 26th, to go to bench warrant

court, plaintff felt relief. On that morning, Plaintff was taken downstairs with others to get on a

bus to court. Astonishingly, when she got to the door, she was stopped by Officer fisher and told she

could not leave until Wednesday. As the bench warant unit took her warrant upon arrival, Plaintff was

unaware of Phila.Crim Rule of Procedure 150(A)(5)which states that a person can only be held on

a bench warrant for three days. Wrongly held for six days and unable to appear at the scheduled

civil proceeding was the result.The warrant stated that rule and that Fonzone was to be taken to

 Criminal Justice center on Friday and not the prison. Because the bench warraant unit did not follow

procedure or policy and the Judge's Order on the warrant, the very important Argument was dismissed

September 27, 2011 ; Plaintiff was wrongly held at Riverside until September 28, 2011. These city

employees deprived plaintff of her right to appear in court on September 26 and September 27 as a

result plaintiff suffered immeasureable damages as the civil case was against large corporations for

a significant amount of damages over three decades.Plaintff was denied her rights to 14th Amendment

due process., and suffered damage to her reputation with this false warrant and unlawful detention.


If an individual 's constitutional or civil rights are violated, there is no qualified or any immunity for

government or state actors under the Pa state law Tort claims Act. 42 Pa. Cons.Stat. Sec. 8541

After the phone conference of March 10, 2022, Plaintiff did not have notice of the court's Order to

show cause until March 21, 2022 when she went to the Federal court in her hometown and asked for

copy of the Order. Worried that the case might be dismissed before she had a chance to reply, Plaintiff

sat in the clerk's office and hand wrote her reply and filed then served it  by U.S. mail .Item 204

That was two weeks ago, how can defendants accuse Plaintiff of failng to prosecute  ? That term is

applicable for plaintiffs who let their cases sit idle for years, not those who are dilgent and keep up

with compliance of court orders  and the case to the best of our ability and health allows us to.

Plaintiff received defendants Memorandum and Response on April 4 and has 14 days to file her reply.

Plaintiff is an attorney but when self represnting or pro se is not required to file a Notice of Appearance

## 2.  ARGUMENT

Plaintiff's case against defendants must not be dismissed for lack of prosecution pursuant  to

FRCP41(b)or an other rule as there are many issues of genuine material fact in dispute and Plaintiff has

worked very hard despite overwhelming circumstances to pursue her rights for fair and just

adjudication  of her case.  Many questions remain because Defendants failed to answer Discovery and

contrary to what the previous city attorney told Plaintiff, he failed to depose Joe Oteri and others.

There was no investigation in this case,this is  true, if you dont talk to witnesess, you dont want to

find out the facts.Plaintiff provided names of witnesses, the police and prosecutors refused to speak

with any of them, even the officer who saw Plaintiff's swollen and brusied  hand, arm, neck and had

her taken to the Emergency Room .Plaintiff provided her Protection from Abuse Order yet no question

To this day, Plaintiff does not have any information about what the probable cause to arrest was or who

determined  it. Was it Oteri acting with the delegated duty of police then he was a state actor. And that

is why Mr. Bailey put his name as lead defendant on the complaint. How he and other defendants were

taken out of the case was an error  after Judge Davis retired as there was a concerted effort to deprive

Plaintiff of her constituitonal rights from the beginning . Right to know requests and  documents with

the court were filed by Plaintiff about this, along with requests for copies of all police reports, though

these were wrongly witheld from her for more than two years in violation of  four Discovery Orders by

Municipal court Judges. What evidence did the police have to make the arrest; 'none' and that is clearly insufficient for a legitimate prosecution.Plaintiff provided medical reports to defendants and the court. When records are requested and not produced , defendant must justify its refusal to produce records or things. Defendants produced no records Plaintiff requested in discovery, thats why she continued to ask to open Discovery. Where is the videotape from the concourse at the stadium and why wont they turn it over? Were there any cell phone videos? Why didnt the police ask at the scene for these? Why didnt police speak to anyone seated near Plaintiff that had been on the bus with her from Allentown? How previous complaints were filed against any of the police defendants ?If there is nothing to hide, parties do not hide information.

To discuss defendants interpretation of rule 41(b), ( though it is a judge's job to interpret the law and not defense lawyers), in reviewing the six part test of the Poulis v. State Farm Fire & Cas. Co. , 747 F.2d 863, 868 (3d Cir. 1984),contrary to defendnants assertion, none of the six factors are applicable to Plaintiff 's conduct in the course of this litigation. The six factors will be examined one at a time . 1)Plaintiff's personal responsibility. Indeed Plaintiff has had all the responsibility since her original lawyer withdrew in 2013 and even though retained another lawyer several years later, ( who did not even show up in court, but talked with Judge on a phone call while Plaintiff was in court and told the Judge she was representing Plaintiff but did nothing but lie to a Federal Judge in Reading , Pa). Since then Plaintiff has had to wear all the hats, Attorney, Witness, Victim and Plaintiff . Fonzone has done this while undergoing continuous medical treatment, several hospitalizations for trauma caused heart conditions, and other injuries, chest wall injury and , spine surgeries, breathing difficulties from chest injury,treatment for concussion, tbi, migraines,tinnitus, seizures, pba, right ear hearing loss,right shoulder injury treatment, fractured right wrist, dominant right hand weakness, much physical therapy, many spinal injections, chronic pain , at times so excruciating that visits to emergency rooms were necesssary, mouth bleeding , (yet unknown source), from suffering head, neck, chest, right side trauma

from having front top of her head pushed into the hard back of the stadium seat by Oteri then Oteri and Kelewishki, suffering a concussion, neck trauma, then later suffering injury to arms and shoulder when dragged by back of arms at elbows by officers Bee and kelewishki across the concourse while standing watching the game for 10-15 minutes, then in the police cell room when thrown against the wall twice by kelewiscki suffering head,neck, right shoulder and hand and wrist injuries, then when struck with his nightstick repeatedly on chest because dispatch called the room and told them I called 911 for help, he wanted my phone,(must of thought it was a camera phone,but it was not), all of these injuries led to chronic pain, continuous medical treatment, required and continuous treatments, medications, pain and suffering, loss of enjoyment of life, extreme emotional distress,humiliation and embarrassment,mistreatment of a crime victim. The inconvenience and cost of having to travel to Philadelphia court many times for four years as prosecution dragged on and continued the case endlessly because the had no witnesses show up for years,( they even illegally continued the case after Plaintiff had it dismissed with prejudice in 2012, ). The increase in medical insurance premiums until they became unaffordable as the injuries disabled Plaintiff ,delay of Plaintiff's other pending litigation, costs of this and criminal litigation, dismissal of a very important ID theft injury case because of this travesty of justice, dismissal of defamation case ,complete damage to Plaintiff's legal career, damage to Plaintiff's personal relationship, malicious prosecution as they knowingly misrepresented facts to the Court , police and Oteri lied to protect their criminal violent activities .There was a total cover up of the truth and evidence by police and rogue asst. prosecutors, violating Plaintiff''s rights,slandering and libeling her because she would not plead guilty and wanted a dismissal or trial ,she was the crime victim not guilty of any crime while at a Phillies playoff game execrcising her !st Amendment rights. Plaintiff was responsible for having to have medical treatment for all the injuries and damages which disabled her but still managed to do all the legal work since2013 .There were continuances by both sides,delays while the case was sent to two other Judges when the original Judge retired ,delay for the covid virus for about two years. Moreover, Plaintiff 's mother was very ill in early 2020 and in hospital

for six weeks ,sick for rest of the year and Plaitniff took care of her . Plantiff's aunt died from the covid

virus , yes all of these were time delays but not Platniff's fault; its called life.If Plantiff got extensions,

she provided the Court with medical documentation or explanation; she was not taking vacations and

getting continuances.Yes, plaintff has been very responsible in meeting deadlines and filng documents

in  reply to defense motions or whatever throughout this litigation  despite all the odds against her.

2)  There has been NO prejudice to defendants caused by Plaintiff as she did not fail to meet

scheduing orders or respond to any discovery. Conversely, it is Plaintiff who has  been

prejudiced and adversely affected by defendants total disregard of  Plaintiff 's Discovery

requests, both Interrogatories and Document Production Requests. They have either completely

failed to reply or replied with insufficient answers to Interrogatories and blatantly refused to

provide any documents  requested by plaintiff.

3)  There has been no dilatoriness , much less a history of such by Plaintiff.  However, there has

been a recurring refusal by defendants to refuse to answer Plaintiff's  discovery  so that it has

been nearly impossible for Plaintiff to have the  information she is entitled to  to proceed  .If

there has been delay , it has been caused by defendants refusal to sufficiently respond to

discovery, depose those they said they would,  so that Plantiff had to request to compel

discovery responses and to open Discovery  in order to obtain the answers she is entitled to

have for this litigation. What are they hiding and why do they refuse to answer questions or

produce documents and things requested?  It is defendants that are completely uncooperative

and are causing delibebrate delay, not the Plantiff who has sufficiently answered Interrogatories

, provided Documents requested because she is not hiding information.

4)  Whether the conduct of the party was wilful or in bad faith.Plaintiff's conduct was not in

bad faith or wilful but rather has in good faith continuously done  her best to meet

deadlines , do the research and preparation and service of pleadings,answer Discovery

appear for a nearly three hour Deposition , appear in Court prior to covid

in front of Judge Davis and  in Reading in front of Judge Schmel each time required to do so.

Plaintiff strongly contends it is defendants all of them named in the operative complaint that

acted in bad faith deliberately to sweep this case and their criminal violent activities under the

rug, get rid of it to cover up their  criminal misconduct, public corruption, conspiraacy to

deprive Plaintiff of her civil and constitutional rights,treat her like a criminal defendant wrongly

to protect the violent crimes of the perpetrators who seriously injured her through their false

implication and arrest , battery, aggravated assaults, reckless endangerment, causing her not

only serious injuries but some permanent irreparable damages such as heart conditions and

right ear deafness which she will have to endure and treat for the rest of her life. Indeed,

defendants have acted and continue to  act in wiful bad faith, unethical and unprofessional

manner by refusing to extend any offer  to  Plaintiff for destroying her health and life, and

instead act only to deny her rightful discovery and continuously to have her case dismissed.

5) Sanctions. Yes, defendants should be sanctioned for everything stated above in paragraphs 1-4.

To dismiss  Plantiff's personal injury case is the harshest and most frowned upon  ruling there is

This is especially true when a Plaitniff has suffered irreparable damages and permanent loss of

body function, here the hearing in her right ear from the head trauma., tinnitus, and other

chronic conditions which will not disappear overtime like a  broken leg.

6)  The merit of the case. Plaintiff has  sufficiently stated the merits of her case in this and other

pleadings, but  her medical records and Exhibits will more fully explain Perhaps  Ms.Faris

did not receive all of the file from her predecessor; he had a large quantity of medical records

and other documents like Discovery answers that plaintiff served him with. When considering

all of the above mentioned factors or just one of these is more than sufficient  to show

that this case must not be dismissed because there was no lack of prosecution  by Plaintiff.

Consideration of the six factors of Poulis certainly does not warrant dismisssal of Plaintiff's

case.In fact, not one of the factors can be satisfied to dismiss the case because Plaintiff

has conducted herself in a profesional manner ,has done nothing which could be deemed

failure to prosecute her case. Yes , she filed Motions to extend discovery , try to obtain

answers and documents from defendants; she had promptly answered defendants discovery.

The reason for Motions to reinstate defendant was explained as necessary to include totality

of facts and circumstances and Oteri was named the lead defendant by Plaintiff's prior attorney

because,but for his harrassment and injury to Plaintiff first,then false implication to police, there

would be no case and Plaitntiff would not have suffered so many injuries and damages.Careful

perusal of the docket evidences that Continuances were made by both sides and by the Court

several times; Plantifff 's requests for them were either for her medical reasons or when she was

taking care of her mother before and after she was in the hospital with the covid virus.

The Court understood the necessity for the continuances and almost everything was shut down

in 2020 and 2021 anyway, so Federal buildngs were closed.

Defendant's second assertion about Plaintiff's unwillingness to prosecute this case is pure

nonsense. What a shame that the case is pending against the defendants, perhaps they should

have thought about consequences to their criminal behavior and misconduct against policy

before they injured, falsely implicated and injured Plaintiff then falsely arrested and maliciously

prosecuted her to cover up their violent criminal activities.Criminal charges were proper for them

Plaintiff vehemently disagrees with use of a paragraph in Adams v. Trustees of New

Jersey Brewery Employee's Pension Trust Fund, 29F.3d 683 (3d cir. 1994); " the inevitable

dimming of witnesses' memories", because that quote states that "prejudice can include ". As

with any witness , memory is an individual issue based on many things. Age can be a factor, one's

ability to remember visual or by ear what they witnessed or their actions; one's health is a factor

There is no  definitive rule that determines how much and if an indivdual can or does remember.
Defendants defense does not diminish but rather is enhanced with time; perhaps they can find witnesses
that they did not interview or investigate when they should have at the stadium or ER.It is  true in any
litigation, parties must be available as long as the case proceeds; what a shame for defendants to  have
litigation because of all their collective and colluded actions, Plaintiff is disabled.  Becasue of
their failure to properly investigate and disdain for seeking the truth , both police  and prosecutors,
Plaintiff was mistreated  as the criminal defendant that the defendants in this lawsuit should have
been, and not like the seriously injured crime victim that she is.  By the way, ten years is not  long for
litigation ; some divorce cases that drag on for nearly 30 years. Plaintiff has an excellent memory.

To address, defendants third assertion, Plaintiff  clearly has not procrastinated with any delay tactics.
Defendants must acknowledge that but for their violent criminal activities , there would be no case ,
no ten year litigation and Plaintiff would be as healthy as she was prior to October 6, 2010.She would
not be taking heart medications and others or have any of the other medical conditons caused by the
physical trauma she survived  from the  aggravated assaults of Oteri and  then later by other defendants
like kelewishki. Fonzone called 911 for help as she was in fear for her life from kelewishki.
Plaintiff did not"claim' that medical issues impeded her ability to conduct discovery. Her many medical
issues, treatments and surgeries necessary as a direct result of the October 6, 2010 incidents DID
prohibit her so that she needed  an extension for a motion reply  or  discovery.It is the deliberate and
blatant refusal to answer Interrogatories and Document Requests in fact denied Plaintiff  answers she
sought and was entitled to have in discovery. No, she did not want to confront the violent defendants
and depose them; Mr. Shotland told her that he was going to depose them. Plaintiff tried to find  loyal
counsel to do this, but it is very difficult once a case is in litigation to find other counsel.It is also very
difficult to wear all the  hats and Plaintiff certainly should not have to do everything.
Conversely to defendants'incorrect allegation that Plaintff seeks re-litigation of settled issues in  case

no issue has been settled or litigated, so how can there be any re-litigation? There is no pattern of any tactics to prevent the case from proceeding to trial. Admittedely, the court has authority to assign counsel in a civl rights case, Plaintiff did ask for this because it is difficult to do all the work when physicallydisabled.Plaintiff alleges that it is defendants that have a pattern of tactics of non-cooperation bad faith tactics to just dismiss the case, deny Plaintff her right to be made whole ,though impossible, as an injured individual, have offered nothing , no conference, no evidentiary hearing , no settlement conference, they are completely unreasonable , no meetings to look at documents or medical records, they have filed no pre -trial stipulation , exhibits or other documents. Defendants pattern of bad faith is wilful and evident. A fan is injured and disabled at a major league game and the team offers zero. Defendants conduct is wilful and self serving according to Adams, 29 F.3d 683 (3d Cir. 1994).They have no intention of acting in a civil and lawyer like fashion in order to resolve this case. There is no iota of fairness in their playbook, they merely want to dismiss with total disregard for Plaintiff's rights as the party seriously injured and disabled by them. Atrial fibrilation is a disability as is right ear deafness and the many orthopaedic damages, chronic migraine and other pain. There are many other injuries and conditions caused by defendants which Plantiff will have to treat for and endure the rest of her life. Do these defense lawyers have any sense of right and wrong or acknowledge the Rules of Professional Responsibility and fair dealing in litigation?

It is disgraceful how defendants are discussing sanctions to compensate defendants when they caused Plaintiff all the injures and damages; did defense lawyers read the complaint and Plaitniff's Discovery answers or look at any medical records? Alternative sanctions for what? Defendants must be sanctioned for complete failure to comply with Discovery and for defendants correct information must pay expenses to Plaintiff for their deliberate non-compliance and failure to co-operate with. Discovery Plaintiff is an attorney since 1986 attorneys who self represent are called pro se .She has been in compliance with every court Order without delinquency. Distinguishingly,defendants are continuously delinquent, brazen and fail to reply to Plaintiff's discovery as they are obviously hiding information.

The considerable merits ,substantial injuries permanent physical conditions and damages certainly do weigh strongly against dismissal of Plaintff's civil rights/injury action.

Yes, the case has not been dismissed, despite defendants desperate attempts , because this Court is cognizant ,there are many genuine issues of material fact in dispute, which defendants would like to sweep under the rug as though the criminal incidents of their clients never happened and did not seriously injure Plaintiff. Their violent unwarranted acts caused Plaintiff injuries and damages. They might have gotten away with blaming the victim , but the truth eventually will be exposed.

To correct defendants incorrect contention, Plaintiff's claims are not based on any assumption and  a good lawyer never assumes anything, especially when all the facts are unknown to him. Fonzone was not lawfully arrested as she did not break any law and to date, there  has NEVER been any evidence or probable cause  that an arrest was valid or lawful. It was a false arrest prompted by false implication by oteri who lied to police to protect himself  from accountability after he seriously injued Plaintiff at her stadium seat.Oteri brought police instead of medical help after causing her head to be pushed into seat

To further correct defendnants wrong assumptions, Plaintiff was neither disruptive or disorderly while at her seat doing the wave with all other fans, standing, sitting, cheering like fans do at baseball games, particularly playoff games. Exercise of  an individual's First Amendment rights in speech or cheering like Plaintiff was doing, is protected and cannot be used to lawfully charge anyone with disorderly conduct. Comm. v. Masterangelo.Fonzone was a business invitee; she was not a trespasser or disorderly, she had  a right to be there as no one told her to leave when she stood in concourse for 10-15 minutes watching game until grabbed from behind by police for no reason. Defendants can feel free to admit the false arrest at trial to be countered with overwhelming evidence of police ,prosecution misconduct, and medical records. Where and when was the probable cause  and by whom?

After three retained attroneys did nothing to help Fonzone get the false charges dismissed and refused

to argue her Motion to dismiss which she filed in November 2010,Fonzone took over her defense June 2012 ,( Kotchian was the asst. prosecutor )and got the charges dropped August 22, 2012 with prejudice. Because kotchian unconstitutionally appealed and failed to give Fonzone notice , went to another judge and deliberately did not mention that the charges had been dropped with prejudice, the case went on. Fonzone learned this when she went to the clerk to file Expungment papers,  and knew she better appear or the bench warrant squad could be sent again to her mother's home.  Fonzone knew she was being penalized because she filed complaints with police ,various government agencies about incidents the victim being prosecuted ,rather than the violent perpetrators .IA deemed complaint "FOUNDED"

This travesty had cost  thousands by now, so Fonzone accepted  appointed counsel rather than retain another lawyer. The appointed lawyer met with Fonzone for about five minutes prior to trial in January 2013, so there was no time  for her to bring the witnesses she had subpoenaed, there were four. Ms.Snyder was very good, the Judge acquitted Fonzone, then at last minute Kotchian whined and the Judge said okay, summary disorderly conduct. The information contained no facts and the definition of misdemenaor not summary disorderly conduct.Similarly, the first information dd not contain any facts. Snyder  filed a Motion , walked into court, and Fonzone filed a Motion post trial. The Order was never filed,but signed and the conviction was overturned on weight of the evidence  or lack thereof. Fonzone did not get a copy of this until a few years later, Snyder appealed then later withdrew without Fonzone's knowledge.  The Order had the Judge's signature then oddly, there was something written underneath her signature in other handwriting. This was the second time Fonzone's criminal case was dismissed. Of note here, the site citation  against Fonzone was written for unruly by officer ortiz who was no where near the area to see anything. (Odd how the  deliberate burning of a building is deemed "not unruly "in cities around the country summer of 2020 but Fonzone doing the wave at a major league baseball playoff game was "unruly'). If fans were not excited, then teams should  worry.

The day prior, Fonzone had scheduled a Private Criminal Complaint hearing agasint Oteri. The clerk

erred by puttting the same docket number on this case and  asst. prosecutor Engle should not have been

on both  summary case against Fonzone and her private complaint against Oteri.The Judge would not

let Fonzone speak, Engle threatened to get the sheriff so Fonzone left. Later, Ms. Snyder did not object

to engle's dismissal of the  private citizen complaint without hearing as Fonzone was not in the room.

Moreover, when a case is appealed , according to the Philadelphia rules, prosecution has 120 days to

bring case to trial or it is dismissed. The appeal filed by Ms. Snyder, after case had been dismissed

twice was Febuary 11, 2013, and  asst. kotchian dragged the appeal on with continuances much

longer than 120 days or October 2, 2013. The case again legally was dismissed by rule 600 , but

prosecutorial misconduct kept the case dragging on to further harass Fonzone,  innocent crime vcitm.

Three asst. prosecutors  ayers, kotchian and engle were found by the Court to be in violation of

Discovery orders. Fonzone filed Motions for production of all police reports , audio,videotape, and

other exculpatory materials which were  unconstitutionally  witheld by police and prosecution. Brady v.

Maryland.  Ayers dragged Fonzone through mental health court ;hid the report with PTSD diagnosis.


The travesty went on  as yet another Judge  would not let Fonzone represent herself, and two appointed

lawyers were not on her side. Richard patton in violation of the rules of Professional Responsibility

and Ethics sent a  derogatory libelous letter to the Judge about his "client' even before  he ever spoke

with his "client".Who was he talking to ?Consequently, the Judge intimidated Fonzone when she asked

if there ws a CD player in the courtroom, he replied," Why do you want to dance?"

Fonzone wanted to play the 911 call she made after she was thrown against the wall the first time by

kelewiscki and was in fear of her life. ( Judge would not  allow any of her evidence to be introduced

into the record, including her ER record where she told nurse she was assaulted)When the CD was

playing, Fonzone cried as she relived the horror,but the Judge had a predetermined opinion because of

patton's disparaging letter.It is strange  this malicious prosecution was allowed to proceed from the

start; Fonzone's intent was to watch the game , she loves baseball and attended the game she loves .

Defendants here are also wrong in their mistaken assertion that Fonzone did not provide Notice she intends to produce expert evidence that her injuries are linked to the defendants. She has already done that in providing many medical records to the Court and to Mr Shotland. Further, at the scheduling conference with Judge Davis , she stated that she would have medical experts. As medical records are admissible and speak for themselves, it is quite ignorant for defendants to make such an assertion. Did they not read the file or Disocvery provided by Fonzone?

Distinguishing the case at bar with Poulis, there are no similarities which make them analogous at all. There is no scintilla or any factor here which could possibly rise to the level of the harshest penalty to an injured Plaintiff, that of dismissal with prejudice.Defendants are incorrect; Plaitniff did not have ten years to propound or review discovery. First, Fonzone had many medical issues to treat which consumed a tremendous amount of time and will the rest of her life.Secondly, defendants have failed to sufficiently or completely failed to answer and cooperate in the Discovery process so Plaintiff had almost no Discovery to review or proceed . How can a case be brought to trial with such huge inconsistencies and wilful omissions to participate in discovery in this case?No investigation was done by police, no answers to Interogatories about prior police complaints brought against defendants.

Conversely, it is the defendants who have failed miserably at every step to provide the Discovery answers Plaintiff is entitled to have in order to proceed and gather facts about defendants which have been kept hidden by their lawyers. The remedy is compulsion of complete Discovery answers of defendants , including depositions and videotape at stadium ,reasonable offer made and stay of case

## 3. CONCLUSION

WHEREFORE, based on the aforementioned, Plaintiff respectfully requests that this case proceed and not be dismissed with prejudice in the interests of justice.

Dated: April 18, 2022

Jo Ann Fonzone , Esquire
Pa Id No. 203914

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| JOANN FONZONE (a/k/a Judy McGrath) | ) |
| *Plaintiff* | ) |
| v. | ) |
| JOE OTERI, OFFICER KELECHEWISCKY, | ) |
| OFFICER LESINETTE ORTIZ, OFFICER BEE, | ) |
| OFFICER KOVAC, PHILLIES, and CITIZENS | ) |
| BANK PARK | ) |
| *Defendant* | ) |

Civil Action No.     12-cv-5726

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DON BAILEY, ESQUIRE
4311 N. 6TH STREET
HARRISBURG, PA 17110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:      October 9, 2012

*Lauren Sampson,* Deputy Clerk

PHILADELPHIA POLICE DEPARTMENT

## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./OCC. | D.C. NO. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 10 | O3 | 794461 | 2 | 3 | IA2A | 12-5-10 |

CRIME OR INCIDENT CLASSIFICATION

CAP

| | CODE | TIME OUT | TIME IN |
|---|---|---|---|
| | 2704 | 836 | P ... P |

LOCATION OF OCCURRENCE

Citizens Bank Way

☐ IN   ☑ OUT     TYPE OF PREM.

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. 0 | NATURE OF INJURY |
|---|---|---|---|

COMPLAINANT   Confidential     AGE | RACE | SEX | PHONE (HOME)

ADDRESS   Confidential     PHONE (BUSINESS)

FOUNDED   ☑ Yes ☐ No

REPORT TO FOLLOW   ☐ Yes  ☐ No  ☐ Close Out     UNIT | CODE | INV. CONT NO.

WITNESS   ☐ Yes ☐ No

TRACEABLE PROP.   ☐ Yes  ☐ No

UNIQUE DESCRIPTION OF OFFENDER   ☐ Yes  ☐ No

OTHER EVIDENCE   ☐ Yes  ☐ No

DESCRIPTION OF INCIDENT (Include Description of Crime Scene If Applicable)

| WITNESS | ADDRESS | PHONE NO. |
|---|---|---|

OFFENDER INFORMATION

PROPERTY DESCRIPTION (Include Make, Model, Color and Serial No. Where Applicable) | PROP. CODE | INSURED  ☐ Yes ☐ No | STOLEN VALUE  $

VEHICLE 1 —OWNER'S NAME                VEHICLE 2 —OWNER'S NAME

VEHICLE 1 —OPERATOR'S NAME             VEHICLE X —OPERATOR'S NAME

| WANTED/STOLEN MESSAGE SENT    General No. 4401  Date 12-9-10 | DIST./UNIT TERMINAL  3 | RECEIPT NO.  347 | SENT BY  Middleton 8194 |
|---|---|---|---|

REPORT PREPARED BY   Middleton 8194

| REVIEWED BY | NO. | DIST./UNIT | TOTAL PAGES | PAGE NO. |
|---|---|---|---|---|

| REVIEWED BY | ND. | DIST./UNIT | REFERRAL DATE | GEN. NO. |
|---|---|---|---|---|

PURSUANT TO ACT 538 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTICE OF VICTIM SERVICES FORM.

#3364
07-15-13
RS

GP# 8161



PHILADELPHIA POLICE DEPARTMENT
**COMPLAINT OR INCIDENT REPORT**

| YEAR | DIST/OCC | D.C. NO | SECT | DIST | VEH. NO. | REPORT DATE |
|------|----------|---------|------|------|----------|-------------|
| 10 | 03 | 79466 | 3 | 3 | | |

CRIME OR INCIDENT CLASSIFICATION
C A P

LOCATION OR OCCURRENCE

DATE OF OCCUR    DAY CODE    TIME OF OCCUR

COMPLAINANT
Confidential

Confidential

WITNESS

OFFENDER INFORMATION

WANTED/STOLEN MESSAGE
SENT    General No. 4481    Date 0310

REPORT PREPARED BY

REVIEWED BY

Budge
8579

| INVESTIGATION REPORT | | | | | | | PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|---|---|---|---|---|---|

| DISTRICT OF OCCURRENCE | DC NUMBER | REPORT TYPE | | | DISTRICT | | | SECTOR |
|---|---|---|---|---|---|---|---|---|
| 3RD | 79466 | INITIAL (49) | Sheet 1 of 1 | | 3RD | | | |

| PREVIOUS CLASSIFICATION | CODE | INVESTIGATING OFFICER | BADGE | PAYROLL | DIST/UNIT PREPARING | CODE | REPORT DATE |
|---|---|---|---|---|---|---|---|
| | | LT. APPLETON | 131 | 0 | Iad | 0 | 12/8/10 |

| CLASSIFICATION | CODE | PLACE OF OCCURRENCE | | | | J.A.D. INVESTIGATIONS | Juvenile Offenders |
|---|---|---|---|---|---|---|---|
| C.A.P. | 2704 | 1 CITIZENS BANK WAY | | | | ☐ Male ☐ Female | ☐ Adult Offenders |

| COMPLAINANT (USE FIRST NAME) | | | AGE | RACE | | SEX |
|---|---|---|---|---|---|---|
| JO ANN FONZONE | | | 52 | WHITE | | FEMALE |

| COMPLAINANT ADDRESS | | COMPLAINANT PHONE |
|---|---|---|
| 2242 TILGHAM ST ALLENTOWN, PA | | 484-294-6481 |

| TYPE OF PREMISES | DATE REPORTED | TIME REPORTED | REPORTED BY | ADDRESS |
|---|---|---|---|---|
| | 12/8/10 | 11:06 AM | | |

| DATE OF OCCURRENCE | DAY CODE | TIME | FOUNDED | STATUS | | UNIT |
|---|---|---|---|---|---|---|
| 10/6/10 | 3 | 6:13 PM | ☒ Yes ☐ No | 1. ☒ Active   3. ☐ Arrest - cleared | | 0 |
| | | | | 2. ☐ Inactive - not cleared   4. ☐ Exceptionally cleared | | |

| STOLEN PROPERTY | PROPERTY VALUE | RECOVERED VALUE | INSURED | OCCURRENCE |
|---|---|---|---|---|
| B.  Miscellaneous | $ 0 | $ 0 | ☐ Yes ☐ No | ☐ Inside ☒ Outside |

## COMPLAINT AGAINST POLICE

### DC# 10-03-079466

### IAB # 10-0724

| INVESTIGATOR | BADGE | PAYROLL | SERGEANT | BADGE | PAYROLL | LIEUTENANT | BADGE | PAYROLL |
|---|---|---|---|---|---|---|---|---|
| NEWSOME-MIDDLETON | 8194 | 0 | | 0 | 0 | | | |



Account: 4246525153
Amount: 50.00
PostDate: 20111028
Tran_ID: 575784246
CheckNum: 177
DIN: 575785081
ReturnReasonDescription:
ECEItemSeqNum: 000005854622826

Account: 4246525153
Amount: 50.00
PostDate: 20111028
Tran_ID: 575784246
CheckNum: 177
DIN: 575785081
ReturnReasonDescription:
ECEItemSeqNum: 000005854622826

CAD   REPORT   9/11/20 call
on 10/06/10

PHILADELPHIA PD
INCIDENT HISTORY DETAILS

11/08/2011

PAGE 1 OF 1

SEARCH PARAMETERS

```
FROM DATE:           10/06/2010        TIME FROM:    0000
TO DATE:             10/06/2010        TIME TO:      2359
PRIMARY UNIT(S):     ALL
TX NUMBER(S):        ALL
DC NUMBER(S):        1003062707
LOCATION(S):         ALL
EVENT TYPE(S):       ALL
DISTRICT(S):         ALL
SECTOR(S):           ALL
PRIORITY(S):         ALL
DISPOSITION(S):      ALL
PAYROLL NUMBER(S):   ALL
COMPLAINANT INFO:    N                 FULL DETAILS: Y
BLOCK ADDRESS:       ALL
RESPONSE TIME:       ALL
GENERAL #:           ALL
WORKSTATION ID:      ALL
REQUESTED BY:        FIVE SQUAD RADIO FOR COURT ATTENDANCE
```

*************************************************************

INCIDENT HISTORY DETAIL

```
CALL  1027906545    DIST CASE  1003062707    CROSS REFERENCE CALL : NO

ENTERED:      10/06/2010 18:13:06    BY  C31 (*)    /193260 AS    TYPE IVPER
DISPATCHED:                          BY  C31
ONSCENE:                             BY  C31        /193260
CLOSE FILED:  10/06/2010 18:13:06                   PRIMARY UNIT: 3OP
DISPOSITION:  AAR                                   PRIMARY UNIT: 3OP    PRIORITY: 3
TYPE:  IVPER (INVESTIGATE PERSON)
LCN:   1 CITIZENS BANK WAY, PHL (CITIZENS BANK PARK)
DIVISION:        DISTRICT: 03        SECTOR: 3
NAME:            ADDR:                               PHONE:
```

NEW RECORD -- NEW RECORD -- NEW RECORD

```
REMARKS
10/06/2010 18:13:06    BADGE 9404                                C31    193260

SEGMENTS
10/06/2010 18:13:06  ENTRY     $P1003062707 Dispo: ARR           C31    193260
10/06/2010 18:13:06  WALKIN    Walkin Event For Unit 3OP         C31    193260
10/06/2010 18:13:06  WALKIN    3OP                               C31    193260
10/06/2010 18:13:06  PRIUNIT   3OP                               C31    193260
10/06/2010 18:13:06  CLOSE     D/ARR                             C31    193260
```

*************************************************************

TOTAL RECORDS RETRIEVED = 1

SENSITIVE CALLER INFORMATION NOT INTENDED FOR PUBLIC KNOWLEDGE REMOVED FROM THIS REPORT.

Computer Crime Unit    Fax:215-683-1868        Dec 13 2010 11:39    P.01

*handwritten note on photo:* I got this Discovery evidence in 2017.
DAlkith
Dec 13, 2010

Injured prior to arrest by Otw

Exculpatory evidence hidden by police and prosecution for 3 years (evidence) I was crime victim despite Motions requesting all police reports and Right to Know Requests.

---

PHILADELPHIA POLICE DEPARTMENT

## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./OCC. | D.C. NO. 10-01 | SECT. | DIST. | VEH. NO. | REPORT |
|------|-----------|----------------|-------|-------|----------|--------|
| 10 | 1 | 42106 | | 3 | 302 | 10-7-10 |

CRIME OR INCIDENT CLASSIFICATION: HOSPITAL CASE   CODE 3017   TIME OUT 1225 P

LOCATION OF OCCURRENCE: 2301 S 24 TH
☑ IN  ☐ OUT   TYPE OF PREMISE

DATE OF OCCUR. 10-7-10   DAY CODE   TIME OF OCCUR. 1225 P   NATURE OF INJURY

COMPLAINANT DIF DOB 7-9-58   JOANN FONZONE   AGE 52   RACE/SEX W F   PHONE (HOME) 294 6881

ADDRESS: 5550 N OCEAN DR   WEST PALM BCH FLORIDA   PHONE BUSINE

FOUNDED ☐ Yes ☐ No   REPORT TO FOLLOW ☐ Yes ☐ No ☐ Close Out   UNIT   CODE   INV. CO

WITNESS ☐ Yes ☐ No   TRACEABLE PROP ☐ Yes ☐ No   UNIQUE DESCRIPTION OF OFFENDER   OTHER EVIDENCE ☐ Yes ☐ No

DESCRIPTION OF INCIDENT (Include Description of Crime Scene if Applicable): N/C HOSP CASE

ABOVE COMP TRANSPORTED TO META HOSP FOR INJURYS TO HER RIGHT HAND SHE OBTAINED AT Phillies GAME DR HART ON DUTY COMP STATE'S INJURYS WERE PRIOR TO BEING ARRESTED COMP GIVEN 500 MGS TYLENOL

WITNESS   ADDRESS   PHONE NO.

