PHILADELPHIA POLICE DEPARTMENT

# COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./OCC. | D.C. NO. | SECT. | DIST. | VEH NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 10 | 09 | 62707 | | 03 | 0308 | 10-6-10 |

CRIME OR INCIDENT CLASSIFICATION — CODE — TIME OUT A P — TIME IN A P

LOCATION OF OCCURRENCE: Citizens bank way 5(C)/C7 — ☐ IN ☑ OUT — TYPE OF PREM.

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | A ? | NATURE OF INJURY |
|---|---|---|---|---|
| 10-6-10 | 3 | 615 | | none |

COMPLAINANT: Police — AGE — RACE — SEX — PHONE (HOME)

ADDRESS — PHONE (BUSINESS)

FOUNDED ☐ Yes ☐ No — REPORT TO FOLLOW ☐ Yes ☐ No ☐ Close Out — UNIT — CODE — INV. CONT NO.

WITNESS ☐ Yes ☐ No — TRACEABLE PROP. ☐ Yes ☐ No — UNIQUE DESCRIPTION OF OFFENDER ☐ Yes ☐ No — OTHER EVIDENCE ☐ Yes ☐ No

DESCRIPTION OF INCIDENT *(Include Description of Crime Scene if Applicable)*

Site Arrest

Offender was placed under arrest #10-03-62707 for disorderly conduct after being told multiple times to sit down and stop being unruly during the game.

WITNESS — ADDRESS — PHONE NO.

OFFENDER INFORMATION: JoAnn fonzone 7/9-58 w/f

[redacted]

PROPERTY DESCRIPTION *(Include Make, Model, Color and Serial No. Where Applicable)* — PROP. CODE — INSURED ☐ Yes ☐ No — STOLEN VALUE $

DC NO.

VEHICLE 1 — OWNER'S NAME — VEHICLE 2 — OWNER'S NAME

VEHICLE 1 — OPERATOR'S NAME — VEHICLE 2 — OPERATOR'S NAME

WANTED/STOLEN MESSAGE SENT General No. Date — DIST./UNIT TERMINAL — RECEIPT NO. — SENT BY

| REPORT PREPARED BY | NO. | DIST./UNIT PAGES | TOTAL NO. | PAGE |
|---|---|---|---|---|
| P/O Ortiz | 9681 | 14 | 1 | 1 |

REVIEWED BY — NO. — DIST./UNIT — REFERRAL DATE — CEN NO.

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM.

75-48 (Rev. 5/94)

259413

She was not at the scene to see anything.

354379

# EX. D

report number / District number / police car number / date

4ppL#3354
RR
7/3/12
PL#8025

COMPLAINT OR INCIDENT REPORT

10-01
10 1 42106 | 3 302 10-6 ...

HOSPITAL CASE 3017 1225

LOCATION OF OCCURRENCE: 2301 S 24TH ... TYPE OF PREM 01

DATE OF OCCUR: 10-?-10 DAY: ? TIME: 1?2...

COMPLAINANT: JOANNE FONZONE 52 W F

ADDRESS: ... [redacted]

FOUNDED / REPORT TO FOLLOW / ... UNIT / CODE / INV CONT NO

WITNESS / ... / UNIQUE DESCRIPTION OF OFFENDER ☐ Yes ☐ No / OTHER EVIDENCE

DESCRIPTION:

H/C HOSP CASE ...

ABOVE COMP TRANSPORTED TO METH HOSP FOR INJURYS TO HER RIGHT HAND SHE OBTAINED AT PHILLIES GAME DR HART ON DUTY COMP STATE'S INJURYS WERE PRIOR TO BEING ARRESTED. COMP GIVEN 500 MGS TYLENOL

WITNESS: / ADDRESS:

OFFENDER INFORMATION:

PROPERTY DESCRIPTION / STOLEN VALUE

391e4th

VEHICLE 1 / VEHICLE 2

VEHICLE 1 / VEHICLE 2

WANTED-STOLEN-MISSING / DIST-UNIT TERMINAL / RECEIPT NO / SENT BY

General No / Date

REPORT PREPARED BY: BALDWIN JENKINS | NO 5321 4444 | DIST/UNIT 3 | TOTAL PAGES 7 | PAGE NO 1

REVIEWED BY: SGT Adelson | NO. 8659 | DIST/UNIT / | REFERRAL DATE | C/N NO

PURSUANT TO ACT 155 OF 1992 THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTICE ... OF VICTIM SERVICES FORM

75-48 Front (Rev. 11/09)

1994121 / 1221668

The police and the asst. DA Never produced this police report to the defense or VICTIMS. Pursuant to Act 155 of 1992 space for signature of Person who acknowledges receipt of victim assist and office of victim Services form. Police did not give me the VICTIM this form of report.