OFFENDER INFORMATION

PROPERTY DESCRIPTION (Include Make, Model, Color and Serial No. Where Applicable)   PROP. CODE   INSURED ☐ Yes ☐ No   STOLEN VALUE $

VEHICLE 1 – OWNER'S NAME

VEHICLE 2 – OWNER'S NAME

VEHICLE 1 – OPERATOR'S NAME

VEHICLE 2 – OPERATOR'S NAME

WANTED/STOLEN MESSAGE SENT   Control No.   Date   DIST./UNIT TERMINAL   RECEIPT NO.   SENT BY

REPORT PREPARED BY: Baldwin Jenkins   NO 834 4444   DIST./UNIT 3   TOTAL PAGES   PAGE NO.

REVIEWED BY: Sgt Addison 8659   DIST./UNIT   REFERRAL DATE   GEN NO.

PURSUANT TO ACT 195 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM.

75-48 Front (Rev. 11/09)   174431 / 229683

PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./OCC. | D.C. NO. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 10 | 08 | 62707 | | 03 | 0308 | 10-6-10 |

| CRIME OR INCIDENT CLASSIFICATION | CODE | TIME OUT | TIME IN |
|---|---|---|---|

| LOCATION OF OCCURRENCE | | | |
|---|---|---|---|
| 1 Citizens bank way | sec 107 | ☐ IN ☑ OUT | TYPE OF PREM. |

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | | NATURE OF INJURY |
|---|---|---|---|---|
| 10-6-10 | 3 | 615 | (P) | none |

| COMPLAINANT | | AGE | RACE | SEX | PHONE (HOME) |
|---|---|---|---|---|---|
| Police | | | | | |

| ADDRESS | PHONE (BUSINESS) |
|---|---|

| FOUNDED | REPORT TO FOLLOW | | | UNIT | CODE | INV. CONT N |
|---|---|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No ☐ Close Out | | | | | |

| WITNESS | TRACEABLE PROP. | UNIQUE DESCRIPTION OF OFFENDER | OTHER EVIDENCE |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

DESCRIPTION OF INCIDENT (Include Description of Crime Scene If Applicable)

Site Arrest
Offender was placed
under arrest #10-03-62707
for disorderly conduct after
being told multiple times
to sit down and stop being
unruly during the game.

| WITNESS | ADDRESS | PHONE NO. |
|---|---|---|

OFFENDER INFORMATION
JoAnn fonzone 719-58 w/f
5550 n. ocean Drive

| PROPERTY DESCRIPTION (Include Make, Model, Color and Serial No. Where Applicable) | PROP. CODE | INSURED | STOLEN VALUE |
|---|---|---|---|
| | | ☐ Yes ☐ No | $ |

| VEHICLE 1 – OWNER'S NAME | VEHICLE 2 – OWNER'S NAME |
|---|---|

| VEHICLE 1 – OPERATOR'S NAME | VEHICLE 2 – OPERATOR'S NAME |
|---|---|

| WANTED/STOLEN MESSAGE SENT General No.      Date | DIST./UNIT TERMINAL | RECEIPT NO. | SENT BY |
|---|---|---|---|

| REPORT PREPARED BY P/O Ortiz | NO. 9681 | DIST./UNIT PAGES 14 | TOTAL NO. 4 | PAGE |
|---|---|---|---|---|
| REVIEWED BY | NO. | DIST./UNIT | REFERRAL DATE | CEN NO. |

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM:

75-48 (Rev. 6/94)

259413

354373

whether the contemnor is financially able to pay as ordered.

(1) Upon a determination that the defendant is financially able to pay as ordered, the issuing authority may impose imprisonment for nonpayment, as provided by law.

(2) Upon a determination that the contemnor is financially unable to pay as ordered, the issuing authority may order a schedule for installment payments.

(C) A contemnor may appeal an issuing authority's determination pursuant to this rule by filing a notice of appeal within 30 days of the issuing authority's order. The appeal shall proceed as provided in Rule 141.

*Comment:* This rule provides the procedures governing defaults in the payment of fines imposed as punishment for contempt in proceedings before district justices, Pittsburgh Magistrates Court judges, and Philadelphia Traffic Court judges. *See* 42 Pa.C.S. §§ 4137(c), 4138(c), or 4139(c). As used in this rule, "issuing authority" refers only to district justices, Pittsburgh Magistrates Court judges, and Philadelphia Traffic Court judges when acting within the scope of their contempt powers. *See* 42 Pa.C.S. §§ 4137, 4138, and 4139.

For contempt procedures generally, see Rule 140.

When a contemnor defaults on a payment of ⟨fine⟩ paragraph (A) requires the issuing authority to ⟨notify⟩ contemnor of the default, and to provide the conte⟨mnor⟩ an opportunity to either pay the amount due or appear ⟨in a⟩ 10-day period to explain why the contemnor shoul⟨d not be⟩ imprisoned for nonpayment. If the contemnor fails ⟨to⟩ appear, the issuing authority must issue a warrant for ⟨arrest⟩ of the contemnor.

If the hearing on the default cannot be held immedia⟨tely, the⟩ issuing authority may set bail as provided in Chapter ⟨5.⟩

This rule contemplates that when there has been ⟨an appeal⟩ pursuant to paragraph (C), the case would return to the ⟨issuing⟩ authority who presided at the default hearing for comp⟨letion of⟩ the collection process.

*Note:* Rule 32 adopted October 1, 1997, effective ⟨October 1,⟩ 1998; renumbered Rule 142 and amended March ⟨1, 2000,⟩ effective April 1, 2001; amended March 3, 2004, eff⟨ective April⟩ 1, 2004.

### Historical Notes

By Order of Jan. 6, 2005, eff. Jan. 29, 2005, the Pennsylva⟨nia Supreme⟩ Court ordered "that all references in any court rule, court ⟨order, court⟩ form (including citation), automated statewide court case ⟨management⟩ system (i.e. PACMS, CPCMS and DJS) or any other leg⟨al material,⟩ except as provided for in Act 207 [2004, Nov. 30, P.L. 1618, ⟨No. 207], to⟩ justice' shall be deemed a reference to 'magisterial distr⟨ict judge.'"

# PART E.  MISCELLANEOUS WARRANTS

## Rule 150.  Bench Warrants

(A) In a court case when a bench warrant is executed, the case is to proceed in accordance with the following procedures.

(1) When a defendant or witness is arrested pursuant to a bench warrant, he or she shall be taken without unnecessary delay for a hearing on the bench warrant. The hearing shall be conducted by the judicial officer who issued the bench warrant, or, another judicial officer designated by the president judge or by the president judge's designee to conduct bench warrant hearings.

(2) In the discretion of the judicial officer, the bench warrant hearing may be conducted using two-way simultaneous audio-visual communication.

(3) When the individual is arrested in the county of issuance, if the bench warrant hearing cannot be conducted promptly after the arrest, the defendant or witness shall be lodged in the county jail pending the hearing. The authority in charge of the county jail promptly shall notify the court that the individual is being held pursuant to the bench warrant.

(4) When the individual is arrested outside the county of issuance, the authority in charge of the county jail promptly shall notify the proper authorities in the county of issuance that the individual is being held pursuant to the bench warrant.

(5) The bench warrant hearing shall be conducted without unnecessary delay after the individual is lodged in the jail of the county of issuance on that bench warrant.

(a) When the bench warrant is issued ⟨by a⟩ supervising judge of a "multi-county" inve⟨stigating⟩ grand jury, the individual shall be detained ⟨until⟩ the supervising judge is available to co⟨nduct a⟩ bench warrant hearing.

(b) In all other cases, the individual sha⟨ll not be⟩ detained without a bench warrant hearing ⟨on the⟩ bench warrant longer than 72 hours, or ⟨until⟩ the next business day if the 72 hours expires ⟨on a non-⟩ business day.

(6) At the conclusion of the bench warra⟨nt hearing,⟩ following the disposition of the matter, ⟨the judicial⟩ officer immediately shall vacate the bench ⟨warrant.⟩

(7) If a bench warrant hearing is not held ⟨within the⟩ time limits in paragraph (A)(5)(b), the bench ⟨warrant⟩ shall expire by operation of law.

(B) As used in this rule, "judicial officer⟨" refers⟩ to the magisterial district judge or common ⟨pleas⟩ judge who issued the bench warrant, or the ⟨common pleas⟩ district judge or common pleas court judge ⟨designated⟩ by the president judge or by the preside⟨nt judge's⟩ designee to conduct bench warrant hearin⟨gs, and in⟩ Philadelphia, trial commissioners.

*Comment:* This rule addresses only the proce⟨dures to be⟩ followed after a bench warrant is executed, and d⟨oes not relate⟩ to execution of bench warrants outside the Comm⟨onwealth,⟩ which are governed by the extradition procedures ⟨in 42 Pa.C.S.⟩ § 9101 *et seq.,* or to warrants issued in conn⟨ection with⟩ probation or parole proceedings.

Paragraph (A)(2) permits the bench warrant ⟨hearing to be⟩ conducted using two-way simultaneous audio-visu⟨al communi-⟩ cation, which is a form of advanced communicat⟨ion⟩

Charles Mapp, Deputy Court Administrator                           6/11/17
Philadelphia City Hall, Rm. 336
Philadelphia, Pa 19107

Mr. Mapp,

It was a pleasure to meet you Thursday June 8, 2017. Pursuant to your suggestion, I went to speak
with Elaine but she was not in the office at the time.  As I explained to you regarding a case of
October 6, 2010, I motioned for dismissal with prejudice and case was dismissed with prejudice
on a 1013 Motion ( 237 days exceeded the allowable 180 speedy trial rule) August 22, 2012. As
you know , with prejudice, means the action is not appealable.

Despite  the non-appealable status of the unsubstaniated charges against me, (as I was the victim of
physical assaults and  serious injuires), because the  prosecutor intentionally failed to serve me
Notice of Appeal,  neither I or anyone on my behalf was appearing in court from September through
December ,2012 as prosecutor  Kotchian misrepresented  facts to the court to have the case proceed.

Moreover, the Common Pleas Judge Patrick was unaware  during that time that I had not been
served  notice or more importantly, that the case could not be appealed. When I finally learned  the
case was in Common Pleas  court, I informed Judge Patrick that I had not been given notice or
opportunity though the ADA Kotchian was aware I was representing myself and did so June, July
and August 2012.   The Judge  ignored the violations of my constitutional rights to due process
erroneously allowed the appeal  and said" You're here aren't you?". The proceedings after August
22, 2012 were  in violation of my due process rights, retaliatory, wrongful and void.

Though  I filed a private Citizen complaint against the perpetrator who had injured me then falsely
implicated me by lying to the police,   my scheduled hearing on January 17, 2013 was erroneously
disallowed by Judge Patrick because the  prosecutor objected  . A different prosecutor should have
been assigned to my private criminal complaint against Joe Oteri as the one in  Judge Patrick's court
was prosecuting me at the time.This was a definite conflict of interest.

The next day, a trial occurred where  I was acquitted , but at last minute, ada Kotchian whined to
the Judge " ok  summary disorderly conduct".Isn't their job to seek the truth and prosecute violent
criminals who  seriously injure  women?

Ten days later, I filed  Motion  to vacate based on insufficent evidence.  Then my co-counsel Ms.
Snyder appeared in  court with a vacate motion which  Judge Eubanks signed. The case was again
dismissed.  For some odd reason, the original Order was not in the court file when I looked at the
file.  Subsequently, a Notice of Appeal was filed February 11, 2013. According to the Rules, there
is  a 120 day requirement when a case is appealed  from Municipal to common Pleas and the
prosecutor must bring  it to trial or the case is dismissed.

Despite the Rules, the case went on and on. I filed and tried to argue Rule 600 Motions to dismiss,
but the  Judge wouldnt allow me  to do argue them. This was  because appointed lawyer Patton
wrote a derogatory letter to the Judge about me to prejudice him against me before I ever even
spoke to or met him.  Again, my consitutional speedy trial rights were violated , but the case
dragged on until March 2014.
Based on the factual account of this travesty of justice, I  am the victim of injuries and injustice and
believe  have more than paid my dues for breaking no law while attending a phillies playoff game.
I'd appreciate if you could forward this information to have the disposition errors corrected.

Thank you,  Jo Ann Fonzone, Esquire

Dominic Rossi                                          5/11/17
Court Compliance
Philadelphia City Hall, Rm. 370
Philadelphia, Pa 19107

Mr. Rossi,

I have been trying to reach you to discuss the legal circumstances surrounding the matter at issue.
Then I was told to write to you by your assistant Mr. Jordan.
Last week I sent via fax a number of documents evidencing the fact that I motioned for dismissal
with prejudice and case was dismissed with prejudice on a 1013 Motion ( 237 days exceeded the
allowable 180 speedy trial rule) August 22, 2012. As you know , with prejudice, means the action
is not appealable.

Despite the non-appealable status of the unsubstaniated charges against me, as I was the victim of
physical assaults and serious injuires, because the prosecutor intentionally failed to serve me
Notice of Appeal, neither I or anyone on my behalf was appearing in court from September through
December , 2012 as Kotchian misrepresented facts to the court to have the case proceed.

Moreover, the Common Pleas Judge Patrick was unaware during that time that I had not been
served notice or more importantly, that the case could not be appealed. When I finally learned the
case was in Common Pleas court, I informed Judge Patrick that I had not been given notice or
opportunity though the ADA Kotchian was aware I was representing myself and did so June, July
and August 2012.   The Judge  ignored the violations of my constitutional rights to due process
,erroneously allowed the appeal and said" You're here aren't you?". The proceedings after August
22, 2012 were in violation of my due process rights, retaliatory, wrongful and void.

Though I filed a private Citizen complaint against the perpetrator who had injured me then falsely
implicated me by lying to the police, my scheduled hearing on January 17, 2013 was erroneously
disallowed by Judge Patrick because the prosecutor objected . A different prosecutor should have
been assigned to my private criminal complaint against Joe Oteri as the one in Judge Patrick's court
was prosecuting me at the time.

The next day, a trial occurred where I was acquitted , but at last minute, ada Kotchian whined to
the Judge , "ok summary disorderly conduct".Isn't their job to seek the truth and prosecute violent
criminals who injure women?

Ten days later, I filed Motion to vacate based on insufficent evidence. Then my co-counsel Ms.
Snyder appeared in court with a vacate motion which Judge Eubanks signed. The case was again
dismissed. For some odd reason, the original Order was not in the court file when I looked at the
file. Subsequently, a Notice of Appeal was filed February 11, 2013. According to the Rules, there
is a 120 day requirement when a case is appealed from Municipal to common Pleas and the
prosecutor must bring it to trial or the case is dismissed.

Despite the Rules, the case went on and on. I tried to argue Rule 600 Motions to dismiss, but the
Judge wouldnt allow me to do so. This was because appointed lawyer Patton wrote a derogatroy
letter to the Judge about me to prejudice him against me before I ever even spoke to or met him.
Again, my constitutional speedy trial rights were violated , but the case dragged on until March
2014.

Based on the factual account of this travesty of justice, I am the victim of injuries and injustice and
believe have more than paid my dues for breaking no law while attending a phillies playoff game. Sincerely,

RECEIVED

DEC 17 2012

IN THE COURT OF COMMON PLEAS OF PHILADEPHIA COUNTY

ACTIVE CRIMINAL RECORDS
CRIMINAL MOTION COURT

COMMONWEALTH OF PENNSYLVANIA

VS

JOSEPH OTERI

M C- 51-CR
0043169-
201 0

CP-51-
MD -61- 2013

PRIVATE CITIZEN APPEAL OF MUNICIPAL COURT DECISION ON CITIZEN COMPLAINT

Jo Ann Fonzone aka Judy Mc Grath , a private citizen  hereby appeals ,( pursuant to  Criminal

Procedure Rule 840  c  ) of the to this Honorable Court of  Common Pleas  of the decision of the

Municipal Court  in denying the  issuance of her private criminal  complaint against  Joseph  Oteri  of

the incident  on October 6, 2010 .  In July 2012, when  private citizen learned  the name of the

security guard ,  Oteri ,  that falsely implicated her in the criminal system,  after  he caused her serious

injuries  to her head  and right arm, hand and shoulder, she filed a private criminal complaint with the

District Attorney private citizen complaint office .  After they refused to take any action, question or

investigate or even serve the complaint on Oteri, Petitioner  inquired  as to the appeal process, and was

told by Micvhele Wolfe  that her complaitn would be forwarded to the municipal Court  for  review.

The  complaint  was to include alleged  violations of Pa. C.S.A. Sec. 5301  ," A person acting or

purporting to act in an official capacity commits a misdemeanor of the 2nd degree if he,  1) subjects

another to arrest , search, seizure, mistreatment or other infringement of personal or property rights; or

2)  denies or impedes another in the exercise or enjoyment of any right , privilege...and  5105 ,
     5504

(d) " A person who knowingly gives false  information to any law enforcement officer with the

intent to implicate another under this  section commits an offense under Section 4906.
The  private  criminal complaint also contained allegations of  assault, Sec.2701( though because of
the serious injuries , it should have been aggravated assault) ,  battery,  harrassment Sec.2709 and
criminal conspiracy, Sec. 903 unlawful restraint, reckless endangerment .

The  assistant  's disapproval  was  the usual prosecutorial discretion and judicial economy as though
the  serious  physical  and emotional injuries   of the  crime victim, and the continuous  legal
harrassment ,abuse , and financial burden that she suffers from is   unimportant  to  the law
enforcement agency . It  is unknown to  the private complaint affiant  whether  the assistant  da  gave
the municipal court  all of the supporting documents and evidence that she  submitted  for its review .

Supporting documents that were given  for review included affidavits, photos of severe injuries, a 911
cd ,( when Jo Ann Fonzone called  for help because she was being physically assaulted by a police
officer , after being falsely implicated  by Oteri,) and other documents  Ms. Fonzone was  at a Phillies
playoff game  and was  doing nothing wrong or illegal , she was standing  and cheering with her rally
towel , like the other 47,000 fans when she was  grabbed by her right arm then pushed into the stadium
seat  by the security guard. She did not know  he was a  security guard when he proceeded  to grab her
arm and  touch her without her consent,  push  her and pull at her arm, then later  push her head into
the seat in front of her which caused her to fall to the  cement ground  causing her serious injuries to
her head and  body.

WHEREFORE, Petitioner respectfully requests that this Honorable Court  grant this  Motion  to reverse
the Municipal court  decision  denying her private  citizen complaint  in accordance with  Criminal
court rule 840 and  issue a summons for Joe Oteri to appear before the  Municipal Court for
Arraignment.

Respectfully submitted,
Jo Ann Fonzone, Esquire

TRINITY PRINTING,INC 215-242-4025

# PRIVATE CRIMINAL COMPLAINT

215783



## COMMONWEALTH OF PENNSYLVANIA

CR -

### THE PHILADELPHIA MUNICIPAL COURT
Criminal Justice Center
1301 Filbert Street
Philadelphia, PA 19107

COMMONWEALTH OF PENNSYLVANIA
vs.

**DISTRICT ATTORNEY'S OFFICE**

☐ Approved   ☐ No Opinion

Disapproved because:

*Retaliation*
*Lacks proven A mens*
*Prove Std id divictn*
*Jd Accorg*

JOE OTERI
CITIZENS BANK PARK
1 CITIZENS BANK WAY
Philadelphia          PA    19148

DATE 7/4/12   ASSISTANT DISTRICT ATTORNEY

DATE 7/3/2012   INTERVIEWER Conie Wolfe

Bureau: S

This defendant ☐ has ☑ has not been fingerpr

### DEFENDANT DESCRIPTION

| RACE | SEX | HEIGHT | WEIGHT | COLOR OF HAIR | COLOR OF EYES | DAY OF BIRTH (Mo., Day, Yr.) |
|------|-----|--------|--------|---------------|---------------|------------------------------|
| WH | Female | 5'9" | 175 | BRN | UNK | 47 |
| OTHER | | | | | | 11/4/50 |

I, the undersigned do hereby state under oath or affirmation my name is   **MS. JO ANN FONZONE**
My address is _____ **2242 TILGHMAN ST  ALLENTOWN, PA  18104**
The accused has violated the Crimes Code or other laws of the Commonwealth of Pennsylvania in Philadelphia County on
about   **10/02/2010 5:47:00 PM   1 CITIZENS BANK WAY PHILA PA**

The said acts were:
Comp was attending a Phillies game and acc was a stadium employee for Citizens Bank Park. On the above date, time, and location comp was standing and cheering with her rally towel when acc (white male dressed in a blue shirt) grabbed comp's right arm. Acc began pulling on comp's right arm, comp moved away and acc continued pulling comp's arm. Comp believes a police officer (white male dressed in a white shirt) approached comp and acc. Comp states acc and the officer pushed comp causing comp to hit her head on the back of the seat in front of her. Comp then fell to the ground. When comp grabbed her purse, acc and the officer pulled comp off the ground by comp's arms and began pushing comp up the steps. Acc and the officer escorted comp onto the concession stand concourse. Police notified DC# 10-03-042106. Medical treatment sought. Comp does not know what this incident stems from.
CHARGES: 903 CRIMINAL CONSPIRACY (M2), 2701 SIMPLE ASSAULT (M2), 2709 HARASSMENT (S)

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to law. I ask that a
summons or a warrant of arrest be issued and that the accused be required to answer the charges.

**MS. JO ANN FONZONE**

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF PHILADELPHIA:                    ss

And now, this date _____ 20_____, I certi-
fy the complaint has been properly deposed and executed and that there is
probable cause for the issuance of process.

_____
Judge

### SUMMONS

I, _____
verify that the facts set forth in this complaint are true and correct to
best of my knowledge, information and belief. This is made subject to
penalties of Section 4904 of the Crimes Code (18 Pa. C.S. §4904) rela
to unsworn falsification to authorities.

Date 7/3/12

Signature

### CITATION

**YOU ARE COMMANDED TO APPEAR BEFORE THE**
**PHILADELPHIA MUNICIPAL COURT FOR ARRAIGNMENT**

| DATE (Fecha) | TIME (Tiempo) |
|--------------|---------------|

**USTED ESTA ORDENADO PARA APARECER ANTE LA CORTI**
**MUNICIPAL DE FILADELFIA PARA LECTURA DE ACUSACIO**

LOCATION (Sitio)
Criminal Justice Center
1301 Filbert Street - Room 408
Philadelphia, PA

If you fail to appear at the time and place mentioned, a Warrant will
be issued for your arrest. You have the right to be represented by an
attorney.

Si usted falta de aparecer al lugar y tiempo mencionado una citac
sera entregado para su aresto. Usted tiene el derecho de
representado por un abogado.

N WITNESS WHEREOF, I have hereunto subscribed
my name and affixed the seal of this Court this

SEE

# THE $39.10 COURT FILING FEE IS REQUIRED TODAY

## ACCEPTABLE FORMS OF PAYMENT: CASH, MONEY ORDER
(You may use major credit cards, and debit cards from 9am until 3:30pm)

**Name** of the person who you wish to file against: _Joe Oteri_

**(one person per sheet)**

**Home** or work **Address** for this person during the day: _Citizens Bank Park_ | Citi Ban

**City:** _Philadelphia_        **State:** _PA_        **Zip:** _____

This person's **Race** is:   Black   (White)   Asian   Hispanic   Other
(please circle one)

**AGE:** _47_   **SEX:** (Male) or Female   **HEIGHT:** _average_   **WEIGHT:** _medium_

**Hair color:** _brown_   **Eye Color:** _?_

Were you **threatened** or **assaulted**?        Do you want someone **evicted**?
_yes_                                                     _NO   FIRED From h_
                                                          _security_
                                                          _arrested + po_
**Briefly** write the exact threat or explain the assault: _sitting out_

_I was watching the Phillies playoff game, standing and watching my rally_
_like the other 46,000 fans. A man in blue shirt suddenly started_
_grab and pull at my right arm. I moved to my left to get away fr_
_him. Later he and another (very large man) started getting rough wi_
_grabbing, then pushing me into the seat in front of me and my head hit the_
_A guy in front of me yelled to them "Let her alone, she's not doing anything_
_then they dragged me from the sections and pushed me from behind to th_
_where I was told to "stay there". About 10-_
Were the **police** notified? (Yes) or No   _I was sitting when Otey grabbing me_   _grabbed fr_
_I called 911._                                                    _beca_
                                                                   _my a_
If yes, write the **district** or District Control Number (DC#) _1st District_   _"We_
                                                                              _tal_

Were either you or the person you are filing against Arrested during this incident?
(Yes) or No, if yes who: _I was because Oteri provided false information to law_
_to falsely implicate me    Sec. 5105 (a)(5); 5504 (d), 5301, 4906_
_18 Pa.C.S.A._

**Date(s)** of incident(s)        **Time(s)** of incident(s)        **Location(s)** of incident(s)
_October 6, 2010_              _5:47 p.m._                    _Citizens Bank Park_
_____                      _____                      _____
_____                      _____                      _____

**John F. Kennedy Behavioral Health Center**
**112 N. Broad Street**
**Philadelphia, PA  19102**

**Psychiatric Evaluation**

Patient:  **JoAnn Fonzone**              Client Chart #:  **3180**

Address: **2242 Tilghman Street**          Date of Birth:  **7/19/58**

            **Allentown, PA  18104**          Date of Evaluation:  **10/19/11**

Phone: **484-294-6481**              Social Security #:

Referral Source: **Self**
**********************************************************************

**Purpose of Evaluation:**

Psychiatric evaluation

**Chief complaint/Presenting symptoms:**

Client is a 53 year old separated Caucasian female. She states she is Court ordered for a
psychiatric evaluation.  Client states that on October 6, 2010 she was at a Phillies game
by herself.  In the second inning someone in a blue shirt started pulling on her.  She was
dragged over the concession area.  She was then "dragged" to the police room at the
stadium.  Five years prior, she was the victim of an assault in which she sustained
multiple rib fractures.  She states she was thrown into a wall by one of the officers.  She
states she called 911 and told them she was being assaulted.  Then an officer came in and
started beating her with his stick and demanding her phone.  She was later taken to
another station and finger printed.  She was charged with disorderly conduct because she
was standing.

An officer saw her bruises and sent her to the emergency room.  She states she sustained
a contusion and developed cardiac problems, i.e. atrial fibrillation.

**History of Presenting Symptoms:**

She states she has flashbacks every three weeks.  She sleeps approximately seven hours.
She was not gone to a Phillies games since.  She is less social.  She is more hypervigilant.
She is uncomfortable and worries about her safety if she goes out alone.  Mood is "ok".
Appetite is okay, weight is up a little.  No auditory or visual hallucinations.  No history of
panic disorder.  No anorexia or bulimia.  No obsessive compulsive behaviors.  No
hypomanic or manic behaviors.  No suicidal or homicidal ideation.  No history of self
injurious behavior.

On September 23, 2011 the police broke into her mother's house because she missed a
court date.  As a result she no longer feels safe there.

Name: <u>JoAnn Fonzone</u>

**Past psychiatric history (including substance abuse history, if any)**

Abused Women's Group
No inpatient or outpatient psychiatric treatment.
No drug or alcohol abuse.

**Medical history (including medication and allergies):**

Atrial Fibrillation                              Toprol 75mg po BID
Three motor vehicle accidents         ASA 81mg (2) po daily
Optic Stroke with loss of vision in right eye
S/P concussion
Allergy – PCN – GI upset
Codine – GI upset

**Social History (including cultural background, education, occupation, legal history, etc.):**

Lawyer
Some sporadic work
History of domestic abuse, no sexual abuse
No children
Married 1983, legally separated since 1993, husband was abusive, physically and
financially
**Family medical and psychiatric history:**

Mother – HTN
Father – deceased 1987, MI, DM
Brother – HTN
Two sisters – alive and well

**History of past traumatic experiences:**

Assaulted 1993 in New York
Assaulted 2005 by a restaurant owner

**Past psychiatric medication (including allergies or adverse reaction to medication):**

Denied

**Present medication:**

Denied

Name:  JoAnn Fonzone

**Mental Status:**

Client is a 53 year old separated Caucasian female who is well nourished and well developed.  She has no psychomotor abnormalities.  She is alert and oriented to person, place and time.  Mood is "okay", affect is appropriate.  Thought processes are goal directed.  She has no thought insertion or withdrawal.  No auditory or visual hallucinations.  No suicidal or homicidal ideation.  Judgement and insight are good.

**Clinical formulation (please include client strengths, barriers to recovery, progress made towards recovery, present goals and aspirations for treatment):**

Client is an articulate and insightful woman.  She is just here to have the evaluation done as per courts request.

She is a long standing victim of multiple abuses.  She would benefit from therapy but feels that she can not financially afford it at this time.

**Diagnosis:**

Axis  I(Code): __309.81__   Diagnosis: __Post Traumatic Stress Disorder Chronic__

      (Code): _____   Diagnosis: _____

Axis  II: (Code): _____   Diagnosis: _____

Axis  III: __Atrial Fibrillation. S/P concussion, S/P 3MVA's_____

Axis  IV: __Finances, legal, health_____

Axis  V(GAF): _68_

**Medication prescribed:**

None at this time.

**Treatment goals and type of treatment recommended:**

1. Would recommend individual therapy to address anxiety associated with abuse and trauma.

2. Would consider and antidepressant trial as well.  Antidepressants have been shown to be beneficial in decreasing post traumatic stress symptoms

__Buster Smith, MD_____
Psychiatrist Name (Print)

_Buster Smith MD_ (signature)
Psychiatrists Signature

__10/19/11_____
Date



# DO WHAT YOU SAID YOU WOULD DO

FIGHTING FOR FREEDOM
IN THE SWAMP
CONGRESSMAN
JIM JORDAN

Case 5:12-cv-05726-PAC   Document 214   Filed 05/03/22   Page 35 of 148

one hundred plus day siege of the federal courthouse in Portland. It showed Antifa members smashing windows, burning cars, and burning the American flag.

It's always difficult in a hearing to coordinate the use of video with testimonies and questions. It's especially tough when Republicans are in the minority in the House. The majority Democrats control the computers and TVs in the room. They always "seem to have trouble" when it's a Republican video. We decided to take the risk.

We figured the safest time to play it was right after my opening statement. The Democrats could probably avoid "trouble," but we brought our own TV just in case the TV screens in the room the Democrats controlled didn't work. The day before the hearing, I asked our top communications staffer to put together a montage of Democrats and journalists saying "peaceful protest." Putting the montage on the front end of the video added about ninety seconds to the clip.

Right after the opening statements, we played it. We felt it was important for the country to see. The mainstream press had not covered the violence of that summer. It began with an MSNBC reporter Ali Velshi standing in front of a large building engulfed in flames. As the building burns in the background, the reporter says, "I want to be clear on how I characterize this. This is mostly a protest. It is not, generally speaking, unruly."

I am not kidding. The building is on fire, but it's "not, generally speaking, unruly." Really? I guess it was a fire that just happened. No one started it. It started itself. It was spontaneous. A spontaneous, peaceful fire!

CERTIFICATE OF SERVICE

I, Jo Ann Fonzone, Esquire aka Judy Mc Grath hereby certify that I have on this day caused to be

served by U.S. Mail Plaintiff's Reply to defendants motion to dismiss her civil rights/injury action

upon the followng as listed below:


Kathryn Faris
City of Philadelphia
1515 Arch St., 14th floor
Philadelphia, Pa 19102

James Binns
1125 Walnut St.
Phila., Pa 19107


Phila. District Attorneys ' office
3 Penn Square
Phila. Pa 19107

Defender assocs.
1441 Sansum St.
Phila., pa 19107

Michael Eidel
Fox Rothschild
2700   kelly road
Warrington, Pa 18976


The Philies Organization management
One Citizen  bank park Way
Phila., Pa 19148


April 18, 2022

Jo Ann Fonzone, Esquire  aka Judy Mc Grath

FONZONE, JOANN
ADM 10/07/2010
DOB 07/19/1958  52y        SEX F
MR# 03895832
DATE OF SERVICE //          ACCT#39681727

**EMERGENCY DEPARTMENT NURSES NOTES - Page 1**
FORM NAME

56002                                    New 06/06
FORM NO.                                 REVISION DATE

**J** Methodist Hospital
Thomas Jefferson University Hospital
Jefferson Health System

2301 South Broad Street
Philadelphia, PA 19148

Date: 10-6-10   Time: 0038

Source of Medication List: ☐ Patient ☐ Family ☐ Other
Allergies: PCN, Codiene
☐ No Medications Taken

| Initial and Date if Additional Meds Identified | Medication Name (Write Legibly) Home Meds/Prior to Admission | Dose | Route | Frequency |
|---|---|---|---|---|
| | Denies | | | |

Pregnant/Breastfeeding: ☐ Yes ☑No  Urine Pregnancy: ☐ Pos. ☐ Neg. FDLMP: 3wks Ago
Chief Complaint / Onset / Physical Assessment: Pt states Assault

Rx Prior to Arrival: ☐ NONE  Tylenol @ 1330
DIRECTED TO: ☐ WAITING ROOM ☑ TREATMENT ROOM # 1 ☐ FAST TRAC ☐ OTHER
TREATMENT IN TRIAGE: ☐ SPLINT ☐ ICE ☐ SLING ☐ ELEVATION ☐ DRESSING ☐ COLLAR
☑ REQUESTED SPECIMEN urine ☐ MEDICATED
SIGNATURE OF TRIAGE NURSE: ___  ☐ X-RAY:

Past Med/Surg History:
SZ's
Blind @ Eye
Head Trauma
Back Surg
Rib fx's
MVP
Asthma

Name: Joann Fonzone
Category: HL
SS #:
Date: 10-6-10  Time: 0038
Age: 52  Date of Birth: 7/19/58
Allergy Bracelet Applied: ☐ Yes ☐ N/A
Vital Signs: ☐ Accucheck
Temp 96.6  ☐ R ☐ O
Pulse 112  Resp 18  BP 158/9
Pulse Ox 98%  Peak Flow
On: ☑ Room Air ☐ O₂ Therapy
Pain Scale: 0-1-2-3-4-5-6-7-8-9
Pain Location: @ Arm
Pain Duration: 7 hours
Asthma: ☑ Yes ☐ No
Height 5'6  Weight 112
Immunizations:
Last Tetanus: Uncl
Visual Acuity: OD___ OS___ ☐ N/A
Glasses: C☐ S☐  Contact Lenses: C☐ S☐
☐ REASSESSMENT  TIME:
☐ SEE PAGE 2

**NEURO**
EYE OPENING
SPONTANEOUS 4
VOICE 3
PAIN 2
NONE 1
VERBAL
ORIENTED 5
CONFUSED 4
INAPPROPRIATE RESPONSE 3
INCOMPREHENSIBLE SOUNDS 2
NONE 1
MOTOR
OBEYS COMMAND 6
LOCALIZES PAIN 5
WITHDRAWS (PAIN) 4
FLEXION (PAIN) 3
EXTENSION (PAIN) 2
NONE 1

**CARDIAC**
INITIAL RHYTHM
PULSE
☐ REGULAR RATE ☐ IRREGULAR RATE
☑ STRONG ☐ THREADY
☐ NORMAL
EDEMA
LOCATION: ∅
☐ PITTING
☐ NON-PITTING
SKIN
☑ NORMAL
☐ OTHER:
PSYCHOSOCIAL
PRIMARY LANGUAGE: English
DO YOU LIVE ALONE? ☐ YES ☑ NO

**RESPIRATORY**
BREATH SOUNDS   R   L
CLEAR ✓ ✓
RALES
RHONCHI
WHEEZING
ABSENT
DIMINISHED
SMOKER ☐ YES ☐ NO
COUGH ☐ YES ☐ NO
PRODUCTIVE

**GI / GU**
BOWEL SOUNDS ☑ YES ☐ NO
DISTENTION ☐ YES ☑ NO
SOFT ☐ RIGID ☐
Last BM:
URINATION
☐ NORMAL ☐ RETENTION
☐ BURNING ☐ INCONTINENT
☐ FOLEY
☐ URINE DIP ☐ POS ☐ NEG

**APPETITE**
☐ POOR ☐ NORMAL
VOMITING:

A = ABRASION
B = BURN
C = CONTUSION
D = DEFORMITY
E = ECCHYMOSIS
GSW = GUN SHOT WOUND
L = LACERATION
P = PAIN
PS = PRESSURE SORE
R = RASH
SW = STAB WOUND
LANGUAGE BARRIER: ☐ YES ☐ NO
FALLS RISK SCORE: 0   (see back of copy for range)



PHYSICIAN GROUP

Affiliated with Lehigh Valley
Hospital and Health Network

Heritage Family Practice

2901 Hamilton Boulevard
Suite 100
Allentown, Pennsylvania 18104
Telephone (610) 437-0739
Fax (610) 437-3601

Richard D. Baylor, M.D.
Linda S. Loffredo, M.D., F.A.A.F.P. *
Wendy Rush Spinosa, M.D. *

*Diplomate
American Board of Family Practice

November 1, 2005

To Whom It May Concern:                Re: JoAnn Fonzone    DOB: 07/19/58

I am Ms. Fonzone's primary care provider and have treated her over the past few years for physical
injuries.