I got this report in July 2012 from Police Advisory Commission. The DA failed to disclose this police report.

# EX. E

POLICE
City Of Philadelphia
03-09-11

INVESTIGATION REPORT

PHILADELPHIA POLICE DEPARTMENT

| YEAR | DISTRICT OF OCCURANCE | DC NUMBER | REPORT TYPE | | DISTRICT | SECTOR |
|---|---|---|---|---|---|---|
| 10 | 3RD | 79466 | INITIAL (49) | Sheet 1 of 1 | 3RD | |

| PREVIOUS CLASSIFICATION | CODE | INVESTIGATING OFFICER | BADGE | PAYROLL | DIST / UNIT PREPARING | CODE | REPORT DATE |
|---|---|---|---|---|---|---|---|
| | | LT. APPLETON | 131 | 0 | Iad | 0 | 12/8/10 |

| CLASSIFICATION | CODE | PLACE OF OCCURRENCE | J.A.D. INVESTIGATIONS / Juvenile Offenders |
|---|---|---|---|
| C.A.P. | 2704 | 1 CITIZENS BANK WAY | ☐ Male ☐ Female ☐ Adult Offenders |

| COMPLAINANT (USE FIRM NAME) | AGE | RACE | SEX |
|---|---|---|---|
| JO ANN FONZONE | 52 | WHITE | FEMALE |

| COMPLAINANT ADDRESS | COMPLAINANT PHONE |
|---|---|
| 2242 TILGHAM ST ALLENTOWN, PA | 484-294-6481 |

| TYPE OF PREMISES | DATE REPORTED | TIME REPORTED | REPORTED BY | ADDRESS |
|---|---|---|---|---|
| | 12/8/10 | 11:06 AM | | |

| DATE OF OCCURRENCE | DAY CODE | TIME | FOUNDED | STATUS | UNIT |
|---|---|---|---|---|---|
| 10/6/10 | 3 | 6:13 PM | ☒ Yes ☐ No | 1. ☒ Active 2. ☐ Inactive - not cleared 3. ☐ Arrest - cleared 4. ☐ Exceptionally cleared | 0 |

| STOLEN PROPERTY | PROPERTY VALUE | RECOVERED VALUE | INSURED | OCCURRENCE |
|---|---|---|---|---|
| B. Miscellaneous | $ 0 | $ 0 | ☐ Yes ☐ No | ☐ Inside ☒ Outside |

COMPLAINT AGAINST POLICE

DC# 10-03-079466

IAB # 10-0724

# EX. F

PHILADELPHIA POLICE DEPARTMENT

# COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./OCC. | D.C. NO. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 10 | 03 | 79466 | 3 | 5 | FA3A | 12-9-10 |

| CRIME OR INCIDENT CLASSIFICATION | CODE | TIME OUT A P | TIME IN A P |
|---|---|---|---|
| CAP | 2704 | 830 | |

| LOCATION OF OCCURRENCE | ☐ IN ☑ OUT | TYPE OF PREM. |
|---|---|---|
| 10 Citizens Bank Way | | |

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. A P | NATURE OF INJURY |
|---|---|---|---|
| | | | |

| COMPLAINANT | AGE | RACE | SEX | PHONE (HOME) |
|---|---|---|---|---|
| Confidential | | | | |

| ADDRESS | PHONE (BUSINESS) |
|---|---|
| Confidential | |

| FOUNDED | REPORT TO FOLLOW | UNIT | CODE | INV. CONT NO. |
|---|---|---|---|---|
| ☑ Yes ☐ No | ☐ Yes ☐ No ☐ Close Out | | | |

| WITNESS | TRACEABLE PROP. | UNIQUE DESCRIPTION OF OFFENDER | OTHER EVIDENCE |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

DESCRIPTION OF INCIDENT *(Include Description of Crime Scene if Applicable)*

| WITNESS | ADDRESS | PHONE NO. |
|---|---|---|
| | | |

OFFENDER INFORMATION

| PROPERTY DESCRIPTION *(Include Make, Model, Color and Serial No. Where Applicable)* | PROP. CODE | INSURED | STOLEN VALUE |
|---|---|---|---|
| | | ☐ Yes ☐ No | $ |