It is my medical opinion that she has no emotional or psychological problems. She takes no medications on
a regular basis.

Thank you for your attention.

Sincerely,

Wendy Rush Spinosa, MD

9

**Heritage Family Practice - LVHN**
2901 Hamilton Blvd Suite 100 Allentown, PA 18103
610-437-0739  Fax: 610-437-3601

*October 19, 2010*
*Page 1*
*Chart Document*

**JO A FONZONE**     MRN: 00194191
Sex: Female     DOB: 07/19/1958

---

**10/08/2010 - Office Visit: LE1 302 INJURIES TO CHEST,ARMS,HANDS Room #6**
**Provider:** Wendy Rush Spinosa MD
**Location of Care:** Heritage Family Practice - LVHN

**CC:** Bruising and pain right arm and chest area.

**History of Present Illness:**
Pt here for f/u chest wall and arm and hand contusions , pt had 10/5/10 she was at the Phillies game and she was standing and someone behind her yelled to sit down , a security guard came and grabbed her arm and pushed her she fell against her R arm , a few others from security took her to a room and threw her in there and pushed her against a seat , one of them stuck a stick in her chest . She was seen in an ER in Philadelphia and she ? had xrays of her R arm but not her chest wall . She ahs iced her r arm it feels some better . She has hx MVP for yrs under times of stress she can have palpitations at times she has seen Cassel , then later HCG Olex and Markson

**Past Medical History:**
   Reviewed history and no changes required:
      DJD neck

**Past Surgical History:**
   Reviewed history from 03/19/2009 and no changes required:
      laminectomy / lumbar Stephens

**Family History:**
   Reviewed history from 03/24/2009 and no changes required:
      Family history of Hypertension- Mother 72
      Family history of Diabetes- Father
      Family history of Myocardial infarction- Father
      Family history of Cancer- aunts
      Family history of Cancer- uncle

**Social History:**
   Reviewed history from 03/20/2009 and no changes required:
      No ~~step~~ children

**Risk Factors:**
Tobacco use: quit
Alcohol use:  yes
   Type:  occasionally

**Review of Systems**
   See HPI

**Heritage Family Practice - LVHN**
2901 Hamilton Blvd Suite 100 Allentown, PA 18103
610-437-0739 Fax: 610-437-3601

*October 19, 2010*
Page 2
Chart Document

**JO A FONZONE**     **MRN:** 00194191
**Sex:** Female     **DOB:** 07/19/1958

---

## Vital Signs:

Patient Profile:  52 Years Old Female
Weight:          115.6 pounds
Temp:            96.3 degrees F tympanic
Pulse rate:      86 / minute
BP sitting:      130 / 90  (left arm)

Vitals Entered By: Liza Faglioni LPN (October  8, 2010 11:47 AM)

*Medications added this visit:*
VICODIN 5-500 MG TABS (HYDROCODONE-ACETAMINOPHEN) 1 po q 6 hrs prn pain

## Physical Exam

**General:**
    well developed, well nourished, in no acute distress.
**Head:**
    normocephalic and atraumatic.
**Eyes:**
    PERRL/EOM intact, conjunctiva and sclera clear.
**Ears:**
    TM's intact and clear with normal canals.
**Nose:**
    no deformity, discharge, inflammation, or lesions.
**Mouth:**
    no deformity or lesions.
**Neck:**
    no masses, thyromegaly, or abnormal cervical nodes, no carotid bruit.
**Chest Wall:**
    + lg hematoma mid sternum tender to palp
**Lungs:**
    clear bilaterally to auscultation.
**Heart:**
    regular rate and rhythm, S1, S2 without murmurs, rubs, or gallops
**Msk:**
    r forearm distal radial aspect healing hematoma radial pulse full
**Pulses:**
    present and equal bilaterally.
**Extremities:**
    see above
**Neurologic:**
    no focal deficits, cranial nerves II-XII grossly intact with grossly normal sensation, reflexes, coordination,

**Heritage Family Practice - LVHN**
2901 Hamilton Blvd Suite 100 Allentown, PA 18103
610-437-0739  Fax: 610-437-3601

*October 19, 2010*
*Page 3*
*Chart Document*

**JO A FONZONE**      **MRN:** 00194191
**Sex:** Female      **DOB:** 07/19/1958

---

muscle strength and tone.
**Skin:**
   intact without lesions or rashes.
**Cervical Nodes:**
   no significant adenopathy.
**Psych:**
   alert and cooperative; normal mood and affect; normal attention span and concentration.

## Impression & Recommendations:

**Problem # 1:** CONTUSION OF CHEST WALL (ICD-922.1)
ice the area then switch to warm compresses
Orders:
X-Ray (*)
Echocardiogram (*)

**Problem # 2:** CONTUSION, ARM (ICD-923.9)
healing watch lifting
Orders:
X-Ray (*)
Echocardiogram (*)

**Problem # 3:** MITRAL VALVE PROLAPSE, HX OF (ICD-V12.50)
pt has not had echo since 2006 arrange same
Orders:
X-Ray (*)
Echocardiogram (*)

**Medications Added to Medication List This Visit:**
1)  Vicodin 5-500 Mg Tabs (Hydrocodone-acetaminophen) .... 1 po q 6 hrs prn pain

**Patient Instructions:**
1)  pt understands plan await xrays and echo

**Signed by Wendy Rush Spinosa MD on 10/08/2010 at 12:21 PM**

---



# **Coordinated Health**

Better. Together.

November 7, 2016

RE: FONZONE, JO ANN (0050341)

To Whom It May Concern:

Jo Ann Fonzone is a 58-year-old female who is under my care for her current cervical spine condition in our Back and Neck Center at Coordinated Health. Ms. Fonzone has a history of chronic neck pain since being a victim of an aggravated assault on October 6, 2010. Patient has neck pain that radiates to the upper back and down the right upper extremity. She has recently received trigger point injections in the office setting and is scheduled to receive a right sided cervical epidural steroid injection in the coming weeks. She is also currently in physical therapy for her cervical spine condition. MRI of the cervical spine was recently done on October 6, 2016 and shows significant multilevel disc protrusions causing advanced foraminal stenosis and nerve root impingement.

The patient is scheduled for her cervical epidural steroid injection on November 17, 2016 and will need several weeks after the epidural injection to allow it to take effect and should decrease her activity level during that time. Patient was originally referred to me by Dr. Randy Jaeger, an orthopedist, who was treating her for shoulder issues. She is also seeing Dr. John Williams, another orthopedic, for shoulder issues. She has received shoulder steroid injections as well.

Due to the patient's ongoing cervical spine condition with ongoing treatment, she will need time to attend her physical therapy sessions, to have her injection procedures done and to recuperate from her injection procedures. This will significantly decrease her ability to perform work related tasks and we are requesting that she be allowed an extension on her current work deadlines through the end of the calendar year. She may ultimately need several epidural injections in the course of her treatment.

If there are any questions, please do not hesitate to contact me at 610-861-8080. Thank you for your attention to this matter.

Sincerely,

Brian Goldberg, M.D.
BG/jm

---

| | | | |
|---|---|---|---|
| Allentown | 1503 N. Cedar Crest Blvd., Allentown, PA 18104 | Phillipsburg | 222 Red School Lane, Phillipsburg, NJ 08865 |
| | 1621 N. Cedar Crest Blvd., Allentown, PA 18104 | Hazleton | 1097 N. Church St., Hazleton, PA 18202 |
| | 1405 N. Cedar Crest Blvd., Allentown, PA 18104 | Brodheadsville | Rte 115 & Switzgable Rd.,Brodheadsville, PA 18322 |
| Bethlehem | 2775 Schoenersville Rd., Bethlehem, PA 18017 | E Stroudsburg | 505 Independence Rd.,East Stroudsburg, PA 18301 |
| | 2300 Highland Ave., Bethlehem, PA 18020 | | 511 VNA Rd., East Stroudsburg, PA 18301 |
| | 2030 Highland Ave., Bethlehem, PA 18020 | Lehighton | 239 N. First Street, Lehighton, PA 18235 |
| | 2310 Highland Ave., Bethlehem, PA 18020 | Pittston | 1120 Oak St., Pittston, PA 18640 |
| | 3100 Emrick Blvd., Bethlehem, PA 18020 | Wind Gap | 1411 Jacobsburg Rd., Wind Gap, PA 18091 |

| Hospitals: | 1503 N. Cedar Crest Blvd. | 2310 Highland Ave. | 511 VNA Rd. |
|---|---|---|---|

877-247-8080    www.coordinatedhealth.com    610-861-8080

**CARDIOVASCULAR AND
THORACIC SURGICAL
ASSOCIATES OF ST. LUKE'S**

701 Ostrum Street, Ste 603
Bethlehem, PA, 18015
*(484) 526-3990*

MRN: **HNE62239039**               DOB: **07/19/1958 (58)**
Encounter Date: **04/21/2017 9:00AM**
Patient Information: **JOANN FONZONE**
**2242 W TILGHMAN ST**
**APT C1**
**ALLENTOWN, PA 18104**
Phone #:(H) **(610) 434-3155**

## Assessment
   1. Aortic ectasia (447.70) (I77.819)

## Discussion/Summary
**Discussion Summary:**
It was my pleasure to evaluate Joann today for an asymptomatic ascending aorta measuring 3.9 cm. She has very few risk factors and no family history. She needs a lot of reassurance. I assured her that she is at extremely low risk of aortic complications and does not require any follow up imaging or visits with a surgeon.

From an aortic perspective she is cleared to proceed with spine surgery as appropriate.

She will continue to follow up with Dr. Gulotta as scheduled.

## Chief Complaint
**Chief Complaint Free Text Note Form:** aortic clinic

## History of Present Illness
**HPI:** Ms. Fonzone is a 58 year old female with a past medical history notable for paroxysmal atrial fibrillation since 2010 and chest trauma who follows with Dr. Gulotta who had a recently had a stress echo for complaints of DOE. Her stress echo demonstrated a prominent ascending aorta at 3.9 cm. The patient was the sent for a CT scan of the chest for further evaluation. She now presents to the office for consultation. She states she has been having SOB with rest and exertion as well as chest pain intermittently over the last 2 years, worsening in the last 6 months. She states she has been taking vitamin b supplements with some resolution of her symptoms She has no family history of aneurysms. Her father had early death at age 58 due to MI. She denies tobacco use. She tolerates her ADLs independently. Her mother is here with her on examination today. She is scheduled to have a neck operation in the upcoming months due to herniated discs.

## Review of Systems
**Complete-Female:**
**Constitutional:** no fever, not feeling poorly, no recent weight gain, no chills, not feeling tired and no recent weight loss.
**Eyes:** no eye pain, no eyesight problems, no dryness of the eyes, eyes not red and no purulent discharge from the eyes.
**ENT:** no nosebleeds, no sore throat, no hearing loss, no nasal discharge and no hoarseness.
**Cardiovascular:** <u>chest pain</u>, but as noted in HPI, the heart rate was not slow, no intermittent leg claudication, the heart rate was not fast and no lower extremity edema.
**Respiratory:** <u>shortness of breath</u>, but as noted in HPI, no cough, no orthopnea, no wheezing and no PND.
**Gastrointestinal:** no abdominal pain, no nausea, no vomiting, no constipation and no diarrhea.
**Genitourinary:** no dysuria and no incontinence.
**Musculoskeletal:** no arthralgias, no joint swelling, no myalgias and no joint stiffness.
**Integumentary:** no rashes, no itching, no skin lesions and no skin wound.
**Neurological:** no headache, no numbness, no confusion, no dizziness, no convulsions, no fainting and no difficulty walking.

*Patient:* **JOANN FONZONE 1**     *Encounter:* **04/21/2017 9:00AM**     *MRN:* **HNE62239039**

Psychiatric: no anxiety, no sleep disturbances and no depression.
Hematologic/Lymphatic: no tendency for easy bleeding and no tendency for easy bruising.

## Active Problems
1. Aortic ectasia (447.70) (I77.819)
2. Arthritis (716.90) (M19.90)
3. Atypical chest pain (786.59) (R07.89)
4. Exertional shortness of breath (786.05) (R06.02)
5. Hearing problem (V41.2) (H91.90)
6. Mitral valve prolapse (424.0) (I34.1)
7. Paroxysmal atrial fibrillation (427.31) (I48.0)

## Past Medical History
1. History of fracture of rib (V15.51) (Z87.81)
2. History of Seizures (780.39) (R56.9)
**Active Problems And Past Medical History Reviewed:**
The active problems and past medical history were reviewed and updated today.

## Surgical History
1. History of Laminectomy Lumbar
**Surgical History Reviewed:**
The surgical history was reviewed and updated today.

## Family History
**Mother**
1. Family history of hypertension (V17.49) (Z82.49)
2. Family history of High cholesterol
**Father**
3. Family history of coronary artery disease (V17.3) (Z82.49)
4. Family history of diabetes mellitus (V18.0) (Z83.3)
5. Family history of hypertension (V17.49) (Z82.49)
6. Family history of sudden cardiac death (SCD) (V17.41) (Z82.41)
**Family History**
7. Family history of arthritis (V17.7) (Z82.61)
8. Family history of cerebrovascular accident (CVA) (V17.1) (Z82.3)
**Family History Reviewed:**
The family history was reviewed and updated today.

## Social History
- Exercise: Walking
- Former smoker (V15.82) (Z87.891)
- No drug use
- Social alcohol use (Z78.9)
**Social History Reviewed:** The social history was reviewed and updated today.

## Current Meds
1. Digoxin 125 MCG Oral Tablet; take 1 tablet by mouth every day;
   Therapy: 29Apr2016 to (Evaluate:05May2017)  Requested for: 06Mar2017; Last Rx:06Mar2017 Ordered
2. Eliquis 5 MG Oral Tablet; TAKE 1 TABLET BY MOUTH TWO TIMES DAILY;
   Therapy: 11Apr2016 to (Evaluate:05May2017)  Requested for: 06Mar2017; Last Rx:06Mar2017 Ordered
3. Multi-Vitamin Oral Tablet; TAKE 1 TABLET DAILY;
   Therapy: (Recorded:21Apr2017) to Recorded
4. Propafenone HCl ER 325 MG Oral Capsule Extended Release 12 Hour; TAKE 1 CAPSULE EVERY 12 HOURS;
   Therapy: 11Apr2016 to (Evaluate:03May2017)  Requested for: 04Mar2017; Last

*Patient:* **JOANN FONZONE 1**   *Encounter:* **04/21/2017 9:00AM**   *MRN:*
**HNE62239039**

Rx:04Mar2017 Ordered
**Medication List Reviewed:**
The medication list was reviewed and updated today.

## Allergies
1. Codeine Derivatives
   Nausea; Updated By: Lora, Paola; 4/21/2017 8:51:50 AM
2. Penicillins
   Unknown Allergic Reaction; Updated By: Lora, Paola; 4/21/2017 8:51:50 AM

## Vitals
## Vital Signs

|  | Recorded: 21Apr2017 08:51AM |  |
|---|---|---|
| Heart Rate | 76 |  |
| Respiration | 12 |  |
| Systolic | 122, RUE | 122, LUE |
| Diastolic | 76, RUE | 78, LUE |
| Height | 5 ft 6 in |  |
| Weight | 120 lb |  |
| BMI Calculated | 19.37 |  |
| BSA Calculated | 1.61 |  |
| O2 Saturation | 99 |  |

## Physical Exam

**Constitutional**
General appearance: No acute distress, well appearing and well nourished.
**Eyes**
Conjunctiva and lids: No erythema, swelling or discharge.
**Ears, Nose, Mouth, and Throat**
Lips, teeth, and gums: Normal, good dentition.
Oropharynx: Normal with no erythema, edema, exudate or lesions.
**Neck**
Jugular veins: Normal.
**Pulmonary**
Respiratory effort: No increased work of breathing or signs of respiratory distress.
Auscultation of lungs: Clear to auscultation.
**Cardiovascular** Peripheral vascular exam: Normal.
Palpation of heart: Normal PMI, no thrills.
Auscultation of heart: Normal rate and rhythm, normal S1 and S2, no murmurs.
Examination of extremities for edema and/or varicosities: Normal.
**Abdomen**
Abdomen: Non-tender, no masses.
**Musculoskeletal**
Back: Normal.
Gait and station: Normal.
Inspection/palpation of digits and nails: Normal without clubbing or cyanosis.
Muscle strength/tone: Normal.
**Skin**
Skin and subcutaneous tissue: Normal without rashes or lesions.
Palpation of skin and subcutaneous tissue: Normal turgor.
**Psychiatric**
Orientation to person, place and time: Normal.
Mood and affect: Normal.

*Patient:* **JOANN FONZONE 1**          *Encounter:* **04/21/2017 9:00AM**          *MRN:*
**HNE62239039**

**Results/Data**
   **Diagnostic Studies Reviewed:**
   **CT Scan Review** CT chest w contrast 3/16/2017

   LUNGS: Lungs are clear. There is no tracheal or endobronchial lesion.

   PLEURA: Unremarkable.

   HEART/GREAT VESSELS: Heart is normal size. Supravalvular ascending aorta measures 3.5 cm and that the level of the right main pulmonary artery measures 3.5 cm.

   MEDIASTINUM AND HILA: Unremarkable.

   CHEST WALL AND LOWER NECK: Unremarkable.

   VISUALIZED STRUCTURES IN THE UPPER ABDOMEN: Indeterminate hypodense lesions in the right lobe of liver the largest measuring 1.2 cm.

   OSSEOUS STRUCTURES: Multiple old healed left rib fractures. No acute fracture. No destructive osseous lesion.

**Signatures**
Electronically signed by : Cheryl Ann Lugiano, PAC; Apr 21 2017  9:33AM EST          (Author)
Electronically signed by : Cheryl Ann Lugiano, PAC; Apr 21 2017  9:35AM EST          (Author)
Electronically signed by : J. Raymond Fitzpatrick, M.D.; Apr 21 2017 10:21AM EST          (Author)


*********************** IMPORTANT INFORMATION ABOUT YOUR MEDICATIONS *************************

Please carefully review your medication list after each visit to verify that the list is accurate and up to date. Please call our office if there are medications missing from the list, medications on the list that you are not currently taking, or there is a dosage or instruction that is different from how you are taking a medication. Thank you for being involved in helping to keep your record current and accurate.

***********************************************************************************************

PATIENT ACCESS TO YOUR HEALTH RECORD

St. Luke's Physician Group has a new online service that connects you to your health information through eVantageHealth. This is a secure, user-friendly personal health record with tools and resources you can use to better manage your health and coordinate care. This free service is provided by eVantageHealth.

For information on how to log on and start using this service, please call 484-526-8893 or log into www.evantagehealth.com and follow the instructions.

Fonzone, Jo Ann (MR # 00194191)                               Encounter Date: 05/26/2016

---

**Jo Ann Fonzone**                        Description: **57 year old female**
**5/26/2016 3:00 PM   Office Visit**        Provider: **Andres Zirlinger, MD**
MRN: 00194191                             Department: **Cc Lvpg Pulm Med**

| Diagnoses | Reason for Visit |
|---|---|
| **Shortness of breath**  - Primary<br>ICD-10-CM: R06.02<br>ICD-9-CM: 786.05 | **Consult**<br>**Shortness of Breath** |
| **SOB (shortness of breath)**<br>ICD-10-CM: R06.02<br>ICD-9-CM: 786.05 | **Chest Pain**<br>Reason for Visit History |
| **Other chest pain**<br>ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | |
| **Restrictive lung disease**<br>ICD-10-CM: J98.4<br>ICD-9-CM: 518.89 | |
| **Liver lesion**<br>ICD-10-CM: K76.9<br>ICD-9-CM: 573.8 | |

### Vitals

Most recent update: 5/26/2016  2:46 PM
by Sonia E Flores, MA

| BP | Pulse | Resp | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 130/90 mmHg | 72 | 18 | 1.676 m (5' 6") | 54.885 kg (121 lb) | 19.54 kg/m2 |

| SpO2 | OB Status | Smoking Status | | | |
|---|---|---|---|---|---|
| 97% | Postmenopausal | Former Smoker | | | |

### Notes

**Progress Notes by Andres Zirlinger, MD at 5/26/2016  2:57 PM**

| Author: | Andres Zirlinger, MD | Author Type: | Physician | Filed: | 5/26/2016  3:47 PM |
|---|---|---|---|---|---|
| Note Status: Signed | | Cosign: | Cosign Not Required | Note Time: | 5/26/2016  2:57 PM |
| Editor: | Andres Zirlinger, MD (Physician) | | | | |

**Subjective:**

HPI

The patient is here for evaluation of SOB. States that she has been SOB since 2005 but over the past 6 months it has been worse.

She states that the shortness of breath occurs with one or 2 blocks or climbing one or 2 flights of stairs. Sometimes she is woken up in the middle of the night because of shortness of breath. She denies any cough or sputum production. No hemoptysis. She does have some chest pain which has been happening since October of 2010 after she had some chest trauma. At that point she did have flail chest with multiple rib fractures. She suffered assaults twice (2005 and 2010) and had fractures at that time.

Encounter Date: 05/26/2016

Fonzone, Jo Ann (MR # 00194191)

She does have chest pain since 2010 - substernal. Sometimes it wakes her up. Rest helps. Sitting at her computer causes a lot of discomfort.

No acid reflux History. No trouble swallowing or eating. Appetite has been OK. Weight steady.

He denies any wheezing.

The patient had been told she had asthma but she has not had any asthma symptoms for 35 years. She does have some allergy injections in the past.

The patient has quit smoking multiple years ago.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative for chills.
HENT: Negative for postnasal drip and sore throat.
Vision: Negative for eye discharge.
Respiratory:
    **See HPI**

Cardiovascular: Negative for palpitations.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative for heat intolerance.
Genitourinary:  Negative for dysuria.
Musculoskeletal:
    **No new joint ache**
Skin:
    **No new rash**
Neurological: Negative for dizziness.
Hematological: Negative for adenopathy.
Mental Health: Negative for sleep disturbance.

Objective:
BP 130/90 mmHg | Pulse 72 | Resp 18 | Ht 1.676 m (5' 6") | Wt 54.885 kg (121 lb) | BMI 19.54 kg/m2 | SpO2 97%
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Atraumatic.
Mouth/Throat: No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light.
Neck: No JVD present.
Cardiovascular: Regular rhythm.
Pulmonary/Chest: Breath sounds normal. She has no wheezes.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: She exhibits no edema.
Lymphadenopathy:

Fonzone, Jo Ann (MR # 00194191)

Encounter Date: 05/26/2016

She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is dry.
Psychiatric: She has a normal mood and affect.

## Assessment/Plan

**SOB (shortness of breath)**
I personally reviewed the CT of the chest that was performed on the 21st of this month. There is very mild atelectasis at the bases and potentially very mild lung scarring which is probably related to the prior lung contusions. Otherwise the lung parenchyma is normal.
I personally reviewed the spirometry that was done today. It reveals a potential mild to moderate restrictive ventilatory defect.

The shortness of breath is most likely related to the restrictive ventilatory defect which is most likely related to prior multiple fractures in the sternum and ribs. There is no interstitial lung disease to speak of. Other reasons of the shortness of breath are significantly less likely. I have recommended the following

1. Obtain a full pulmonary function testing for further evaluation.
2. If it is okay by the primary care physician and cardiology team, start an exercise program.

**Restrictive lung disease**
I reviewed this problem throughout the rest of the note. Please refer to the other assessments for details.

**Other chest pain**
The chest pain is probably musculoskeletal. There is nothing to suggest pleural disease causing the pain. Another consideration should be silent gastroesophageal reflux. At trial of a PPI might be worth it.

**Liver lesion**
On the CAT scan of the chest, there appears to be a liver lesion that is most likely consistent with a hemangioma. However, I will allow the patient's primary care physician to determine if any further imaging like MRI or ultrasound is needed and whether a consultation with the gastroenterologist is needed at this point in time or not.

**Assessment & Plan Note by Andres Zirlinger, MD at 5/26/2016  3:46 PM**

| Author: | Andres Zirlinger, MD | Author Type: | Physician | Filed: | 5/26/2016  3:46 PM |
|---|---|---|---|---|---|
| Note Status: | Written | Cosign: | Cosign Not Required | Note Time: | 5/26/2016  3:46 PM |
| Problem: | Liver lesion | | | | |
| Editor: | Andres Zirlinger, MD (Physician) | | | | |

Fonzone, Jo Ann (MR # 00194191)

Encounter Date: 05/26/2016

On the CAT scan of the chest, there appears to be a liver lesion that is most likely consistent with a hemangioma. However, I will allow the patient's primary care physician to determine if any further imaging like MRI or ultrasound is needed and whether a consultation with the gastroenterologist is needed at this point in time or not.

### Assessment & Plan Note by Andres Zirlinger, MD at 5/26/2016  3:46 PM

| Author: | Andres Zirlinger, MD | Author Type: | Physician | Filed: | 5/26/2016  3:46 PM |
|---|---|---|---|---|---|
| Note Status: Written | | Cosign: | Cosign Not Required | Note Time: | 5/26/2016  3:46 PM |
| Problem: | Other chest pain | | | | |
| Editor: | Andres Zirlinger, MD (Physician) | | | | |

The chest pain is probably musculoskeletal. There is nothing to suggest pleural disease causing the pain. Another consideration should be silent gastroesophageal reflux. At trial of a PPI might be worth it.

### Assessment & Plan Note by Andres Zirlinger, MD at 5/26/2016  3:45 PM

| Author: | Andres Zirlinger, MD | Author Type: | Physician | Filed: | 5/26/2016  3:45 PM |
|---|---|---|---|---|---|
| Note Status: Written | | Cosign: | Cosign Not Required | Note Time: | 5/26/2016  3:45 PM |
| Problem: | Restrictive lung disease | | | | |
| Editor: | Andres Zirlinger, MD (Physician) | | | | |

I reviewed this problem throughout the rest of the note. Please refer to the other assessments for details.

### Assessment & Plan Note by Andres Zirlinger, MD at 5/26/2016  3:45 PM

| Author: | Andres Zirlinger, MD | Author Type: | Physician | Filed: | 5/26/2016  3:45 PM |
|---|---|---|---|---|---|
| Note Status: Written | | Cosign: | Cosign Not Required | Note Time: | 5/26/2016  3:45 PM |
| Problem: | SOB (shortness of breath) | | | | |
| Editor: | Andres Zirlinger, MD (Physician) | | | | |

I personally reviewed the CT of the chest that was performed on the 21st of this month. There is very mild atelectasis at the bases and potentially very mild lung scarring which is probably related to the prior lung contusions. Otherwise the lung parenchyma is normal.
I personally reviewed the spirometry that was done today. It reveals a potential mild to moderate restrictive ventilatory defect.

The shortness of breath is most likely related to the restrictive ventilatory defect which is most likely related to prior multiple fractures in the sternum and ribs. There is no interstitial lung disease to speak of. Other reasons of the shortness of breath are significantly less likely. I have recommended the following

1. Obtain a full pulmonary function testing for further evaluation.
2. If it is okay by the primary care physician and cardiology team, start an exercise program.

No pregnancy episode available.

Fonzone, Jo Ann (MR # 00194191) DOB: 07/19/1958 Printed at 6/27/16 1:38 PM

Page 4 of 6

Fonzone, Jo Ann (MR # 00194191)

Encounter Date: 05/26/2016

## Infusion Orders

No relevant orders to display.

## Orders Placed This Encounter

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|
| DIFFUSION CAPACITY [PFT26 Custom] | As directed | 5/26/2017 |
| LUNG VOLUMES [PFT20 Custom] | As directed | 5/26/2017 |
| SIX MINUTE WALK [PFT22 Custom] | As directed | 5/26/2017 |
| SPIROMETRY BEFORE/AFTER [PFT17 Custom] | As directed | 5/26/2017 |

**Results are available for this encounter**

## Level of Service

**PR OFFICE OUTPATIENT NEW 60 MINUTES [99205]**

## Follow-up and Disposition

Return in about 3 months (around 8/26/2016) for PFTs before next visit.

Routing History

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Billing Provider | Modifiers | Qty |
|---|---|---|---|---|---|---|
| 99205 | PR OFFICE OUTPATIENT NEW 60 MINUTES | 5/26/2016 | Andres Zirlinger, MD | Andres Zirlinger, MD | 25 | 1 |
| | Dx: Shortness of breath [R06.02], Other chest pain [R07.89], Other disorders of lung [J98.4], Liver disease, unspecified [K76.9] | | | | | |
| 94010 | PR BREATHING CAPACITY TEST | 5/26/2016 | Andres Zirlinger, MD | Andres Zirlinger, MD | | 1 |
| | Dx: Shortness of breath [R06.02] | | | | | |
| G8510 | PR PT INELIG NEG SCRN DEPRES | 5/26/2016 | Andres Zirlinger, MD | Andres Zirlinger, MD | | 1 |
| | Dx: Shortness of breath [R06.02] | | | | | |

## All Flowsheet Templates (all recorded)

Custom Formula Data
Encounter Vitals
Vitals Reassessment

## Chart Reviewed By

**Wendy J Rush-Spinosa, MD** on 5/26/2016  6:52 PM

Fonzone, Jo Ann (MR # 00194191)

Encounter Date: 05/26/2016

## Chart Review Routing History

No encounter routing history is on file

## Letter Routing History

There are no sent or routed communications associated with this encounter.

## Referring Provider

Wendy J Rush-Spinosa, MD

## Chart Reviewed By

Wendy J Rush-Spinosa, MD  on 5/26/2016  6:52 PM

## BestPractice Advisories

Click to view BestPractice Advisory history

## Scanned Documentation

### Encounter-Level Documents:

There are no encounter-level documents.

### AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 5/26/2016  3:48 PM | AVS - Outpatient | Printed | Wendy R Young |

### Other Encounter Related Information

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires

### Message Routing History

| Priority | Sent On | From | To | Last Action | Message Type |
|---|---|---|---|---|---|
| | 5/26/2016  3:47 PM | Andres Zirlinger, MD | Wendy J Rush-Spinosa, MD | Done at 5/26/2016 6:52 PM | CC'd Charts |

 **Lehigh Valley Health Network**
A PASSION FOR BETTER MEDICINE®

Performing Department:

250 CETRONIA RD, STE
101ALLENTOWN PA 18104
610-674-4940

Age:
57 year old
Patient Location:

DOB:
7/19/1958
MRN:
00194191

Name:
Fonzone, Jo Ann
Address:
2242 W TILGHMAN ST APT C1
ALLENTOWN PA 18104-4392

Account Number:
605074078
Accession Number:
80633084

Attending Provider:

PCP:
Rush-Spinosa, Wendy J
Exam Time:
05/20/2016  2:00 PM

Ordering Physician:
Wendy J Rush-Spinosa
CC:

Transcribed Date and Time:

Procedures Performed:
CT CHEST W CONTRAST

Signs and Symptoms:
SOB (shortness of
breath)<br />Other
chest pain<br />Sternal
pain

Reason for Exam:

Clinical History: Shortness of breath, other chest pain, sternal pain. Painful
inspiration for 6 months.

Comparison: No previous chest CT.

Comment: CT of the chest was performed after the administration of 75 cc of
Omnipaque 350 intravenous contrast.

Minimal linear subsegmental ectasis or scarring at the left lung base. No
pulmonary parenchymal mass or focal consolidation. No pleural effusion or

pneumothorax. Central airways are patent.

No intrathoracic adenopathy. Heart normal in size, with no pericardial effusion. Thoracic aorta normal in caliber.

1.3 x 1.1 cm low-density lesion within the right posterior segment of the liver medially (centered on image 15, series 2) with suggestion of subtle nodular peripheral enhancement is indeterminate on this exam but can represent a hemangioma. Comparison with previous studies or a nonemergent contrast-enhanced abdominal MRI can be performed for confirmation. Remainder of the upper abdominal images are grossly unremarkable.

Mild degenerative changes within the thoracic spine.

IMPRESSION:
Impression:
1. No acute abnormality within the chest.
2. 1.3 x 1.1 cm low-density lesion within the right posterior segment of liver medially which is indeterminate but probably represents a small hemangioma as described.


Signed By:  J Christopher Martucci, MD on 5/21/2016 10:12 AM
Dictated by: MARTUCCI, J CHRISTOPHER on Sat May 21, 2016 10:12:04 AM EDT

00194191



LEHIGH VALLEY
# CARDIOLOGY
A S S O C I A T E S

Robert R. Biggs, D.O., F.A.C.C., F.A.C.O.I.
Kenneth P. Skorinko, M.D., F.A.C.C., F.S.C.A.I.
John A. Mannisi, M.D., F.A.C.C., F.S.C.A.I.
Anthony M. Urbano, M.D., F.A.C.C., F.S.C.A.I.
Praveer Jain, M.D., F.A.C.C.
George A. Persin, D.O., F.A.C.C.
Nadeem V. Ahmad, M.D., F.A.C.C.
Deborah W. Sundlöf, D.O., F.A.C.C.
Kenneth A. Bernhard, M.D., F.A.C.C., F.A.C.P.
Anil Gupta, M.D., F.A.C.C., F.S.C.A.I.
Hari P. Joshi, M.D.
Karthik Sheka, M.D.
Patricia Rylko, M.D., F.A.C.C.
Kelly Pompa, C.R.N.P.
Jana Dieterich, PA-C

December 14, 2010

Wendy Rush-Spinosa, M.D.
Heritage Family Practice
2901 Hamilton Boulevard
Suite 100
Allentown, PA 18104

RE:  Fonzone, Joann
DOB:  7/19/1958

Dear Dr. Rush-Spinosa:

On 12/14/10 Joann Fonzone was seen in our Bethlehem office.  Miss Fonzone is
a 52 year old attorney with chief complaint of palpitations.  Recent 24 hour
holter monitor despite many of her symptoms including palpitations and
atypical chest discomfort were entirely within normal limits.  She refused
regular stress testing.  Her chest pain is described as a pressure sensation,
non-exertional and has been lasting for days.  She has had multiple episodes
of chest trauma including motor vehicle accidents in the distant past.  She
had run in with a police officer that resulted in her being hit in the chest
with a stick approximately two months ago.  She has a history of mitral valve
prolapse as defined by Dr. Olax and Dr. Markson in the past.  Her chief
complaint today is significant headache which she has had for two weeks.  She
has h/o migraine headaches.  She also had a h/o seizure disorder and did have
a seizure two months ago.