DC NO.

| VEHICLE 1 — OWNER'S NAME | VEHICLE 2 — OWNER'S NAME |
|---|---|
| VEHICLE 1 — OPERATOR'S NAME | VEHICLE 2 — OPERATOR'S NAME |

| WANTED/STOLEN MESSAGE SENT | DIST/UNIT TERMINAL | RECEIPT NO. | SENT BY |
|---|---|---|---|
| General No. 4401 Date 12-9-10 | 3 | 547 | Middleton 8194 |

| REPORT PREPARED BY | NO. | DIST/UNIT | TOTAL PAGES | PAGE NO. |
|---|---|---|---|---|
| Middleton 8194 | | | | |

| REVIEWED BY | NO. | DIST/UNIT | REFERRAL DATE | CEN NO. |
|---|---|---|---|---|
| [illegible] | [illegible] | | | |

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM:

# EX. G



# DISCOVERY COVER SHEET
## Philadelphia Police Department

DEFENSE COPY

☐ Public Defenders Office

☐ Private Attorney

**Printed:** 2/04/2011 17:52

**DC Number:** 2010-03-062707

**Docket Number(s):**

**Next Court Date:**

**Court Room:**

**Case Subject:** Disorderly Conduct at 1 CITIZENS BANK WAY on 10/06/2010

**Assigned Investigator:** LANDIS, JOHN

**Approving Supervisor:** EVANS, JOHN

**Discovery Approved On:** 10/12/2010 22:45

**Assigned Unit:** 6100

| Defendant Name(s) | PID | Arrest Date |
|---|---|---|
| Fonzone, Joann | | 10/06/2010 18:13 |

## ENCLOSED REPORTS

### Case Reports:

☑ 2010-03-062707.1 Investigation Report (75-49) Disorderly Conduct at 1 CITIZENS BANK WAY on 10/06/2010

### Interviews:

☑ INTERVIEW

### Attachments:

☑ Incident Report INCIDENT REPORT

☑ Lab Results 75-229

### Other Enclosures:

☐ Seizure Analysis

☐ Ballistics Report

☐ Certificate of Non-Licensure

☐ ______________________

☐ ______________________

☐ ______________________

Notes:
In addition to the documents provided under cover of this form, documents relating to the complaints against the police officers involved in this case, if any have been made, may be found in either the Internal Affairs Division, the Ethics Accountability Division, or the Headquarters Inspection Unit of the Philadelphia Police Department. If law enforcement officials involved in this case are or were employed by agencies other than the Philadelphia Police Department, such documents may be found in the possession of those agencies. The District Attorney's Office does not concede that any such documents are either subject to disclosure or admissible in any criminal proceeding.

DA'S OFFICE REPRESENTATIVE ______________________ Date ____________

DEFENSE COUNSEL ______________________ Date ____________

# EX. H

# CITIZEN'S COMPLAINT/REPORT

COMPLAINT# 112644

(1) Complainant's Name: JoAnn Fonzone, ESQUIRE

(2) Address (If your address changes, please contact PAC at 215-686-3991): 2242 Tilghman St., Allentown, PA

(3) Zip Code: 18104

(4) Employer/School: self

(5) Phone Number Home: - unlisted

(6) Phone Number Business: 484-294-6481

7) Emergency Phone#: 911

8) Email Address: Jo76eyja@aol.com

(9) Age: 53

(10) Race: C

(11) Sex: F

(12) Date of Birth: 7/19/58

(13) Social Security #: 1688

(14) Location of Incident: Citizens Bank Park, Philadelphia, PA

(15) District of Incident: 1st

(16) Date of Incident: 10/06/10

(17) Time of Incident: 6:13 (AM/PM) [PM circled]

(18) Describe Incident in Detail: See other side

(Use Continuation Sheet if necessary)

(19) State name, address, phone number(s) of witness(es), if known: Florence 484-894-4685, JoAnn Fonzone, ESQ, Glenna Fonzone, Sgt. Ramon Addison, Kim Gray, ESQ., Christina Gonzalez, ESQ. Jefferson ER personnel - triage & other nurses, physicians, Wendy Rush Spinosa, M.D., Jack Ferryman, Mark File, Jimmie Schaffer