Social history: former smoker and stopped one year ago.

Family history: strong family h/o myocardial infarction.  Her father had MI at
age 58.

Past medical/surgical history and ROS: unchanged from Dr. Jain's letter
9/10/10.  She had back surgery X2, rib fractures and sternal fractures.

PHYSICAL EXAM: The patient is a well oriented x 3, 51-year-old white female
in no acute distress.  Blood pressure, right arm, sitting is 102/62.  Heart
rate is 86 and regular.  The patient is 5'6" tall, 150 pounds.
Respirations: 15 per minute.  HEENT: No jugular venous distention at 45°.
Carotids are +3 and equal, bilaterally, without bruits.  There is no
conjunctival pallor or petechiae.  Mucosal membranes are well hydrated.
Lungs are clear.  Cardiac: $S_1$ and $S_2$.  There is an $S_4$.  In supine and standing
position there was a mid systolic click which moved toward the first heart
sound with standing position.  Grade I-II systolic murmur noted as well.
Abdomen is soft and nontender.  No masses and no hepatosplenomegaly.





2649 Schoenersville Road, Suite 301,          2200 Hamilton Street, Suite 214,

RE:   Fonzone, Joanne
DOB:  7/19/58
12/10/10
Page 2

Physical exam: she appeared agitated. HR:130 bpm.   BP: 130/82 mm Hg. Afebrile.
Respiration rate 16/min. HEENT: Normocephalic and atraumatic.  Pupils are
equal, round and react to L&A.   Neck: No JVD or thyromegaly.  Chest was
entirely clear to auscultation and percussion. Heart: $S_1$ and $S_2$ regular.
Abdomen was soft, obese.  Bowel sounds present.  Extremities: No cyanosis,
clubbing or edema.  Neuro: Non-focal.

Her 12 lead electrocardiogram shows sinus rhythm and is completely normal.
Echocardiogram was done at Lehigh Valley Hospital Center which shows normal LV
size and systolic function, mild mitral regurgitation.

Assessment and plan:
1.   Chest pain - likely related to trauma to the chest previously.
     However, given her strongly positive family history, I would
     recommend a regular stress test for her. Due to her palpitations, she
     will have a 24 hour holter monitor. A TSH should also be obtained.
     She will then return to my office for follow visit.
2.   Positive family history of premature atherosclerosis.
3.   H/O trauma to the chest wall.
4.   Mild mitral regurgitation.
5.   S/P back surgery.
6.   Social stress.
7.   Penicillin/codeine allergy.

We will keep you apprised of her progress, meanwhile if you have any questions
regarding this patient's care please do not hesitate to contact us at any
time.  Thank you very much for referring this patient to us.

Sincerely,

Praveer Jain, M.D.,FACC
PJ/dm

M LVPG VASC SURG
2649 SCHOENERSVILLE RD
BETHLEHEM PA 18017-7316

FONZONE,JO ANN C
MRN: 00194191
DOB: 7/19/1958, Sex: F
Enc. Date: 12/12/17

**Scheduled Visit Time**

| | Provider | Department |
|---|---|---|
| 12/12/2017 8:30 AM | Bengt L Ivarsson, MD | M Lvpg Vasc Surg |

**Reason for Visit**

(R) UE numbness/weakness

**Diagnoses**

| | Comments |
|---|---|
| Cervical radiculopathy   - Primary | |

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 12/12/17 0844 | 94/64 Comment: (R) | JF | 12/12/17 0843 | Current |
| 12/12/17 0843 | 104/64 Comment: (L) | JF | 12/12/17 0843 | Current |
| Pulse | | | | |
| 12/12/17 0844 | 88 | JF | 12/12/17 0843 | Current |
| Resp | | | | |
| 12/12/17 0844 | 16 | JF | 12/12/17 0843 | Current |
| Weight | | | | |
| 12/12/17 0844 | 49 kg (108 lb) | JF | 12/12/17 0843 | Current |
| Height | | | | |
| 12/12/17 0844 | 1.676 m (5' 6") | JF | 12/12/17 0843 | Current |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| JF | 12/07/17 - | Janet M Fischer, LPN | Licensed Nurse | -- |

**Progress Notes**

Version 1 of 1

**Progress Notes by Bengt L Ivarsson, MD at 12/12/2017  8:40 AM**

Author:  Bengt L Ivarsson, MD
Filed:  12/13/2017  6:12 PM
Editor:  Bengt L Ivarsson, MD (Physician)

Service:  (none)
Encounter Date:  12/12/2017

Author Type:  Physician
Status:  Signed

**Subjective:**

Jo Ann C Fonzone is a 59 y.o. female who presents today for evaluation for possible thoracic outlet syndrome. She reports right arm, neck, head, and chest trauma 7 years ago secondary to "I was a crime victim" and "being thrown against a wall", at which time she first developed intermittent right arm coolness, weakness, numbness, and "blue" discoloration. Her symptoms have progressively worsened since that time. A CT scan of the cervical spine completed 4/12/2017 revealed multiple levels of cervical radiculopathy.  She then underwent cervical spine surgery (C5-C6-C7) on July 20, 2017 which improved her neck pain. She denies improvement of right arm symptoms after her cervical spine surgery. She is right handed.

She also has a history of 2 lumbar laminectomies "years ago," for L4-L5-S1 and L3-L4 herniations. Her "sciatica" symptoms improved following these procedures.

She is a former "light" smoker and quit "12 years ago." She is an attorney; however, her job is severely disrupted due to her symptoms. She takes Eliquis daily in setting atrial fibrillation.

A right upper extremity ultrasound completed 10/30/2017 at Coordinated Health shows no evidence of DVT or SVT.

M LVPG VASC SURG
2649 SCHOENERSVILLE RD
BETHLEHEM PA 18017-7316

FONZONE,JO ANN C
MRN: 00194191
DOB: 7/19/1958, Sex: F
Enc. Date: 12/12/17

**Progress Notes (continued)**

Progress Notes by Bengt L Ivarsson, MD at 12/12/2017  8:40 AM (continued)                                    Version 1 of 1

A right upper extremity arterial Duplex evaluation performed 12/11/17 revealed no evidence of significant arterial occlusive disease, and did not reveal any evidence of thoracic outlet compressive phenomena, bilaterally. This study was discussed in detail with the patient.

I have advised her that her most likely diagnosis is right brachial plexopathy +/- right cervical radiculopathy.

Review of Systems
Constitutional: Negative for chills and fever.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Musculoskeletal: Positive for joint pain, muscle weakness and muscle aches.
Skin: Negative for open sores.
Neurological: Negative for confusion.
Mental Health: Negative for behavioral problems and agitation.

**Medical / Surgical / Family / Social History**
*The following portions of the patient's history were reviewed and updated as appropriate.*

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | 10/06/10 |
| • Atrial fibrillation (HCC) | 10/06/10 |
| • Cervical radiculopathy | 10/06/10 |
| • Concussion | 10/06/10 |
| • Paroxysmal atrial fibrillation (HCC) | 7/16/2013 |
| • PBA (pseudobulbar affect) | 10/06/10 |
| • Pericardial effusion | 03/18/13 |
| • PTSD (post-traumatic stress disorder) | 10/06/10 |
| • Shoulder pain, right | 10/06/10 |
| • Subdural hematoma (HCC) | 08/03/1993 |
| • Thoracoabdominal aortic aneurysm (TAAA) without rupture (HCC) | 03/03/13 |
| • TOS (thoracic outlet syndrome) | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BACK SURGERY | | 12/15/85 |
| • CERVICAL DISCECTOMY | | 07/2017 |
| • LAMINECTOMY | | 12/15/91 |

Family History:

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • Heart disease | Father | |
| • Heart attack | Father | |
| • Diabetes | Father | |
| • No Known Problems | Brother | |

Generated by 9954 at 12/14/17  8:13 AM

M LVPG VASC SURG
2649 SCHOENERSVILLE RD
BETHLEHEM PA 18017-7316

FONZONE,JO ANN C
MRN: 00194191
DOB: 7/19/1958, Sex: F
Enc. Date: 12/12/17

---

**Progress Notes (continued)**

Progress Notes by Bengt L Ivarsson, MD at 12/12/2017 8:40 AM (continued)                           Version 1 of 1

## Social History
Substance Use Topics
- Smoking status:                    Former Smoker
    Packs/day:                       0.25
    Quit date:                       2/1/2006
- Smokeless tobacco:                 Never Used
        Comment: very light smoker
- Alcohol use                        Yes   (rarely)
        Comment: on occ

## Medications:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 mg tab | Take 5 mg by mouth 2 (two) times a day. | | |
| • digoxin (LANOXIN) 125 mcg tablet | Take 1 tablet (0.125 mg total) by mouth daily. | 90 tablet | 3 |
| • gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times a day. (Patient taking differently: Take 300 mg by mouth nightly. ) | 90 capsule | 3 |
| • ibuprofen (ADVIL,MOTRIN) 200 MG tablet | Take 200 mg by mouth as needed. | | |
| • multivitamin no.44-vit D3-K (SOFTGELS MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap | Take 1 tablet by mouth daily. | | |
| • propafenone (RYTHMOL SR) 325 MG 12 hr capsule | Take 1 capsule (325 mg total) by mouth 2 (two) times a day. | 60 capsule | 5 |
| • PSYLLIUM SEED, WiTH DEXTROSE, (FIBER ORAL) | Take 2 tablets by mouth daily. | | |

No current facility-administered medications for this visit.

**Objective:**
BP 94/64 Comment: (R) | Pulse 88 | Resp 16 | Ht 1.676 m (5' 6") | Wt 49 kg (108 lb) | BMI 17.43 kg/m2
Physical Exam
Constitutional: She is oriented to person, place, and time.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: No JVD present. No thyromegaly present.

Generated by 9954 at 12/14/17  8:13 AM

M LVPG VASC SURG
2649 SCHOENERSVILLE RD
BETHLEHEM PA 18017-7316

FONZONE,JO ANN C
MRN: 00194191
DOB: 7/19/1958, Sex: F
Enc. Date: 12/12/17

---

### Progress Notes (continued)

Progress Notes by Bengt L Ivarsson, MD at 12/12/2017  8:40 AM (continued)　　　　　Version 1 of 1

Cardiovascular: Normal rate and regular rhythm.
Pulses:
　　Radial pulses are 2+ on the right side, and 2+ on the left side.
　　Dorsalis pedis pulses are 2+ on the right side, and 2+ on the left side.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
　She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. A sensory deficit **(There is slight decreased right hand sensation to light touch, present at rest.)** is present. No cranial nerve deficit.
Skin: Skin is warm and dry. No rash noted. No erythema.
Psychiatric: She has a normal mood and affect. Her behavior is normal.

When posturing both arms in externally rotated and abducted position, she developed immediate onset right shoulder/triceps pain (exacerbation of resting discomfort). No pallor or change in coloration of the hands in this posture was noted, bilaterally. I did not find a position in which she lost the radial pulse, bilat. This in-office testing is not supportive of TOS.

### Assessment/Plan:

1. **Right cervical radiculopathy and/or right brachial plexopathy**
2. **Multilevel cervical spine DJD**
3. **Work-up/hx not supportive of TOS**
4. **Hx trauma "7 years ago" contemporaneous with symptom onset**

Follow-up prn with Dr. Ivarsson
Activity as per orthopedic surgery

### Attestations:

Scribe Attestation: By signing my name below, I, Taylor Iobst, attest that this documentation has been prepared under the direction and in the presence of Bengt L Ivarsson, MD.
Electronically signed: Taylor Iobst (Scribe). 12/12/2017. 9:14 AM.

Physician Attestation: I, Bengt L Ivarsson, MD, personally performed the services described in this documentation. All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and discharge instructions (if applicable) and agree that the record reflects my personal performance and is accurate and complete. Bengt L Ivarsson, MD. 12/13/2017. 5:57 PM.

Electronically signed by Bengt L Ivarsson, MD at 12/13/2017  6:12 PM

---

**Orders**
No orders found

Generated by 9954 at 12/14/17  8:13 AM　　　　　　　　　　　　　　　　　　　Page 4

M LVPG VASC SURG
2649 SCHOENERSVILLE RD
BETHLEHEM PA 18017-7316

FONZONE,JO ANN C
MRN: 00194191
DOB: 7/19/1958, Sex: F
Enc. Date: 12/12/17

## Medications Reviewed This Visit

Reviewed by Janet M Fischer, LPN (Licensed Nurse) on 12/12/17 at 0845

| Medication | Order | Taking? | Sig | Documenting Provider | Last Dose | Status |
|---|---|---|---|---|---|---|
| apixaban (ELIQUIS) 5 mg tab | 10202197 17 | Yes | Take 5 mg by mouth 2 (two) times a day. | Historical Provider, MD | Taking | Active |
| digoxin (LANOXIN) 125 mcg tablet | 10563871 39 | Yes | Take 1 tablet (0.125 mg total) by mouth daily. | Sean Pansy, MD | Taking | Active |
| gabapentin (NEURONTIN) 300 MG capsule | 11049181 13 | Yes | Take 1 capsule (300 mg total) by mouth 3 (three) times a day. Patient taking differently: Take 300 mg by mouth nightly. | Bryan Goldberg MD | Taking | Active |
| ibuprofen (ADVIL,MOTRIN) 200 MG tablet | 10202197 12 | Yes | Take 200 mg by mouth as needed. | Historical Provider, MD | Taking | Active |
| multivitamin no.44-vit D3-K (SOFTGELS MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap | 10202197 19 | Yes | Take 1 tablet by mouth daily. | Historical Provider, MD | Taking | Active |
| propafenone (RYTHMOL SR) 325 MG 12 hr capsule | 10563871 50 | Yes | Take 1 capsule (325 mg total) by mouth 2 (two) times a day. | Sean Pansy, MD | Taking | Active |
| PSYLLIUM SEED, WITH DEXTROSE, (FIBER ORAL) | 10373324 14 | Yes | Take 2 tablets by mouth daily. | Historical Provider, MD | Taking | Active |

## Medical History

| Diagnosis | Date | Comment |
|---|---|---|
| Anxiety | | |
| Atrial fibrillation (HCC) | 10/06/10 | |
| Cervical radiculopathy | | |
| Concussion | 10/06/10 | |
| Paroxysmal atrial fibrillation (HCC) | 7/16/2013 | |
| PBA (pseudobulbar affect) | 10/01/10 | |
| Pericardial effusion | 3/19/13 | |
| PTSD (post-traumatic stress disorder) | 10/06/10 | |
| Shoulder pain, right | 10/06/16 | |
| Subdural hematoma (HCC) | 08/03/1993 | |
| Thoracoabdominal aortic aneurysm (TAAA) without rupture (HCC) | 03/03/14 | |
| TOS (thoracic outlet syndrome) | | |

## Surgical History

| Procedure | Laterality | Date | Comment |
|---|---|---|---|
| BACK SURGERY | | 1985 | |
| CERVICAL DISCECTOMY | | 07/2017 | |
| LAMINECTOMY | | 1991 | |

## Family Medical History as of 12/12/2017

| Problem | Relation | Age of Onset | Comments |
|---|---|---|---|
| Diabetes | Father | | |
| Heart attack | Father | | |
| Heart disease | Father | | |

No known problems for Brother, Mother.

## Social Documentation

No social documentation on file.

## Activities of Daily Living as of 12/12/2017

| | |
|---|---|
| Seat Belt | Yes |
| Exercise | No |
| Blood Transfusions | No |
| Special Diet | No |

**Occupational as of 12/12/2017** Lawyer (disabled by injuries 10/06/10)

**Socioeconomic as of 12/12/2017** Marital Status: Legally Separated since 1993 | Spouse Name: Gary Woods | Num of Children: 0 | Years Education: Juris Doctorate 1986 | Source: Provider

**Jo Ann C Fonzone**
12/12/2017 8:30 AM   Office Visit
MRN: 00194191

Provider: **Bengt L Ivarsson, MD**
Department: LVPG Vascular Surgery -
**Muhlenberg**
Dept Phone: **610-402-9400**

## Your Full Care Plan

### Basic Information

| Date Of Birth | Sex | Race | Ethnicity | Preferred Language | Preferred Written Language |
|---|---|---|---|---|---|
| 7/19/1958 | Female | White or Caucasian | Not Hispanic or Latino | English | English |

### Follow-up Instructions

Return if symptoms worsen or fail to improve.

### Patient Instructions

**Thank you for visiting LVPG Vascular Surgery.**
**Please do not hesitate to call our office with any questions or concerns.**

Follow-up prn with Dr. Ivarsson
Activity as per orthopedic surgery

### Reason for Visit

(R) UE numbness/weakness
Reason for Visit History

### Diagnoses this Visit

| | | Comments |
|---|---|---|
| Cervical nerve root disorder | - Primary | |

### Vital Signs

| Blood Pressure | Pulse | Respirations | Height | Weight | Body Mass Index |
|---|---|---|---|---|---|
| 94/64 | 88 | 16 | 1.676 m (5' 6") | 49 kg (108 lb) | 17.43 kg/m2 |

Smoking Status
Former Smoker

### Your Updated Medication List

| | |
|---|---|
| apixaban (ELIQUIS) 5 mg tab  (Taking) | Take 5 mg by mouth 2 (two) times a day. |
| digoxin (LANOXIN) 125 mcg tablet  (Taking) | Take 1 tablet (0.125 mg total) by mouth daily. |
| gabapentin (NEURONTIN) 300 MG capsule (Taking) | Take 1 capsule (300 mg total) by mouth 3 (three) times a day. |
| ibuprofen (ADVIL,MOTRIN) 200 MG tablet (Taking) | Take 200 mg by mouth as needed. |
| multivitamin no.44-vit D3-K (SOFTGELS MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap  (Taking) | Take 1 tablet by mouth daily. |
| propafenone (RYTHMOL SR) 325 MG 12 hr capsule  (Taking) | Take 1 capsule (325 mg total) by mouth 2 (two) times a day. |
| PSYLLIUM SEED, WITH DEXTROSE, (FIBER ORAL)  (Taking) | Take 2 tablets by mouth daily. |

### Allergies

| | |
|---|---|
| Codeine | Other (See Comments), Nausea and/or vomiting |
| Penicillin | |

**Allergies (continued)**

   Penicillins                                    Other (See Comments), Rash

**Sign Up for MyLVHN**

MyLVHN allows you to send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more. To sign up, go to http://mylvhn.org and click the Create Account button.

Enter your MyLVHN Activation Code exactly as it appears below along with the last four digits of your Social Security Number and your Date of Birth to complete the sign-up process. If you do not sign up before the expiration date, you must request a new code.

      MyLVHN Activation Code: Activation code not generated
      Current MyLVHN Status: Patient Declined

If you have questions, call 1-844-4MY-LVHN (1-844-469-5846) to talk to our MyLVHN staff. Remember, MyLVHN is NOT to be used for urgent needs. For medical emergencies, dial **911**.

It is the policy of the Lehigh Valley Health Network, its wholly owned subsidiaries and healthcare providers to not discriminate on the basis of race, color, national origin, sex, age, gender identity or disability.

- ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-610-402-8000.
- اتصل برقم ٨. تتوافر لك بالمجانىإذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغو: ملحوظة 1-610-402-8000
- CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-610-402-8000.
- 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-610-402-8000。

Fonzone, Jo Ann C (MR # 00194191) DOB: 07/19/1958                    Encounter Date: 03/04/2019

# Fonzone, Jo Ann C

MRN: 00194191

**Office Visit** 3/4/2019        Provider: **Susan K Newhart, CRNP (Neurology)**
LVPG Neurology - 1250 Cedar    Primary diagnosis: **Cervicogenic migraine**
Crest                          Reason for Visit: Injections; Referred by Richard Oravec, MD

## Progress Notes

Susan K Newhart, CRNP (Nurse Practitioner) • Neurology

**Subjective:**

I had the pleasure of seeing Jo Ann C Fonzone for repeat trigger point and auriculotemporal
injections. I last saw her 01/16/2019.
Injections afford her 3 weeks of relief.  She had a bad migraine Monday where she is vomiting.
 Migraine abortive with Compazine + triptan.  She feels the combination is more effective than
triptan.

The following portions of the patient's history were reviewed and updated as appropriate:
allergies, current medications, past family history, past medical history, past social history, past
surgical history and problem list.

**Past Medical History:**

Diagnosis                                              Date
 • Anxiety
 • Atrial fibrillation (HCC)
 • Cervical radiculopathy
 • Concussion
 • Paroxysmal atrial fibrillation (HCC)                7/16/2013
 • PBA (pseudobulbar affect)
 • Pericardial effusion
 • PTSD (post-traumatic stress disorder)
 • Shoulder pain, right
 • Subdural hematoma (HCC)
 • Thoracoabdominal aortic aneurysm (TAAA) without rupture
   (HCC)
 • TOS (thoracic outlet syndrome)

**Past Surgical History:**

Procedure                Laterality Date
 • BACK SURGERY
 • CERVICAL DISCECTOMY             07/2017
 • LAMINECTOMY

**Social History**

Social History
 • Marital status:    **Legally Separated** *since 1993.*
     Spouse name: ~~Gary~~ *Cary Woods*

- Number of
  children:                N/A
- Years of
  education:               N/A

Occupational History
  • Not on file.

Social History Main Topics
- Smoking status:        Former Smoker
    Packs/day:            0.25
    Quit date:           2/1/2006
- Smokeless            Never Used
  tobacco:
- Alcohol use           Yes
          *Comment: on occ*
- Drug use:             No
- Sexual activity:      Not on file

Other Topics          Concern
- Seat Belt            Yes
- Exercise             No
- Blood                No
  Transfusions
- Special Diet         No

Social History Narrative
- No narrative on file

Review of Systems

**Objective:**
 BP 116/68 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult)  | Pulse 74  |
Ht 1.676 m (5' 6")  | Wt 49.4 kg (109 lb)  | BMI 17.59 kg/m²
Neurologic Exam

Mental Status
Attention: normal. Concentration: normal.
Speech: speech is normal
Level of consciousness: alert

Cranial Nerves

CN III, IV, VI
Extraocular motions are normal.

CN VII
Facial expression full, symmetric.

CN VIII
CN VIII normal.

Fonzone, Jo Ann C (MR # 00194191) DOB: 07/19/1958      Encounter Date: 03/04/2019

Gait, Coordination, and Reflexes

Gait
Gait: normal

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal.
Neck: Normal range of motion. Neck supple.
Pulmonary/Chest: Effort normal.
Neurological: Gait normal.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her speech is normal.
Nursing note and vitals reviewed.

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 6.2 | 02/11/2016 |
| HGB | 13.2 | 02/11/2016 |
| HCT | 40.0 | 02/11/2016 |
| MCV | 97 | 02/11/2016 |
| PLT | 352 (H) | 02/11/2016 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| GLUCOSE | 81 | 03/07/2017 |
| BUN | 12 | 03/07/2017 |
| CREATININE | 0.76 | 03/07/2017 |
| CALCIUM | 9.1 | 03/07/2017 |
| NA | 141 | 03/07/2017 |
| K | 4.3 | 03/07/2017 |
| CO2 | 29 | 03/07/2017 |
| CL | 104 | 03/07/2017 |
| ALKPHOS | 69 | 02/11/2016 |
| ALBUMIN | 4.4 | 02/11/2016 |
| BILITOT | 0.4 | 02/11/2016 |
| PROT | 7.6 | 02/11/2016 |
| AST | 19 | 02/11/2016 |
| ALT | 26 | 02/11/2016 |
| ANIONGAP | 8 | 03/07/2017 |
| GFRC | 87 | 03/07/2017 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 172 | 09/06/2013 |
| HDL | 75 | 09/06/2013 |
| LDLCALC | 85 | 09/06/2013 |
| TRIG | 62 | 09/06/2013 |

Fonzone, Jo Ann C (MR # 00194191) DOB: 07/19/1958          Encounter Date: 03/04/2019

**Lab Results**

| Component | Value | Date |
|-----------|-------|------|
| TSH | 3.18 | 09/06/2013 |

No results found for: VITAMINB12
No results found for: VTD

**Results for orders placed during the hospital encounter of 07/01/16**
**MRI ABDOMEN WWO CONTRAST 07/02/2016   Status: Normal  9:38 AM**

*Impression*          Impression:

1. 10 x 10 mm lesion in the posterior segment right hepatic lobe is most consistent with hemangioma. Other etiologies are felt to be unlikely.

**Results for orders placed in visit on 03/17/17**
**CT CHEST W CONTRAST     Status: Normal 12:38 PM**

*Impression*          IMPRESSION: Ectasia of the supravalvular ascending thoracic aorta measuring 3.9 cm. Normal diameter at the level of the right main pulmonary artery measuring 3.5 cm.
Follow -up recommended.
Indeterminate hypodense liver lesions. Liver MRI recommended for further characterization.

**PROCEDURE NOTE: REGIONAL ANESTHETIC PERIPHERAL  NERVE BLOCK**

| BLOCK | LEFT | | RIGHT | | LOCATION |
|-------|------|--|-------|--|----------|
| GON | | | | | Blocked at the occipital supranuclear notch |
| LON | | | | | Blocked at the occipital supranuclear notch |
| ATN | x | | x | | Blocked at the superior posterior zygoma  just anterior the ear on the orbital meatal line |
| SO | | | | | |

Fonzone, Jo Ann C (MR # 00194191) DOB: 07/19/1958    Encounter Date: 03/04/2019

| | | | | | |
|---|---|---|---|---|---|
| ST | | | | | |
| | | | | | |
| IO | | | | | |
| SPG | | | | | | Glassman procedure using the supra-zygomatic approach. |
| | | | | | TX 360 trans nasal |
| MUSCLE | | | | | |
| PARASPINAL | x | | x | | |
| SPLENIUS | | | | | |
| TRAP | x | | x | | |

GON = GREATER OCCIPITAL NERVE
LON = LESSER OCCIPITAL NERVE
AT= AURICULOTEMPORAL NERVE
SO= SUPRAORBITAL NERVE
ST= SUPRATROCHLEAR NERVE
IO= INFRAORBITAL NERVE
SPG= SPHENOPALATINE GANGLION
PARASPINAL= CERVICAL PARASPINOUS MUSCLES
SPLENIUS = SPLENIUS CAPITUS MUSCLE
TRAP= TRAPEZIUS

0.5%  Ropivacaine is used for all blocks , 1.0 CC per AT nerve, using a  30 g needle

PROCEDURE NOTE: MUSCLE TRIGGER POINT INJECTIONS:
Muscle spasm skull base insertion trigger point injections were given to the  trapezius, paraspinus muscles on the RIGHT and LEFT.  0.5% ropivacaine was used , 1 cc per injection site. A total of 4  muscles injected using a 30 gauge 1/2 inch needle.

The patient tolerated the procedure well without undue discomfort or side effect from the injections.The patient was markedly better by the time of her discharge from the office.

**Assessment/Plan:**
**Problem List**

Other
**Cervicogenic headache**
   Current Assessment & Plan
      She was given injections -bilateral AT, splenius, paracervical and trapezius muscles.
      Continue PT, ice/heat, tylenol only for pain.

   Relevant Medications
      *ropivacaine (PF) (NAROPIN) injection 8 mL (Completed)*

**Other Visit Diagnoses**
   **Cervicogenic migraine**   -  Primary

Printed by Randi B Freitas at 4/15/19 12:49 PM                    Page 5 of 7

Fonzone, Jo Ann C (MR # 00194191) DOB: 07/19/1958            Encounter Date: 03/04/2019

Relevant Medications
SUMAtriptan (IMITREX) 25 MG tablet
*ropivacaine (PF) (NAROPIN) injection 6 mL (Completed)*

## Other Notes

📄 Progress Notes from User Epic

## Instructions

📅 Return in about 1 month (around 4/4/2019) for CRNP, PA.

1. You can apply ice to injections sites as needed
2. Continue sumatriptan as needed
3. Follow up in one month for repeat inejctions

After Visit Summary (Printed 3/4/2019)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 116/68 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult) Pulse 74 |
| | Ht 1.676 m (5' 6") Wt 49.4 kg (109 lb) BMI 17.59 kg/m² BSA 1.52 m²   More Vitals |
| Flowsheets: | Custom Formula Data |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Media

Scan on 3/8/2019 9:32 AM by Donna M Fox : CCNE - Procedure Consent Form
Scan on 3/8/2019 9:33 AM by Donna M Fox : CCNE - Financial waiver

## Orders Placed

None

## Medication Changes

As of 3/4/2019 12:51 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: ropivacaine (PF) (NAROPIN) injection 6 mL** | | 3/4/2019 | 3/4/2019 |
| 6 mL by infiltration route one time.  - infiltration | | | |
| **Changed: SUMAtriptan (IMITREX) 25 MG tablet** | 4 | 3/4/2019 | |
| May repeat in 2 hours if unresolved. Do not exceed 200 mg in 24 hours. | | | |
| Previously: TAKE 1 TABLET BY MOUTH AS NEEDED FOR MIGRAINE HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 8 TABLETS A DAY | | | |

Fonzone, Jo Ann C (MR # 00194191) DOB: 07/19/1958          Encounter Date: 03/04/2019

## Medications Administered

ropivacaine HCl/PF 6 mL

## Visit Diagnoses

Cervicogenic migraine G43.809
Cervicogenic headache R51

# PTSD Basics

### By Welovourvets

*Post-Traumatic Stress Disorder* can affect anyone, and it results when you experience a traumatic event too big or too demanding for you to fully process at the time. Your mind tries to find a way to deal with something so stressful and unlikely and tries to understand what happened, and it may be at a level of horror beyond what anyone should experience. It gets locked into the part of the brain that replays it at some level or the rest of that person's life. It's a state of real trauma or an impending threat. At that moment, it totally overwhelms their ability to cope, so often something triggers them back into survival mode. They have no choice or reserve with which to handle it.

PTSD affects millions just in the U.S. alone, along with all those who love them and care about them.

Because the trauma can impact them on every level (physically, emotionally, mentally and spiritually), the manifestations are quite extensive. Some typical symptoms may include flashbacks, intrusive thoughts of the trauma, avoidance, numbing, putting up walls, withdrawal, hyper-vigilance, irritability, easily startled, memory blocks, sudden surges of anger or other emotions, difficulty sleeping, nightmares, fear, depression, anxiety, substance abuse and other addictive behaviors, difficulty keeping a job, relationship problems, and unfortunately sometimes suicide.
(See www.LoveOurVets.org for more information.) They are those who are reacting normally to an abnormal experience.

### PTSD IS NOT:

*Post-Traumatic Stress Disorder* is not a chosen situation, an illness, a temporary condition, nor is it 100% curable. People who struggle with it are not crazy, weak, failures, bad people, nor are they without hope. They can learn to thrive again!

Fonzone, Jo Ann C (MRN 00194191)                    Encounter Date: 10/14/2020

# Fonzone, Jo Ann C

MRN: 00194191

Brian D Philips, CRNP          Progress Notes        Encounter Date: 10/14/2020
Nurse Practitioner             Signed
Specialty: Orthopedics

**This is an established patient to interventional pain management for follow up visit.  All prior notes, labs and studies reviewed.  All treatment history reviewed and discussed with patient.**

**Subjective:**

**Patient ID:** Jo Ann C Fonzone is a 62 y.o. female.
Presents today with persistent, aching and sharp, right cervical and shoulder pain.   Pain is stable.  Pain is located in the axial right cervical area with referral of pain right shoulder.  Patient reports no prior problems with this area in the past, previous neck problems DDD; facet arthritis Present pain on a scale of 1 to 10 is a 8. Relieving factors include rest, heat, ice, medication: Narcotics, NSAID used and beneficial. Aggravating factors include cervical and shoulder ROM.  The patient reports limitations in the ability to perform routine daily activities.. Reports sleep pattern is OK.  Pain is controlled with current analgesics. Medications being used  Nucynta and Mobic.. Patient has failed conservative management for greater than 6 weeks. Prior pain control modalities include exercises.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Atrial fibrillation (HCC) | |
| • Cervical radiculopathy | |
| • Concussion | |
| • Low back pain | |
| • Paroxysmal atrial fibrillation (HCC) | 7/16/2013 |
| • PBA (pseudobulbar affect) | |
| • Pericardial effusion | |
| • PTSD (post-traumatic stress disorder) | |
| • Shoulder pain, right | |
| • Subdural hematoma (HCC) | |
| • Thoracoabdominal aortic aneurysm (TAAA) without rupture (HCC) | |
| • TOS (thoracic outlet syndrome) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BACK SURGERY | | |
| • BACK SURGERY | | |
| *Hemilaminectomy* | | |
| • CERVICAL DISCECTOMY | | 07/2017 |
| • CERVICAL DISCECTOMY | | |
| *Ant Spinal Diskectomy, osteophytectomy Addl Cervical interspace* | | |
| • LAMINECTOMY | | |
| • LUMBAR LAMINECTOMY | | |

Fonzone, Jo Ann C (MRN 00194191)                          Encounter Date: 10/14/2020

Tenderness to palpation para cervical spine right intensified with ROM, especially with extension without distal radicular symptoms.

Ortho Exam
Vitals:
                    10/14/20 1408
BP:            122/80
Pulse:         72
Resp:          16
SpO2:          99%


Assessment/Plan:

The patient was counseled regarding diagnosis, prognosis, the risks and benefits of treatment options, and the importance of compliance with the treatment plan.

- Continue current medications as ordered Nucynta, Mobic and Klonopin
Checked the PA PDMP; no red flags identified; safe to proceed with prescriptions.


Continue HEP Chin Tuck, Cervical Flexion/Extension, Cervical Rotation, Upper Trap Stretch, Levator Scapula Stretch.  Pt has been performing from 1/1/20 to present.

Opioid Risk Score
Total Sum = (P) 0 (10/14/20 1411)
Risk Category = (P) Low Risk (10/14/20 1411)

Random UDS not warranted at this time.

Patient suffers from significant intractable pain related to
Problem List Items Addressed This Visit

    Nervous and Auditory
      Cervical radiculopathy

    Musculoskeletal
      Herniation of cervical intervertebral disc with radiculopathy
      Facet arthritis of cervical region
      DDD (degenerative disc disease), cervical

    Other
      Cervicogenic headache
      Chronic pain syndrome - Primary
      Chronic neck pain

  therefore these medications are medically indicated to promote independent daily functioning, improve quality of life, and reduce suffering. Medications are managed via regular follow-up appointments, random urine drug testing, and an informed opioid agreement. The patient has been counseled on the risks of taking opioids including altered mental status, overdose, physical dependence, and addiction.  Patient using benzodiazepines concurrent with narcotics without any clinical sequelae. A plan to

Encounter Date: 12/08/2020

# Fonzone, Jo Ann C

MRN: 00194191

| | | |
|---|---|---|
| **Brian D Philips, CRNP** | Progress Notes 🅰 📝 | Encounter Date: 12/8/2020 |
| Nurse Practitioner | Signed | |
| Specialty: Orthopedics | | |

I have used the Epic copy/forward function to compose this note. I have reviewed my current note to ensure it reflects the current patient status, exam, assessment and plan.