(20) Name/Badge# of Officer(s): ______ (21) Car Number: ______

KNOWLINGLY PROVIDING FALSE INFORMATION WILL VOID THIS COMPLAINT AND MAY SUBJECT YOU TO A CHARGE OF PERJURY

Signature of Complainant: [signature] JoAnn, ESQUIRE

(TO BE COMPLETED BY THE POLICE ADVISORY COMMISSION)

Date/Time Received: ______ Intake Person: ______ Source: ______

RET'D SEP 08 2011
RET'D SEP 0 [illegible] 2011

City of Philadelphia
Police Advisory Commission
P.O. Box 147
Philadelphia, PA 19105-0147
215-~~686-3991~~ 685-0891



# City of Philadelphia
# POLICE ADVISORY COMMISSION

P.O. Box 147
Philadelphia, PA 19105-0147
215-685-0891

## AUTHORIZATION

I, JoAnn Fonzone, ESQ. (Print Name), by my initials and signature below, hereby voluntarily authorize the Police Advisory Commission (Commission) to release and refer a copy of my Complaint, No. 112644, together with such investigatory file materials and documents to the following:

______ (initials) To the Internal Affairs Division (IAD of the Philadelphia Police Department.

______ (initials) To any other agency of the City or County of Philadelphia having jurisdiction of the subject matter of the complaint, including but not limited to the District Attorney's Office, the City Solicitor's Office, Human Relations Commission and Licenses and Inspections.

JF (initials) To any State or Federal agency having jurisdiction of the subject matter of the complaint, including but not limited to the State Attorney General, or the U. S. Attorney's Office.

I further authorize the Police Advisory Commission to refer the complaint and accompanying documents to the authorized agencies at such time as it deems appropriate. I understand that I will receive a written notification from the Commission after the referral has been made.

Signature: [signature] ESQUIRE Date: 7/29/11

**NOTE: If you do not wish to authorize a referral of your complaint, please complete the Declination Form.**



**City of Philadelphia**
**POLICE ADVISORY COMMISSION**
**P.O. Box 147**
**Philadelphia, PA 19105-0147**
**215-685-0891**

**Complaint Declaration and Verification**

I, LAnn Fanzone, do hereby declare as follows:
(Print Name)

1. I am the complainant in the attached Citizen's Complaint/Report (hereinafter Complaint):
2. I understood the intent and meaning of the questions or information requested for completion of the Complaint as stated in English on the form.
3. I completed and submitted the Complaint to the Police Advisory Commission (hereinafter Commission) for purposes of filing a complaint against either a Philadelphia Police Office or personnel of the Philadelphia Police Department;
4. I acknowledge that the rules and procedures of the Police Advisory Commission, including the meaning and purpose of this Declaration, were explained to me by a Commission employee and that I was given the opportunity to ask questions and/or obtain written copies of the rules and procedures. I also acknowledge that I understood the explanation provided to me.
5. I submit the Complaint and this Declaration to the Commission of my own free will and not at the urging, suggestion or recommendation of any employee or member of the Police Advisory Commission;
6. I understand that the Complaint and Declaration, jointly and severally, will be accepted for all purposes as the equivalents of affidavits. I further understand that if either the Complaint or the Declaration contains a materially false statement that I may be subject to a charge and penalty for perjury.

**I HEREBY SWEAR/AFFIRM** that the information that I have provided in the attached Complaint and in this Declaration is true.

112644
COMPLAINT#

Signature [signature] ESQUIRE AKA [signature]

Notary Public

7/29/11
Date

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Brenda L. Laughead, Notary Public
South Whitehall Twp., Lehigh County
My Commission Expires July 5, 2012

# EX. I

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\- - -

| | | |
|---|---|---|
| JO ANN FONZONE, a/k/a JUDY McGRATH, Plaintiff, | : | CIVIL ACTION |
| VS | : | COPY |
| JOE OTERI, et al., Defendants, | : | NO. 12-5726-LDD |

\- - -

Oral deposition of JO ANN FONZONE (pro se), pursuant to the Federal Rules of Civil Procedure, taken at the City of Philadelphia Law Department, One Parkway Building, 14th Floor, 1515 Arch Street, Philadelphia, Pennsylvania, April 21, 2016, commencing at or about 2:05 p.m., before Jacqueline A. Geary, Certified Court Reporter - Notary Public.

\- - -

SUMMIT COURT REPORTING, INC.
Certified Court Reporters & Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (800) 447-8648 * (609) 567-3315
www.summitreporting.com

FILED IN DISTRICT COURT