**This is an established patient to interventional pain management for follow up visit. All prior notes, labs and studies reviewed. All treatment history reviewed and discussed with patient.**

**Subjective:**

**Patient ID:** Jo Ann C Fonzone is a 62 y.o. female.
**Presents today with persistent, aching and sharp, right cervical and shoulder pain.   Pain is stable.  Pain is located in the axial right cervical area with referral of pain right shoulder.  Patient reports no prior problems with this area in the past, previous neck problems DDD; facet arthritis Present pain on a scale of 1 to 10 is a 5. Relieving factors include rest, heat, ice, medication: Narcotics, NSAID used and beneficial. Aggravating factors include cervical and shoulder ROM.  The patient reports limitations in the ability to perform routine daily activities.. Reports sleep pattern is OK.  Pain is controlled with current analgesics. Medications being used  Nucynta and Mobic.. Patient has failed conservative management for greater than 6 weeks. Prior pain control modalities include exercises.**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Atrial fibrillation (HCC) | |
| • Cervical radiculopathy | |
| • Concussion | |
| • Headache | 10/04/10 |
| • Low back pain | |
| • Paroxysmal atrial fibrillation (HCC) | |
| • PBA (pseudobulbar affect) | |
| • Pericardial effusion | |
| • PTSD (post-traumatic stress disorder) | |
| • Shoulder pain, right | |
| • Subdural hematoma (HCC) | |
| • Thoracoabdominal aortic aneurysm (TAAA) without rupture (HCC) | |
| • TOS (thoracic outlet syndrome) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BACK SURGERY | | |
| • BACK SURGERY | | |
| *Hemilaminectomy* | | |
| • CERVICAL DISCECTOMY | | 07/2017 |
| • CERVICAL DISCECTOMY | | |
| *Ant Spinal Diskectomy, osteophytectomy Addl Cervical interspace* | | |

Fonzone, Jo Ann C (MRN 00194191)

Encounter Date: 10/14/2020

# Fonzone, Jo Ann C

MRN: 00194191

Brian D Philips, CRNP          Progress Notes          Encounter Date: 10/14/2020
Nurse Practitioner             Signed
Specialty: Orthopedics

This is an established patient to interventional pain management for follow up visit.  All prior notes, labs and studies reviewed.  All treatment history reviewed and discussed with patient.

**Subjective:**

Patient ID: Jo Ann C Fonzone is a 62 y.o. female.
Presents today with persistent, aching and sharp, right cervical and shoulder pain.  Pain is stable.  Pain is located in the axial right cervical area with referral of pain right shoulder.  Patient reports no prior problems with this area in the past, previous neck problems DDD; facet arthritis Present pain on a scale of 1 to 10 is a 8. Relieving factors include rest, heat, ice, medication: Narcotics, NSAID used and beneficial. Aggravating factors include cervical and shoulder ROM. The patient reports limitations in the ability to perform routine daily activities.. Reports sleep pattern is OK.  Pain is controlled with current analgesics. Medications being used  Nucynta and Mobic.. Patient has failed conservative management for greater than 6 weeks. Prior pain control modalities include exercises.

Past Medical History:                            Date
Diagnosis
  • Anxiety
  • Atrial fibrillation (HCC)
  • Cervical radiculopathy
  • Concussion
  • Low back pain
  • Paroxysmal atrial fibrillation (HCC)              7/16/2013
  • PBA (pseudobulbar affect)
  • Pericardial effusion
  • PTSD (post-traumatic stress disorder)
  • Shoulder pain, right
  • Subdural hematoma (HCC)
  • Thoracoabdominal aortic aneurysm (TAAA) without rupture
    (HCC)
  • TOS (thoracic outlet syndrome)

Past Surgical History:
Procedure                        Laterality   Date
  • BACK SURGERY
  • BACK SURGERY
    Hemilaminectomy
  • CERVICAL DISCECTOMY                        07/2017
  • CERVICAL DISCECTOMY
    Ant Spinal Diskectomy, osteophytectomy Addl Cervical
    interspace
  • LAMINECTOMY
  • LUMBAR LAMINECTOMY

Fonzone, Jo Ann C (MRN 00194191)                    Encounter Date: 12/07/2020

Occupational History
- Occupation:                          lawyer

Social Needs
- Financial resource strain:           Not on file
- Food insecurity
  Worry:                               Not on file
  Inability:                           Not on file
- Transportation needs
  Medical:                             Not on file
  Non-medical:                         Not on file

Tobacco Use
- Smoking status:                      Former Smoker
  Packs/day:                           0.25
  Quit date:                           2/1/2006
  Years since quitting:                14.8
- Smokeless tobacco:                   Never Used

Substance and Sexual Activity
- Alcohol use:                         Yes
  *Comment: rarely*
- Drug use:                            No
- Sexual activity:                     Not on file

Lifestyle
- Physical activity
  Days per week:                       Not on file
  Minutes per session:                 Not on file
- Stress:                              Not on file

Relationships
- Social connections
  Talks on phone:                      Not on file
  Gets together:                       Not on file
  Attends religious                    Not on file
  service:
  Active member of club                Not on file
  or organization:
  Attends meetings of                  Not on file
  clubs or organizations:
  Relationship status:                 Not on file
- Intimate partner violence
  Fear of current or ex                Not on file
  partner:
  Emotionally abused:                  Not on file
  Physically abused:                   Not on file
  Forced sexual activity:              Not on file

Other Topics                           Concern
- Seat Belt                            Not Asked
- Bike Helmet                          Not Asked
- Blood Transfusions                   Not Asked
- Special Diet                         Not Asked
- Exercise                             Not Asked
- Military Service                     Not Asked
- Sleep Concern                        Not Asked
- Stress Concern                       Not Asked
- Weight Concern                       Not Asked
- Breast Self-Exams                    Not Asked

# HIGHMARK.
## WHOLECARE.

**April 22, 2022 8:28 AM**

**Jo Ann Fonzone**
**631 PRIMROSE LN**
**ALLENTOWN PA 18104**

RE:               **Jo Ann Fonzone**
ID #:             **2401303901**
Date of Birth:    **07/19/1958**

Dear **Jo Ann Fonzone**:

Highmark Wholecare has approved a request for a(n) **Cervical/Thoracic Facet Joint Block (Neck/Upper Back Injection (Shot))** submitted by **Dr. Jason Erickson** because Highmark Wholecare has approved a request for finds the service to be medically necessary based on current information submitted for the request.

Setting: Outpatient

You may have already received the service, or you may have already received information regarding the date you are scheduled to receive this service. If you have questions regarding this approved service by Highmark Wholecare, please contact Highmark Wholecare's Member Services Department at 1-800-392-1147.

22242



Sincerely,

Highmark Wholecare Utilization Management
Treating Practitioner

cc:     Dr. Jason Erickson
        ST LUKES HOSPITAL ALLENTOWN



**St Luke's**

Spine & Pain Associates

| 501 Cetronia Road, Suite 125 | 1700 St. Luke's Boulevard, Suite 200 |
| Allentown, PA 18104 | Easton, PA 18045 |
| 830 Ostrum Street | 211 North 12th Street |
| Bethlehem, PA 18015 | Lehighton, PA 18235 |
| 360 West Ruddle Street | 755 Memorial Parkway, Suite 201 |
| Coaldale, PA 18218 | Phillipsburg, NJ 08865 |
| 3 Parkinsons Road | 1534 Park Avenue, Suite 320 |
| East Stroudsburg, PA 18301 | Quakertown, PA 18951 |

# FLUOROSCOPY (X-RAY) INSTRUCTIONS

**Phone: (484) 526-7246**

Patient Name: _Glenn Greene_ (7/19/58)

Procedure #1: _Right L2-4 medial branch block #1_

Date of Procedure: _4/26/2022_   Registration Time: _Arrive at 2:50 pm_

Procedure #2: _____

Date of Procedure: _____   Registration Time: _____

- Do not eat or drink **ONE HOUR** prior to your procedure. If you are **diabetic,** may follow regular breakfast/lunch schedule and take usual diabetic medications.
- If you are having a **lumbar (low back)** procedure, please wear comfortable slacks such as sweatpants (no zippers, snaps or belt buckles).
- If you are having a **cervical (neck)** procedure, please wear a shirt/blouse that is easy to remove. Do not wear necklaces or earrings.
- A driver is **required** to take you home for your procedure. Lyft, Uber and Taxi are acceptable.

## MED HOLDS FOR PROCEDURES

| LUMBAR ESI<br>CAUDAL ESI | NEED TO HOLD PRESCRIPTION BLOOD THINNERS, 325MG ASPIRIN<br>**81MG ASPIRIN OK   NSAIDS OK** |
|---|---|
| CERVICAL ESI<br>THORACIC ESI (NOT TFESI) | NEED TO HOLD ALL BLOOD THINNERS, ASPIRIN (325MG AND 81MG), NSAIDS |

| TFESI<br>(TRANSFORAMINAL) | NEED TO HOLD ONLY PRESCRIPTION BLOOD THINNERS<br>(COUMADIN, XARELTO, PLAVIX ETC.), NSAIDS OK,<br>ASPIRIN OK (EVEN IF PRESCRIBED BY DR) |
|---|---|

| MEDIAL BRANCH BLOCK<br>RADIOFREQUENCY<br>ABLATION<br>JOINT INJECTION | NO HOLDS<br>FOR MBB: NO PRN PAIN MEDS 6HRS PRIOR AND 6-8 HRS AFTER PROC |
|---|---|

- Continue all other prescribed medications the day of your procedure, including blood pressure medications.
- If you are prescribed **antibiotics,** have an **active infection** (such as upper respiratory infection, urinary tract infection, tooth infection, etc.) or have an **open wound,** please contact our office at 484-526-7246.
- Please refrain from any vaccinations (flu, pneumonia, shingles, etc.) two weeks before and two weeks after injection.
- Insurance authorization received is not a guarantee of payment per your insurance company's authorization disclaimer and it is your responsibility to verify your benefits.
- If you have any questions about the instructions, please call us at **484-526-7246.**

_484-926-2519_

_Glenn Greene_                      _4/15/22_                      _Cox_
**Patient Signature**                 **Date**                 **Schedulers Initials**

White – Patient Copy
Canary – Chart Copy

Form No. 16392NP   Rev. 03/21              **FLUOROSCOPY (X-RAY) INSTRUCTIONS**



**StLuke's**

Spine & Pain Associates

**Diagnostic Medial Branch Block Procedure**

**Pre-Procedure Guide/Instructions**

- The medial branch block procedure is a **DIAGNOSTIC TEST** to help identify the exact cause of your pain. You **MAY** receive relief for 12-24 hours.
- You **MUST** have a driver for the procedure
- Your pain level should be a level 5 out of 10 or greater. If you are **NOT** having any pain or your pain is minimal on the day of our medial branch block, **PLEASE CALL OUR OFFICE** (484-526-7246) to discuss. *We may need to cancel your procedure, as it is unlikely to provide the reliable diagnostic information we are testing for.*
- You may continue any of your long acting pain medication (s) as prescribed. If you are unsure of the type of medication you are taking, please call our office and we will be happy to review your medication list with you.
- Please **DO NOT TAKE** any **AS NEEDED (PRN)** pain medications, including prescribed or over the counter medications 6 hours prior to your procedure and at least 6-8 hours after your procedure.
- After the procedure, it is recommended that you try to continue with your normal activities of daily living to see if the medial branch block is providing relief.
- It is **IMPORTANT** that you accurately complete the **Medial Branch Block Pain Diary** and get it back to our office for review. This will allow us to assess the next best step in your treatment plan.

By signing below, I am confirming that this pre-procedure guide/instruction sheet has been reviewed with me and that I understand the instructions.

Patient Name: _____ JoAnn Fowzone _____ DOB: 7-19-58

Patient Signature: _____ Date: 7-19-58

SL Spine & Pain Staff Signature: _____

=================================================================

484-526-7246 phone   866-291-6192 fax

1534 Park Ave, Suite 310 Quakertown PA 18951          1700 St. Luke's Blvd, Suite 200 Easton PA 18045
830 Ostrum St, Bethlehem PA 18015                          501 Cetronia Rd, Suite 125 Allentown PA 18104
3 Parkinsons Rd, East Stroudsburg PA 18301              755 Memorial Parkway, Suite 201 Phillipsburg NJ 08865
143 N. Railroad Street, Tamaqua PA 18252                 575 South 9th Street, Lehignton PA 18235

# St. Luke's Spine & Pain Associates

**Doctor:** Jason M. Erickson, D.O.

FONZONE, JOANN "Jo Ann"
DOB:7/19/1958 (63 yrs) F
MRN:62239039   CSN:1107495177
Adm Date: 4/26/2022
ATT PHY:

### Pain Diary: Diagnostic Facet Medial/Lateral Branch Block / Joint Injection

Please complete this form on the day of the procedure and mail, fax, or drop it off at the location of your procedure. **Pain relief level should be recorded while doing usual activities.**

### Procedure: Diagnostic Facet Medial/Lateral Branch Block/Joint Injection

| Procedure Performed: | (R) C2-4 MBB #1 |
|---|---|
| Anesthetic: | 1%, (2%)Lidocaine      0.25%, 0.5%, .75% Bupivacaine |

Please put a check mark (√) in the box that most accurately describes the degree of your pain RELIEF at each designated time.

### PLEASE FOCUS ON PAIN RELIEF AT THE LEVEL BEING TREATED ONLY.

**Date:** 4/26/2022.          **Pain score prior to procedure:** ___ /10

| Degree of pain RELIEF after injection | 100-80% "Provided relief" | | Less than 80% "Not helpful" | |
|---|---|---|---|---|
| | Left | (Right) | Left | (Right) |
| **Immediately After:** 305 | | | | |
| **15 min:** 320 | | √ | | |
| **30 min:** 335 | | √ | | |
| **1 hr:** 405 | | √ | | |
| **2 hr:** 505 | | | | √ |
| **3 hr:** 605 | | √ | | |
| **4 hr:** 705 | | √ | | |
| **6 hr:** 905 | | √ | | |
| **8 hr:** 1105 | | √ | | |
| **10 hr:** 105 Am | | | | |
| **12 hr:** 305 Am | | | | |
| **Next Morning** | | | | |

**Quakertown Office:** 1534 Park Ave, Quakertown, PA. 18951
**Anderson Office:** 1700 Riverside Circle, Suite 200, Easton, PA, 18301
**Bethlehem Office:** 830 Ostrum Street, Bethlehem, PA. 18015 .
**Allentown Office:** 501 Cetronia Rd. Suite 125, Allentown, PA, 18104
**East Stroudsburg Office:** 3 Parkinson's Rd, east Stroudsburg, PA 18301
**Warren Office:** 755 Memorial Parkway, Suite 200 Phillipsburg, NJ, 08865
**Tamaqua:** 120 Pine St, Tamaqua, PA 18252
**Orwigsburg:** 1165 Centre Turnpike, Route 61 Orwigsburg, PA 17961

fax  484-426-2464

# AFTER VISIT SUMMARY

**Jo Ann C. Fonzone** ♀ LVH-CH 1503 N Cedar Crest Operating Room  📞 610-871-9110

## Instruction



**Have Questions?**

If you do not continue to improve or if your condition worsens, please call your health care provider, call 911 or go to your nearest Emergency Department.

If you have any questions or concerns after your visit, please contact your health care provider.

  **No changes were made to your medications.**

## What's Next

**OCT 13**  **RIGHT FACET JOINT INJECTIONS** CHA OR
**C3/4 4/5 5/6 WITH SEDATION**
**with Kenneth J Choquette, DO**
Wednesday Oct 13, 2021

**NOV 8**  **Return Patient Visit with Kenneth J Choquette, DO**
Monday Nov 8, 2021 9:15 AM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVH-CH 1621 N Cedar Crest Physiatry Clinic
1621 N Cedar Crest Blvd
Allentown PA 18104-2312
610-861-8080

**DEC 13**  **Return Patient Visit with Prasant Pandey, MD**
Monday Dec 13, 2021 1:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVH-CH 1503 N Cedar Crest Cardio Clinic
1503 N Cedar Crest Blvd
Allentown PA 18104-2310
610-849-0692

## Your Next Steps

### 📖 Read

☐ Read these attachments
- Facet Joint Block  Care After (English)

### 📍 Go

**NOV 8**  **Return Patient Visit** 9:15 AM
Kenneth J Choquette, DO
LVH-CH 1621 N Cedar Crest Physiatry Clinic
1621 N Cedar Crest Blvd
Allentown PA 18104-2312
610-861-8080

-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

You have more future appointments. Please review your full appointment list.

## What's Next (continued)

| | | |
|---|---|---|
| **DEC**<br>**28** | **Return Patient Visit with Susan K Newhart, CRNP**<br>Tuesday Dec 28, 2021 1:00 PM<br>-Arrive 15 minutes early for your appointment.<br>-Bring your insurance card with you.<br>-Bring a list of all of your current medications. | LVH-CC 1250 Neurology<br>1250 S CEDAR CREST<br>STE 405<br>ALLENTOWN PA 18103-6224<br>610-402-8420 |
| **APR**<br>**11**<br>2022 | **Return Patient Visit with Vitaliy Koss, MD**<br>Monday Apr 11, 2022 11:00 AM<br>-Arrive 15 minutes early for your appointment.<br>-Bring your insurance card with you.<br>-Bring a list of all of your current medications. | LVH-CC 1250 Neurology<br>1250 S CEDAR CREST<br>STE 405<br>ALLENTOWN PA 18103-6224<br>610-402-8420 |

To assist in the coordination and continued quality of your medical care, we encourage you to use a Lehigh Valley Health Network facility for the provision of the health services recommended below.  Please call 888-402-LVHN to schedule your appointment.

### *Special Information Regarding Your Results*

LVHN believes in providing you access to your health record information to enable you to make the most informed decisions about your care.  We believe you deserve to see your information as soon as it is available and so, when possible, clinical notes and test results will be released to you as soon as they are completed.  This means that you may see some test results even before your healthcare provider.

Please keep in mind that there are many results that may show as abnormal or outside an expected range but does not mean that you have a health problem.  There will also be results that may need further clarification and interpretation after discussion between you and your provider.  Generally, your provider will review your test results and follow up with you to discuss abnormal findings soon after the results became available.  If you have an immediate concern, or you don't hear from your provider in regards to abnormal test results, please send a message to your clinical team via MyLVHN or call your physician's office.

## ⚕ Attending Physician

| Provider | Service | Role | Specialty | Primary office phone |
|---|---|---|---|---|
| Kenneth J Choquette, DO | — | Attending Provider | Pain Medicine | 610-861-8080 |

## Patient Care Provider Information

| Provider | PCP Type |
|---|---|
| Andres Zirlinger, MD | Pulmonary Disease |
| Timothy C Salkauskis, MD | General |

## Why you were hospitalized

Your primary diagnosis was: **Not on File**

Fonzone, Jo Ann C (MRN: 00194191) DOB: 7/19/1958

# XR THORACIC SPINE 2 VW

Status: **Final result**

## ⚕ XR THORACIC SPINE 2 VW: Patient Communication

✉ Released                                    ✘ Not seen

## XR THORACIC SPINE 2 VW (Order 1315126927)     Imaging

Date: **3/11/2022**  Department: LVH-CH 1503 N Cedar Crest Diagnostic Rad  Released By: Sara Kershner
Authorizing: Timothy C Salkauskis, MD

## Protocol Summary

This study doesn't have any protocol information

## PACS Images

(Link Unavailable) Show images for XR THORACIC SPINE 2 VW

## Study Result

Narrative & Impression
Examination: Two-view thoracic spine

Comparisons: Bone windows from a CT scan of the chest dated 3/9/2021.

INDICATION: Dorsal back pain.

FINDINGS: 2 views of the thoracic spine demonstrate normal vertebral body
stature and unremarkable alignment. The endplates and posterior elements appear
intact without evidence of a fracture or suspicious osseous lesion. There is
evidence of minimal degenerative change in the disc spaces of the mid thoracic
spine. No significant arthritic changes are noted. There is evidence of cervical
ACDF. The osseous structures of the thorax appear intact. The lungs and upper
abdomen are unremarkable. The cardiomediastinal silhouette is grossly
unremarkable.

IMPRESSION:
IMPRESSION: Minimal degenerative change in the thoracic spine. No evidence of a
fracture or suspicious osseous lesion. Other findings as noted.

Workstation:WR010076

## Imaging

XR THORACIC SPINE 2 VW (Order: 1315126927) - 3/11/2022

## Result History

XR THORACIC SPINE 2 VW (Order #1315126927) on 3/11/2022 - Order Result History Report

## Order Details

| Accession # | Procedure | Diagnosis | Modifier | Modifier(Name) |
|---|---|---|---|---|

PATIENT:    Jo Ann Fonzone
ENC DATE:   11/02/2016 10:45AM                           MRN: 0050341

**Mobility Matters:** has no problems with bathing, dressing or eating, has no problems with light household tasks, has no difficulty climbing stairs, does not get short of breath doing certain tasks, has not fallen in the last 6 months, does not use an assistive device to walk and does not feel unsteady on their feet
**Special Needs:** The patient denies any special needs related to communication, learning or any other area.
**Abuse/Neglect Screen:** Feels comfortable and safe. Patient shows no signs of neglect.

## Past Medical History
- History of Anxiety (300.00) (F41.9)
- History of Atrial fibrillation (427.31) (I48.91)
- History of low back pain (V13.59) (Z87.39)
- History of Post-traumatic stress (309.81) (F43.10)

## Surgical History
- History of Hemilaminectomy
- History of Laminectomy Lumbar

## Social History
- Never a smoker
- Occupation
  - lawyer
- Social alcohol use (Z78.9)

## Family History
- Family history of Acute Myocardial Infarction (V17.3) : Father
- Family history of Hypertension (V17.49) : Mother

## End of Encounter Meds
- Lidocaine 5 % External Ointment; APPLY 4 INCH Every 8 hours PRN;
  Therapy: 25Apr2016 to (Last Rx:21Jul2016)  Requested for: 21Jul2016 Ordered
- Methocarbamol 750 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME AS NEEDED;
  Therapy: 26Sep2016 to (Evaluate:07Nov2016) Requested for: 26Sep2016;
  Last Rx:26Sep2016 Ordered
- Advil TABS; TAKE 1 TABLET EVERY 8 HOURS AS NEEDED;
  Therapy: (Recorded:10Nov2011) to Recorded
- Eliquis 5 MG Oral Tablet; one tablet twice daily;
  Therapy: (Recorded:04Mar2016) to Recorded
- Multi Vitamin/Minerals Oral Tablet; TAKE 1 TABLET DAILY;
  Therapy: (Recorded:10Nov2011) to Recorded
- Propafenone HCl ER 325 MG Oral Capsule Extended Release 12 Hour;
  TAKE 1 CAPSULE Daily;
  Therapy: (Recorded:14Mar2016) to Recorded
- Propafenone HCl ER 425 MG Oral Capsule Extended Release 12 Hour;
  TAKE 1 CAPSULE Daily;
  Therapy: (Recorded:14Mar2016) to Recorded

## Allergies
- Codeine Derivatives
  Recorded By: Hicks, Clorissa; 11/10/2011 9:15:34 AM
- Penicillins

# AFTER VISIT SUMMARY

**Jo Ann C. Fonzone**   MRN: 00194191 DoB: 7/19/1958

📅 4/19/2022  2:00 PM  📍 LVH-CC 1250 Neurology 610-402-8420

## Instructions  from Vitaliy Koss, MD

drink sufficient amounts of water, eat regularly, get enough sleep.
Begin regular aerobic exercise, 20 to 30 minutes 5 days a week.
Do 1-minute isometric neck exercises 10 times a day
Undergo a course of biofeedback
Consider preventive medications: antidepressants, antihypertensives, anticonvulsants.
Continue Botox injections
Acute treatment. The goal is to treat headaches 3 days a week or less.
Imitrex, Compazine. Ubrelvy
Other options: acupuncture, yoga
Occipital, auricular blocks + tpi- if needed
Follow up with PA in 3 months and MD in 6 months.

## Today's Visit

You saw Vitaliy Koss, MD on Tuesday April 19, 2022. The following issue was addressed: Intractable chronic migraine without aura and without status migrainosus.

| Blood Pressure | 119/75 | BMI | 17.69 |
| Weight | 109 lb 9.6 oz | Height | 5' 6" |
| Pulse | 71 | | |

### ⚕ Medications Given

botulinum toxin Type A (BOTOX) injection 155 Units Last given at 2:18 PM for Intractable chronic migraine without aura and without status migrainosus

## What's Next

**JUN 27 2022**
**Return Patient Visit with Susan K Newhart, CRNP**
Monday June 27 1:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVPG Neurology - Muhlenberg
1770 BATHGATE RD STE 403
BETHLEHEM PA 18017-7334
484-884-8370

**NOV 21 2022**
**ECHO 2D**
Monday November 21 1:00 PM

LVH-CH 1503 N Cedar Crest Cardiac Diag Cntr
1503 N Cedar Crest Blvd 1st Floor
ALLENTOWN PA 18104-2310
610-849-0692

**NOV 21 2022**
**Return Patient Visit with Prasant Pandey, MD**
Monday November 21 2:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVPG Cardiology - 1503 N Cedar Crest
1503 N CEDAR CREST BLVD
ALLENTOWN PA 18104-2310
610-402-3110

## MyLVHN

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.mylvhn.org/** mychart/, click "Sign Up Now", and enter your personal activation code: R2KQ9-CM8F5. Activation code expires 4/24/2022.

Fonzone, Jo Ann C (MRN: 00194191) DOB: 7/19/1958

| Begin Exam | End Exam | End Exam Questionnaires |
|---|---|---|
| 4/11/2022  8:38 AM | 4/11/2022 10:02 AM | LV RIS MRI END EXAM QUESTIONNIARE |

## Reviewed by

Brian K Goldberg, MD                                     4/11/2022  7:43 PM

## Expected Charges

| Charge | Code | Association | Charge Trigger | Charge Type |
|---|---|---|---|---|
| Hb Mri Cervical Spine W/o Contrast 72141 [700600034] | 72141 | Linked | Imaging end exam | Technical |
| MRI, CERV SPINE | 72141 | Linked | Imaging result study | Professional |

## Timeouts

None

## Study Notes

Susan M Reinert, RT on 4/11/2022  8:43 AM
Sx 2017. Injected nov. No new injury. Head, neck & rt shoulder pain.

## Events

### 4/11/2022  8:45 AM - MR C-SPINE WO CONT

| Event | Date/Time | User | Comment | Event Type |
|---|---|---|---|---|
| Appointment Scheduled | 3/31/2022 8:23 AM | Tina M Sherer | | Appointment Events |
| Department check-in started | 4/11/2022 8:37 AM | Isabel Andino | | Appointment Events |
| Department check-in complete | 4/11/2022 8:37 AM | Isabel Andino | | Appointment Events |
| HOV Confirmation Started | 4/11/2022 8:37 AM | Isabel Andino | | Registration Events |
| HOV Confirmed | 4/11/2022 8:37 AM | Isabel Andino | | Registration Events |
| Admission Med List Generated | 4/11/2022 8:37 AM | Historical Provider, MD | | Order Reconciliation |
| Admission FAM List Generated | 4/11/2022 8:37 AM | Historical Provider, MD | | Order Reconciliation |
| Prev Admission Rec Generated | 4/11/2022 8:37 AM | Historical Provider, MD | | Order Reconciliation |
| Discharge Event Snapshot | 4/12/2022 1:47 AM | Historical Provider, MD | | Order Reconciliation |
| FAM Discharge Event Snapshot | 4/12/2022 1:47 AM | Historical Provider, MD | | Order Reconciliation |

## Message Routing History

| Priority | Sent On | From | To | Last Action | Message Type |
|---|---|---|---|---|---|

Fonzone, Jo Ann C (MRN: 00194191) DOB: 7/19/1958

## Expected Charges

| Charge | Code | Association | Charge Trigger | Charge Type |
|---|---|---|---|---|
| Hb Mri Thoracic Spine W/o Contrast 72146 [700600037] | 72146 | Linked | Imaging end exam | Technical |
| MRI, DORSAL SPINE | 72146 | Linked | Imaging result study | Professional |

## Timeouts

None

## Study Notes

Susan M Reinert, RT on 4/11/2022  8:44 AM
No sx or injections. Pain mid back since 2010

## Events

### 4/11/2022  9:30 AM - MR T-SPINE WO CONT

| Event | Date/Time | User | Comment | Event Type |
|---|---|---|---|---|
| Appointment Scheduled | 3/31/2022 8:23 AM | Tina M Sherer | | Appointment Events |
| Department check-in started | 4/11/2022 8:38 AM | Isabel Andino | | Appointment Events |
| Department check-in complete | 4/11/2022 8:39 AM | Isabel Andino | | Appointment Events |
| HOV Confirmation Started | 4/11/2022 8:39 AM | Isabel Andino | | Registration Events |
| HOV Confirmed | 4/11/2022 8:39 AM | Isabel Andino | | Registration Events |
| Admission Med List Generated | 4/11/2022 8:39 AM | Historical Provider, MD | | Order Reconciliation |
| Admission FAM List Generated | 4/11/2022 8:39 AM | Historical Provider, MD | | Order Reconciliation |
| Prev Admission Rec Generated | 4/11/2022 8:39 AM | Historical Provider, MD | | Order Reconciliation |
| Discharge Event Snapshot | 4/12/2022 1:47 AM | Historical Provider, MD | | Order Reconciliation |
| FAM Discharge Event Snapshot | 4/12/2022 1:47 AM | Historical Provider, MD | | Order Reconciliation |

## Message Routing History

| Priority | Sent On | From | To | Last Action | Message Type |
|---|---|---|---|---|---|
| | 4/11/2022 10:52 AM | Interface, Rad Results In | Susan K Newhart, CRNP | Done at 4/11/2022 12:34 PM | Results |

### Detailed Action Log

| Date/Time | Action | Taken By |
|---|---|---|
| 4/11/2022 12:34 PM | Done | Susan K Newhart, CRNP |
| 4/11/2022 12:34 PM | Display | Susan K Newhart, CRNP |

# MRI CERVICAL SPINE WO CONTRAST

Status: **Final result**

## 🔊 MRI CERVICAL SPINE WO CONTRAST: Patient Communication

📷 Released                                          ✘ Not seen

# MRI CERVICAL SPINE WO CONTRAST (Order 1315126944)

Imaging

Date: 4/11/2022  Department: LVH-CH 1503 N Cedar Crest MRI  Released By: Isabel Andino
Authorizing: Brian K Goldberg, MD

## Protocol Summary

Protocol not completed.

## PACS Images

(Link Unavailable) Show images for MRI CERVICAL SPINE WO CONTRAST

## Study Result

Narrative & Impression

Study: MRI cervical spine without contrast.

COMPARISON: MRI cervical spine December 28, 2017..

HISTORY: Spinal fusion. Right shoulder pain.

Imaging sequences: Sagittal T1, T2, T2 fat sat, STIR, dual echo; axial T2, T2 gradient.

FINDINGS:

Mild straightening normal cervical lordotic curvature. Patient status post anterior fusion C5-C7. No acute abnormal marrow replacing signal visualized osseous elements or edema on STIR acquisition. No acute or chronic compression fractures.

C2-3 disc normal. Central canal/cord intact, foramen widely patent.

C3-4 disc normal. Central canal/cord intact, mild foraminal narrowing on the right, patent on the left.

C4-5 disc with interval degenerative narrowing and spurring anteriorly. Small central annular fissure posteriorly in the midline. Mild central canal narrowing, cord integrity intact. Moderate bilateral foraminal narrowing.

C5-6 level with intact central canal/cord. Asymmetric foraminal narrowing on the right unchanged, patent on the left.

C5-6 level with intact central canal/cord. Foramen patent.

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958                    Encounter Date: 03/31/2022

|  | Refills | Start Date | End Date |
|---|---|---|---|

Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg - oral

**VITAMIN B COMPLEX ORAL**
   TAKE 1 TABLET DAILY
   Patient-reported medication

## Visit Diagnoses

Primary: **Chronic neck pain** M54.2, G89.29
Facet arthritis of cervical region M47.812
Cervical post-laminectomy syndrome M96.1
DDD (degenerative disc disease), cervical M50.30
Mid back pain M54.9
Status post cervical spinal arthrodesis Z98.1

## Pharmacy Benefits

☆ **FONZONE, JO ANN  -  PA BASE PLAN NO ACCUMS (CVS|CAREMARK)**

Covered: **Retail**, Specialty       Not covered: Mail Order      Unknown: Long-Term Care
Member ID:  24013039              BIN:  004336           DOB:       7/19/1958
Group ID:    RX2338                PCN: ADV             Legal sex: F
Group name: GHP PA                                      Address:   631 PRIMROSE LN
                 MEDICAID/HPLUS                                    ALLENTOWN PA 18104
                 COPAY BP50
                 ADULT

**Assessment/Plan:**

1.  Chronic neck pain                              MRI CERVICAL SPINE WO CONTRAST
                                                    AMB REF LVPG PHYSIATRY -
                                                    INDEPENDENCE ROAD

2.  Facet arthritis of cervical region
3.  Cervical post-laminectomy syndrome
4.  DDD (degenerative disc disease), cervical
5.  Mid back pain                                   MRI THORACIC SPINE WO CONTRAST
6.  Status post cervical spinal arthrodesis         MRI CERVICAL SPINE WO CONTRAST


   Cervical spine MRI and Thoracic spine MRI ordered given neck and midback pain despite
2021 PT and prior Cspine fusion with +Hoffmans on todays exam- r/o cord compression
Referred to Dr. Ferker to discuss MRIs and possible upper cervical and facet injections (I only
perform C7-T1 ILESI approach which would not help upper cervical axial pain). In addition, I am
leaving LVHN at end of June and for continuity of care she should establish care with Dr.
Ferker.
Patient seen with physician extender, Erin



   Brian K Goldberg, MD

## Instructions

   📇 Return if symptoms worsen or fail to improve.

   After Visit Summary (Printed 3/31/2022)

## Additional Documentation

Vitals:        Pulse 82 Resp 14 Ht 1.676 m (5' 6") Wt 49.4 kg (109 lb) SpO2 99% BMI 17.59 kg/m²
               BSA 1.52 m² Pain Sc   7

SmartForms:    LV AMB ENCOUNTER STICKY NOTE

Encounter Info: Billing Info, History, Allergies, Detailed Report


## Orders Placed

MRI CERVICAL SPINE WO CONTRAST
MRI THORACIC SPINE WO CONTRAST
AMB REF LVPG PHYSIATRY - INDEPENDENCE ROAD Pending Review

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958          Encounter Date: 03/31/2022

Tremor
Resting tremor: absent
Intention tremor: absent

Reflexes
Right brachioradialis: 2+
Left brachioradialis: 3+
Right triceps: 2+
Left triceps: 2+
Right patellar: 2+
Left patellar: 2+
Right achilles: 2+
Left achilles: 2+
Right Hoffman: present
Left Hoffman: absent
Right ankle clonus: absent
Left pendular knee jerk: absent


**Back Exam**

**Tenderness**
The patient is experiencing tenderness in the cervical and thoracic.

**Muscle Strength**
Right Quadriceps:  5/5
Left Quadriceps:  5/5
Right Hamstrings:  5/5
Left Hamstrings:  5/5


**Right Hand Exam**
Right hand exam is normal.

**Muscle Strength**
The patient has normal right wrist strength.

**Tests**
Phalen's Sign: negative
Tinel's sign (median nerve): negative
Finkelstein's test: negative

**Other**
Erythema: absent
Scars: absent


**Left Hand Exam**
Left hand exam is normal.

**Muscle Strength**
The patient has normal left wrist strength.

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958                    Encounter Date: 03/31/2022

**Pain with cervical facet loading**

Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: There is no distension.
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness.

Musculoskeletal:
  Cervical back: No rigidity, torticollis or crepitus. Spinous process tenderness and muscular
  tenderness present. Decreased range of motion.
  Right lower leg: No edema.
  Left lower leg: No edema. Lymphadenopathy:
  Cervical: No cervical adenopathy.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
  Cranial Nerves: Cranial nerves are intact. No facial asymmetry.
  Sensory: Sensation is intact.
  Motor: Motor function is intact.
  Coordination: Romberg sign negative. Romberg Test normal.
  Gait: Gait is intact.
  Deep Tendon Reflexes:
  Reflex Scores:
    Tricep reflexes are 2+ on the right side and 2+ on the left side.
    Brachioradialis reflexes are 2+ on the right side and 3+ on the left side.
    Patellar reflexes are 2+ on the right side and 2+ on the left side.
    Achilles reflexes are 2+ on the right side and 2+ on the left side.
Skin:
  Coloration: Skin is not ashen, cyanotic, jaundiced or pale.
  Findings: No ecchymosis, petechiae or rash.
Psychiatric:
  Attention and Perception: Attention normal.
  Mood and Affect: Mood and affect, mood and affect normal.
  Speech: Speech normal.
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Cognition and Memory: Cognition normal.
  Judgment: Judgment normal.


Neurologic Exam

Mental Status
Oriented to person, place, and time.
Speech: speech is normal

Cranial Nerves

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958      Encounter Date: 03/31/2022

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen (TYLENOL) 325 MG tablet | Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). | | |
| • albuterol (PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA) 90 mcg/actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed for wheezing. | 3 each | 0 |
| • aspirin 81 MG EC tablet | Take 81 mg by mouth daily. | | |
| • clonazePAM (KlonoPIN) 1 MG tablet | Take 1 to 2 tabs PO qhs | 60 tablet | 0 |
| • digoxin (LANOXIN) 125 mcg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • lidocaine 5 % gel | Apply small to affected QID PRN | 60 g | 2 |
| • multivitamin no.44-vit D3-K (SOFTGELS MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap | Take 1 tablet by mouth daily. | | |
| • NON FORMULARY | DMG supplement | | |
| • propafenone (RYTHMOL SR) 325 MG 12 hr capsule | TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY | 180 capsule | 3 |
| • PSYLLIUM SEED, WITH DEXTROSE, (FIBER ORAL) | Take 2 tablets by mouth daily. | | |
| • rimegepant (NURTEC ODT) 75 mg TbDL | Take 75 mg by mouth daily as needed (As needed for headache). Take one tab every other day for headache/migraine. | 16 tablet | 3 |

- Anxiety
- Broken wrist
- Cervical radiculopathy
- Concussion
- Headache
- Hyperinflation of lungs
  *per patient*
- Low back pain
- Paroxysmal atrial fibrillation (HCC)                    10/06/2010
- PBA (pseudobulbar affect)
- Pericardial effusion
- PTSD (post-traumatic stress disorder)
- Shoulder pain, right
- Subdural hematoma (HCC)
- Thoracoabdominal aortic aneurysm (TAAA) without rupture
  (HCC)
- TOS (thoracic outlet syndrome)

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BACK SURGERY | | |
| • BACK SURGERY | | |
| *Hemilaminectomy* | | |
| • CERVICAL DISCECTOMY | | 07/2017 |
| • CERVICAL DISCECTOMY | | |
| *Ant Spinal Diskectomy, osteophytectomy Addl Cervical interspace* | | |
| • LAMINECTOMY | | |
| • LUMBAR LAMINECTOMY | | |

**Social History**

Socioeconomic History
- Marital status:        Legally Separated
   Spouse name:       Not on file     *Cary Woods*
- Number of            Not on file
  children:
- Years of              Not on file
  education:
- Highest               Not on file
  education level:
Occupational History
- Occupation:          lawyer
Tobacco Use
- Smoking status:     Former Smoker
   Packs/day:           0.25
   Quit date:            2/1/2006
   Years since         16.1
   quitting:
- Smokeless            Never Used
  tobacco:
Vaping Use

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958                    Encounter Date: 03/31/2022

MRN: 00194191

# Fonzone, Jo Ann C

**Office Visit** 3/31/2022          Provider: Brian K Goldberg, MD (Physical Medicine and Rehabilitation)
LVPG Physiatry - 1621 N Cedar      Primary diagnosis: Chronic neck pain
Crest                              Reason for Visit: Neck Pain • Mid Back Pain

## Progress Notes

Brian K Goldberg, MD (Physician) • Physical Medicine and Rehabilitation

### Chief Complaint
Patient presents with
- Neck Pain
- Mid Back Pain

**Subjective:**

Jo Ann C Fonzone is a 63 y.o. female who was last seen January 2019. During her time treating with me for neck pain, we used TPIs and cervical ESIs to manage her pain. She then treated with Dr. Choquette for Pain management at CH and utilized cervical facet injections and R sided SNRBs, Since Dr. Choquette retired and Brian Philips left LVHN, she has treated with LVPG Pain management (Dr. Amin). Dr. Amin recommended R C3-4 and R C4-5 MBB at 12/9/21 visit. She did not care for Dr. Amin.

Patient states today she has been having a lot of upper neck pain.  Patient attended physical therapy from June 2021 until September 2021 without relief. She asks about updated MRI Cspine and Tspine and upper cervical injections.

Patient also sees Neurology for chronic migraine headaches.

Patient underwent C5-7 ACDF on 7/20/17 with Dr. Wagener.

Patient received R wrist injection with Dr. Razavi on 1/27/22.

Pain Location: neck, midback
Pain Quality: sharp

Alleviating factors: rest
Exacerbating factors: activity

Past pain medications: Nucynta, Klonopin

Previous imaging:
2021 Xray Cspine showed
There is no high-grade cervical compression fracture noted. Status post C5-C7
ACDF with radiographically intact plate, interbody screws, and radiodense
multilevel interdisc grafts. There is straightening of the cervical lordosis
with moderate degenerative disc space narrowing at the C4-C5 level with
concurrent uncovertebral hypertrophy and mild focal bony spinal canal narrowing.
Mild degenerative disc space narrowing and uncovertebral hypertrophy is noted at the C2-C3
and C3-C4 levels. There is mild narrowing of the left C5-C6 and C6-C7 neural foramina. There

## ⚕ Encounter

View Encounter

## Linked Performables

XR THORACIC SPINE 2 VW [IMG61]

Not applicable since procedure XR THORACIC SPINE 2 VW [IMG61] is already configured as a performable procedure

## Patient and Order Information

| Patient Name: | Exam Date/Time: | Phone #: | MRN: |
|---|---|---|---|
| Fonzone, Jo Ann C | 03/11/2022 1307 | 484-773-8056 | 00194191 |
| DOB: | Legal Sex: | Account #: | |
| 7/19/1958 | Female | 641812473 | |
| Pt. Class: | Accession #: | Performing Department: | |
| Outpatient | 86972585 | LVH-CH 1503 N Cedar Crest Diagnostic Rad | |
| Primary Care Provider: | Ordering Provider: | Authorizing Provider: | |
| Salkauskis, Timothy C | Timothy C Salkauskis | Timothy C Salkauskis | |

## Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 641812473 - FONZONE,JO ANN C | HIGHMARK WHOLECARE MEDICAID [133] | None | None |

Fonzone, Jo Ann C (MRN: 00194191) DOB: 7/19/1958

| Event | Date/Time | User | Comment | Event Type |
|---|---|---|---|---|
| Department check-in complete | 3/11/2022 1:00 PM | Sara Kershner | | Appointment Events |
| HOV Confirmation Started | 3/11/2022 1:00 PM | Sara Kershner | | Registration Events |
| HOV Confirmed | 3/11/2022 1:00 PM | Sara Kershner | | Registration Events |
| Admission Med List Generated | 3/11/2022 1:00 PM | Historical Provider, MD | | Order Reconciliation |
| Admission FAM List Generated | 3/11/2022 1:00 PM | Historical Provider, MD | | Order Reconciliation |
| Prev Admission Rec Generated | 3/11/2022 1:00 PM | Historical Provider, MD | | Order Reconciliation |
| Discharge Event Snapshot | 3/12/2022 1:48 AM | Historical Provider, MD | | Order Reconciliation |
| FAM Discharge Event Snapshot | 3/12/2022 1:48 AM | Historical Provider, MD | | Order Reconciliation |

## Message Routing History

| Priority | Sent On | From | To | Last Action | Message Type |
|---|---|---|---|---|---|
| | 3/11/2022 1:27 PM | Interface, Rad Results In | Timothy C Salkauskis, MD | Reviewed at 3/14/2022 8:44 AM | Results |

### Detailed Action Log

| Date/Time | Action | Taken By |
|---|---|---|
| 3/14/2022 8:44 AM | Reviewed | Timothy C Salkauskis, MD |
| 3/14/2022 8:43 AM | Display | Timothy C Salkauskis, MD |

| | 3/11/2022 1:27 PM | Interface, Rad Results In | Susan K Newhart, CRNP | Done at 3/14/2022 8:13 AM | Results |
|---|---|---|---|---|---|

### Detailed Action Log

| Date/Time | Action | Taken By |
|---|---|---|
| 3/14/2022 8:13 AM | Done | Susan K Newhart, CRNP |
| 3/14/2022 8:13 AM | Display | Susan K Newhart, CRNP |

## Supplies

| Name | ID | Temporary | Type | Charge Code Description | Charge Code | Quantity |
|---|---|---|---|---|---|---|
| No information to display | | | | | | |

## Results Routing Tracking

XR THORACIC SPINE 2 VW (Order #1315126927) on 3/11/22

## External Result Report

External Result Report

## Order Report

⊡ Order Details

Fonzone, Jo Ann C (MRN: 00194191) DOB: 7/19/1958

| Accession # | Procedure | Diagnosis | Modifier | Modifier(Name) |
|---|---|---|---|---|
| 86972585 | XR THORACIC SPINE 2 VW | Acute midline thoracic back pain [M54.6 (ICD-10-CM)] | | |

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **FOGARTY, KEVIN T** | 3/11/2022  13:25 | 610-770-1606 | |

## Exam Details

| Performed Procedure | Technologist | Supporting Staff | Performing Physician |
|---|---|---|---|
| X-Ray Thoracic Spine 2 Views | Heather S Nagle, RT | | |

| Appointment Date/Status | Modality | Department | |
|---|---|---|---|
| 3/11/2022   Completed | CHA RAD ROOM 01 | CHA DIAG RADIOLOGY | |

| Begin Exam | End Exam | Begin Exam Questionnaires | End Exam Questionnaires |
|---|---|---|---|
| 3/11/2022  1:01 PM | 3/11/2022  1:07 PM | LV RIS DIAG RAD BEGIN EXAM | LV RIS XRAY END EXAM QUESTIONNAIRE<br>LV RIS OR END EXAM QUESTIONNAIRE |

## Reviewed by

| Timothy C Salkauskis, MD | 3/14/2022  8:44 AM |
|---|---|

## Expected Charges

| Charge | Code | Association | Charge Trigger | Charge Type |
|---|---|---|---|---|
| Hb Thoracic Spine 2 Views X-ray 72070 [700300055] | 72070 | Linked | Imaging end exam | Technical |
| X-RAY THORACIC SPINE 2 VW | 72070 | Linked | Imaging result study | Professional |

## Timeouts

None

## Study Notes

Heather S Nagle, RT on 3/11/2022  1:07 PM
Chronic back pain, including history of herniated discs. Recently has had increased pain

## Events

### 3/11/2022  1:00 PM - XR THORACIC SPINE 2 VW

| Event | Date/Time | User | Comment | Event Type |
|---|---|---|---|---|
| Appointment Scheduled | 3/11/2022 11:40 AM | Sara Kershner | | Appointment Events |
| Department check-in started | 3/11/2022 12:59 PM | Sara Kershner | | Appointment Events |

# AFTER VISIT SUMMARY

**Jo Ann C. Fonzone**  MRN: 00194191 DoB: 7/19/1958

📅 4/11/2022 11:00 AM   📍 LVH-CC 1250 Neurology 610-402-8420

## Instructions  from Vitaliy Koss, MD

drink sufficient amounts of water, eat regularly, get enough sleep.
Begin regular aerobic exercise, 20 to 30 minutes 5 days a week.
Do 1-minute isometric neck exercises 10 times a day
Undergo a course of biofeedback
Consider preventive medications: antidepressants, antihypertensives, anticonvulsants.
Start Botox injections
Acute treatment. The goal is to treat headaches 3 days a week or less.
Imitrex, Compazine. Ubrelvy
Other options: acupuncture, yoga
Occipital, auricular blocks + tpi- if needed
Follow up with PA in 3 months and MD in 6 months.

🛒 **Pick up these medications at Wegmans Allentown Pharmacy #079 - Allentown, PA - 3900 Tilghman Street**

ubrogepant

Address: 3900 Tilghman Street Tilghman St. - Allentown,
Allentown PA 18104

Phone:   610-336-7940

## What's Next

**JUN 27 2022**  **Return Patient Visit with Susan K Newhart, CRNP**
Monday June 27 1:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVPG Neurology - Muhlenberg
1770 BATHGATE RD
STE 403
BETHLEHEM PA
18017-7334
484-884-8370

**NOV 21 2022**  **ECHO 2D**
Monday November 21 1:00 PM

LVH-CH 1503 N Cedar Crest Cardiac Diag Cntr
1503 N Cedar Crest Blvd
1st Floor
ALLENTOWN PA
18104-2310
610-849-0692

## Today's Visit

You saw Vitaliy Koss, MD on Monday April 11, 2022. The following issue was addressed: Intractable chronic migraine without aura and without status migrainosus.

| ♡ Blood Pressure 113/74 |  BMI 17.43 |
| --- | --- |
| Weight 108 lb | Height 5' 6" |
| ♡ Pulse 76 | |

## MyLVHN

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.mylvhn.org/ mychart**, click "Sign Up Now", and enter your personal activation code: **R2KQ9-CM8F5**. Activation code expires 4/24/2022

## LVHN Patient Satisfaction Survey

At Lehigh Valley Health Network, we appreciate the opportunity to partner in your care and value you as a patient. To help improve the quality of care and services we provide patients like you, we will be in contact via phone, text, or email with a few brief questions regarding this visit.  We look forward to your response and feedback.

Thank you for partnering with LVHN.

It is the policy of the Lehigh Valley Health Network, its wholly owned subsidiaries and healthcare providers to not discriminate on the basis of race, color, national origin, sex, age, gender identity or disability.
- ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-610-402-8000.
- ملحوظة: إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان. اتصل برقم 8000-402-610-1
- CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-610-402-8000.
- 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-610-402-8000.

Fonzone, Jo Ann C (MRN: 00194191) DOB: 7/19/1958

# MRI THORACIC SPINE WO CONTRAST

Status: Final result

## MRI THORACIC SPINE WO CONTRAST: Patient Communication

Released                                                  ✖ Not seen

# MRI THORACIC SPINE WO CONTRAST (Order 1315126946)

Imaging

Date: 4/11/2022  Department: LVH-CH 1503 N Cedar Crest MRI  Released By: Isabel Andino
Authorizing: Brian K Goldberg, MD

## Protocol Summary

Protocol not completed.

## PACS Images

(Link Unavailable) Show images for MRI THORACIC SPINE WO CONTRAST

## Study Result

Narrative & Impression
MRI of the thoracic spine without contrast

HISTORY: Mid back pain; symptoms of pain in the mid back since 2010

TECHNIQUE: Multiplanar and multisequence MR images of the thoracic spine were
obtained at 1.5 Tesla without intravenous contrast.

CONTRAST: None

COMPARISON: Radiograph of the thoracic spine dated 3/11/2022

FINDINGS:

Vertebral body heights are normal. Small scattered islands of fat and/or
intraosseous hemangiomas noted within multiple vertebral bodies, including
within the T7, T12, L1 and L2. No geographic marrow edema/compression fracture
of the thoracic vertebral bodies. No focal high signal intensity/marrow edema in
the visualized posterior elements.

Conus is located at the level of L1. No appreciable mass effect on the cord.
Limited assessment of the cord signal on the axial images secondary to
motion/pulsation artifact. Within limits of the examination, no definite cord
edema.

Motion artifact somewhat limits assessment of the lung fields. No appreciable
pleural effusion in the visualized portions of the lung fields. Incidentally
noted is a ovoid area of high signal intensity within the liver measuring 1.3 x
0.9 cm (series 11 image 11 through 13), suboptimally characterized on the
current study secondary to motion/pulsation artifact. Common duct is noted to be
slightly dilated superiorly, and is noted to taper in size inferiorly. This
finding is somewhat better visualized/characterized on previous MRI of the



**HIGHMARK.** 
**WHOLECARE.**

April 4, 2022 12:09 PM

Jo Ann  Fonzone
631 PRIMROSE LN
ALLENTOWN PA 18104

RE:                        Jo Ann  Fonzone
ID #:                      2401303901
Date of Birth:             07/19/1958

Dear **Jo Ann  Fonzone**:

Highmark Wholecare has approved a request for a(n) **Thoracic Spine MRI (Magnetic Resonance Imaging – pictures of inside your mid spine)** submitted by **Dr. Brian K  Goldberg** because Highmark Wholecare has approved a request for finds the service to be medically necessary based on current information submitted for the request.

You may have already received the service, or you may have already received information regarding the date you are scheduled to receive this service.  If you have questions regarding this approved service by Highmark Wholecare, please contact Highmark Wholecare's Member Services Department at 1-800-392-1147.

22544



Sincerely,

Highmark Wholecare Utilization Management
Treating Practitioner

cc:        Dr. Brian K  Goldberg
           LEHIGH VALLEY COORDINATED HEALTH HOSPITAL

Fonzone, Jo Ann (MRN 62239039) DOB: 07/19/1958                    Encounter Date: 04/08/2022

# Fonzone, Joann                                           MRN: 62239039

**Consult** 4/8/2022               Provider: **Jason Erickson, DO** (Pain Medicine)
St Lukes Spine And Pain          Primary diagnosis: **Cervical spondylosis**
Allentown                        Reason for Visit: **Neck Pain • Shoulder Pain**; Referred by Referral Self

## Progress Notes                           Jason Erickson, DO (Physician) • Pain Medicine

### Assessment
1. **Cervical spondylosis**
2. Neck pain
3. Status post cervical spinal fusion

### Plan
1. Await C spine MRI for review, scheduled for Monday 4/11
2. Will likely be a candidate for (R) C2-4 MBB#1 and subsequent radiofrequency ablation if she has an appropriate diagnostic response.  Procedure reviewed in detail and pamphlets were given for review.

My impressions and treatment recommendations were discussed in detail with the patient who verbalized understanding and had no further questions.  Discharge instructions were provided. I personally saw and examined the patient and I agree with the above discussed plan of care.

No orders of the defined types were placed in this encounter.

### New Medications Ordered This Visit
Medications
- Rimegepant Sulfate (Nurtec) 75 MG TBDP
     Sig: Take 75 mg by mouth
- Botulinum Toxin Type A 200 units SOLR
     Sig: Inject 155 units into face and neck IM every 90 days

## History of Present Illness

Joann Fonzone is a 63 y.o. female seen in consultation regarding chronic right-sided neck pain. The patient has been experiencing symptoms since an injury that occurred in October of 2010.  She was a victim of aggravated assaults and ended up undergoing cervical fusion.  She continues with significant pain above the level of her fusion on the right side scores this as a 10/10 at its worst.  She describes pain that is nearly constant and worse at nighttime characterized as throbbing.  She does describe some upper extremity weakness on the right as well and occasional dropping of objects.

She localizes pain to the right cervical facet joints and right occipital nerve distribution.

Aggravating factors include standing bending sitting walking exercise.  Alleviating factors include lying down, standing, and relaxation.

She did have her cervical fusion performed by Dr. Wagener, subsequent treatment with Dr. Goldberg and Dr. Choquette.

Fonzone, Jo Ann (MRN 62239039) DOB: 07/19/1958          Encounter Date: 04/08/2022

She does have an MRI planned for this coming Monday and was instructed to obtain the disc with images for my review upon follow-up.

She has noted moderate relief in the past with traction nerve blocks or injections physical therapy exercise osteopathic manipulation heat or ice application and chiropractic manipulation.  Excellent relief from her prior surgery and no relief with a 10s unit.

Social history negative for tobacco marijuana use positive for occasional alcohol consumption.

Currently using acetaminophen and lidocaine patches for pain relief.  Was also receiving Nucynta for pain relief with some mild improvement in symptoms.

I have personally reviewed and/or updated the patient's past medical history, past surgical history, family history, social history, current medications, allergies, and vital signs today.

Review of Systems
Constitutional: Negative for fever and unexpected weight change.
HENT: Positive for hearing loss. Negative for trouble swallowing.
Eyes: Negative for visual disturbance.
Respiratory: Positive for shortness of breath. Negative for wheezing.
Cardiovascular: Positive for palpitations. Negative for chest pain.
Gastrointestinal: Negative for constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for cold intolerance, heat intolerance and polydipsia.
Genitourinary: Negative for difficulty urinating and frequency.
Musculoskeletal: Positive for joint swelling, myalgias, neck pain and neck stiffness. Negative for arthralgias and gait problem.
Skin: Negative for rash.
Neurological: Positive for headaches. Negative for dizziness, seizures, syncope and weakness.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for dysphoric mood.
All other systems reviewed and are negative.


There is no problem list on file for this patient.


**Past Medical History:**
Diagnosis                                                         Date
 • Anxiety
 • Aortic aneurysm (HCC)
 • Arthritis
 • Asthma
 • Atrial fibrillation (HCC)
 • Fibromyalgia, primary
 • Headache(784.0)
 • Migraines
 • Pericardial effusion
 • Seizures (HCC)


**Past Surgical History:**
Procedure                                      Laterality      Date

Fonzone, Jo Ann (MRN 62239039) DOB: 07/19/1958          Encounter Date: 04/08/2022

- BACK SURGERY
- EPIDURAL BLOCK INJECTION
- LAMINECTOMY
- NECK SURGERY
- SPINAL FUSION
- SPINE SURGERY
- TRIGGER POINT INJECTION

## Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |

## Social History

Occupational History
- Not on file

Tobacco Use
- Smoking status:          Former Smoker
    Packs/day:            0.25
    Years:               10.00
    Pack years:          2.50
    Types:               Cigarettes
- Smokeless tobacco:      Never Used

Vaping Use
- Vaping Use:             Never used

Substance and Sexual Activity
- Alcohol use:            Not Currently
    Alcohol/week:        0.0 standard drinks
- Drug use:               Never
- Sexual activity:        Not Currently
    Partners:            Male
    *Comment: Menoupause*

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig |
|---|---|
| • aspirin (ECOTRIN LOW STRENGTH) 81 mg EC tablet | Take 81 mg by mouth every other day |
| • Botulinum Toxin Type A 200 units SOLR | Inject 155 units into face and neck IM every 90 days |
| • clonazePAM (KlonoPIN) 1 mg tablet | daily at bedtime as needed |
| • digoxin (LANOXIN) 0.125 mg tablet | Take 125 mcg by mouth daily |
| • Multiple Vitamin (MULTI-VITAMIN DAILY PO) | Take 1 tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 5 mg tablet | Take 1 tab twice a day as needed for headache or nausea, limit 3 days per week |

Fonzone, Jo Ann (MRN 62239039) DOB: 07/19/1958

- SUMAtriptan (IMITREX) 25 mg tablet — TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS
- NUCYNTA 50 MG tablet — Take 50 mg by mouth daily at bedtime as needed (Patient not taking: Reported on 4/8/2022 )
- propafenone (RYTHMOL SR) 325 mg 12 hr capsule — (Patient not taking: Reported on 4/8/2022 )
- Psyllium (Nat-Rul Psyllium Seed Husks) 500 MG CAPS — Take 2 tablets by mouth daily (Patient not taking: Reported on 4/8/2022 )
- Rimegepant Sulfate (Nurtec) 75 MG TBDP — Take 75 mg by mouth (Patient not taking: Reported on 4/8/2022 )

No current facility-administered medications on file prior to visit.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Codeine | GI Intolerance and Other (See Comments) |
| • Penicillins | Other (See Comments) and Rash |

*Other reaction(s): Unknown Allergic Reaction*

# Physical Exam

BP 116/72  | Pulse 71  | Temp 98.1 °F (36.7 °C)  | Ht 5' 6" (1.676 m)  | Wt 48.5 kg (107 lb)  | SpO2 98%  | BMI 17.27 kg/m²

CERVICAL
General: Well-developed, well-nourished individual in no acute distress.
Mental: Appropriate mood and affect. Grossly oriented with coherent speech and thought processing .

Neuro:
Cranial nerves: Cranial nerve function is grossly intact bilaterally .
Strength: Bilateral upper extremity strength is normal and symmetric except for some mild weakness noted with right triceps extension and grip strength on the right side . No atrophy or tone abnormalities noted .
Reflexes: Bilateral upper extremity muscle stretch reflexes are brisk bilaterally  .   No Hoffman sign .
Sensation: No loss of sensation is noted .
Foraminal Compression Maneuvers:  Spurling sign is absent .

Gait:
Gait/gross motor: Gait is normal. Station is normal.

Musculoskeletal:
Palpation: Inspection and palpation of the spine and extremities are unremarkable except for significant tenderness to palpation along the upper cervical facet joints on the right reproducing her pain complaint .
Spine:  Significant limitation in cervical range of motion in all planes which reproduces pain  .
No gross axial skeletal deformities .

Fonzone, Jo Ann (MRN 62239039) DOB: 07/19/1958          Encounter Date: 04/08/2022

Skin: Skin inspection grossly negative for erythema, breakdown, or concerning lesions in affected area .

Lymph: No lymphadenopathy is appreciated in the involved extremity .

Vessels: No lower extremity edema .

Lungs: Breathing is comfortable and regular. No dyspnea noted during examination .

Eyes: Visual field grossly intact to confrontation. No redness appreciated.

ENT: No craniofacial deformities or asymmetry. No neck masses appreciated.

**Imaging**

**XR CERVICAL SPINE 4 OR 5 VIEWS**

| Anatomical Region | Laterality | Modality |
|---|---|---|
| C-spine | — | Digital Radiography |
| T-spine | — | — |
| L-spine | — | — |
| Neck | — | — |
| Spine | — | — |

**Impression**                                          Performed by <u>RADIOLOGY</u>

IMPRESSION:

1.  Radiographically intact C5-C7 ACDF.
2.  No high-grade cervical compression fracture or malalignment.
3.  Mild to moderate multilevel cervical spondylosis as described above.

Workstation:WR0030

**Narrative**                                           Performed by <u>RADIOLOGY</u>

CERVICAL SPINE SERIES

INDICATION: Cervical spondylosis

COMPARISON: Intraoperative fluoroscopy of 1/29/2020.

TECHNIQUE: 5 views of the cervical spine.

FINDINGS:

Fonzone, Jo Ann (MRN 62239039) DOB: 07/19/1958          Encounter Date: 04/08/2022

There is no high-grade cervical compression fracture noted. Status post C5-C7
ACDF with radiographically intact plate, interbody screws, and radiodense
multilevel interdisc grafts. There is straightening of the cervical lordosis
with moderate degenerative disc space narrowing at the C4-C5 level with
concurrent uncovertebral hypertrophy and mild focal bony spinal canal narrowing.
Mild degenerative disc space narrowing and uncovertebral hypertrophy is noted at
the C2-C3 and C3-C4 levels. There is mild narrowing of the left C5-C6 and C6-C7
neural foramina. There is mild narrowing of the right C4-C5 neural foramen. The
retropharyngeal soft tissues are normal in thickness..

## Procedure Note

Myers, Ross A, MD - 12/10/2021
Formatting of this note might be different from the original.
CERVICAL SPINE SERIES

INDICATION: Cervical spondylosis

COMPARISON: Intraoperative fluoroscopy of 1/29/2020.

TECHNIQUE: 5 views of the cervical spine.

FINDINGS:

There is no high-grade cervical compression fracture noted. Status post C5-C7
ACDF with radiographically intact plate, interbody screws, and radiodense
multilevel interdisc grafts. There is straightening of the cervical lordosis
with moderate degenerative disc space narrowing at the C4-C5 level with
concurrent uncovertebral hypertrophy and mild focal bony spinal canal narrowing.
Mild degenerative disc space narrowing and uncovertebral hypertrophy is noted at
the C2-C3 and C3-C4 levels. There is mild narrowing of the left C5-C6 and C6-C7
neural foramina. There is mild narrowing of the right C4-C5 neural foramen. The
retropharyngeal soft tissues are normal in thickness..

IMPRESSION:
IMPRESSION:

1. Radiographically intact C5-C7 ACDF.
2. No high-grade cervical compression fracture or malalignment.
3. Mild to moderate multilevel cervical spondylosis as described above.

Workstation:WR0030
Specimen Collected: 12/10/21 10:04 AM     Last Resulted: 12/10/21 10:07 AM
Received From: Lehigh Valley Health Network

Fonzone, Jo Ann (MRN 62239039) DOB: 07/19/1958                    Encounter Date: 04/08/2022

## Instructions

**Arthritis**

**WHAT YOU NEED TO KNOW:**
Arthritis is pain or disease in one or more joints. There are many types of arthritis. Types such as rheumatoid arthritis cause inflammation in the joints. Other types wear away the cartilage between joints, such as osteoarthritis. This makes the bones of the joint rub together when you move the joint. An infection from bacteria, a virus, or a fungus can also cause arthritis. Your symptoms may be constant, or symptoms may come and go. Arthritis often gets worse over time and can cause permanent joint damage.

**DISCHARGE INSTRUCTIONS:**
**Call your doctor or rheumatologist if:**
- You have a fever and severe joint pain or swelling.

- You cannot move the affected joint.

- You have severe joint pain you cannot tolerate.

- You have a new or worsening rash.

- Your pain or swelling does not get better with treatment.

- You have questions or concerns about your condition or care.

**Medicines:**
- **Acetaminophen** decreases pain and fever. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Read the labels of all other medicines you are using to see if they also contain acetaminophen, or ask your doctor or pharmacist. Acetaminophen can cause liver damage if not taken correctly. Do not use more than 4 grams (4,000 milligrams) total of acetaminophen in one day.

- **NSAIDs** , such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, always ask your healthcare provider if NSAIDs are safe for you. Always read the medicine label and follow directions.

- **Steroids** reduce swelling and pain.

- **Prescription pain medicine** may be given. Ask your healthcare provider how to take this medicine safely. Some prescription pain medicines contain acetaminophen. Do not take other medicines that contain acetaminophen without talking to your healthcare provider. Too much acetaminophen may cause liver damage. Prescription pain medicine may cause constipation. Ask your healthcare provider how to prevent or treat constipation.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him of her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

# Coordinated Health
# Imaging

**www.coordinatedhealth.com**
**(610) 861-8080**

**PATIENT:** Fonzone, Jo Ann
2242 W Tilghman St
Allentown, PA 18104

**AGE/SEX/DOB:** 58 yrs  F  19-Jul-1958
**MRN:** 0050341

---

## Results

**Imaging Accession #:** TW171135580
**Referring Provider:** Jaeger,Randy
**Performing Location:** Allentown Clinic

**Study Date:** 10/6/2016 12:00:00PM

**Resulted:** 10/12/2016  7:17:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

**Stage:** **Final**

### MR Cervical Spine

PM encounter Number 789350560 on 10-06-2016 12:00
Referred by Randy Jaeger

Body Site: Cervical

### Test

MRI of the cervical spine without contrast

HISTORY: Neck pain and right shoulder pain; injury on October 6, 2010; victim of aggravated assault with trauma to the chest, head and right shoulder

TECHNIQUE: Multiplanar and multisequence MR images of the cervical spine were obtained at 1.5 Tesla without intravenous contrast.

CONTRAST: None

COMPARISON: Radiograph of the cervical spine dated 9/26/2016

FINDINGS:
There is mild to moderate reversal of expected cervical lordosis. There is disc degeneration, with loss of disc signal intensity and height at multiple levels, most pronounced at C4-C5, C5-C6 and C6-C7. On the fluid sensitive images, there is a rounded area of predominantly high signal intensity noted within the C3 vertebral body centrally into the right of midline, with peripheral high signal intensity noted on the T1 and T2-weighted images, suggestive of an intraosseous hemangioma.

There is mild to moderate endplate marrow edema at the inferior endplate of C6 and superior endplate of C7. There is mild diffuse

Page 1 of 3

Patient:   **Fonzone, Jo Ann**                          **Study Date:**   10/6/2016 12:00:00PM
MRN:      **0050341**

<u>Test</u>

narrowing of the cervical spinal canal and neural foramina, in part on
a congenital basis due to congenitally short pedicles. The spinal
canal measures as follows in anteroposterior dimension: 10.7 mm at the
level of C3, 8.7 mm at the level of C4, 8.8 mm at the level of C5 and
8.2 mm at the level of C6. There is indentation of the cord at
multiple levels, without definite cord edema. The cervicomedullary
junction is unremarkable.

The vertebral arteries are slightly tortuous in course. There is a
dominant right vertebral artery.

At C2-C3, there is a minimal disc bulge. There is moderate to
moderate/severe facet arthropathy on the left and mild facet
arthropathy and the right. The spinal canal is patent. The right
neural foramen is patent. There is mild narrowing of the left neural
foramen.
At C3-C4, there is 1 to 2 mm of anterolisthesis of C3 on C4. There is
a small broad-based disc protrusion, with marginal disc osteophyte
extending into the neural foramina. There is mild to moderate facet
arthropathy more pronounced on the right. The spinal canal is patent.
There is mild to moderate uncovertebral degeneration, more pronounced
on the right. There is moderate to severe narrowing of the right
neural foramen, with probable abutment/indentation of the exiting
right C4 nerve root. There is mild narrowing of the left neural
foramen.
At C4-C5, there is 2 to 3 mm of retrolisthesis of C4 on C5. There is a
small to moderate broad-based disc protrusion effacing the ventral CSF
space and approximating the volar margin of the cord. There is minimal
to mild narrowing of the spinal canal. There is moderate to
moderate/marked uncovertebral degeneration, more pronounced on the
right. There is mild facet arthropathy and mild thickening of the
ligamentum flavum. There is severe narrowing of the right neural
foramen, and moderate to severe narrowing of the left neural foramen.
There is abutment/indentation of the exiting right C5 nerve root, and
abutment of the exiting left C5 nerve root.
At C5-C6, there is 1 mm retrolisthesis of C5 on C6. There is a small
to moderate broad-based disc/disc osteophyte, with extension into the
neural foramina bilaterally, eccentric towards the right paracentral
region. This effaces the ventral CSF space with minimal narrowing of
the spinal canal. There is moderate to marked uncovertebral
degeneration. There is minimal facet arthropathy. There is severe
narrowing/near-complete obliteration of the right neural foramen and
severe narrowing of the left neural foramen, with probable
abutment/indentation of the exiting right and left C6 nerve roots.
At C6-C7, there is 1 to 2 mm of retrolisthesis of C6 on C7. There is a
moderate-sized broad-based disc protrusion extending into the right
and left paracentral regions, with mild inferior migration on the
left. The disc effaces the ventral CSF space and abuts/indents the
cord (series 6 image 17), with no definite cord edema. There is mild
thickening of the ligamentum flavum. These factors result in moderate
narrowing of the spinal canal. There is severe narrowing of the neural
foramina bilaterally, with indentation of the exiting right and left
C7 nerve roots in the neural foramina.
At C7-T1, there is 1 mm retrolisthesis of C7 on T1. There is a small
disc bulge extending into the neural foramina bilaterally. The spinal

Patient:   **Fonzone, Jo Ann**                                    Study Date:   **10/6/2016  12:00:00PM**
MRN:       **0050341**

**Test**

canal is patent. There is minimal narrowing of the right neural
foramen and minimal to mild narrowing of the left neural foramen.
There may be minimal abutment of the exiting left C8 nerve root.
At T1-T2, there is a small disc protrusion in the right paracentral
region extending into the right neural foramen. There is minimal to
mild narrowing of the right neural foramen. The left neural foramen is
patent.
At T2-T3, the spinal canal and neural foramina are patent.

IMPRESSION:
1. Mild to moderate reversal of expected cervical lordosis. This may
be positional, or may be seen with muscle spasm.

2. Mild diffuse narrowing of the cervical spinal canal and neural
foramina, in part on a congenital basis. Superimposed multilevel
degenerative disc disease, most pronounced at the following levels:
C2-C3: Mild narrowing of the left neural foramen.
C3-C4: Small broad-based disc protrusion with marginal disc
osteophyte. Moderate to severe narrowing of the right neural foramen,
with probable abutment/indentation of the exiting right C4 nerve root.
Mild narrowing of the left neural foramen.
C4-C5: Small to moderate broad-based disc protrusion with minimal to
mild narrowing of the spinal canal. Severe narrowing of the right
neural foramen and moderate to severe narrowing of the left neural
foramen. Abutment/indentation of the exiting right C5 nerve root, and
abutment of the exiting left C5 nerve root.
C5-C6: Small to moderate broad-based disc/disc osteophyte with
extension into the neural foramina bilaterally. Severe
narrowing/near-complete obliteration of the right neural foramen and
severe narrowing of the left neural foramen, with probable
abutment/indentation of the exiting right and left C6 nerve roots.
C6-C7: Moderate-sized broad-based disc protrusion extending into the
right and left paracentral regions. Disc abuts/indents the cord,
without definite cord edema. Moderate narrowing of the spinal canal.
Severe narrowing of the neural foramina bilaterally, with indentation
of the exiting right and left C7 nerve roots in the neural foramina.
C7-T1: Small disc bulge with possible minimal abutment of the exiting
left C8 nerve root.

3. Slightly tortuous course of the vertebral arteries. Correlate with
underlying risk factors (i.e. hypertension).

4. Facet arthropathy most pronounced at C2-C3, C3-C4 and C4-C5.

Electronically signed and dictated by: Amit Malhotra MD
Signed on: 10/12/2016 7:14 AM EDT

Dictated by:  Amit  Malhotra MD

Result Electronically Signed By: Amit  Malhotra MD at 10-12-2016 07:14

# Coordinated Health
www.coordinatedhealth.com
(877) 247-8080

**PATIENT:**   Jo Ann Fonzone
2242 W Tilghman St
Allentown, PA 18104
**ENC DATE:**   10/19/2016 11:15AM
**PROVIDER:**   Brian Goldberg M.D.

**MRN:** 0050341
**DOB:** 07/19/1958

## Chief Complaint
Patient presents with neck pain.

## Vitals

|  | Recorded: 19Oct2016 10:12AM |
|---|---|
| Height | 5 ft 6 in |
| Weight | 117 lb |
| BMI Calculated | 18.88 |
| BSA Calculated | 1.59 |
| Systolic | 110 |
| Diastolic | 68 |
| Heart Rate | 76 |
| Respiration | 16 |
| Pain Scale | 05 |

## Review of Systems

**General:** no recent unexplained changes in weight, no unexplained fevers, no night sweats, no weakness or fatigue, no loss of appetite, no immune deficiencies, no trouble sleeping and no daytime sleepiness
**Musculo-skeletal:** joint pain and history of back pain, but no joint swelling, no muscle pain, no muscle cramps and no trouble walking
**Skin:** no rashes, no changes in skin, no changes in nails, no changes in hair and no non-healing sores
**Head:** no frequent headaches
**Eyes:** no eye pain (discomfort), no double vision and no blurred vision
**Ears, Nose & Throat:** no ringing in the ears, no ear pain, no nasal discharge, no nasal bleeding, no sinus pain, no soreness, no hoarseness, no difficulty swallowing, no dry mouth and no snoring
**Respiratory:** no chest pain, no wheezing, no cough, no history of tuberculosis, no history of smoking, no shortness of breath/difficulty breathing and no history of pneumonia
**Hematological / Lymphatic:** no swollen glands and does not bruise easily
**Neurological:** anxiety, but no fainting or blackouts, no history of seizures, no memory loss, no numbness, no tingling, no loss of bladder control, no loss of bowel control, no mood swings and no depression
**Cardiovascular:** history of heart problems, but no high blood pressure, no low blood pressure, no chest pain or palpitations, no shortness of breath with normal activities, no dizziness, no loss of consciousness, no leg swelling and no lightheadedness
**Gastrointestinal:** no abdominal pain, no frequent diarrhea, no constipation, no heartburn, no unexplained nausea or vomiting, no history of hepatitis, no ulcers, no change in appetite and no dark or bloody stool
**Urinary:** no frequent urination, no painful urination, no urinary infections, no urinary urgency, no blood in urine, no urinary incontinence and does not get up at night to urinate
**Endocrine:** no history of thyroid problems, no heat intolerance, no cold intolerance, no excessive sweating, no recent increased thirst, no recent increased appetite and no tremors
**Integumentary / Breasts:** no nodules, no changes in moles or freckles, no changes in hair growth, loss, texture, no breast or nipple discharge and no breast pain

7/7/17 1:31:44 PM

PATIENT:   Jo Ann Fonzone
ENC DATE:  10/19/2016 11:15AM                       MRN: 0050341

**Mobility Matters:** has no problems with bathing, dressing or eating, has no problems with light household tasks, has no difficulty climbing stairs, does not get short of breath doing certain tasks, has not fallen in the last 6 months, does not use an assistive device to walk and does not feel unsteady on their feet

**Special Needs:** The patient denies any special needs related to communication, learning or any other area.

**Abuse/Neglect Screen:** Feels comfortable and safe. Patient shows no signs of neglect.

## Past Medical History
- History of Anxiety (300.00) (F41.9)
- History of Atrial fibrillation (427.31) (I48.91)
- History of low back pain (V13.59) (Z87.39)
- History of Post-traumatic stress (309.81) (F43.10)

## Surgical History
- History of Hemilaminectomy
- History of Laminectomy Lumbar

## Social History
- Never a smoker
- Occupation
  - lawyer
- Social alcohol use (Z78.9)

## Family History
- Family history of Acute Myocardial Infarction (V17.3) : Father
- Family history of Hypertension (V17.49) : Mother

## End of Encounter Meds
- Advil TABS; TAKE 1 TABLET EVERY 8 HOURS AS NEEDED;
  Therapy: (Recorded:10Nov2011) to Recorded
- Eliquis 5 MG Oral Tablet; one tablet twice daily;
  Therapy: (Recorded:04Mar2016) to Recorded
- Lidocaine 5 % External Ointment; APPLY 4 INCH Every 8 hours PRN;
  Therapy: 25Apr2016 to (Last Rx:21Jul2016)  Requested for: 21Jul2016 Ordered
- Methocarbamol 750 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME AS NEEDED;
  Therapy: 26Sep2016 to (Evaluate:07Nov2016) Requested for: 26Sep2016; Last Rx:26Sep2016 Ordered
- Multi Vitamin/Minerals Oral Tablet; TAKE 1 TABLET DAILY;
  Therapy: (Recorded:10Nov2011) to Recorded
- Propafenone HCl ER 325 MG Oral Capsule Extended Release 12 Hour; TAKE 1 CAPSULE Daily;
  Therapy: (Recorded:14Mar2016) to Recorded
- Propafenone HCl ER 425 MG Oral Capsule Extended Release 12 Hour; TAKE 1 CAPSULE Daily;
  Therapy: (Recorded:14Mar2016) to Recorded

## Allergies
- Codeine Derivatives
  Recorded By: Hicks, Clorissa; 11/10/2011 9:15:34 AM
- Penicillins

PATIENT:     Jo Ann Fonzone
ENC DATE:    10/19/2016 11:15AM                          MRN: 0050341

Recorded By: Hicks, Clorissa; 11/10/2011 9:15:34 AM

**HPI (Subjective)**
  Jo Ann Fonzone is a 58 year old female who presents today in consultation for neck and upper back pain. Jo Ann was referred by Dr. Jaeger whose notes I reviewed.  The pain extends as far distally as the both shoulders, forearm on the right , the elbow on the right, the wrist on the right, the fingers of the right hand. The patient describes the pain as burning, sharp and shooting. She states the symptoms are constant. Associated symptoms include numbness and tingling in right arm, bladder incontinence and weakness in right arm, but denies bowel incontinence. Jo Ann has experienced pain since 6 year(s) ago and but the symptoms have been worse over the past several month(s). Relieving factors include. No relieving factors are noted. Aggravating factors include turning neck. Jo Ann Fonzone was seen at Coordinated Health Back and Neck Center in 2016 with Dr. Stoll for costochondritis. Past evaluation has included:. Orthopedic evaluation by Dr. Jaeger who felt that pain was more from Cspine than R shoulder after reviewing MRI shoulder which showed RTC tendonitis without tear. Past treatment has included. Corticosteroids: medrol dose pak 9/26/16. Physical Therapy: 2016. The use of physical therapy was effective for pain relief. Right shoulder steroid injection: 10/12/16. The use of a right shoulder steroid injection was effective for pain relief.

**Physical Exam (Objective)**
  **Constitutional:** Well developed, well nourished, in no acute distress and healthy appearing.
  **Psychiatric:** Alert and oriented x 3.
  **Gait/Gross Motor:** Normal gait.
  **Eyes:** Normal eye alignment.
  **HENT:** Normocephalic, atraumatic head. The patient's neck is supple.
  **Respiratory:** Equal chest expansion.
  **GI:** Abdomen is soft, non-tender to palpation.
  **Cardiovascular:**. Heart demonstrates regular rate and rhythm. Radial pulses are symmetrically intact. There is no edema noted in the extremities.
  **Lymphatic:** No lymphadenopathy.
  **Skin Inspection:** No abnormalities.
  **Spine:** Decreased cervical lordosis. Bilateral trapezius tenderness, spasm and trigger point. Bilateral cervical paraspinal tenderness and spasm. decreased flexion, is painful, decreased extension, is painful, decreased rotation, decreased rotation at 30-40 degrees.
  Right shoulder[1] decreased range of motion 90 deg IR[1], positive Hawkin's test[1] and positive Neer's test[1] . 2/4 reflexes in all major groups on the right and on the left. Sensation is intact to light touch bilateral upper extremities in all dermatomes.
  negative Hoffman's test bilaterally Absent ankle clonus on the right. Absent ankle clonus on the left. Motor strength is 5/5 in all muscle groups.
  Positive Spurling's test on the right and negative Sprulings on the left.
  **Cranial Nerves:** Cranial nerves II to XII intact.

[1] **Amended By: Goldberg, Brian; Oct 19 2016 11:07 AM EST**

**Results/Data**

  Diagnostics. The images and reports of the patient's diagnostic studies were reviewed.
  MRI Internal Findings: 2016 MRI Cspine showed reversal of lordosis, multilevel DDD, advanced L sided facet DJD C2-3, C3-4 disc protrusion and facet DJD with mod-sev R NF stenosis, C4-5 disc protrusion and advanced uncovertebral DJD with severe R and mod-sev L NF stenosis, C5-6 disc osteophyte complex and advanced uncovertebral DJD with severe R>L NF stenosis, C6-7 disc protrusion with mod central and severe bilateral NF stenosis.

**Procedure**

# Coordinated Health
www.coordinatedhealth.com
(877) 247-8080

**PATIENT:** Jo Ann Fonzone
2242 W Tilghman St

Allentown, PA 18104
**ENC DATE:** 11/02/2016 10:45AM
**PROVIDER:** Brian Goldberg M.D.

**MRN:** 0050341
**DOB:** 07/19/1958

## Chief Complaint
Patient presents with neck pain.

## Vitals

|  | Recorded: 02Nov2016 10:49AM |
|---|---|
| Height | 5 ft 6 in |
| Weight | 117 lb |
| BMI Calculated | 18.88 |
| BSA Calculated | 1.59 |
| Systolic | 116 |
| Diastolic | 78 |
| Heart Rate | 76 |
| Respiration | 16 |
| Pain Scale | 08 |

## Review of Systems

**General:** no recent unexplained changes in weight, no unexplained fevers, no night sweats, no weakness or fatigue, no loss of appetite, no immune deficiencies, no trouble sleeping and no daytime sleepiness
**Musculo-skeletal:** joint pain and history of back pain, but no joint swelling, no muscle pain, no muscle cramps and no trouble walking
**Skin:** no rashes, no changes in skin, no changes in nails, no changes in hair and no non-healing sores
**Head:** no frequent headaches
**Eyes:** no eye pain (discomfort), no double vision and no blurred vision
**Ears, Nose & Throat:** no ringing in the ears, no ear pain, no nasal discharge, no nasal bleeding, no sinus pain, no soreness, no hoarseness, no difficulty swallowing, no dry mouth and no snoring
**Respiratory:** no chest pain, no wheezing, no cough, no history of tuberculosis, no history of smoking, no shortness of breath/difficulty breathing and no history of pneumonia
**Hematological / Lymphatic:** no swollen glands and does not bruise easily
**Neurological:** anxiety, but no fainting or blackouts, no history of seizures, no memory loss, no numbness, no tingling, no loss of bladder control, no loss of bowel control, no mood swings and no depression
**Cardiovascular:** history of heart problems, but no high blood pressure, no low blood pressure, no chest pain or palpitations, no shortness of breath with normal activities, no dizziness, no loss of consciousness, no leg swelling and no lightheadedness
**Gastrointestinal:** no abdominal pain, no frequent diarrhea, no constipation, no heartburn, no unexplained nausea or vomiting, no history of hepatitis, no ulcers, no change in appetite and no dark or bloody stool
**Urinary:** no frequent urination, no painful urination, no urinary infections, no urinary urgency, no blood in urine, no urinary incontinence and does not get up at night to urinate
**Endocrine:** no history of thyroid problems, no heat intolerance, no cold intolerance, no excessive sweating, no recent increased thirst, no recent increased appetite and no tremors
**Integumentary / Breasts:** no nodules, no changes in moles or freckles, no changes in hair growth, loss, texture, no breast or nipple discharge and no breast pain

PATIENT:     Jo Ann Fonzone
ENC DATE:    11/02/2016 10:45AM                          MRN: 0050341

Recorded By: Hicks, Clorissa; 11/10/2011 9:15:34 AM

## HPI (Subjective)

Jo Ann Fonzone is a 58 year old female who is here for a follow-up visit for neck and upper back pain.
The patient notes decreased pain following trigger point injections bilateral trapezius . The symptoms
are constant. Patient reports short term relief from TPIs. Pain in neck into upper back and down the
RUE.

## Physical Exam (Objective)
**Constitutional:** Well developed, well nourished, in no acute distress and healthy appearing.
**Psychiatric:** Alert and oriented x 3.
**Gait/Gross Motor:** Normal gait.
**Eyes:** Normal eye alignment.
**HENT:** Normocephalic, atraumatic head. The patient's neck is supple.
**Respiratory:** Equal chest expansion.
**GI:** Abdomen is soft, non-tender to palpation.
**Cardiovascular:.** Heart demonstrates regular rate and rhythm. Radial pulses are symmetrically
intact. There is no edema noted in the extremities.
**Lymphatic:** No lymphadenopathy.
**Skin Inspection:** No abnormalities.
**Spine:** Decreased cervical lordosis. Bilateral trapezius tenderness, spasm and trigger point. Bilateral
cervical paraspinal tenderness and spasm. Bilateral rhomboid tenderness, spasm and trigger point.
decreased flexion, is painful, decreased extension, is painful, decreased rotation, decreased rotation at
30-40 degrees.
Right shoulder decreased range of motion 90 deg IR, positive Hawkin's test and positive Neer's test.
2/4 reflexes in all major groups on the right and on the left. Sensation is intact to light touch bilateral
upper extremities in all dermatomes.
negative Hoffman's test bilaterally Absent ankle clonus on the right. Absent ankle clonus on the left.
Motor strength is 5/5 in all muscle groups.
Positive Spurling's test on the right and negative Sprulings on the left.
**Cranial Nerves:** Cranial nerves II to XII intact.

## Procedure

**The risks and benefits of a trigger point injection were reviewed with the patient which include
but are not limited to bleeding, infection and medication side-effects. Using sterile technique
and a 22-gauge 1.5inch needle, 1 cc of 1% Lidocaine was injected in a fan-like distribution to
each of the trigger point. The patient tolerated the procedure well, hemostasis was easily
achieved and a bandaid was placed at each injection site. The patient may use ice for
15-20minutes 3x/daily later if there is any local soreness.**
**PRE-PROCEDURE VERIFICATION AND SITE MARKING:** I certify that I have completed all
pre-procedure verification and site marking steps prior to the patient's procedure being performed
today as follows: the patient was identified using a minimum of two patient identifiers, the procedure
was verified with the patient and consent was obtained, and the correct site was verified with the
patient and site marking were performed. Performed by: 11/02/2016 / 11:06 AM
**PROCEDURAL TIME OUT:** I certify that I have completed all procedural time out steps prior to the
patient's procedure being performed today as follows: the patient was identified using a minimum of
two patient identifiers, verification of the correct site and side of the procedure, verification that a site
marking is present, all staff present is in agreement of the procedure to be performed, verification of
pertinent History and Physical information, verification of allergies, verification of the use of antibiotics if
necessary, verification of the availability of the necessary equipment/supplies. Performed by:
11/02/2016 / 11:06 AM

PATIENT:      Jo Ann Fonzone
ENC DATE:     11/02/2016 10:45AM                    MRN: 0050341

**Trigger Point Injections: Trigger points were identified in** bilateral trapezius, bilateral rhomboids (4 muscles total)

## Assessment
1. Neck pain (723.1) (M54.2)
2. Herniated nucleus pulposus, C6-7 (722.0) (M50.223)
3. Cervical spinal stenosis (723.0) (M48.02)

## Plan
**Cervical spinal stenosis, Herniated nucleus pulposus, C6-7, Neck pain, Right cervical radiculopathy** .
- Follow-up visit - Post op Outpatient  Follow-up 2 weeks after ESI  Status: Hold For - Scheduling  Requested for: 02Nov2016

## Discussion/Summary

Cervical epidural steroid injection: The risks and benefits of the procedure were reviewed with the patient which include but are not limited to bleeding, infection, nerve damage, dural puncture, increasing symptoms and medication side effects. The patient wished to proceed.   R C7 T1 ILESI- obtain cardiology clearance to stop Eliquis 5 days pre-ESI.
Schedule neck epidural injection
follow up 2 weeks after injection
hold Eliquis 5 days before injection.

## Signatures
Electronically signed by : Brian Goldberg, M.D.; Nov 2 2016 11:07AM EST (Author)

**Patient:**  Fonzone, Jo Ann                                          **Study Date:**  10/6/2016  12:00:00PM
**MRN:**      0050341

<u>Test</u>

narrowing of the cervical spinal canal and neural foramina, in part on
a congenital basis due to congenitally short pedicles. The spinal
canal measures as follows in anteroposterior dimension: 10.7 mm at the
level of C3, 8.7 mm at the level of C5 and
8.2 mm at the level of C6. There is indentation of the cord at
multiple levels, without definite cord edema. The cervicomedullary
junction is unremarkable.

The vertebral arteries are slightly tortuous in course. There is a
dominant right vertebral artery.

At C2-C3, there is a minimal disc bulge. There is moderate to
moderate/severe facet arthropathy on the left and mild facet
arthropathy and the right. The spinal canal is patent. The right
neural foramen is patent. There is mild narrowing of the left neural
foramen.
At C3-C4, there is 1 to 2 mm of anterolisthesis of C3 on C4. There is
a small broad-based disc protrusion, with marginal disc osteophyte
extending into the neural foramina. There is mild to moderate facet
arthropathy more pronounced on the right. The spinal canal is patent.
There is mild to moderate uncovertebral degeneration, more pronounced
on the right. There is moderate to severe narrowing of the right
neural foramen, with probable abutment/indentation of the exiting
right C4 nerve root. There is mild narrowing of the left neural
foramen.
At C4-C5, there is 2 to 3 mm of retrolisthesis of C4 on C5. There is a
small to moderate broad-based disc protrusion effacing the ventral CSF
space and approximating the volar margin of the cord. There is minimal
to mild narrowing of the spinal canal. There is moderate to
moderate/marked uncovertebral degeneration, more pronounced on the
right. There is mild facet arthropathy and mild thickening of the
ligamentum flavum. There is severe narrowing of the right neural
foramen, and moderate to severe narrowing of the left neural foramen.
There is abutment/indentation of the exiting right C5 nerve root, and
abutment of the exiting left C5 nerve root.
At C5-C6, there is 1 mm retrolisthesis of C5 on C6. There is a small
to moderate broad-based disc/disc osteophyte, with extension into the
neural foramina bilaterally, eccentric towards the right paracentral
region. This effaces the ventral CSF space with minimal narrowing of
the spinal canal. There is moderate to marked uncovertebral
degeneration. There is minimal facet arthropathy. There is severe
narrowing/near-complete obliteration of the right neural foramen and
severe narrowing of the left neural foramen, with probable
abutment/indentation of the exiting right and left C6 nerve roots.
At C6-C7, there is 1 to 2 mm of retrolisthesis of C6 on C7. There is a
moderate-sized broad-based disc protrusion extending into the right
and left paracentral regions, with mild inferior migration on the
left. The disc effaces the ventral CSF space and abuts/indents the
cord (series 6 image 17), with no definite cord edema. There is mild
thickening of the ligamentum flavum. These factors result in moderate
narrowing of the spinal canal. There is severe narrowing of the neural
foramina bilaterally, with indentation of the exiting right and left
C7 nerve roots in the neural foramina.
At C7-T1, there is 1 mm retrolisthesis of C7 on T1. There is a small
disc bulge extending into the neural foramina bilaterally. The spinal

Patient:   **Fonzone, Jo Ann**                    Study Date:   10/6/2016 12:00:00PM
MRN:       **0050341**

<u>Test</u>

canal is patent. There is minimal narrowing of the right neural
foramen and minimal to mild narrowing of the left neural foramen.
There may be minimal abutment of the exiting left C8 nerve root.
At T1-T2, there is a small disc protrusion in the right paracentral
region extending into the right neural foramen. There is minimal to
mild narrowing of the right neural foramen. The left neural foramen is
patent.
At T2-T3, the spinal canal and neural foramina are patent.

IMPRESSION:
1. Mild to moderate reversal of expected cervical lordosis. This may
be positional, or may be seen with muscle spasm.

2. Mild diffuse narrowing of the cervical spinal canal and neural
foramina, in part on a congenital basis. Superimposed multilevel
degenerative disc disease, most pronounced at the following levels:
C2-C3: Mild narrowing of the left neural foramen.
C3-C4: Small broad-based disc protrusion with marginal disc
osteophyte. Moderate to severe narrowing of the right neural foramen,
with probable abutment/indentation of the exiting right C4 nerve root.
Mild narrowing of the left neural foramen.
C4-C5: Small to moderate broad-based disc protrusion with minimal to
mild narrowing of the spinal canal. Severe narrowing of the right
neural foramen and moderate to severe narrowing of the left neural
foramen. Abutment/indentation of the exiting right C5 nerve root, and
abutment of the exiting left C5 nerve root.
C5-C6: Small to moderate broad-based disc/disc osteophyte with
extension into the neural foramina bilaterally. Severe
narrowing/near-complete obliteration of the right neural foramen and
severe narrowing of the left neural foramen, with probable
abutment/indentation of the exiting right and left C6 nerve roots.
C6-C7: Moderate-sized broad-based disc protrusion extending into the
right and left paracentral regions. Disc abuts/indents the cord,
without definite cord edema. Moderate narrowing of the spinal canal.
Severe narrowing of the neural foramina bilaterally, with indentation
of the exiting right and left C7 nerve roots in the neural foramina.
C7-T1: Small disc bulge with possible minimal abutment of the exiting
left C8 nerve root.

3. Slightly tortuous course of the vertebral arteries. Correlate with
underlying risk factors (i.e. hypertension).

4. Facet arthropathy most pronounced at C2-C3, C3-C4 and C4-C5.

Electronically signed and dictated by: Amit Malhotra MD
Signed on: 10/12/2016 7:14 AM EDT

Dictated by:  Amit  Malhotra MD

Result Electronically Signed By: Amit Malhotra MD at 10-12-2016 07:14

# Coordinated Health

2775 Schoenersville Road
Bethlehem, PA 18017
(610) 861-8080

**Patient:**  Fonzone, Jo Ann
2242 W Tilghman St
Allentown, PA 18104

**Age/Sex/DOB:** 58 yrs  F  19-Jul-1958
**EMRN:** 0050341
**OMRN:** 0050341
**Home:** (484) 274-8975
**Work:**

---

## Results

**Lab Accession #**  TW187607990
**Ordering Provider:**  Wagener, Christopher
**Performing Location:** Allentown Clinic

**Collected:** 4/12/2017  11:00:00AM
**Resulted:** 4/19/2017  11:58:00AM
**Verified By:** <Verification Not Required>
**Auto Verify:** Y

<u>CT CS</u>

**Stage:**   Final

PM encounter Number 794211100 on 04-12-2017 11:00
Referred by Christopher Wagener

Body Site: Cervical

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| CT CS | | | | |

COMPUTED TOMOGRAPHY OF THE CERVICAL SPINE

CLINICAL HISTORY: 58-year-old female presenting with chronic neck
pain. Right cervical radiculopathy

TECHNIQUE: Axial computed tomography of the cervical spine was
obtained using soft tissue and bone algorithms without the
administration of intravenous contrast. Sagittal and coronal
reformations are provided for review.

COMPARISON: MRI of the cervical spine dated 10/6/2016

FINDINGS:

There is no acute osseous abnormality. Vertebral body heights are
maintained. There is straightening of the normal cervical lordosis
with mild reversal centered upon the C5-C6 level. There is trace C3-C4
anterolisthesis. There is 2 mm C5-C6 and to millimeters C6-C7
retrolisthesis. Multilevel degenerative disc disease is present with
disc space narrowing and plate remodeling and anterior osteophytes.
Posterior endplate osseous perforation is additionally noted.
Degenerative disc disease is most pronounced at the C4-C5, C5-C6 and
C6-C7 levels.

Occiput to C2: Occipitoatlantal and atlantodental alignment are
preserved. There is no central canal stenosis.

At C2-C3, there is no central canal stenosis. There is moderate left
facet arthropathy with mild left foraminal narrowing..

RegIFSChecklist                                                    Page 1 of 1

## DEMOGRAPHICS

**Fonzone, Jo Ann C**

Female | 7/19/1958 (63 yrs) | xxx-xx-xxxx | MRN: 00194191

| Demographics | 631 Primrose Ln | Home: | 484-773-8056, ok to leave msg |

Allentown, PA 18104-4683

Work:

Mobile: **, ok to leave msg**

Email:  Jo76erjo@aol.com



Additional
Demographics
PCP: Timothy C Salkauskis, MD (G*          Employment:  Disabled *Veteran*
MyChart signup: Pending                                          *JA6*

Patient Contacts          Glenna Fonzone (Mother)                    Showing 1 of 1
                          610-217-5691

✔ Verified | Change Status                            Verified until 10/31/2021 ≫

## GUARANTORS & COVERAGES                                 ⛄ Add Guarantor

**P/F Fonzone,Jo Ann C [70472]**          LVSA        ☐ Show all cvgs  🐦 Add Coverage ≪

Guarantor        Address linked to patient          Rel to patient: Self
Demographics                              Home: 484-773-8056
                                          Work: *212-258-6000*
                                          Employment:  Disabled

Additional Info
Prof acct balance: 0.00                   Hosp acct balance: 0.00       ⤴ Add Account Note

✔ Verified | Change Status                            Verified until 10/31/2021 ≫

**1. E-GATEWAY/GATEWAY HEALTH\*** ⚡                    ⤴ Response History ≫

## ADDITIONAL INFO

**Documents**

| ✏ Type | Description | Status | Date Received | Location |
|---|---|---|---|---|
| HIPAA NOP | | Offered | 09/12/2019 | |
| HIPAA NOP | CC LVPG NEURO | Offered | 09/13/2019 | |
| HIPAA NOP | CCNE LVPG NEUROLOGY | Offered | 03/20/2020 | |
| PB Consent f | | Not Recv | | |

# Fonzone, Jo Ann C

MRN: 00194191

**Office Visit** 3/25/2022
LVPG Neurology - Muhlenberg

Provider: Susan K Newhart, CRNP (Neurology)
Primary diagnosis: Intractable chronic migraine without aura and without status migrainosus
Reason for Visit: Follow-up

## Progress Notes

Susan K Newhart, CRNP (Nurse Practitioner) • Neurology

**Subjective:**

Jo Ann C Fonzone presents for follow-up of migraines. She is unaccompanied today. She saw Dr. Koss 7/24/2020. Last seen by me 11/29/2021.

At her last visit, the patient complained of worsening severity of migraines and right-sided tinnitus (patient had acute hearing loss in 2019) therefore updated brain MRI with IAC was ordered. She was recommended to start Nurtec 75 mg every other day for headache prevention, sumatriptan for acute headache treatment.

**Interval history:**
Brain MRI with IAC was unremarkable. Nurtec not effective. Sumatriptan effective to abort headaches.
No changes to migraine characteristics, she denies new neurologic symptoms.
Migraines are right side greater than left where she suffered head trauma in 2010. Headaches are throbbing/stabbing with associated photophobia. With severe migraines tinnitus will be worse. She is interested in Botox.

**Headache Template**
**Headache type** CM, postconcussive
**Frequency/month:** Approximately 15 HA days per month,
**Duration w abortive:** hours
**Duration without abortive:** days
**Patterns to headache:** varies
**Time to peak pain:** 3-5 hours
**Character of pain:** steady, throbbing, stabbing
**Usual location:** temple ear jaw
**Pain severity level:** 4-10
**Disability with pain: discontinue everything except whats important**
**Autonomic features:** sensitivity to light and sound, ringing in ears, irritability, eye-tearing
**Associated symptoms**
**Triggers to headache** bending your head over, flickering or bright lights, stress, weather, computer, reading
**Aura** no
**Caffeine consumed** 1 cup per day rarely
**Alcohol** rarely
**Effects of exertion** Worse with exertion
**Overall since last seen**
**Reason for above**
**How many hours of sleep** How many hours of sleep do you get each night? varies due to pain in neck and shoulder
**Sleep** Wake up refreshed? some days

**Previously Tried Medications:**
Dilantin- for seizures
Ativan- helpful for sleep
Darvocet- helpful for spine pain
Demerol-spine pain
Dilaudid-spine pain
Aleve- helps HA
Motrin- helps HA
Toradol- helpful for joint pain
Vioxx-helpful for neck pain
Tylenol- helps
Excedrin- helps
Prozac- in past
Asthma, low BP
ONB's, TPI's help
Topamax- side effects, increased headaches.
Aimovig- didn't help
Nurtec- no help
Sumatriptan- helps somewhat

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Broken wrist | |
| • Cervical radiculopathy | |
| • Concussion | |
| • Headache | |
| • Hyperinflation of lungs *per patient* | |
| • Low back pain | |
| • Paroxysmal atrial fibrillation (HCC) | 10/06/2010 |
| • PBA (pseudobulbar affect) | |
| • Pericardial effusion | |
| • PTSD (post-traumatic stress disorder) | |
| • Shoulder pain, right | |
| • Subdural hematoma (HCC) | |
| • Thoracoabdominal aortic aneurysm (TAAA) without rupture (HCC) | |
| • TOS (thoracic outlet syndrome) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BACK SURGERY | | |
| • BACK SURGERY *Hemilaminectomy* | | |
| • CERVICAL DISCECTOMY | | 07/2017 |

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958          Encounter Date: 03/25/2022

- CERVICAL DISCECTOMY
  *Ant Spinal Diskectomy, osteophytectomy Addl Cervical
  interspace*
- LAMINECTOMY
- LUMBAR LAMINECTOMY

**Social History**

Socioeconomic History
- Marital status:          Legally Separated
    Spouse name:           Not on file
- Number of .              Not on file
  children:
- Years of                 Not on file
  education:
- Highest                  Not on file
  education level:
Occupational History
- Occupation:              lawyer
Tobacco Use
- Smoking status:          Former Smoker
    Packs/day:             0.25
    Quit date:             2/1/2006
    Years since            16.1
    quitting:
- Smokeless                Never Used
  tobacco:
Vaping Use
- Vaping Use:              Never used
Substance and Sexual Activity
- Alcohol use:             Yes
    *Comment: rarely*
- Drug use:                No
- Sexual activity:         Not Currently
Other Topics               Concern
- Seat Belt                Not Asked
- Bike Helmet              Not Asked
- Blood                    Not Asked
  Transfusions
- Special Diet             Not Asked
- Exercise                 Not Asked
- Military Service         Not Asked
- Sleep Concern            Not Asked
- Stress Concern           Not Asked
- Weight Concern           Not Asked
- Breast Self-             Not Asked
  Exams
- Health Club              Not Asked
  Member
- Hobbies/Activities       Not Asked
- Sun Exposure             Not Asked
- Guns at Home             Not Asked

- Smoke Detectors at home — Yes
- Carbon Monoxide Detectors at home — Not Asked
- Radon in the house? — Not Asked
- Dental Care — Not Asked
- Violence in the home — Not Asked
- HIV Screening — Not Asked
- Bike Helmet — Not Asked
- Safe at home — Yes
- Seat Belt — Yes
- Exercise — No
- Blood Transfusions — No
- Special Diet — No
- Have tattoos — Not Asked
- Caffeine Concern — Not Asked
- Travel outside U.S. — Not Asked
- Lives alone — Not Asked
- Military Service — Not Asked

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen (TYLENOL) 325 MG tablet | Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). | | |
| • albuterol (PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA) 90 mcg/actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed for wheezing. | 3 each | 0 |
| • aspirin 81 MG EC tablet | Take 81 mg by mouth daily. | | |
| • clonazePAM (KlonoPIN) 1 MG tablet | Take 1 to 2 tabs PO qhs | 60 tablet | 0 |

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958                Encounter Date: 03/25/2022

| Medication | Instructions | Amount | Refills |
|---|---|---|---|
| • digoxin (LANOXIN) 125 mcg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 90 tablet | 3 |
| • lidocaine 5 % gel | Apply small to affected QID PRN | 60 g | 2 |
| • multivitamin no.44-vit D3-K (SOFTGELS MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap | Take 1 tablet by mouth daily. | | |
| • NON FORMULARY | DMG supplement | | |
| • propafenone (RYTHMOL SR) 325 MG 12 hr capsule | TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY | 180 capsule | 3 |
| • PSYLLIUM SEED, WITH DEXTROSE, (FIBER ORAL) | Take 2 tablets by mouth daily. | | |
| • rimegepant (NURTEC ODT) 75 mg TbDL | Take 75 mg by mouth daily as needed (As needed for headache). Take one tab every other day for headache/migraine. | 16 tablet | 3 |
| • SUMAtriptan (IMITREX) 25 MG tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS | 9 tablet | 4 |
| • tapentadoL (NUCYNTA) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg | 90 tablet | 0 |
| • VITAMIN B COMPLEX ORAL | TAKE 1 TABLET DAILY | | |

No current facility-administered medications for this visit.

Review of Systems
14 point review of systems: Positives in HPI

**Objective:**
 BP 116/78 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult) | Pulse 69 | Resp 14  | Ht 1.676 m (5' 6")  | Wt 49.6 kg (109 lb 6.4 oz) | SpO2 97% | BMI 17.66 kg/m²
<u>Neurologic Exam</u>

<u>Mental Status</u>
Attention: normal. Concentration: normal.

Printed by Priscilla Bejaran at 3/29/2022 7:30 AM                                      Page 5 of 11

Speech: speech is normal
Level of consciousness: alert

Cranial Nerves
Cranial nerves II through XII intact.

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.

CN VII
Facial expression full, symmetric.

CN VIII
CN VIII normal.
**Fundi normal**

Motor Exam
Muscle bulk: normal
Overall muscle tone: normal
Right arm pronator drift: absent
Left arm pronator drift: absent

Strength
Strength 5/5 except as noted. **Right hand grip 4+/5**

Sensory Exam
Right arm light touch: decreased from fingers

Gait, Coordination, and Reflexes

Coordination
Finger to nose coordination: normal

Tremor
Resting tremor: absent

Reflexes
Reflexes 2+ except as noted.

**Physical Exam**
Vitals and nursing note reviewed.
HENT:
   Head: Normocephalic and atraumatic.
Eyes:
   Extraocular Movements: EOM normal.
   Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
   Effort: Pulmonary effort is normal.
   Breath sounds: Normal breath sounds.

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958

Musculoskeletal:
   Cervical back: Normal range of motion and neck supple.
   Comments: **Right wrist splint** Neurological:
   Coordination: Finger-Nose-Finger Test normal.
Skin:
   General: Skin is warm and dry.
Psychiatric:
   Mood and Affect: Mood and affect normal.
   Speech: Speech normal.

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 5.3 | 07/27/2021 |
| HGB | 12.5 | 07/27/2021 |
| HCT | 36.7 | 07/27/2021 |
| MCV | 96 | 07/27/2021 |
| PLT | 325 | 07/27/2021 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| GLUCOSE | 78 | 11/30/2021 |
| BUN | 11 | 11/30/2021 |
| CREATININE | 0.88 | 11/30/2021 |
| CALCIUM | 9.7 | 11/30/2021 |
| NA | 139 | 11/30/2021 |
| K | 4.7 | 11/30/2021 |
| CO2 | 30 | 11/30/2021 |
| CL | 104 | 11/30/2021 |
| ALKPHOS | 61 | 07/27/2021 |
| ALBUMIN | 3.9 | 07/27/2021 |
| BILITOT | 0.3 | 07/27/2021 |
| PROT | 6.9 | 07/27/2021 |
| AST | 15 | 07/27/2021 |
| ALT | 16 | 07/27/2021 |
| ANIONGAP | 5 | 11/30/2021 |
| GFRC | 69 | 10/27/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 172 | 09/06/2013 |
| HDL | 75 | 09/06/2013 |
| LDLCALC | 85 | 09/06/2013 |
| TRIG | 62 | 09/06/2013 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 3.18 | 09/06/2013 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| VITAMINB12 | 343 | 10/27/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| VTD | 35 | 10/27/2020 |

Result

**MRI BRAIN AND IAC WWO CONTRAST 12/17/2021    Status: Normal  8:36 AM**

Impression
IMPRESSION: Normal examination. No pathologic signal or intracranial enhancement. Normal evaluation through the internal auditory canals.

Workstation:WR010130

Result

**CT MAXILOFACIAL 09/07/2021    Status: Normal  1:29 PM**

Impression
Impression: CT sinuses. Clear sinuses.

The nasal septum shows moderate leftward convex curvature estimated at 50 degrees. And at this site, the nasal septum contains a moderate 6 mm leftward bone projection, which appears to contact the uncinate process along the nasal cavity level.

No additional finding identified.

Workstation:WR010080

**Assessment/Plan:**

**Problem List**

Cardiovascular and Mediastinum
**Intractable chronic migraine without aura - Primary**
Current Assessment & Plan

The patient continues to have frequent migraines, right side greater than left where she suffered trauma in 2010.

Brain MRI with IAC have been unremarkable.

Clinical history is consistent with migraine. Frequency approximately 15 days/month meeting FDA criteria for preventative treatment.

The patient has tried and failed multiple oral medications including Nurtec and Aimovig injection. She is interested in Botox, we will pursue prior authorization and schedule the patient if she wishes to proceed with this treatment.

Continue sumatriptan for acute headache treatment.

Follow-up in 3 months.

Relevant Medications
 ibuprofen (ADVIL,MOTRIN) 200 MG tablet
 acetaminophen (TYLENOL) 325 MG tablet
 tapentadol (NUCYNTA) 50 mg tablet
 SUMAtriptan (IMITREX) 25 MG tablet
 *ropivacaine (PF) (NAROPIN) injection 18 mL (Completed) (Start on 3/20/2020 12:30 PM)*

## Instructions

📅 Return in about 3 months (around 6/25/2022) for CRNP.

1. Start Botox every 3 months if insurance approves

2. Continue sumatriptan for acute headache treatment

3. Follow up in 3 month

After Visit Summary (Printed 3/25/2022)

## Additional Documentation

Vitals:        BP 116/78 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult) Pulse 69
               Resp 14 Ht 1.676 m (5' 6") Wt 49.6 kg (109 lb 6.4 oz) SpO2 97% BMI 17.66 kg/m$^2$
               BSA 1.52 m$^2$

Flowsheets:    Vitals Reassessment

SmartForms:    LV AMB ENCOUNTER STICKY NOTE

Encounter Info: Billing Info, History, Allergies, Detailed Report

## Orders Placed

None

## Medication Changes
As of 3/28/2022 8:14 AM

None

## Medication List at End of Visit
As of 3/28/2022 8:14 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **acetaminophen (TYLENOL) 325 MG tablet** | | | |
| Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). - oral | | | |
| Patient-reported medication | | | |
| **albuterol (PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA) 90 mcg/actuation inhaler** | 0 | 9/9/2021 | 9/9/2022 |
| Inhale 2 puffs every 6 (six) hours as needed for wheezing. - inhalation | | | |
| **aspirin 81 MG EC tablet** | | | |
| Take 81 mg by mouth daily. - oral | | | |
| Patient-reported medication | | | |
| **clonazePAM (KlonoPIN) 1 MG tablet** | 0 | 2/27/2022 | |
| Take 1 to 2 tabs PO qhs | | | |
| **digoxin (LANOXIN) 125 mcg tablet** | 3 | 1/25/2022 | |
| TAKE 1 TABLET BY MOUTH EVERY DAY | | | |
| **lidocaine 5 % gel** | 2 | 12/16/2021 | |
| Apply small to affected QID PRN | | | |
| **multivitamin no.44-vit D3-K (SOFTGELS MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap** | | 6/7/2011 | |
| Take 1 tablet by mouth daily. - oral | | | |
| Patient-reported medication | | | |
| **NON FORMULARY** | | | |
| DMG supplement | | | |
| Patient-reported medication | | | |
| **propafenone (RYTHMOL SR) 325 MG 12 hr capsule** | 3 | 11/15/2021 | |
| TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY | | | |
| **PSYLLIUM SEED, WITH DEXTROSE, (FIBER ORAL)** | | | |
| Take 2 tablets by mouth daily. - oral | | | |
| Patient-reported medication | | | |
| **rimegepant (NURTEC ODT) 75 mg TbDL** | 3 | 12/8/2021 | |
| Take 75 mg by mouth daily as needed (As needed for headache). Take one tab every other day for headache/migraine. - oral | | | |
| Notes to Pharmacy: 16 tabs (two 8 packs) for a 32 day supply. | | | |
| **SUMAtriptan (IMITREX) 25 MG tablet** | 4 | 3/25/2022 | |
| TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS | | | |
| **tapentadoL (NUCYNTA) 50 mg tablet** | 0 | 11/30/2021 | |
| Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg - oral | | | |
| **VITAMIN B COMPLEX ORAL** | | | |

Tinnitus Specialists of NM | Worth Hearing Center                                    https://www.worahearing.com/tinnitus-specialists

# Help for Tinnitus

Tinnitus is an auditory condition where a person hears a persistent ringing in their ears that is not generated by an external source. The sounds of ringing, whistling, hissing or buzzing can be experienced in one ear or both. According to the American Tinnitus Association, more than 60 million Americans struggle with tinnitus.

Tinnitus is a symptom of another health condition, such as an injury to the head or neck, ear infections, earwax, exposure to a loud noise, or medications. However, tinnitus can also accompany hearing loss.

There is currently no cure for tinnitus, however, our audiologists at Worth Hearing Center specialize in giving you targeted, individual solutions to help you combat your tinnitus. Our tinnitus specialist has had extensive training in helping tinnitus patients "retrain" how they hear the ringing in their ears.

Think of it this way: in your home, if you're near the kitchen and you focus on the refrigerator, you can hear it running. However, when you're accustomed to the sound, you don't hear it – that's how we help tinnitus patients not hear the sound as much. After completing a hearing test, your audiologist may suggest a course of action or refer you to an otolaryngologist for further solutions.

Blockages in the ear canal can cause pressure to build up in the inner ear, affecting the operation of the ear drum. Moreover, objects directly touching the ear drum can irritate the organ and cause the perception of tinnitus symptoms. Common obstructions include:

- Excessive ear wax (ceruminosis)
- Head congestion
- Loose hair from the ear canal
- Dirt or foreign objects

In many cases, the removal of the blockage will alleviate tinnitus symptoms. However, in some situations, the blockage may have caused permanent damage that leads to chronic tinnitus.

## Head and Neck Trauma

Severe injury to the head or neck can cause nerve, blood flow, and muscle issues that result in the perception of tinnitus. Patients who ascribe their condition to head and neck trauma often report higher tinnitus volume and perceived burden, as well as greater variability in both sound, frequency, and location of their tinnitus.

Tinnitus related to head, neck, or dental issues is sometimes referred to as somatic tinnitus. ("Somatic" derives from the Greek somatikos, meaning "of the body.")

## Temporomandibular Joint Disorder

Another example of somatic tinnitus is that caused by temporomandibular joint disorder. The temporomandibular joint (TMJ) is where the lower jaw connects to the skull, and is located in front of the ears. Damage to the muscles, ligaments, or cartilage in the TMJ can lead to tinnitus symptoms. The TMJ is adjacent to the auditory system and shares some ligaments and nerve connections with structures in the middle ear.

Tinnitus patients with a TMJ disorder will experience pain in the face and/or jaw, limited ability to move the jaw, and regular popping sounds while chewing or talking. A dentist, craniofacial surgeon, or other oral health professional can appropriately diagnose and often fix TMJ issues. In many scenarios, fixing the TMJ disorder will alleviate tinnitus symptoms.

## Sinus Pressure and Barometric Trauma

Nasal congestion from a severe cold, flu, or sinus infection can create abnormal pressure in the middle ear, impacting normal hearing and causing tinnitus symptoms.

Acute barotrauma, caused by extreme or rapid changes in air or water pressure, can also damage the middle and inner ear. Potential sources of barotrauma include:

- Diving / Snorkeling / Scuba
- Flying (only during extreme, abnormal elevation changes; normal commercial air travel is generally safe)
- Concussive explosive blasts

## Traumatic Brain Injury (TBI)

Traumatic brain injury, caused by concussive shock, can damage the brain's auditory processing areas and generate tinnitus symptoms. TBI is one of the major catalysts for tinnitus in military and veteran populations. Nearly 60% of all tinnitus cases diagnosed by the U.S. Veterans Administration are attributable to mild-to-severe traumatic brain injuries.

# Single Sided Deafness

## Single Sided Deafness

**Single-sided deafness (SSD) refers to a person** who has lost all hearing in one ear and has normal or profound hearing loss in the other ear. It can be difficult to detect which direction sound is coming from and to understand speech in a noisy environment.

We're offline at t...

Menu

## Causes

Tinnitus is a symptom associated with an array of other health conditions.

### Manage Your Tinnitus

Discover the proven tools and therapies that can minimize the burden of your tinnitus and improve your quality of life.

*Learn More*

Tinnitus is not a disease in and of itself, but rather a symptom of some other underlying health condition. In most cases, tinnitus is a sensorineural reaction in the brain to damage in the ear and auditory system. While tinnitus is often associated with hearing loss, there are roughly 200 different health disorders that can generate tinnitus as a symptom. Below is a list of some of the most commonly reported catalysts for tinnitus.

Please note: Tinnitus, by itself, does not necessarily indicate any one of the items listed below. Patients experiencing tinnitus should see their physician or a hearing health professional for a full examination to diagnose the underlying cause of symptoms. In some cases, resolving the root cause will alleviate the perception of tinnitus.

## Hearing Loss

Sensorineural hearing loss is a commonly accompanied by tinnitus. Some researchers believe that subjective tinnitus cannot exist without some prior damage to the auditory system. The underlying hearing loss can be the result of:

- **Age-related hearing loss (presbycusis)** - Hearing often deteriorates as people get older, typically starting around the age of 60. This form of hearing loss tends to be bilateral (in both ears) and involve the sensory loss of high-frequency sounds. Age-related hearing loss explains, in part, why tinnitus is so prevalent among seniors.
- **Noise-induced hearing loss** - Exposure to loud noises, either in a single traumatic experience or over time, can damage the auditory system and result in hearing loss and sometimes tinnitus as well. Traumatic noise exposure can happen at work (e.g. loud machinery), at play (e.g. loud sporting events, concerts, recreational activities), and/or by accident (e.g. a backfiring engine.) Noise induced hearing loss is sometimes unilateral (one ear only) and typically causes patients to lose hearing around the frequency of the triggering sound trauma.

It is important to note that existing hearing loss is sometimes not directly observable by the patient, who may not perceive any lost frequencies. But this this does not mean that hearing damage has not been done. A trained audiologist or other hearing health professional can perform sensitive audiometric tests to precisely measure the true extent of hearing loss.

The exact biological process by which hearing loss is associated with tinnitus is still being investigated by researchers. However, we do know that the loss of certain sound frequencies leads to specific changes in how the brain processes sound. In short, as the brain receives less external stimuli around a specific frequency, it begins to adapt and change. Tinnitus may be the brain's way of filling in the missing sound frequencies it no longer receives from the auditory system.

## Obstructions in the Middle Ear



**LOS ANGELES CENTER FOR**
**EAR, NOSE, THROAT AND ALLERGY**

MENU

~~Hearing Loss~~

Tinnitus

External & Middle Ear Infections

Mastoid Infection

Dizziness & Vertigo

Eustachian Tube Dysfunction

Bell's Palsy Facial Nerve
Paralysis

**Single Sided Deafness**

*Caused by head trauma*

Select Language ▼

than 91dB. One ear has no usab~~le hearing~~ and will not benefit from amplification due to the hearing or the ability to understand speech is too poor. There is no cure for this condition but there are non-surgical and surgical treatments available. A couple of solutions involve wearing a CROS device that directs sound from the weaker hearing side to the better and stronger hearing side or a bone anchored hearing aid that uses one discreet device.

When you have two functioning ears, you have balance and the ability to locate where sounds are coming from. Our auditory system receives input from both ears. It was designed that way so when one ear ceases to function properly, it throws your auditory system out of balance.

It becomes a big challenge to only hear from one ear. Even being part of a conversation, especially involving more than one person, becomes very difficult and tiring. Having only one ear makes it quite difficult to separate speech from background noise. You have to determine where the sounds are coming from.

Your brain uses both ears to elevate volume and figure out the direction of a sound. According to The California Ear Institute, when a person loses hearing in one ear, it affects them in a number of ways. First, there is the difficulty of knowing which direction the sound is coming from. With two functioning ears, the sound can be discerned by which ear receives the sound first. But with only one ear, it becomes hard and disorienting to figure out the location of the sound.

📞 Call Today    Book An Appointment →    Virtual Appointment →

# AFTER VISIT SUMMARY

**Jo Ann C. Fonzone**   MRN: 00194191 DoB: 7/19/1958

📅 3/31/2022  8:00 AM  📍 LVPG Physiatry - 1621 N Cedar Crest 610-402-3300

## Instructions   from Brian K Goldberg, MD



**Referrals made today**
MRI CERVICAL SPINE WO CONTRAST
Scheduled for 4/11/2022
Expires: 9/27/2022 (requested)

MRI THORACIC SPINE WO CONTRAST
Scheduled for 4/11/2022
Expires: 9/27/2022 (requested)

AMB REF LVPG PHYSIATRY - INDEPENDENCE ROAD (Stella M Ferker, MD)
Where: LVPG Physiatry - Independence Road
Address: 505 INDEPENDENCE RD EAST STROUDSBURG PA 18301-7916
Phone: 610-402-3300
Expires: 9/27/2022 (requested)

 **Return if symptoms worsen or fail to improve.**

## What's Next

APR
**6**
2022

**Return Patient Visit with Ashkon Razavi, MD**
Wednesday April 6 10:45 AM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVPG Orthopedics and Sports Medicine - 1621 N Cedar Crest
1621 N CEDAR CREST BLVD
ALLENTOWN PA 18104-2304
610-402-8900

## Today's Visit

You saw Brian K Goldberg, MD on Thursday March 31, 2022. The following issues were addressed:
- Chronic neck pain
- Degenerative arthritis of cervical spine
- Neck pain after neck surgery
- Degeneration of intervertebral disc of cervical region
- Mid back pain
- Status post cervical spinal arthrodesis

 BMI
**17.59**

 Weight
**109 lb**

Height
**5' 6"**

 Pulse
**82**

Respiration
**14**

 Oxygen Saturation
**99%**

## MyLVHN

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.mylvhn.org/ mychart/**, click "Sign Up Now", and enter your personal activation code: **R2KQ9-CM8F5.** Activation code expires 4/24/2022.

## What's Next (continued)

**APR**
**11**
**2022**

**MRI C-SPINE WO CONTRAST**
Monday April 11 8:45 AM
PLEASE ARRIVE 20 MINUTES PRIOR TO YOUR APPOINTMENT TIME
TO REGISTER.

LVH-CH 1503 N Cedar Crest MRI
1503 N Cedar Crest Blvd
1st Floor
ALLENTOWN PA 18104-2310
610-849-0692 x24288

Please bring CD of images performed on the body part being
scanned if performed outside of LVHN.

Please follow-up with your ordering provider if you have questions
regarding your MRI.

You MUST have a driver to and from your appointment when having
an MRI with anesthesia, or taking any medication for claustrophobia
or anxiety.

If you have been instructed to have x-rays prior to your MRI
appointment, please have them performed at least 2 days prior.  If
performed at a location, other than LVHN please be sure to bring
the images and report with you.

The following MUST be removed prior to your MRI exam:

• Metallic ointments such as Silvadene, Aquacel AG, Acticoat,
Algidex AG or Silvagel ointment
• All medication patches
• Insulin pumps and continuous glucose monitors
• All jewelry
• Eye make-up
• Piercings

You WILL BE REQUIRED to change into hospital clothing for your
MRI exam.

Please leave all valuables at home.

The MRI environment is not a safe place for service and therapy
animals due to the high noise level. Service dogs may accompany
the patient, but must remain outside of the MRI room. Therapy
animals may not accompany the patient.

Please refrain from bringing children that cannot be left alone,
unless you bring an adult that can care for them.

## What's Next (continued)

**APR 11 2022**  **MRI T-SPINE WO CONTRAST**
Monday April 11 9:30 AM
PLEASE ARRIVE 20 MINUTES PRIOR TO YOUR APPOINTMENT TIME
TO REGISTER.

LVH-CH 1503 N Cedar Crest MRI
1503 N Cedar Crest Blvd
1st Floor
ALLENTOWN PA 18104-2310
610-849-0692 x24288

Please bring CD of images performed on the body part being
scanned if performed outside of LVHN.

Please follow-up with your ordering provider if you have questions
regarding your MRI.

You MUST have a driver to and from your appointment when having
an MRI with anesthesia, or taking any medication for claustrophobia
or anxiety.

If you have been instructed to have x-rays prior to your MRI
appointment, please have them performed at least 2 days prior.  If
performed at a location, other than LVHN please be sure to bring
the images and report with you.

The following MUST be removed prior to your MRI exam:

• Metallic ointments such as Silvadene, Aquacel AG, Acticoat,
Algidex AG or Silvagel ointment
• All medication patches
• Insulin pumps and continuous glucose monitors
• All jewelry
• Eye make-up
• Piercings

You WILL BE REQUIRED to change into hospital clothing for your
MRI exam.

Please leave all valuables at home.

The MRI environment is not a safe place for service and therapy
animals due to the high noise level. Service dogs may accompany
the patient, but must remain outside of the MRI room. Therapy
animals may not accompany the patient.

Please refrain from bringing children that cannot be left alone,
unless you bring an adult that can care for them.

**APR 11 2022**  **Return Patient Visit with Vitaliy Koss, MD**
Monday April 11 11:00 AM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVH-CC 1250 Neurology
1250 S CEDAR CREST
STE 405
ALLENTOWN PA 18103-6224
610-402-8420

## What's Next (continued)

**APR**
**20**
**2022**

**New Patient with Stella M Ferker, MD**
Wednesday April 20 1:30 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you and a copayment, if required by
your insurance company.
-Bring a list of all of your current medications.

LVPG Physiatry - Independence Road
505 INDEPENDENCE RD
EAST STROUDSBURG PA 18301-7916
610-402-3300

**JUN**
**27**
**2022**

**Return Patient Visit with Susan K Newhart, CRNP**
Monday June 27 1:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVPG Neurology - Muhlenberg
1770 BATHGATE RD
STE 403
BETHLEHEM PA 18017-7334
484-884-8370

**NOV**
**21**
**2022**

**ECHO 2D**
Monday November 21 1:00 PM

LVH-CH 1503 N Cedar Crest Cardiac
Diag Cntr
1503 N Cedar Crest Blvd
1st Floor
ALLENTOWN PA 18104-2310
610-849-0692

**NOV**
**21**
**2022**

**Return Patient Visit with Prasant Pandey, MD**
Monday November 21 2:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVPG Cardiology - 1503 N Cedar Crest
1503 N CEDAR CREST BLVD
ALLENTOWN PA 18104-2310
610-402-3110

To assist in the coordination and continued quality of your medical care, we encourage you to use a Lehigh Valley Health Network facility for the provision of the health services recommended below.  Please call 888-402-LVHN to schedule your appointment.

*Special Information Regarding Your Results*

LVHN believes in providing you access to your health record information to enable you to make the most informed decisions about your care.  We believe you deserve to see your information as soon as it is available and so, when possible, clinical notes and test results will be released to you as soon as they are completed.  This means that you may see some test results even before your healthcare provider.

**Please keep in mind that there are many results that may show as abnormal or outside an expected range but does not mean that you have a health problem.  There will also be results that may need further clarification and interpretation after discussion between you and your provider.  Generally, your provider will review your test results and follow up with you to discuss abnormal findings soon after the results became available.  If you have an immediate concern, or you don't hear from your provider in regards to abnormal test results, please send a message to your clinical team via MyLVHN or call your physician's office.**

If you identify a concern about your clinical notes in MyLVHN, you can also send a message to your provider via MyLVHN or contact LVHN's Medical Records Department.

# AFTER VISIT SUMMARY

**Jo Ann C. Fonzone**   MRN: 00194191 DoB: 7/19/1958

📅 4/11/2022 11:00 AM   📍 LVH-CC 1250 Neurology 610-402-8420

## Instructions   from Vitaliy Koss, MD

drink sufficient amounts of water, eat regularly, get enough sleep.
Begin regular aerobic exercise, 20 to 30 minutes 5 days a week.
Do 1-minute isometric neck exercises 10 times a day
Undergo a course of biofeedback
Consider preventive medications: antidepressants, antihypertensives, anticonvulsants.
Start Botox injections
Acute treatment. The goal is to treat headaches 3 days a week or less.
Imitrex, Compazine. Ubrelvy
Other options: acupuncture, yoga
Occipital, auricular blocks + tpi- if needed
Follow up with PA in 3 months and MD in 6 months.

 **Pick up these medications at Wegmans Allentown Pharmacy #079 - Allentown, PA - 3900 Tilghman Street**

ubrogepant

Address: 3900 Tilghman Street Tilghman St. - Allentown, Allentown PA 18104
Phone:   610-336-7940

## What's Next

**APR 19 2022**   **Botox-Chemodenervation with Vitaliy Koss, MD**
Tuesday April 19 2:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications

LVH-CC 1250 Neurology
1250 S CEDAR CREST
STE 405
ALLENTOWN PA
18103-6224
610-402-8420

## Today's Visit

You saw Vitaliy Koss, MD on Monday April 11, 2022.

Blood Pressure **113/74**

BMI **17.43**

Weight **108 lb**

Height **5' 6"**

Pulse **76**

## MyLVHN

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.mylvhn.org/mychart/**, click "Sign Up Now", and enter your personal activation code: **R2KQ9-CM8F5**. Activation code expires 4/24/2022.

What's Next (continued)

**APR 20 2022**

**New Patient with Stella M Ferker, MD**
Wednesday April 20 1:30 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you and a copayment, if required by your insurance company.
-Bring a list of all of your current medications.

LVPG Physiatry - Independence Road
505 INDEPENDENCE RD
EAST STROUDSBURG PA 18301-7916
610-402-3300

**JUN 27 2022**

**Return Patient Visit with Susan K Newhart, CRNP**
Monday June 27 1:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVPG Neurology - Muhlenberg
1770 BATHGATE RD
STE 403
BETHLEHEM PA 18017-7334
484-884-8370

**NOV 21 2022**

**ECHO 2D**
Monday November 21 1:00 PM

LVH-CH 1503 N Cedar Crest Cardiac Diag Cntr
1503 N Cedar Crest Blvd
1st Floor
ALLENTOWN PA 18104-2310
610-849-0692

**NOV 21 2022**

**Return Patient Visit with Prasant Pandey, MD**
Monday November 21 2:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all of your current medications.

LVPG Cardiology -  1503 N Cedar Crest
1503 N CEDAR CREST BLVD
ALLENTOWN PA 18104-2310
610-402-3110

To assist in the coordination and continued quality of your medical care, we encourage you to use a Lehigh Valley Health Network facility for the provision of the health services recommended below.  Please call 888-402-LVHN to schedule your appointment.

*Special Information Regarding Your Results*

LVHN believes in providing you access to your health record information to enable you to make the most informed decisions about your care.  We believe you deserve to see your information as soon as it is available and so, when possible, clinical notes and test results will be released to you as soon as they are completed.  This means that you may see some test results even before your healthcare provider.

**Please keep in mind that there are many results that may show as abnormal or outside an expected range but does not mean that you have a health problem.  There will also be results that may need further clarification and interpretation after discussion between you and your provider.  Generally, your provider will review your test results and follow up with you to discuss abnormal findings soon after the results became available.  If you have an immediate concern, or you don't hear from your provider in regards to abnormal test results, please send a message to your clinical team via MyLVHN or call your physician's office.**

If you identify a concern about your clinical notes in MyLVHN, you can also send a message to your provider via MyLVHN or contact LVHN's Medical Records Department.

## Your Medication List as of April 11, 2022 11:37 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaminophen** 325 MG tablet<br>Commonly known as: TYLENOL | Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). |
| **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA | Inhale 2 puffs every 6 (six) hours as needed for wheezing. |
| **aspirin** 81 MG EC tablet | Take 81 mg by mouth daily. |
| **botulinum toxin Type A** 200 unit Solr<br>Commonly known as: BOTOX | Inject 155 units into face and neck IM every 90 days |
| **clonazePAM** 1 MG tablet<br>Commonly known as: KlonoPIN | Take 1 to 2 tabs PO qhs |
| **digoxin** 125 mcg tablet<br>Commonly known as: LANOXIN | TAKE 1 TABLET BY MOUTH EVERY DAY |
| **FIBER ORAL** | Take 2 tablets by mouth daily. |
| **lidocaine** 5 % Gel | Apply small to affected QID PRN |
| **NON FORMULARY** | DMG supplement |
| **propafenone** 325 MG 12 hr capsule<br>Commonly known as: RYTHMOL SR | TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY |
| **SOFTGELS MULTIVIT-A,B,D,E,K,ZN** 1,000-800 unit-mcg Cap<br>Generic drug: multivitamin no.44-vit D3-K | Take 1 tablet by mouth daily. |
| **SUMAtriptan** 25 MG tablet<br>Commonly known as: IMITREX | TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS |
| **tapentadoL** 50 mg tablet<br>Commonly known as: NUCYNTA | Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg |
| **ubrogepant** 100 mg Tab tablet<br>Commonly known as: UBRELVY | Take 1 tablet twice a day as needed for headache, limit 16 tabs per month |
| **VITAMIN B COMPLEX ORAL** | TAKE 1 TABLET DAILY |

## Allergies

| | |
|---|---|
| **Codeine** | Nausea and/or vomiting, GI upset |
| **Penicillin** | Rash |
| **Penicillins** | Rash |

## LVHN Patient Satisfaction Survey

At Lehigh Valley Health Network, we appreciate the opportunity to partner in your care and value you as a patient. To help improve the quality of care and services we provide patients like you, we will be in contact via phone, text, or email with a few brief questions regarding this visit.  We look forward to your response and feedback.

Thank you for partnering with LVHN.

It is the policy of the Lehigh Valley Health Network, its wholly owned subsidiaries and healthcare providers to not discriminate on the basis of race, color, national origin, sex, age, gender identity or disability.

- ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-610-402-8000.
- ملحوظة: إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان. اتصل برقم 8000-402-610-1
- CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-610-402-8000.
- 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-610-402-8000。

TRANS UNION CONSUMER RELATIONS

760 SPROUL RD. P.O. BOX 390
SPRINGFIELD PA 19064-0390

**TRANS UNION**
CONSUMER RELATIONS DISCLOSURE
NOT TO BE USED AS A CREDIT REPORT

IN FILE SINCE    11/79

BIRTH DATE  7/58

FORMER ADDRESS    2242 W. TILGHMAN ST., C1, ALLENTOWN, PA 18104
2130 LIVINGSTON 000C1, ALLENTOWN, PA 18104

SSN    -1688    DATE

CONSUMER NAME AND ADDRESS    SPOUSE NAME SSN

02/94

FONZONE, JOANN A

1529 ASCENSION CI
NORTH LAS VEGAS NV 89031

TEL    434-

DATE REPORTED

02/94

PRESENT EMPLOYER AND ADDRESS    POSITION INCOME    EMPL DATE   DATE

MTV NETWORKS    (PRESIDENT)    12/
NEW YORK, NY
FORMER EMPLOYER AND ADDRESS

FRIED WOODS FILMS    (PARTNER)    02/
CULVER CITY, CA
FORMER EMPLOYER AND ADDRESS

10/

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GCCC/MACYS   D 235002U 11/88 | $0 | 11/92A 9/92A | $0 | $0 | | 0 | | | PC |
| 14003756161 | | | | | | | | | |
| I  BRCL3C DL1400 | | *PROFIT AND LOSS WRITEOFF | | | | | | | OS |
| JJ MACINTIR  Y 184P001  4/88 | $1195 | 5/93A 4/88F | $0 | $0 | | 0 | | | |
| 12063088077895 | | | | | | | | | |
| I | | *PLACED FOR COLLECTION | | | | 0 | | | |
| SLMA / LSCV  V 6372027 12/89 | $19.9K | 4/93A | $0 | $0 | | 5XXXX1111X11 | | | IC |
| 183461688101 | M184 | 2/93C 2/93 | | 05 | | 1XXXXXXXXXXX | | | |
| I | | *CLOSED /STUDENT LOAN | | | | 35  0  0  1 | | | |
| LIMITED      C 122P001 11/93 | $192 | 2/94A | $192 | $0 | | 1X1 | | | RC |
| 208676023 | | $300 | | | | 24  0  0  0 | | | |
| I | | | | | | | | | |
| CITIBK GOLD  B 64DB001 12/93 | | 1/94A | $963 | $0 | | 11 | | | RC |
| 4271382660303211 | | $5000 | | | | 2  0  0  0 | | | |
| I | | /CREDIT CARD | | | | 111111111111 | | | |
| 1ST CONS NTL B 881P004  5/89 | $1401 | 1/94A | $0 | $0 | | 111111111111 | | | RC |
| 5421169003019760 | | 3/92P | | | | 24  0  0  0 | | | |
| I | | *CLOSED /CREDIT CARD | | | | 111111111111 | | | |
| NCB/EXEOCR   B 307E194 12/86 | $0 | 12/92A | $0 | $0 | | 1111111 | | | RC |
| 766666010022078 | $3000 | 8/91F | | | | 19  0  0  0 | | | |
| I | | | | | | 1X1 | | | |
| NORDSTROM    D 370T003  5/86 | $0 | 8/90A | $0 | $0 | | | | | RC |
| 52285081 | | | | | | 3  0  0  0 | | | |
| I | | | | | | | | | |

COPYRIGHT 1993, TRANS UNION CORPORATION

YOUR TRANS UNION FILE NUMBER: 100FM1578-006
PAGE  1 OF  4 (INTL USE: CC        17AL 03)
DATE THIS REPORT PRINTED: 05/08/2000

SOCIAL SECURITY NUMBER: ████-1688
BIRTH DATE:                07/1958
YOU HAVE BEEN IN OUR FILES SINCE: 11/1979

PHONE: 437-5593

      PA 19022-2000

SERVICE REQUESTED

SUMER REPORT FOR:

*****
FONZONE, JOANN, A
2070 WALBERT AV B
ALLENTOWN, PA 18104

*Rehmus
Former lawyer + agent — estranged
spouse Cary Woods take all
Salaries, profits illegally —
reported to gov't. agencies
since 1997.*

MER ADDRESSES REPORTED:

2242 TILGHMAN CT, ALLENTOWN, PA 18104

PLOYMENT DATA REPORTED:

MTV
POSITION: PRESIDENT
DATE REPORTED: 04/2000

### INVESTIGATION RESULTS

HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| EM | DESCRIPTION | RESULTS |
|---|---|---|
| INA AMERICA | # 5401262999220338 | NEW INFORMATION BELOW |
| SCOVER FIN | # 6011002540565132 | VERIFIED, NO CHANGE |

IY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED
BOVE. IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100
RD CONSUMER STATEMENT TO YOUR REPORT. YOUR UPDATED CREDIT INFORMATION
LLOWS:

### YOUR CREDIT INFORMATION

IE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
: ADVERSE.  THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN
RACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT.  THEY ARE
T BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY
IE CREDITOR FOR YOUR PROTECTION).



Joann C. Fonzone Esq.
631 Primrose Ln.
Allentown, PA 18104

CERTIFIED MAIL

7021 1970 0000 9847 4133



CPU

U.S. POSTAGE
$22.05
PRML        0021
Orig: 18103
Dest: 19106
04/28/22
2000052630

U.S.M.S.
X-RAY
U.S.M.S.
X-RAY

President Judge J. Sanchez (only)
Federal District Court Eastern District Pa.
601 Market St.
Philadelphia, Pa 19106



PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use    Label 107R, May 2014