IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DSTRICT OF PENNSYLVANIA

JO   ANN FONZONE AKA JUDY MC GRATH                    12-5726
   PLAINTIFF

             CIVIL ACTION
             JURY TRIAL DEMANDED   REC'D JUN 14 2022
   VS.

JOE OERI, ET AL ,
   DEFENDANTS

PLAINTIFF'S MOTION TO VACATE  ORDER  OF DISMISSAL OF CIVIL RIGHTS
PERSONAL INJURY ACTION

Plaintiff Jo Ann Fonzone, Esquire, by and through her attorney , hereby  moves this Court to

Reconsider or vacate itsOrder of  April 22, 2022 dismissing this action and in support thereof avers:
 I.FACTS.

1.  In compliance with Magistrate 's Order of April  4, 2022, Plaintiff  filed her Reply to

defendant's response  to dismiss for failure to prosecute  timely April 18, 2022, Plaintiff

received the order of April 4, 2022 BECAUSE it was mailed to her by U.S. Mail  as  was

ordered by the court for orders to be sent to Plaintiff  by U.S mail due to problems with

receiving orders by electronic mail,with more than 800,000,they do not all get read or go

through the IP. Further, several times the magistrate's clerk Ms.Arin Hanlon told Plaintiff

the court did not receive some filings by electronic mail so Plaintiff had to either file  by

U.S. Mail or in person at the  local Federal court clerk's office.

2.  Plaintiff received the Order of April 22, 2022 on May 31, 2022 when she went to the

local Federal court to file item 3.of the magistrate's pre Trial Order ,Trial Exhibit notebook.

In the clerk's office, Plaintiff was given a copy of the April 22, 2022 Order by Ms. Renner

dismissing her civil rights personal injury action. Plaintiff was in disbelief upon reading

the Order at both its content and the fact that she had not be served with a copy of the

very important Order.Failure to prosecute means a plaintiff  lets a case sit idle for years .

3. On August 30, 2021, Plaintiff filed and served a partial, not complete filing in compliance with the magistrate's Pre Trial Stipulation Order. It was a partial filing because plaintiff was undergoing treatment for her physical injuries as a result of the aggravated assaults she suffered October 6, 2010. Plaintiff will have continuous treatment for the rest of her life with orthopaedic, neurologist, and cardiologists because of the severe head, neck, chest, shoulder, back, and right hand trauma she endured during the horriffic physical assaults and battery, reckless endangerment, harrassment, all of which should have been prosecuted by the district attorney, but were not, he is in Federal prison for bribery.

4. Plaintiff, in compliance with the pre Trl iaStipulation order, has filed 1., 2., 3., 4., 6.,7, 5.,(is included in 2).Plaintiff is in total compliance with the Courts Pre -Trial Stipulation order, yet her case is dismissed on a FRCP 41(b) failure to prosecute,when Defendants did not comply. Defendants never answered Plaintiff's Complaint or Amended complaint,yet she is penalized?

5. Plaintiff has throughout this litigation been in compliance with every court order and has timely filed pleadings, motions, Answers to defendants discovery (unlike defendants who have provided no discovery answers or information )which severely impeded Plaintiff in her right to obtain information through Interrogatories, written deposition questions, subpoenas,all unanswered .It is not Plaintiff who has been dilatory or acting in bad faith.

6. Plaintiff has been providing medical reports to both the court and defendants as required to provide continuous answers to Interrogatories and Document Production requests.

7. On April 23, 2022 the Phillies organization signed a certified receipt of Plaintiff's subpoena for a videotape of the area in the concourse at the stadium on October 6, 2010 .Plaintiff was standing watching the game for 10-15 minutes when abruptly without cause was grabbed from behind by her arms by two police officers and dragged across the concourse ,thrown onto a chair in the police room, handcuffed ,her bag was searched and Plaintiff watched Sgt.Kovacs remove her souvenir Playoff ticket .

8.  In case the court did not receive medical records submitted, Plaintiff had medical tests,

appointments or procedures March 25, 31, April 6, 8, 11,19,26, May 16, 25, and is

scheduled for June 22, 27,July 14,28 and August2, 2022. Some of these reports were filed

May 3,2022. With all of these medical appointments for Plaintiff's injuries to her right hand,

neck, head, back, and a three week sinus infection from May 6 through 25, Plaintiff still kept

up with Responses ,court order compliance to the best of her human ability.She at no time

failed to prosecute her injury action. There are more that 215 items on the docket, there is

no failure to prosecute on Plaintiff's part. The fact remains defendants have continuously in

bad faith failed to provide any Answers to Plaintiff's discovery and erroneously, the court did

not compel them to sufficiently answer or produce requested documents or records.Due process

9.  The fact Plaintiff survived defendants attempts to deprivve her of her constitutional rights

to due process and her Section 1983 remedy for violations of those shows there are genuine

issues of factual and material disputes and thus defendants were not entitled to summary

judgment or dismissal as a matter of law.The pleadings, answers to interrogatories,

admissions, and Plaintiff's deposition transcript(filed ) together with the affidavits and

complaints to authorities by Plainttff all demonstrate there are genune issues. The court must

consider all evidence and inferences drawn therefrom in light most favorable to the non

-moving party , the Plaintiff. Mariano v. Borough of Dickson City, 40 F.Supp 3d 411, 2014.

10. What has emerged as a pattern is the fact that plaintiff has not been served timely or at all

with several court Orders ,and brought to the court's attention, it was ordered Plaintiff to be

served byU S.Mail and electronic.Oddly,docket#212,213 Plaintiff was not served with the

most significant order of April 22, 2022 which dismissed her civil rights personal injury

action, until going to the Federal Court in Allentown to file her Exhibit notebook May31.

II.Objections to Magistrate's Findings

11. At the last phone conference, Plaintiff at no time said she could not be at trial, she

stated as a matter of fact that she was having medical procedures which required her to be

at her neurologist April 19 for a new treatment of severe migraines, a scheduled appointment.

Any Court must take these factors into consideration as they were submitted in her discovery

, motions, depo transcript, conferences , pre'trial stipulation,The head trauma Plaintiff suffered

when Oteri grabbed her right shoulder assaulted her, her head hit the back of the stadium seat and

then later when kelewischky threw her against the wall twice caused her concussion,tbi,migraines,

seizure, tinnitus,right ear deafness, PTSD, PBA, Plaintiff was a crime victim;and not born with any

of these .The right ear deafness occurred in 2019 , years after the head trauma,which is good reason

for the case to be ongoing.Damages can occur years later after the initial injury as everyone knows.

12. Federal Rule of Civil Procedure 45 (A) states :A person witholding subpoenaed information,

   such as the videotape, police misconduct reports made by other victims of named defendnats,

   must make a claim that it is privileged or protected as trial -prep material.

   Though the subpoenas or court Orders were ignored by defendants , the Court in the district

   where the compliance is required , may hold in contempt those who have beeen served , fail to

   without adequate excuse to obey the Court's subpoena. Defendants were not held in contempt .

13. Plaintiff , pursuant to FRCP 46, strongly objects to the April 22, 2022, court order and

   requests that it be vacated immediately because plaintiff had no opportunity to object when

   the Order was made as she was not served and had no knowledge of the dismissal order.

14. Further, Plaintiff in accordance with 28 U S. C. 636 (b)(1), may and is hereby objecting to

   magistrate judge's findings ...within fourteen 14 days of (May 31,2022) being served with a

   copy thereof. Plaintiff is herein providing written objections and specifically identifying the

   portions and basis for her objections. Function of litigation is to get to the truth, not hide it.

15. Plaintiff had prepared and served Interrogatories and FRCP 30 Depositions by written

   questions upon defendants which were not or insufficeintly answered during discovery.

   Admissions were also filed and served.Her reason for filing Motions to Open was to

   obtain information; this is diligence not dilatoriness. There can be no fair trial or due

process if Plaintiff is prejudiced by having no information from defendants in which to
proceed.,and no evidence from opposing counsel.Plaintiff is certain that all participants
are aware of what due process means..

16. Perhaps defendants neither deposed others or provided discovery answers to plaintiff ,as
they are aware that false testimony is police misconduct and if a lie is material ,it's perjury.
If you dont' talk to witnesses,you don't want to find out the facts.Neither police or prosecution
questioned the Sargeant (who saw Plaintiff 's severe injuries, had her taken to hospital), or
medical personnel at the ER or PAC ,others with knowledge of facts .Prosecution never
questioned the Plaintiff, except for the woman at the office on 11th St., Michelle who wrote the
complaint against Oteri .What transpired is a conspiracy to defraud the Courts(government) by
state actors and oteri who conspired with them to contrive a narrative once they learned they
made a colassal mistake .Plaintiff was seriously injured crime victim prior to and while in police
custody,they knew no probable cause existed to arrest.If injured while in custody,police liable.
The disinformtion or false information spread intentionally to mislead with false inflammatory
material to wrongfully discredit plaintiff in order to cover up the fact oteri injured Plaintiff
was a human geiser of spewing lies to police and prosecution to protect himself from liability for
criminal acts of assault, battery, harrassment, reckless endangerment and so began the narative
they all joined and had to stick with.

17. To correct the court, Fonzone had retained an attorney to comence the lawsuit in 2012. The
delay started when he witdrew due to his medical conditions, Fonzone was understanding
of such medical problems when she learned of his spine surgery and did not object to his
withdrawing. Medical conditions which limit or prevent a lawyer from doing hard work are
not failure to prosecute an action."Material issues " were that Plaintiff was upset her
attorney was speaking with opposing counsel without telling her.. Also in Bailey's petition to
withdraw, not mentioned by this Court, is paragraph 5, where he states" Mr. Bailey sincerely
believes Ms. Fonzone was seriously injured in the incidents with defendants..... "

Plaintiff was a crime victim ,seriously injured , she was not guiltyof any crime for cheering

18. Mr. Bailey, put state supplemental claims  in his complaint as he knew there were facts to

be brought out ,which arose from the incidents of October 6, 2010. This became evident

after Fonzone had  case dismissed with prejudice August 22, 2012, then asst.Kotchian

appealed and proceeded ,over Fonzone's objections.There was a trial in Janauary 2013,

Fonzone ,who with co-counsel Ms.Snyder ,was acquitted of disorderly and resisting arrest after

her factual testimony trumped oteri's  ever changing  litany of lies. The fact is Fonzone was

restrained by the back of  arms, it was factually impossible for her to resist arrest  or do

anything as she was dragged across the concourse by police  after watching the game holding on

to  a seatback standing in concourse for 10-15minutes,then grabbed from behind by two police.

19. Though Plaintiff  was her attorney representing herself  in 2013, she was not served with

a Rule to show Cause Order,learned the case was dismissed while trying to get new counsel.

Immediately, upon learning this,  Plaintiff  filed a Motion to Reopen the case which Judge

Davis granted. Bailey was  served with the show Cause as he was still attorney of record

when the show Cause order was  issued, in 2015 ; though Fonzone was doing the work.

21. This court recognizes the fact  the Amended complaint of July 7, 2015 is the operative

complaint according to original  Federal  Judge Davis, Item 51, so that is the complaint

to be used for the litigation; this complaint included all defendants named  in it.

22. Indeed, Plaintiff sought extensions for Discovery BECAUSE she was not being

provided answers to her Discovery , yet she fully and completely answered

defendants discovery questions,  including enduring a grueling long deposition .

23. Judge Davis retired October 4, 2017, Plaintiff filed Motion forReconsideration

for discovery Extension prior to learning of his retirement and prior to a  ruling on  her

Motion.Plaintiff remembers this Motion vividly; at that time she was unable to type due

to her very severe pain,post surgery, and her sister Tina typed it for her. Plaintiff had

major neck surgery several weeks prior.Judge Davis did not dismiss the action on

summary judgment motion  becasue there were many issues of genuine  fact in dispute.

24. On September 5, 2017, No. 108 did not dismiss Plaintiff's Monell claim according to the

docket.Further,there is no mention in the Order of Poulis case in No. 108 by Judge Davis.

There is also no mention that "Fonzone's  failure to comply with discovery orders

prejudiced defendants or that she has begun to establish a history of dilatoriness ." Is there

another docket  on this case?The only cite of Poulis was in defendants attempt to dismiss.

25. Fonzone hired counsel  Colleen Middleton who failed to appear at the pretrial #127

conference December 12,2018 except by phone where she said to Judge Schmel ,

"YES"I represent Ms  Fonzone" , the Judge told her she could have all the time she
needed,.(Transcript  pg.            )

26.   FRCP 60 (a) states that the court may correct a clerical mistake or a mistake arising from

oversight or omission whenever one is found in a judgment, order or other part of the record.The

court may do so on its own , with or without notice. 60(b) sets forth grounds for relief from a final

judgment, order or proceeding.  These reasons include; 1) mistake, inadvertence, surprise or

excusable neglect, 2) newly discovered evidence that, with reasonable diligence, could not have

been discovered in time .) FRAUD ( whether intrinsic or extrinsic, misrepresntaton, or misconduct

by an oppsing party, 4) the judgment is void, 6) any other reason that justifies relief. 60(d) states

that other powers to grant relief  include 3) set aside a judgment for FRAUD on the Court.

27. There are some of the above stated  reasons applicable here for the court to vacate  dismissal

For example, the court had ordered Plaintff to be served  Orders by U.S.mail, not only

electronically because Plaintiff informed the court several tiems she was not getting the

court's orders. The Order of April 22, 2022 was never mailed to plaintiff by U. S. Mail

or electronically and thus as earlier mentioned, the first notice of the order was received  by

Plantiff May 31,2022 by Evelyn Renner clerk in Federal court  in Allentown.Several times

after Plaintiff filed her Response to the 41(b) Motion, she phoned the clerk in Philadelphia to

inquire if there had been a ruling yet.

Whether the fact that Plaintiff was not served with the dismissal order until May 31, 2022 was a mistake, inadvertence or excusable neglect; any of these constitute grounds for relief from this dismissal order according to FRCP60 (b)(1).Of note, from November 11, 2021 through April 22, 2022,Plaintiff either did not receive a Court Order at all or received it late. Upon informing the Court, it was ordered that Fonzone be sent Orders by U.S. Mail and email .The orders at issue were #196, #199,#202,#206,#210, #201 and most importantly #212 and #213 , the orders and Memo wherein her case was dismissed.

27. Similarly, (3) FRAUD , misrepresentation or misconduct by opposing party will also grant relief of a dismissal order.

Plaintiff when filing her I A complaint against the officers who injured her included a copy of her Permanent Protection From Abuse Order against her estranged spouse who has had her stalked through many years of legal separation;since 1993; this PFA along with the complaint was supposed to be sent to the district attoreny by the investigator, but never was,so there were no questions asked by the district attorney. In addtion, the audio CD of Plantiff's 911 call for help to police from the room at the stadium was wilfully suppresed by police and prosecution for more than two years . Plaintiff could not present it to the court, and this was strong evidence she was a crime victim. Another fact in this travesty is the fact that the incidents at the stadium where Plaintiff broke no law while doing the wave at her seat, occurred a few months after she filed a Defamation case in Federal Court.A copy of a brief Plaintiff wrote was included as a trial Exhibit filed May 31, 2022.The libel was another ploy by her estranged spouse and his lawyers to gain advantage in the divorce litigation through character assassination ,false ,fabricated information by a bribed reporter. Another action Plaintiff was working on at the time was an ID theft and Fraud case ancillary to her divorce ; defendants ,as Mr. Eidel knows, were MTV, Chase bank and Warner Bros.scheduled for Argument while Plaintiff was being wrongly held at Riverside so she could not appear at the Argument scheduled for September 27, 2011. she was released September 28.

28. Opposing parties were aware of the 911 audio because the police made it from the call; plaintiff purchased the CAD report of the exact time the call was made. The suppression of exculpatory evidence is a Brady violation and more than that it was police and prosecutor misconduct . Plaintiff requested all police reports from them with filings in Municipal court and Right to Know requests, and the CD and other police reports (where Lieutenant and Sargeant found Fonzone's IA complaint valid , and the report generated when police transported Fonzone to the ER were all deliberately witheld. This was not just misconduct,it was also wilful misrepresntation; there were four deliberate discovery violations by prosecution in Municipal court; as they intentionally deceived the court and knowingly, maliciously prosecuted an innocent injured crime victim.

29. The aforementioned evidence of misrepresentation, misconduct , and fraud are Rule 61(b)(3) grounds for vacating the dismissal order. Under 60(d), (3) this court also has the power to vacate the dismissal because defendants with all their wrongful acts committed FRAUD on the Court. Why wasnt the PFA (stated vicarious abuse)along with the Plaintiff's IA complaint sent to district attorney by the investigator as required? Defendants as state actors along with oteri who conspired with them perpetrated fraud and cover up of their criminal acts after they seriously injured then maliciously prosecuted an innocent individual.Black v. Bayer.

30. Every Order by the previous Federal Judges was mailed by U. S. Mail to Plaintiff. On page 4 of magistrate Heffley's memorandum, , she incorrectly states that "a case management confernce was held Jan. 24, 2019 and Fonzone requested a continuance becasue she had obtained counsel" . The fact is that defense counsel Shotland had asked for continuance because his wife was having a baby #128, 129. Other continuances by defense were for other family medical emergencies and vacations. Item #130 is the Transcript of 12/12/18 mentioned where the counsel Fonzone paid to be at the conference failed to appear, and Judge Schmel wanted to phone her; his clerk did. Plaintiff has provided a copy of the transcript she purchased to the court.

    31. When Fonzone filed a Motion to have the case moved back to Philadelphia(becasue she

could not drive an hour to Reading due to right shoulder rotator cuff injury, she could take

bus  to Philadelphia, but had to ask family or friends  to drive to Reading and did not want to have

to do that ), she was not served with notice of a phone conference of September 18,2019 with

Magistrate. On February 4, 2020, Fonzone informed the court that her mother was very sick , she

was taking care of her and was not up to a phone conference . Subsequently, plaintiff's mother

was admitted to the hospital  very ill with the covid virus and was sick for much of the year 2020.

Courts were closed  in 2020 and much of 2021 due to the virus , which  was not the fault of

Plaintiff nor was  all the continuous medical  treatment  she requires because of the injuries she

survivied from the violent criminal acts of the non-prosecuted defendants.

32.At the March 10, 2022 phone conference, Plaintiff did not say she could not proceed, she

informed the court she  had a neurological procedure for severe migraine treatment on

April 19, 2022 which had  been scheduled  and appointments with her neurologist  were

difficult to get and scheduled a year ahead .Yes,Plaintiff requested that oteri be reinstated as

he was the lead defendant as put on the complaint by Mr. Bailey for a reason; it was he who

initiated  the violence agasint plaintiff and but for his misconduct; Plaintiff would not be

disabled , would not have been dragged through the criminal system, (though she was the

injured crime victim), but  for some reason the magistrate was not interested in these facts.

33When Plantiff tried to get a copy of a transcript of the  phone conference, she was told

they did not have it. There is supposed to be a trial , but there cannot be any in person

conferences? Plantiff hasnot ever seen these new lawyers added all of a sudden , no

discovery passed,  no settlement conferences, just a trial trial trial with insufficent

discovery and information for Plaintiff to  adequately  proceed. Former Defense  lawyer

Shotland ,at her deposition ,told Plaintiff he was going to depose Oteri; he did not or the

transcript was  hidden from Plaintiff., becasue his testimony was so inconsistent and

impeachable with previous  testimony.  Defendants never  filed or served Plaintiff with

any Pre trial stipulation materials. Plaintiff was ordered to show cause and timely filed.

34.Plaintiff did request that magistrate recuse , she has no animosity toward her, (they

have never met) but every Motion filed is denied ,this does not help Plaintiff in

obtaining  the info she is entitled to have priot to trial.  It could  be inferred,under Sec.455a

that magistrate 's impartiality might reasonably be questioned  by someone with knowledge

 of all the facts;Plaintiff was disabled by the incidents. At the conference, Plaintiff was

ordered to show cause why the civil rights personal injury  action should not be dismissed,

though there were voluminous medical records and materials in the file which CLEARLY

showed  precisely that.How would any lawyer seriously, permanently injured and limited,

compelled to do all the legal work on their own case, after two retained  lawyers

 failed to complete  the case to resolution, like to have his or her case ,after ten years of

unpaid  legal work,all the pain and suffering and medical treatment since October 6, 2010

and for the rest of his or her life like to have the case just dismissed , swept under the carpet

as there were no incidents that day which destroyed so many years and the rest or her life?

35.On page 6, the magistrate says ,"Plaintff did not address or provide any reasonable

explanation for why her case should not be dismissed for lack of prosecution based on her

unreadiness for trial on April 19". Conversely, Plaintiff did provide such reason, she was

having 31 needles injected in her head on that day by her neurologist for severe migraines.

Moreover, earlier that day, Plaintff had two MRI's one on her cervical spine one on her

thoracic spine.Plaintiff was providing this info to the clerks and filing medical records as

available.Plaintiff did not suffer a broken leg;she suffered many continuous medical issues.

36.Despite incredible obstacles, Plaintiff was able to meet  the magistrate's deadline of

April 18, 2022 and filed another timely Reply as to why her case  must not be dismissed

for failure to prosecute. She was complying with every court order, (to the detriment of

her heatlh, )and every defendants attempt to have her case dismissed.. Plaintiff was

being penalized for litigating ,so it seemed.Of course, Plaintiff was "relying on her

continued treatment for the many injuries and permanent irreparable medical damages

she suffered on October 6, 2010" , as this was fact, but also factual Plaintiff did not fail;

she did comply with court orders timely upon receipt, or answer or reply to defendants

filings. Moreover, plaintiff filed voluminous amounts of medical records with Motions

and directly to the court. If for some reason, magistrate Heffley did not read or see them,

that is unknown to plaintiff as to why they were not transferred from the other judges

or why the continuing medcial records were not seen by her.If litigant is in compliance with

every court order and files a reply to opposing counsel's filings, how is said litigant possibly

failing to prosecute as sufficient for the hashest of all sanctions, dismissal of her civil rights

personal inury action? With all due respect, Plaintiff did not ever fail to prosecute this matter.

37.Similarly, merely because defense counsel tells the court some defendants were removed

from a case( because its to their advantage, ) does not make it true.But when a lie is

repeated and repeated, it erroneosly is believed by those misled. Former defense counsel

kept telling Judge Schmel that some defendants were out of the case,Judge Davis on trecord

stated that "the operative complaint was the Amended complaint of July 7, 2015."Item #51.

38.FRCP 71.1(f)states that "without leave of court, plaintiff may as often as it wants- amend

the complant at any time before the trial...... 71.1(d)(e) defendant may appear or answer in

the time and manner .... Plaintiff has been reiterating to the Court that defendants have

failed to answer the amended complaint; this is her reason for perservering on the

discovery issue or lack thereof by defendants.

39.Recusal would be unnecessary if Plaintiff were being treated fairly and without bias

toward her, as though she is so unimportant and not worthy of the court's time to

preside over this case. Sorry, Plaintiff did not seriously injure herself and do all this

physical damage to herself. She did nothing to prevoke these vicious attacks other than

perhaps going to the game without her boyfriend with whom she attended many games but,there was only one ticket left. To be clear, with her words, " the undersigned will not resort to reassigning this case to another judge, thereby unjustifiably delaying its Utimate Disposition'", does she mean to conclude that Plaintiff has no remedy so why even bother to give her a chance for resolution? Does the 7th Amendment have no meaning to this magistrate ?Does this magistrate conclude that plaintiff's case must be dismissed without knowing all the evidence ? Does Fonzone not deserve like all injured plaintiffs to be made whole by those that caused her such great and continuous damages Is this fair and impartial justice or bias and extremely prejudicial to an injured Plaintff? IT IS the latter.

40.Plaintiff did not wait until the eve of trial to request recusal; she did on March 10, 2022 when she suspected she was being made to jump through hoops for some reason, rather than having the fairness of one who was supposed to deem all the allegations in the complaint as true and consider all the facts and everything in the record. Since this magistrate apparently has blatant disdain for Plaintiff , she has a duty to recuse herself. Reassignment is up to the Chief Judge , so she need not be concerned with it.

## III. THERE WAS NO FAILURE TO PROSECUTE BY PLAINTIFF

41.Plaintiff strongly disagrees with the court that she has been considerate of Plaintiff's medical conditions and treatment and asserts that her dismissal of this action is an abuse of discretion not sound discretion. Emerson v. Thiel College, 296 F.3d 184, 19 (3d Cir. 2002). Yes, the Court has the authority to control proceedings but never if it violates a litigant's constitutional rights as it controls the proceedings. As previously mentioned in her April 18, 2022 Reply ( hereby incorporated by reference),there was no willful refusal to prosecute or blatant failure to comply with a district court order by Plaintiff, so dismissal for failure to prosecute is very inappropriate here,distinguishing this case from Roberts v.Ferman,826F.3d 117,123(3d Cir2016)

42. 1) Factors in Poulis are not remotely applicable in Plaintiff's case and certainly do not weigh

heavily in favor of dismissal. Fonzone did employ other lawyers, one to begin the litigation and

another later to handle depositions and trial .Ergo, Emerson is distinguishable and a Plaintiff should

be able to rely on paid retained lawyers to litigate, particularly when she is seriously and

permanently injured by the incidents which are the subject of the litigation.Atrial fibrilation caused

by the chest trauma of police nightstick is a heart condition permanent disability as is right ear

deafness caused by the head trauma inflicted by oteri and the police.These and all the orthopaedic

injuries, chronic pain neurological conditions lke chronic migraine are all real and prevent

Plaintiff from normal paid employment like she was able to obtain prior to October 6, 2010.

Fonzone is not unwilling to move the case forward; she needs help to do so and has asked the court

to appoint and been refused. The court has the power to appoint in a complex civil rights case, for

some reason,this court will not.As this court knows, Fonzone is an attorney, but now disabled.

Sanctions are appropriate on defendants, not the seriously injured Plaintiff.

Of course the case has not been dismissed previously because the court is very aware there

are many genuine issues of material fact in dispute. The violent unprovoked acts of

defendants caused Plaintiff compensable injuries and damages though their agenda is to

blame the innocent crime victim. How in the world does the fact of permanent medical

conditions caused by defendants violent acts not outweigh any factors used to dismiss this

case? How dare a crime victim dissent with the government agenda to blame a victim when

it is convenient and protect themselves from any criminal or civil lability? Indeed, we are

whistleblowers some Sarbanes-Oxley ,and punished for truth telling.These medical issues

began October6,2010. Contrary to this court's belief that ten years is an excessive amont of

time for litigation, it really is not. Plaintiff knows first hand of litigation dragging on for decades,

ID theft, divorce, and others. Each case must be looked at on its own based on the totality of the

circumstances. Here, there were interruptions by having two Federal Judges after one retired

and one Magistrate.Further, the covid virus disrupted everything in America for years.

Other significant factors include the health and much continuous , life long medical treatment plaintiff requires yet simultaneously wearing the attorney ,witness and victim hats.Other factors supposed to be considered by a court include:delay of other litigation, medical costs,past, present and future, pain and sufferng, lost work time and limitation or elimination of future employment , litiagtion costs, loss of life's pleasures, embarrassment and humiliation, extreme emotional distress, impact on future and life expectancy, possibilty of reduced life expectancy from atrial fibrilation, pension loss and many other factors which seemingly are unimportant to this court.

2) There has been NO prejudice to defendants caused by Plaintiff as she did not fail to meet schedulng orders or respond to any discovery. Conversely, it is Plaintiff who has been prejudiced and adversely affected by defendants total disregard of Plaintiff 's Discovery requests, both Interrogatories and Document Production Requests. They have either completely failed to reply or replied with insufficent answers to Interrogatories and blatantly refused to provide any documents requested by plaintiff.

3) There has been no dilatoriness , much less a history of such by Plaintiff. However, there has been a recurring refusal by defendants to refuse to answer Plaintiff's discovery so that it has been nearly impossible for Plaintiff to have the information she is entitled to to proceed .If there has been delay , it has been caused by defendants refusal to sufficiently respond to discovery, depose those they said they would, so that Plantiff had to request to compel discovery responses and to open Discovery in order to obtain the answers she is entitled to have for this litigation. What are they hiding and why do they refuse to answer questions or produce documents and things requested? It is defendants that are completely uncooperative and are causing delibebrate delay, not the Plantiff who has sufficiently answered Interrogatories , provided Documents requested because she is not hiding information.

4) Whether the conduct of the party was wilful or in bad faith.Plaintiff's conduct was not in bad faith or wilful but rather has in good faith continuously done her best to meet deadlines , do the research and preparation and service of pleadings,answer Discovery

appear for a nearly three hour Deposition , appear in Court prior to covid

in front of Judge Davis and  in Reading in front of Judge Schmel each time required to do so.

Plaintiff strongly contends it is defendants all of them named in the operative complaint that

acted in bad faith deliberately to sweep this case and their criminal violent activities under the

rug, get rid of it to cover up their  criminal misconduct, public corruption, conspiraacy to

deprive Plaintiff of her civil and constitutional rights,treat her like a criminal defendant wrongly

to protect the violent crimes of the perpetrators who seriously injured her through their false

implication and arrest , battery, aggravated assaults, reckless endangerment, causing her not

only serious injuries but some permanent irreparable damages such as heart conditions and

right ear deafness which she will have to endure and treat for the rest of her life. Indeed,

defendants have acted and continue to  act in wiful bad faith, unethical and unprofessional

manner by refusing to extend any offer  to  Plaintiff for destroying her health and life, and

instead act only to deny her rightful discovery and continuously to have her case dismissed.

5)  Sanctions. Yes, defendants should be sanctioned for everything stated above in paragraphs 1-4.

To dismiss  Plantiff's personal injury case is the harshest and most frowned upon  ruling there is

This is especially true when a Plaitniff has suffered irreparable damages and permanent loss of

body function, here the hearing in her right ear from the head trauma., tinnitus, and other

chronic conditions which will not disappear overtime like a  broken leg.

6)  The merit of the case. Plaintiff has  sufficiently stated the merits of her case in this and other

pleadings, but  her medical records and Exhibits will more fully explain Perhaps  Ms.Faris

did not receive all of the file from her predecessor; he had a large quantity of medical records

and other documents like Discovery answers that plaintiff served him with. When considering

all of the above mentioned factors or just one of these is more than sufficient  to show

that this case must not be dismissed because there was no lack of prosecution  by Plaintiff.

A police officer must not be automatically believed by any fact finder that anything he says is true, correct or accurate. The level of police misconduct, brutality, improper police procedure( resulting in egregious violations of individual's constitutional and civil rights), is increasing at astounding measures throughout the United States.

A bad cop could lie, perjure, and fabricate evidence to unjustly attempt to attack the credibility of an individual, (particularly if an arrest is wrongful and criminal charges are dismissed), in order to protect his reputation and attempt to protect himself and others from civil liability for the wrongful arrest, malicious prosecution, false imprisonment, and misconduct in violating the rights of an innocent individual.

The government must not tolerate and condone this improper police behavior. With the increasing number of police misconduct incidents being reported to the authorities, like the Attorney General public corruption Unit, for example, it is the responsibility of the Government agencies, Courts and superior law enforcement to investigate the reported incidents for any motive and wrongdoing behind the misconducts. It is the responsibility and jurisdiction of these agencies to act upon reported incidents of misconduct and rights violations in effort to weed out any possible or evident abuse of power, victim witness intimidation obstruction of justice, non compliance of subpoenaed evidence, wrongful arrests, malicious prosecutions, bribery, false implication of innocent people in the criminal system, perjury, harrassment, and corruption.

The investigation into allegations of police misconduct and malicious prosecutions by the district attorneys are required in order to protect and preserve the integrity of the legal system and guarantee individuals the rights that the state and federal constitution guarantees all citizens. Injustice to one is an injustice to us all. Martin Luther King.

The present case overflows with improper police and prosecutor misconducts, and the court erred in not granting the defense pre-trial Motion to Dismiss yet. Ms. Fonzune clearly stated in that Motion that she was a victim of other retaliatory wrongful arrests, but not ever convicted, since she left California in 1993 and had filed complaints, reported to and informed government agencies and courts, after discovering she was a victim of ID theft, illegal use of her social security number since 1981, and since she has been trying to get a divorce from a California resident since 1993. Appellant has, in fact, suffered and survived countless incidents of intimidation, injustices, harrassment, physical abuse and severe injuries in California, New York and Pennsylvania as a result of providing information to the government of her knowledge of criminal activities including, tax and corporate fraud, and ID theft.

Defense provided the court with documents and exhibits of the above, including but not limited to a complaint to the U. S. Attorney in New York around Veteran's Day, November, 2004.

| Form **14039** (April 2017) | Department of the Treasury - Internal Revenue Service | **Identity Theft Affidavit** | OMB Number 1545-2139 |
|---|---|---|---|

Complete this form if you need the IRS to mark an account to identify questionable activity.

## Section A - Check the following boxes in this section that apply to the specific situation you are reporting *(Required for all filers)*

☑ 1. I am submitting this Form 14039 for myself

☑ 2. This Form 14039 is submitted in response to a 'Notice' or 'Letter' received from the IRS
- Please provide 'Notice' or 'Letter' number(s) on the **line to the right** 1177779028   *LTR 4674C*
- Please check box 1 in **Section B** and see special mailing and faxing instructions on reverse side of this form.

☐ 3. I am submitting this Form 14039 on behalf of my 'dependent child or dependent relative'
- Please complete **Section E** on reverse side of this form.
- **Caution:** If filing this on behalf of your 'dependent child or dependent relative', filing this form will protect his or her tax account but it will **not** prevent the victim in **Section C** below from being claimed as a dependent by another person.

☐ 4. I am submitting this Form 14039 on behalf of another person *(other than my dependent child or dependent relative)*
- Please complete **Section E** on reverse side of this form.

## Section B – Reason For Filing This Form *(Required)*

Check only **ONE** of the following boxes that apply to the person listed in **Section C** below.

☑ **1. Someone used my information to file taxes.**

☐ **2. I don't know if someone used my information to file taxes, but I'm a victim of identity theft**

Please provide an **explanation** of the identity theft issue, how you became aware of it and provide relevant dates.
If needed, please attach additional information and/or pages to this form.

*My estranged spouse continues to illegally use my SSN though we are legally separated for many years and worked together. His name is Cary Woods / Lew and has alias names. Injuries + domestic abuse violence have disabled me. I had an appointment to discuss this, but it was cancelled due to the closing of gov't. offices because of coronavirus. I'd provide further documents if an investigation would occur. The estranged spouse SSN is 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 - dob 5/6/57.*

## Section C – Name and Contact Information of Identity Theft Victim *(Required)*

| Victim's last name | First name | Middle initial | Taxpayer Identification Number *(Please provide 9-digit Social Security Number)* |
|---|---|---|---|
| *Fonzone* | *Jo Ann* | *C* | *███-██-1688* |

Current mailing address *(apartment or suite number and street, or P.O. Box)* If deceased, please provide last known address

*631 Primrose Lane*

| Current city | | State | ZIP code |
|---|---|---|---|
| *Allentown* | | *PA* | *18104* |

| Tax Year(s) you experienced identity theft *(If not known, enter 'Unknown' in one box below)* | | What is the last year you filed a return *2019* |
|---|---|---|
| *unknown — possibly since 1981* | | |

| Address used on last filed tax return *(If different than 'Current')* | Names used on last filed tax return *(If different than 'Current')* |
|---|---|
| | |

| City *(on last tax return filed)* | | State | ZIP code |
|---|---|---|---|
| | | | |

Telephone number with area code *(Optional)* If deceased, please indicate 'Deceased'
Home telephone number *484-773-8056*    Cell phone number *same*
Language in which you would like to be contacted   ☑ English   ☐ Spanish

## Section D – Penalty of Perjury Statement and Signature *(Required)*

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed |
|---|---|
| *JoAnn Fonzone Esquire* | *5/08/20* |

**Submit this completed form** to either the mailing address **or** the FAX number provided on the reverse side of this form.

Catalog Number 52525A    www.irs.gov    Form **14039** (Rev. 4-201

| Form **3949-A**<br>(April 2016) | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>*(See Instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** THERE MAY BE OTHER MORE APPROPRIATE FORMS SPECIFIC TO YOUR COMPLAINT.
(For example, if you suspect your identity was stolen, use Form 14039.)

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner.
*(Leave blank any lines you do not know.)*

| 1a. Name of Individual  Cary Woods  AKA David Loew, David LeRoth | b. Social Security Number/TIN  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 | c. Date of birth  05/06/57 |
|---|---|---|
| d. Street address  8700 Hollywood Blvd. | e. City  Hollywood, Los Angeles | f. State  CA  g. ZIP code  90036 |
| h. Occupation  entertainment | i. Email address | |
| j. Marital status (check one, if known)  ☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☒ Legally Separated | k. Name of spouse  Cary Woods aka David Lee Roth, David Loew | |
| 2a. Name of business  MTV Networks | b. Employer Tax ID number (EIN) | c. Telephone number |
| d. Street address  1515 Broadway | e. City  NY | f. State  NY  g. ZIP code  10036 |
| h. Email address | i. Website | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☐ False Exemption   ☐ Unsubstantiated Income   ☒ Unreported Income   ☐ Failure to Withhold Tax
☐ False Deductions   ☐ Earned Income Credit   ☐ Narcotics Income   ☐ Failure to File Return
☐ Multiple Filings   ☐ Public/Political Corruption   ☐ Kickback   ☐ Failure to Pay Tax
☐ Organized Crime   ☒ False/Altered Documents   ☐ Wagering/Gambling   ☒ Other (describe in 5)  RICO

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*  1980 — ongoing

TY ___ $ ___   TY ___ $ ___   TY ___ $ ___   TY ___ $ ___   TY ___ $ ___   TY ___ $ ___

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

The estranged spouse sociopath was my agent through an entertainment contract in 1980 (unbeknownst to me until 1993). Then in 1983 a marriage contract I unfortunately signed as the name Judy McGrath & Sexton Woods assigned to my SSN tech unfortunately. I have never received income that he and his lawyers stole from me + use direct deposit. I have been trying to get a divorce since 1993.

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? (If available, do not send now. We will contact you, if they are needed for an investigation.)  ☐ Yes  ☐ No
b. Do you consider the taxpayer dangerous? ☒ Yes  ☐ No
c. Banks, Financial institutions used by the taxpayer.

| Name  Chase Manhattan Bank | Name  Citibank, Bank of America |
|---|---|
| Street address | Street address |
| City  New York  State  NY  ZIP code | City  NY  State  NY  ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name  Sexton C Fonzone aka Judy McGrath aka John Woods | b. Telephone number  484-773-8056 | c. Best time to call  Send letter - re: Investigation |
|---|---|---|
| d. Street address  631 Primrose Lane | e. City  Allentown | f. State  PA  g. ZIP code  18104 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

Catalog Number 47872E                www.irs.gov                Form **3949-A** (Rev. 4-2016)

# JUDGMENT INDEX

| Responsible Party Name / In favour Party Name | Case Number | From 01/01/2000 To 03/31/2006 | Judgment Date | Judgment Event Code Description / Amount | Description El... |
|---|---|---|---|---|---|
| RAE INCORPORATED | | | | | |
| For : RONDEL DEVELOPMENT COMPANY | CV-2001-01583 | | 03/05/2001 | MISC:STIPULATION VS LIEN | |
| RAESLY DEBORAH A | | | | | |
| For : S & S HOME BUILDERS INC | CV-2000-04987 | | 07/19/2000 | MISC:WAIVER OF LIENS | |
| RAFFAELE THOMAS | | | | | |
| For : PENNSYLVANIA COMMONWEALTH OF COUNTY OF NORTHAMPTON | CV-2002-05543 | | 07/31/2002 | MISC:JUDGMENT OF SENTENCING | |
| RAFFLE DEAN JR | | | | $1,905.25 | |
| For : MIDDLESEX MEMORIAL HOSPITAL | CV-2001-07144 | | 09/13/2001 | MISC:FOREIGN JUDGMENT | |
| RAGNI ANTHONY | | | | $9,404.94 | |
| For : BETHLEHEM CITY OF | CV-2001-00926 | | 02/07/2001 | MISC:MUNICIPAL LIEN | |
| RAGO EDITH M | | | | $515.32 | |
| For : BANK OF AMERICA N A (USA) | CV-2005-04883 | | 10/05/2005 | MISC:DEFAULT JUDGMENT | |
| RAGOZINO BERNADETTE | | | | $11,571.86 | |
| For : GIBRALTAR DEVELOPMENT | CV-2004-01154 | | 02/25/2004 | MISC:STIPULATION VS LIEN | |
| RAGOZINO BERNADETTE | | | | | |
| For : ARLINGTON ENTERPRISES INC | CV-2005-00735 | | 04/01/2005 | MISC:DEFAULT JUDGMENT | |
| RAGOZINO JOSEPH | | | | | |
| For : GIBRALTAR DEVELOPMENT | CV-2004-01154 | | 02/25/2004 | MISC:STIPULATION VS LIEN | |
| RAGOZINO JOSEPH | | | | | |
| For : ARLINGTON ENTERPRISES INC | CV-2005-00735 | | 04/01/2005 | MISC:DEFAULT JUDGMENT | |
| RAGUSA DONNA | | | | $576.45 | |
| For : WIND GAP MUNICIPAL AUTHORITY | CV-2001-08776 | | 11/27/2001 | MISC:MUNICIPAL LIEN | |
| RAGUSA DONNA MARIE | | | | $576.45 | |
| For : ARLINGTON ENTERPRISES INC | CV-2005-00735 | | 04/01/2005 | MISC:DEFAULT JUDGMENT | |
| RAGUSA JOSEPH | | | | | |
| For : ARLINGTON ENTERPRISES INC | CV-2001-08776 | | 11/27/2001 | MISC:MUNICIPAL LIEN | |
| RAGUSA JOSEPH | | | | $576.45 | |
| For : WIND GAP MUNICIPAL AUTHORITY | CV-2005-00735 | | 04/01/2005 | MISC:DEFAULT JUDGMENT | |
| RAHMAN ALEX | | | | $1,000,000.00 | |
| For : ARLINGTON ENTERPRISES INC | CV-2001-07615 | | 06/27/2003 | MISC:DEFAULT JUDGMENT | |
| RAHNS CONSTRUCTION MATERIAL CO INC | | | | | |
| For : FONZONE JOANN | CV-2002-01981 | | 12/19/2002 | MISC:AWARD | |
| For : MORGAN EVELYN | | | | $1,000.00 | |

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANNE FONZONE,                              :
                                             :        CIVIL ACTION
                    Plaintiff,               :
                                             :
             v.                              :        NO. 12-5726
                                             :
JOE OTERI, et al.,                           :
                                             :
                    Defendants.              :

## ORDER

**AND NOW**, this 22nd day of April, 2022, upon consideration of the Order to Show

Cause why the case should not be dismissed for failure to prosecute (Doc. No. 202), Plaintiff

Joanne Fonzone's Response to this Court's Order to Show Cause (Doc. No. 204), Defendants

City of Philadelphia, James Kisielewski, Lisenette Ortiz, and Mark Kovacs' Response to the

Court's Rule to Show Cause for Failure to Prosecute (Doc. No. 205), Defendant Christopher

Bee's Response to the Court's Rule to Show Cause for Failure to Prosecute (Doc. No. 207),

Defendant Christopher Bee's Amended Response to the Court's Rule to Show Cause for Failure

to Prosecute (Doc. No. 209); and Plaintiff Joanne Fonzone's Reply to Defendants' Response and

Motion to Dismiss Personal Injury/Civil Rights Action for Lack of Prosecution (Doc. No. 211),

**IT IS HEREBY ORDERED** that Plaintiff's case is dismissed with prejudice for failure to

prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court shall mark this

case **CLOSED**.

5/3/22

BY THE COURT:

/s/ Marilyn Heffley
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

Evelyn Renner
Fed. Ct. Allentown Clerk

## IV. CONCLUSION

Based on the aforementioned facts, Plaintiff strongly disagrees and dissents with the Court's

findings to erroneously dismiss her civil rights personal injury case because it has substantial

merit and at no time did Fonzone fail to prosecute.

Date: June 14, 2022

BY :

Jo Ann Fonzone, Esquire aka Judy Mc Grath
Plaintiff

FILED

2000 AUG -1  PM 1: 24

**LEHIGH VALLEY** ...TY, C.S.C.

PHYSICIAN GROUP

Affiliated with Lehigh Valley
Hospital and Health Network

**Heritage Family Practice**

2901 Hamilton Boulevard
Suite 100
Allentown, Pennsylvania 18104
Telephone (610) 437-0739
Fax (610) 437-3601

Richard D. Baylor, M.D.
Linda S. Loffredo, M.D., F.A.A.F.P. *
Wendy Rush Spinosa, M.D. *

*Diplomate
American Board of Family Practice

November 1, 2005

To Whom It May Concern:                    Re: JoAnn Fonzone     DOB: 07/19/58

I am Ms. Fonzone's primary care provider and have treated her over the past few years for physical injuries.

It is my medical opinion that she has no emotional or psychological problems. She takes no medications on a regular basis.

Thank you for your attention.

Sincerely,

Wendy Rush Spinosa, MD

## Your Medication List  as of April 11, 2022 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaminophen** 325 MG tablet<br>Commonly known as: TYLENOL | Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). |
| **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA | Inhale 2 puffs every 6 (six) hours as needed for wheezing.  *asthma* |
| **aspirin** 81 MG EC tablet | Take 81 mg by mouth daily. |
| **botulinum toxin Type A** 200 unit Solr<br>Commonly known as: BOTOX | Inject 155 units into face and neck IM every 90 days  *migraine* |
| **clonazePAM** 1 MG tablet<br>Commonly known as: KlonoPIN | Take 1 to 2 tabs PO qhs  *seizures* |
| **digoxin** 125 mcg tablet<br>Commonly known as: LANOXIN | TAKE 1 TABLET BY MOUTH EVERY DAY  *heart* |
| **FIBER ORAL** | Take 2 tablets by mouth daily. |
| **lidocaine** 5 % Gel | Apply small to affected QID PRN |
| **NON FORMULARY** | DMG supplement |
| **propafenone** 325 MG 12 hr capsule<br>Commonly known as: RYTHMOL SR | TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY  *atrial fibrillation* |
| **SOFTGELS MULTIVIT-A,B,D,E,K,ZN** 1,000-800 unit-mcg Cap<br>Generic drug: multivitamin no.44-vit D3-K | Take 1 tablet by mouth daily. |
| **SUMAtriptan** 25 MG tablet<br>Commonly known as: IMITREX | TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS |
| **tapentadoL** 50 mg tablet<br>Commonly known as: NUCYNTA | Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg |
| **ubrogepant** 100 mg Tab tablet<br>Commonly known as: UBRELVY | Take 1 tablet twice a day as needed for headache, limit 16 tabs per month |
| **VITAMIN B COMPLEX ORAL** | TAKE 1 TABLET DAILY |

## Allergies

| | |
|---|---|
| **Codeine** | Nausea and/or vomiting, GI upset |
| **Penicillin** | Rash |
| **Penicillins** | Rash |

# AFTER VISIT SUMMARY



**Jo Ann Fonzone** Date of birth: 7/19/1958

📅 4/26/2022  📍 St. Luke's Spine and Pain Associates Allentown  📞 484-526-7246

## Instructions

### What's Next

You currently have no upcoming appointments scheduled.

## Medications

It is important that you maintain an up-to-date list of medications (prescribed and over-the-counter, as well as vitamins and mineral supplements) that you are taking.  Bring your list of current medications whenever you seek treatment at a hospital or other healthcare setting.   It is best practice to follow up with your Primary Care Provider within 2 weeks to discuss your medications.  Please follow up with your physician before stopping any medication and to obtain refills.

**If you have any questions or concerns, contact your primary care physician's office.**

## You are allergic to the following

| Allergen | Reactions |
|----------|-----------|
| **Codeine** | GI Intolerance |
| | Other (See Comments) |
| **Penicillins** | Other (See Comments) |
| | Rash |

Other reaction(s): Unknown Allergic Reaction

---



MyChart

SIGN UP FOR ST LUKE'S MYCHART!
You will be able to message your doctor, see test results & more. How?
Download the St. Luke's App in the Apple or Android App Store or visit us online
at SLUHN.org/MyChart

This *After Visit Summary, Provider Notes and Immediate Test Results* are available
to you in MyChart. For more information please go to **www.slhn.org/mychart/
information**

Choose Create account, and when prompted enter the MyChart Activation Code:
X3WP6-TK5MN-5KQ22
Expires: 5/10/2022  2:21 PM

Questions? Call 1-866-ST LUKES (785-8537) to talk to our customer
support staff. Remember, MyChart is NOT to be used for urgent needs.
For medical emergencies, dial 911.

Discharge Instructions

---

## Instructions

### ACTIVITY
- Please do activities that will bring on the normal pain that we are rating. For example, if vacuuming or walking increases the pain, do that. This will give the most accurate response to the diary.
- You may shower, but no tub baths today, or applied heat.

### CARE OF THE INJECTION SITE
- This area may be numb for several hours after the injection.
- Notify the Spine and Pain Center if you have any of the following:  redness, drainage, swelling, or fever above 100°F.

### SPECIAL INSTRUCTIONS
- Please return the MBB diary to our office by mail, fax, or drop it off.

### MEDICATIONS
- Please do not take any break through or short acting pain medications for 8 hours after the block.
- Continue to take all routine medications.
- Our office may have instructed you to hold some medications.

**As no general anesthesia was used in today's procedure, you should not experience any side effects related to anesthesia.**

**If you have a problem specifically related to your procedure, please call our office at (484) 526-7246.**

**Problems not related to your procedure should be directed to your primary care physician.**

# AFTER VISIT SUMMARY

**Jo Ann C. Fonzone**  MRN: 00194191 DoB: 7/19/1958

📅 5/16/2022  2:00 PM  📍 LVPG Family Medicine - 1503 N Cedar Crest 610-849-0692

---

**Instructions** from Timothy C Salkauskis, MD

Wellness
- Tdap today. Get shingrix from the pharmacy
- Schedule mammogram and DEXA
- Get labs done
- Send in stool testing kit

 **Pick up these medications at Wegmans Allentown Pharmacy #079 - Allentown, PA - 3900 Tilghman Street**

cefuroxime

Address:  3900 Tilghman Street Tilghman St. - Allentown, Allentown PA 18104

Phone:  610-336-7940

 **Pick up these medications from any pharmacy with your printed prescription**

varicella-zoster gE-AS01B (PF)

 **DXA BONE DENSITY SCAN STANDARD 2 SITES**

Expires: 11/12/2022 (requested)
Effective 4/1/2021, LVHN will no longer place lead shields over a patient during their imaging exams (X-rays or pictures). New research has shown shields can cover a body part that needs to be seen and may cause more radiation to be used than not shielding. At LVHN we want to keep our patients safe, while providing the highest quality imaging at the lowest radiation dose. More information can be found at the following site: LVHN.ORG\LEADSHIELD

 **Labs and imaging ordered today**

CBC (Complete Blood Count) - Determine general health status and to screen for and monitor a variety of disorders, such as anemia.
Complete as directed
Go to HNL LAB MEDICINE

Comprehensive Metabolic Panel (CMP) - A group of tests to examine your kidneys, liver, electrolytes, acid/base balance, blood sugar and blood proteins.
Complete as directed
Go to HNL LAB MEDICINE

Lipid Panel - A group of tests that determine risk of coronary heart disease.
Complete as directed
Go to HNL LAB MEDICINE

MAMMO 3D TOMOSYNTHESIS SCREENING BILAT W/CAD

---

## Today's Visit

You saw Timothy C Salkauskis, MD on Monday May 16, 2022. The following issues were addressed:

- Acute non-recurrent maxillary sinusitis
- Encounter for preventive health examination
- Postmenopausal
- Encounter for screening breast examination
- Screen for colon cancer
- Screening mammogram for breast cancer

---

 Blood Pressure
**112/70**

Ｏ BMI
**17.43**

Weight
**108 lb**

Height
**5' 6"**

Temperature
**97 °F**

Pulse
**78**

 Oxygen Saturation
**98%**

---

🚫 **Immunizations Given**

Tdap

---

## MyLVHN

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.mylvhn.org/mychart/**, click "Sign Up Now", and enter your personal activation code: **R8ZV7-DG7TU**. Activation code expires 7/25/2022.

---

## Instructions (continued)   from Timothy C Salkauskis, MD

Please complete by or around 5/16/2022
Effective 4/1/2021, LVHN will no longer place lead shields over a patient during their imaging exams (X-rays or pictures). New research has shown shields can cover a body part that needs to be seen and may cause more radiation to be used than not shielding. At LVHN we want to keep our patients safe, while providing the highest quality imaging at the lowest radiation dose. More information can be found at the following site: LVHN.ORG\LEADSHIELD

OCCULT BLOOD, IMMUNOCHEMICAL
Complete as directed
Go to HNL LAB MEDICINE
Please follow the instructions regarding sample collection found in the hemoccult envelope you were given today.  Once complete, please return to the lab via USPS.

HCV AB PROFILE
Please complete by or around 5/17/2022
Go to HNL LAB MEDICINE

 **Return in 1 year**
(on 5/16/2023) for Preventative care visit.

## What's Next

**JUN 27 2022** · **Return Patient Visit with Susan K Newhart, CRNP**
Monday June 27 1:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all your current medications.

LVPG Neurology - Muhlenberg
1770 BATHGATE RD
STE 403
BETHLEHEM PA 18017-7334
484-884-8370

**JUL 19 2022** · **Botox-Chemodenervation with Vitaliy Koss, MD**
Tuesday July 19 4:30 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all your current medications

LVH-CC 1250 Neurology
1250 S CEDAR CREST
STE 405
ALLENTOWN PA 18103-6224
610-402-8420

**JUL 22 2022** · **Botox-Chemodenervation with Vitaliy Koss, MD**
Friday July 22 3:30 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all your current medications

LVH-CC 1250 Neurology
1250 S CEDAR CREST
STE 405
ALLENTOWN PA 18103-6224
610-402-8420

**NOV 21 2022** · **ECHO 2D**
Monday November 21 1:00 PM

LVH-CH 1503 N Cedar Crest Cardiac Diag Cntr
1503 N Cedar Crest Blvd
1st Floor
ALLENTOWN PA 18104-2310
610-849-0692

**NOV 21 2022** · **Return Patient Visit with Prasant Pandey, MD**
Monday November 21 2:00 PM
-Arrive 15 minutes early for your appointment.
-Bring your insurance card with you.
-Bring a list of all your current medications.

LVPG Cardiology -  1503 N Cedar Crest
1503 N CEDAR CREST BLVD
ALLENTOWN PA 18104-2310
610-402-3110

To assist in the coordination and continued quality of your medical care, we encourage you to use a Lehigh Valley Health Network facility for the provision of the health services recommended below.  Please call 888-402-LVHN to schedule your appointment.

Your Medication List  as of May 16, 2022  2:46 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaminophen** 325 MG tablet<br>Commonly known as: TYLENOL | Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). |
| **albuterol** 90 mcg/actuation inhaler<br>Commonly known as: PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA | Inhale 2 puffs every 6 (six) hours as needed for wheezing. |
| **aspirin** 81 MG EC tablet | Take 81 mg by mouth daily. |
| **botulinum toxin Type A** 200 unit Solr<br>Commonly known as: BOTOX | Inject 155 units into face and neck IM every 90 days |
| **cefuroxime** 500 MG tablet<br>Commonly known as: CEFTIN | Take 1 tablet (500 mg total) by mouth 2 (two) times a day for 10 days. |
| **clonazePAM** 1 MG tablet<br>Commonly known as: KlonoPIN | Take 1 to 2 tabs PO qhs |
| **digoxin** 125 mcg tablet<br>Commonly known as: LANOXIN | TAKE 1 TABLET BY MOUTH EVERY DAY |
| **FIBER ORAL** | Take 2 tablets by mouth daily. |
| **lidocaine** 5 % Gel | Apply small to affected QID PRN |
| **NON FORMULARY** | DMG supplement |
| **propafenone** 325 MG 12 hr capsule<br>Commonly known as: RYTHMOL SR | TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY |
| **SOFTGELS MULTIVIT-A,B,D,E,K,ZN** 1,000-800 unit-mcg Cap<br>Generic drug: multivitamin no.44-vit D3-K | Take 1 tablet by mouth daily. |
| **SUMAtriptan** 25 MG tablet<br>Commonly known as: IMITREX | TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS |
| **tapentadoL** 50 mg tablet<br>Commonly known as: NUCYNTA | Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg |
| **ubrogepant** 100 mg Tab tablet<br>Commonly known as: UBRELVY | Take 1 tablet twice a day as needed for headache, limit 16 tabs per month |
| **varicella-zoster gE-AS01B (PF)** 50 mcg/0.5 mL vaccine<br>Commonly known as: SHINGRIX | Inject 0.5 mL inject into the muscle one time for 1 dose. |
| **VITAMIN B COMPLEX ORAL** | TAKE 1 TABLET DAILY |

1621 N Cedar Crest Blvd (POD A)
Allentown, PA

**FONZONE**, Jo Ann

July 19, 1958
Born

**Female**
Sex

0050341
MRN

631 Primrose Lane
Allentown, PA 18104
Address

English (preferred)
Language

White
Race

Not Hispanic or Latino
Ethnicity

## Summary of Care

### Reason for Visit

Reason for Visit: Reason For Visit: Neck and right shoulder pain. for a routine follow-up visit

### Functional Status

**Functional status health issues are not documented**

**Cognitive status health issues are not documented**

### Problems

**Abnormal EKG** (794.31, R94.31)

**Acute hip pain** (719.45, M25.559)

**Acute sinusitis** (461.9, J01.90)

**Atrial fibrillation** (427.31, I48.91)

**Cervical facet syndrome** (723.8, M47.812)

**Cervical spinal stenosis** (723.0, M48.02)

**Closed fracture of sternum** (807.2, S22.20XA)

**Complex regional pain syndrome** (355.9)

**Contusion of hip** (924.01, S70.00XA)

**Costalchondritis** (733.6, M94.0)

**Discoloration of skin of hand** (709.00, L81.9)

**Ecchymosis** (459.89, R58)

**Encounter for examination following surgery** (V67.00, Z09)

**Encounter to establish care with new doctor** (V65.8, Z76.89)

**Foraminal stenosis of cervical region** (723.0, M48.02)

**Hearing loss of right ear** (389.9, H91.91)

**Herniated nucleus pulposus, C5-6** (722.0, M50.222)

**Herniated nucleus pulposus, C6-7** (722.0, M50.223)

**Influenza vaccine administered** (V04.81, Z23)

**Influenza-like symptoms** (780.99, R68.89)

**Lumbar radiculopathy** (724.4, M54.16)

**Migraine headache** (346.90, G43.909)

**Mitral regurgitation** (424.0, I34.0)

**Myofascial pain** (729.1, M79.18)

**Neck pain** (723.1, M54.2)

**Occipital neuralgia** (723.8, M54.81)

**Osteoarthritis of cervical spine** (721.0, M47.812)

**Palpitations** (785.1, R00.2)

**Postlaminectomy syndrome of cervical region** (722.81, M96.1)

**Right cervical radiculopathy** (723.4, M54.12)

**Right shoulder pain** (719.41, M25.511)

Shoulder pain (719.41, M25.519)

Somatic dysfunction of cervical region (739.1, M99.01)

Somatic dysfunction of thoracic region (739.2, M99.02)

Tendinitis of right rotator cuff (726.10, M75.81)

Thoracic aortic aneurysm without rupture (441.2, I71.2)

Thoracic disc herniation (722.11, M51.24)

Thoracic outlet syndrome (353.0, G54.0)

Traumatic hematoma of buttock (922.32, S30.0XXA)

Vitamin d deficiency (268.9, E55.9)

## Medications

**Aspirin 81 MG TABS**

**Digoxin 125 MCG Oral Tablet**
TAKE 1 TABLET BY MOUTH EVERY DAY
Quantity: 90   Refills: 3

**KlonoPIN 1 MG Oral Tablet (clonazePAM)**

**Lidocaine 5 % External Ointment**

**Meloxicam 15 MG Oral Tablet**
Please take with food
Quantity: 30   Refills: 2

**Multi Vitamin/Minerals Oral Tablet**
TAKE 1 TABLET DAILY

**Nucynta 50 MG Oral Tablet**

**Prochlorperazine Maleate 5 MG Oral Tablet**

**Propafenone HCl ER 325 MG Oral Capsule Extended Release 12 Hour**
Quantity: 180   Refills: 3

**SUMAtriptan Succinate 25 MG Oral Tablet**
Quantity: 9   Refills: 1

**Vitamin B Complex TABS**

## Medications Administered

**Medication Administration not documented**

## Allergies

**Codeine Derivatives**          Reaction:  Nausea
**Penicillins**                  Reaction:  Rash

## Past Medical History

History of Aneurysm of thoracic aorta (441.2, I71.2)

History of Anxiety (300.00, F41.9)

History of Atrial fibrillation (427.31, I48.91)

History of low back pain (V13.59, Z87.39)

History of Post-traumatic stress (309.81, F43.10)          Status: Resolved

**History of Shoulder pain** (719.41, M25.519)          Status: Resolved

## Procedures

**History of Ant Spinal Diskectomy, Osteophytectomy Addl Cerv Interspace**

**History of Hemilaminectomy**

**History of Laminectomy Lumbar**

**Procedures not documented**

## Immunizations

**Immunizations not documented**

## Family History

**Family history of Hypertension** (V17.49)

**Family history of Acute Myocardial Infarction** (V17.3)

## Social History

**Occupation**          *Comments:* lawyer

**Social alcohol use** (Z78.9)

Smoking Status

Smoker, current status unknown

never smoker

## Vitals

| | | |
|---|---|---|
| **BP Systolic** | 100 mm[Hg] | |
| **BP Diastolic** | 68 mm[Hg] | |
| **Heart Rate** | 65 /min | |
| **Physical Findings** | 16 | *Comments:* Respiration |
| **Height** | 66 in | |
| **Physical Findings** | 105 | *Comments:* Weight |
| **Body Mass Index Calculated** | 16.95 kg/m2 | |
| **Body Surface Area Calculated** | 1.52 m2 | |
| **Physical Findings** | 96 | *Comments:* O2 Saturation |

## Results

**Results not documented**

## Treatment Plans

Planned Goals / Reviews

**Planned Goals not documented**          Goal

Planned Encounters

**Appointment; Pandey, Vascular Ultrasoun** On 14-Dec-2020
 at 3:00

**Appointment; Pandey, Prasant, M.D.** On 14-Dec-2020
 at 2:00

## Interventions Provided

Medication Orders

Meloxicam 15 MG Oral Tablet - Start

The patient was counseled regarding diagnosis, prognosis, the risks and benefits of treatment options, and the importance of compliance with the treatment plan. Start Mobic 15mg qhs. Continue medication without dose changes. Patient suffers from significant intractable pain related to PLPS/DDD therefore this medication is medically indicated to promote independent daily functioning, improve quality of life, and reduce suffering. Medications are managed via regular follow-up appointments, random urine drug testing, and an informed opioid agreement. The patient has been counseled on the risks of taking opioids including altered mental status, overdose, physical dependence, and addiction. Proper use of medications discussed. Patient understands and agrees to use these medications only as prescribed. Patient agrees to obtain pain medications from this office only. Stay active as much as possible without causing increased pain. Guided HEP reviewed

with patient, advised to continue as instructed. Will follow up in 2-3 months. Patient understands and agrees with the treatment plan. ORT done today - score 0 - low risk.

## Instructions

Instructions not documented

## Encounters

**No Encounter data documented**   On **19-Aug-2020**
Encounter Diagnosis:  Problem not documented

## Health Care Providers

Prasant Pandey, M.D.

Brian Philips, C.R.N.P.

Christopher Wagener, M.D.

**(Referring Provider)**
Regina Radogna, C.R.N.P.

**(Primary Care Provider)**
~~Regina Radogna~~

2775 Schoenersville Road
Bethlehem, PA 18017-7300

**Pharmacy**
WEGMANS PHARMACY ALLENTOWN

ALLENTOWN, PA 18104

## Document Details

**1621 N Cedar Crest Blvd (POD A)**

Powered by Allscripts™

LVPG Physiatry - 1621 N Cedar Crest
1621 N CEDAR CREST BLVD
ALLENTOWN PA 18104-2304
Phone: 610-402-3300
Fax: 610-297-3021

**Patient:**
Jo Ann C Fonzone
631 Primrose Ln
Allentown PA 18104-4683
Phone: 484-773-8056

MRN: 00194191
DOB: 7/19/1958

Sex: F

| INSURANCE<br>Primary: | PAYOR<br>HIGHMARK WHOLECARE MEDICAID | PLAN<br>13301 | GROUP # | SUBSCRIBER ID<br>24013039 |
|---|---|---|---|---|

Order Date: Mar 31, 2022

## AMB REF LVPG PHYSIATRY - INDEPENDENCE ROAD

**Diagnosis:** Chronic neck pain (M54.2,G89.29)
**Priority:** Routine
**Reason for Referral:** Evaluate and Treat [9]
**Comments:** Review MRIs and consider cervical and thoracic facet procedures

**Referred to Information:**

| Department/Location | Provider Details |
|---|---|
| Lvpg Physiatry - Independence Road<br>505 Independence Rd<br>East Stroudsburg  PA   18301-7916<br>P:610-402-3300 F:570-420-0245 | Stella M Ferker MD<br>505 Independence Road<br>EAST STROUDSBURG PA 18301-7916<br>P:610-402-3300 F:570-420-0245 |

**Electronically signed by:**  Brian K Goldberg, MD
**Authorized by:**  Brian K Goldberg, MD

This document serves as a request of services and does not constitute Insurance authorization or approval of services.  To determine eligibility, please contact the members Insurance carrier to verify and review coverage.

If you have medical questions regarding this request for services. Please contact LVPG Physiatry - 1621 N Cedar Crest at 610-402-3300 between the hours of 8:00am - 5:00pm (Mon-Fri).

**To assist in the coordination and continued quality of your medical care, we encourage you to use a Lehigh Valley Health Network facility for the provision of the health services recommended above.  Please call 888-402-LVHN to schedule your appointment.**



April 4, 2022 12:09 PM

**Jo Ann  Fonzone**
**631 PRIMROSE LN**
**ALLENTOWN PA 18104**

RE:            **Jo Ann  Fonzone**
ID #:          **2401303901**
Date of Birth:   **07/19/1958**

Dear **Jo Ann  Fonzone**:

Highmark Wholecare has approved a request for a(n) **Cervical Spine MRI (Magnetic Resonance Imaging – pictures of inside your upper spine)** submitted by **Dr. Brian K Goldberg** because Highmark Wholecare has approved a request for finds the service to be medically necessary based on current information submitted for the request.


You may have already received the service, or you may have already received information regarding the date you are scheduled to receive this service.   If you have questions regarding this approved service by Highmark Wholecare, please contact Highmark Wholecare's Member Services Department at 1-800-392-1147.

22542



Sincerely,

Highmark Wholecare Utilization Management
Treating Practitioner

cc:    Dr. Brian K  Goldberg
       LEHIGH VALLEY COORDINATED HEALTH HOSPITAL



April 19, 2022 1:53 AM

JO ANN FONZONE
631 PRIMROSE LN
ALLENTOWN PA 18104

RE: Jo Ann Fonzone and 07/19/1958

Member ID: 2401303901

Subject: Request for Additional Information from Your Provider.

Dear **Jo Ann Fonzone**:

This is an important notice about your services. Read it carefully.
Call Highmark Wholecare at 1-800-392-1147/TTY 711 (1-800-654-5984) if you have any
questions or need help.

Highmark Wholecare received a request for **Cervical/Thoracic Facet Joint Block (Neck/Upper Back
Injection (Shot))** from **Dr. Jason Erickson** on **April 15, 2022**.

4187



In order to decide if this service is Medically Necessary for you, Highmark Wholecare needs
more information. Highmark Wholecare has asked your provider to send us the following
information by **May 03, 2022**:

Missing clinical: Specific dates/duration of completed home exercise

Missing clinical: Specific dates/duration of chiro visits

Highmark Wholecare will make a decision on the requested services within 2 business days after
getting the information from your provider. Highmark Wholecare will tell you the decision in
writing within 2 business days after making its decision.

If we do not receive the additional information within 14 days, Highmark Wholecare will make
the decision to approve or deny the service based on the information it already has. Highmark
Wholecare will tell you the decision in writing within 2 business days after it should have gotten
the additional information.

If you have any questions, please contact Member Services at 1-800-392-1147/TTY 711 (1-800-
654-5984).



Health Information Management

Ms. Joann Fonzone
2242 Tilghman Street
Apt 1C
Allentown, PA 18104

June 30, 2011

Dear Ms. Fonzone,

As per your request of 1/28/2011, a copy of your entire Emergency Room Record of 10/7/2010 was sent on 2/16/2011 to:

      The Philadelphia Police Department
      Internal Affairs Division
      7790 Dungan Road
      Philadelphia, PA 19111

If you have any questions please call me at 215-955-0135.

Yours truly,

Bonnie Heim
Release of Information Supervisor
Health Information Department

John F. Kennedy Community Mental Health/Mental Retardation Center



Delores Wilson Esq.
Chairperson
Board of Directors

Jo Williamson
President/CEO

March 1, 2012

RE: Joann Fonzone
DOB: 07/19/1958

Dear Sir or Madam:

Ms. Fonzone was initially evaluated on October 19, 2011 and had a follow up on December 21, 2011.  She was diagnosed with Post Traumatic Stress Disorder.  As of our last meeting she was competent to aide in her defense.  She is not delusional or psychotic.  She understands the circumstances of her situation.

Sincerely,

Buster Smith MD

Buster Smith, MD

# Coordinated Health
## Treatment Plan
www.coordinatedhealth.com
(877) 247-8080

Joann Fonzone
2242 W Tilghman St
Allentown,PA 18104
**DOB:** 07/19/1958
**HOME PH:** (610) 434-3155
**ENC DATE:** 07/29/2016 2:30PM

**MRN:** 0050341
**PROVIDER:** John Williams M.D.,MD

Joann is treating through our practice for significant right sided shoulder pain secondary to rotator cuff tendonitis and adhesive capsulitis. She has difficulty concentrating secondary to pain and feasibly has issues performing activities such as typing, performing office work, and carrying files. These issues affect her ability to adequately meet deadlines and it is requested that this be given consideration at her place of employment.

**Signatures**
 Electronically signed by : Joseph Galm, ; Jul 29 2016  2:51PM EST (Co-author)
CH - Ortho Scribe Sig:
   Written by Joseph Galm, acting as a scribe for Dr. John M. Williams who was present during the entire encounter.

**Ask a CH staff member about our Patient Portal, its features, and how to join today!**

LVPG EAR NOSE AND THROAT - POND RD
1575 POND RD
ALLENTOWN PA 18104-2254
Dept: 610-366-1366
Dept Fax: 610-366-7412

December 3, 2019

To whom it may concern:

Jo Ann Fonzone has been a patient of mine since August 2019.  The patient has a chronic history of hearing loss and tinnitus in the **left** ear which she associates with a prior traumatic head injury.  I saw her recently after she developed sudden neurosensory hearing loss in the **right** ear due to labyrinthitis.  With no usable hearing in the right ear, she needs a hearing aid in the left ear which is her only hearing ear.  Given her degree of hearing loss, a hearing aid would be medically necessary.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Paul S Lemberg, MD


**Coordinated Health**
Better. Together.

November 7, 2016

RE:  FONZONE, JO ANN (0050341)

To Whom It May Concern:

Jo Ann Fonzone is a 58-year-old female who is under my care for her current cervical spine condition in our Back and Neck Center at Coordinated Health.  Ms. Fonzone has a history of chronic neck pain since being a victim of an aggravated assault on October 6, 2010.  Patient has neck pain that radiates to the upper back and down the right upper extremity.  She has recently received trigger point injections in the office setting and is scheduled to receive a right sided cervical epidural steroid injection in the coming weeks.  She is also currently in physical therapy for her cervical spine condition.  MRI of the cervical spine was recently done on October 6, 2016 and shows significant multilevel disc protrusions causing advanced foraminal stenosis and nerve root impingement.

The patient is scheduled for her cervical epidural steroid injection on November 17, 2016 and will need several weeks after the epidural injection to allow it to take effect and should decrease her activity level during that time.  Patient was originally referred to me by Dr. Randy Jaeger, an orthopedist, who was treating her for shoulder issues.  She is also seeing Dr. John Williams, another orthopedic, for shoulder issues.  She has received shoulder steroid injections as well.

Due to the patient's ongoing cervical spine condition with ongoing treatment, she will need time to attend her physical therapy sessions, to have her injection procedures done and to recuperate from her injection procedures.  This will significantly decrease her ability to perform work related tasks and we are requesting that she be allowed an extension on her current work deadlines through the end of the calendar year.  She may ultimately need several epidural injections in the course of her treatment.

If there are any questions, please do not hesitate to contact me at 610-861-8080.  Thank you for your attention to this matter.

Sincerely,

Brian Goldberg, M.D.
BG/jm

---

| | |
|---|---|
| Allentown  1503 N. Cedar Crest Blvd., Allentown, PA 18104 | Phillipsburg  222 Red School Lane, Phillipsburg, NJ 08865 |
| 1621 N. Cedar Crest Blvd., Allentown, PA 18104 | Hazleton  1097 N. Church St., Hazleton, PA 18202 |
| 1405 N. Cedar Crest Blvd., Allentown, PA 18104 | Brodheadsville Rte 115 & Switzgable Rd.,Brodheadsville, PA 18322 |
| Bethlehem  2775 Schoenersville Rd., Bethlehem, PA 18017 | E Stroudsburg 505 Independence Rd.,East Stroudsburg, PA 18301 |
| 2300 Highland Ave., Bethlehem, PA 18020 | 511 VNA Rd., East Stroudsburg, PA 18301 |
| 2030 Highland Ave., Bethlehem, PA 18020 | Lehighton  239 N. First Street, Lehighton, PA 18235 |
| 2310 Highland Ave., Bethlehem, PA 18020 | Pittston  1120 Oak St., Pittston, PA 18640 |
| 3100 Emrick Blvd., Bethlehem, PA 18020 | Wind Gap  1411 Jacobsburg Rd., Wind Gap, PA 18091 |

Hospitals:   1503 N. Cedar Crest Blvd.       2310 Highland Ave.       511 VNA Rd.

877-247-8080     www.coordinatedhealth.com     610-861-8080

Case 5:12-cv-05726-PAC   Document 316   Filed 06/14/22   Page 42 of 91

# Fonzone, Jo Ann C

MRN: 00194191

**Office Visit** 12/13/2021
LVH-CH 1503 N Cedar Crest
Cardio Clinic

Provider: Prasant Pandey, MD (Cardiology)
Primary diagnosis: Paroxysmal atrial fibrillation (HCC)
Reason for Visit: Atrial Fibrillation

## Progress Notes

Prasant Pandey, MD (Physician) • Cardiology

**LVPG Cardiology
Progress Note**

**NAME:**Jo Ann C Fonzone

**ASSESSMENT AND PLAN:**

--Paroxysmal atrial fibrillation (discovered 2010 after assault chest wall trauma in Philly - bruising without rib fx), on Eliquis. Controlled with propafenone, digoxin. Previously seen by Dr. Paul Gullota, SLHN.
--Spontaneous oral/gum 11/2018 (2–3 days, spontaneously stopped after holding Eliquis). Was intolerant of both Eliquis and Xarelto with easy gum bleeding and bruising.
--Intolerant of metoprolol with fatigue
--Mild ectasia and dilation of ascending aorta 3.9 cm (3/2017 CT scan)
--Echo 2/2018: Normal LVEF, normal valves, aortic root 3.9 cm. Echo 11/2018: NL LVEF, aortic root 3.9-4.0cm, unchanged. Echo 12/2019: NL LVEF, aortic root 3.9cm, unchanged.
--Normal stress echo 3/2017. History of atypical CP.
--Cervical fusion C5-7, 2017, intermittent right posterior neck and arm radicular discomfort
--Lumbar laminectomy 1985, 1991
--History of migraines, recently increasing episodes 11/2018, known to neurology
--PCN Allergy
--Advanced right ear tinnitus with loss of hearing in right ear 2019. Associated with disbalance and she fell on her right side with bruising. Etiology unclear after extensive neuro and ENT eval.
--Occasional migraines with elevated BP's
-----------------------------------------------------

On propafenone and digoxin for her atrial fibrillation - this combo is workin'

Recurrent oral/gum oozing/bleeding (pink napkins), source unclear (negate ENT eval).  Hold ASA 81mg x1mo, then resume.  If bleeding recurs, reduce ASA 81mg to MWF.

Take home BP when she has a right temporal headache.

F/u 1yr with echo to keep an eye on her ascending aorta.

**SUBJECTIVE:**

Routine annual f/u.

She denies problems of chest pain, shortness of breath, orthopnea, PND, palpitations, syncope.

Recurrent gum/oral bleeding/oozing last few months on ASA 81mg daily. No other bleeding or bruising (skin, GI or GU)

### ROS

In addition to that documented in the HPI above, the additional ROS was obtained:
Constitutional: Denies fevers or chills
Eyes: Denies vision changes
CV: Denies chest pain
Resp: Denies increasing SOB
GI: Denies vomiting, diarrhea, blood in stool
GU: Denies hematuria or dysuria
MSK: Denies recent trauma
Skin: Denies new rashes
Neuro: Denies new weakness
Endocrine: Denies unexpected weight loss
Heme: Denies bleeding disorders

### OBJECTIVE:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • acetaminophen (TYLENOL) 325 MG tablet | Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). | | |
| • albuterol (PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA) 90 mcg/actuation inhaler | Inhale 2 puffs every 6 (six) hours as needed for wheezing. | 3 each | 0 |
| • aspirin 81 MG EC tablet | Take 81 mg by mouth daily. | | |
| • clonazePAM (KlonoPIN) 1 MG tablet | Take 1 to 2 tabs PO qhs | 60 tablet | 2 |
| • digoxin (LANOXIN) 125 mcg tablet | Take 1 tablet (0.125 mg total) by mouth daily. | 90 tablet | 3 |
| • lidocaine (XYLOCAINE) 2 % jelly | Apply small amount to affected area up to 4 times daily as needed | 60 mL | 2 |
| • lidocaine 5 % gel | Apply small to affected QID PRN | 60 g | 2 |
| • multivitamin no.44-vit D3-K (SOFTGELS MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap | Take 1 tablet by mouth daily. | | |
| • NON FORMULARY | DMG supplement | | |

| | | | |
|---|---|---|---|
| • propafenone (RYTHMOL SR) 325 MG 12 hr capsule | TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY | 180 capsule | 3 |
| • PSYLLIUM SEED, WITH DEXTROSE, (FIBER ORAL) | Take 2 tablets by mouth daily. | | |
| • rimegepant (NURTEC ODT) 75 mg TbDL | Take 75 mg by mouth daily as needed (As needed for headache). Take one tab every other day for headache/migraine. | 16 tablet | 3 |
| • rimegepant 75 mg TbDL | Take 75 mg by mouth every other day. | 16 tablet | 2 |
| • SUMAtriptan (IMITREX) 25 MG tablet | TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS | 9 tablet | 4 |
| • tapentadoL (NUCYNTA) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg | 90 tablet | 0 |
| • VITAMIN B COMPLEX ORAL | TAKE 1 TABLET DAILY | | |

No current facility-administered medications for this visit.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Codeine | Nausea and/or vomiting and GI upset |
| • Penicillin | Rash |
| • Penicillins | Rash |

BP 110/80  | Pulse 74  | Temp 96.7 °F (35.9 °C) (Temporal)  | Resp 16  | Wt 48.1 kg (106 lb)  | SpO2 99%  | BMI 17.11 kg/m²

**BP Readings from Last 3 Encounters:**

| | |
|---|---|
| 12/13/21 | 110/80 |
| 12/09/21 | 134/79 |
| 11/30/21 | 118/70 |

**Physical Exam:**

| | |
|---|---|
| **General Appearance:** | Alert, cooperative, in no acute distress |
| **Eyes:** | Sclerae anicteric. |
| **HEENT:** | Normocephalic, atraumatic. |
| **Neck:** | Supple, no JVD |
| **Cardiovascular:** | Normal rate, regular rhythm. No edema, normal pulses |
| **Respiratory:** | Breathing unlabored. Lungs clear to auscultation |
| **Gastrointestinal:** | Normoactive bowel sounds. Abdomen soft, nontender to palpation. |
| **Musculoskeletal:** | No back or joint deformity. |
| **Dermatologic:** | Skin is warm and dry. |
| **Neurologic:** | Alert and oriented and neurologic exam is grossly normal. |
| **Psychiatric:** | Normal affect and mood. |

**LABS:**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| GLUCOSE | 78 | 11/30/2021 |
| BUN | 11 | 11/30/2021 |
| CREATININE | 0.88 | 11/30/2021 |
| CALCIUM | 9.7 | 11/30/2021 |
| NA | 139 | 11/30/2021 |
| K | 4.7 | 11/30/2021 |
| CO2 | 30 | 11/30/2021 |
| CL | 104 | 11/30/2021 |
| ALKPHOS | 61 | 07/27/2021 |
| ALBUMIN | 3.9 | 07/27/2021 |
| BILITOT | 0.3 | 07/27/2021 |
| PROT | 6.9 | 07/27/2021 |
| AST | 15 | 07/27/2021 |
| ALT | 16 | 07/27/2021 |
| ANIONGAP | 5 | 11/30/2021 |
| GFRC | 69 | 10/27/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 5.3 | 07/27/2021 |
| HGB | 12.5 | 07/27/2021 |
| HCT | 36.7 | 07/27/2021 |
| MCV | 96 | 07/27/2021 |
| PLT | 325 | 07/27/2021 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOL | 172 | 09/06/2013 |
| HDL | 75 | 09/06/2013 |
| LDLCALC | 85 | 09/06/2013 |

| TRIG | 62 | 09/06/2013 |

Prasant Pandey, MD

## Instructions

🗓 Return in about 1 year (around 12/13/2022) for echo and OV in 1 yr.

After Visit Summary (Printed 12/13/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 110/80 Pulse 74 Temp 96.7 °F (35.9 °C) (Temporal) Resp 16 Wt 48.1 kg (106 lb) SpO2 99% BMI 17.11 kg/m² BSA 1.5 m² |
| Flowsheets: | Vitals Reassessment |
| SmartForms: | LV AMB ENCOUNTER STICKY NOTE |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Media

From this encounter

[Media Unavailable] Electronic signature on 12/13/2021 12:54 PM - E-signed

## Orders Placed

ECHO 2D COMPLETE
ECG 12-LEAD (Resulted 12/13/2021)

## Medication Changes

As of 12/13/2021  1:11 PM

None

## Medication List at End of Visit

As of 12/13/2021  1:11 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **acetaminophen (TYLENOL) 325 MG tablet** | | | |
| Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). - oral Patient-reported medication | | | |
| **albuterol (PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA) 90 mcg/actuation inhaler** | 0 | 9/9/2021 | 9/9/2022 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Inhale 2 puffs every 6 (six) hours as needed for wheezing. - inhalation | | | |
| **aspirin 81 MG EC tablet** | | | |
| Take 81 mg by mouth daily. - oral | | | |
| Patient-reported medication | | | |
| **clonazePAM (KlonoPIN) 1 MG tablet** | 2 | 11/18/2021 | |
| Take 1 to 2 tabs PO qhs | | | |
| **digoxin (LANOXIN) 125 mcg tablet** | 3 | 5/17/2021 | |
| Take 1 tablet (0.125 mg total) by mouth daily. - oral | | | |
| **lidocaine 5 % gel** | 2 | 11/8/2021 | |
| Apply small to affected QID PRN | | | |
| **lidocaine (XYLOCAINE) 2 % jelly** | 2 | 11/9/2021 | |
| Apply small amount to affected area up to 4 times daily as needed | | | |
| Notes to Pharmacy: Please disregard prior script for 5% gel; pt is requesting 2% | | | |
| **multivitamin no.44-vit D3-K (SOFTGELS** | | 6/7/2011 | |
| **MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap** | | | |
| Take 1 tablet by mouth daily.  - oral | | | |
| Patient-reported medication | | | |
| **NON FORMULARY** | | | |
| DMG supplement | | | |
| Patient-reported medication | | | |
| **propafenone (RYTHMOL SR) 325 MG 12 hr** | 3 | 11/15/2021 | |
| **capsule** | | | |
| TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY | | | |
| **PSYLLIUM SEED, WITH DEXTROSE, (FIBER ORAL)** | | | |
| Take 2 tablets by mouth daily. - oral | | | |
| Patient-reported medication | | | |
| **rimegepant sulfate** | | | |
| **rimegepant 75 mg TbDL** | 2 | 11/29/2021 | |
| Take 75 mg by mouth every other day. - oral | | | |
| **rimegepant (NURTEC ODT) 75 mg TbDL** | 3 | 12/8/2021 | |
| Take 75 mg by mouth daily as needed (As needed for headache). Take one tab every other day for headache/migraine. - oral | | | |
| Notes to Pharmacy: 16 tabs (two 8 packs) for a 32 day supply. | | | |
| **SUMAtriptan (IMITREX) 25 MG tablet** | 4 | 6/22/2021 | |
| TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS | | | |
| **tapentadoL (NUCYNTA) 50 mg tablet** | 0 | 11/30/2021 | |
| Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg - oral | | | |
| **VITAMIN B COMPLEX ORAL** | | | |
| TAKE 1 TABLET DAILY | | | |
| Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Paroxysmal atrial fibrillation (HCC)** I48.0
Thoracic aortic aneurysm without rupture (HCC) I71.2

## Pharmacy Benefits

### ☆ FONZONE, JO ANN  -  PA BASE PLAN NO ACCUMS (CVS|CAREMARK)

Covered: **Retail**, Specialty    Not covered: Mail Order    Unknown: Long-Term Care

| | | |
|---|---|---|
| Member ID: 24013039 | BIN: 004336 | DOB: 7/19/1958 |
| Group ID: RX2338 | PCN: ADV | Legal sex: F |
| Group name: GHP PA | | Address: 631 PRIMROSE LN |
| MEDICAID/HPLUS | | ALLENTOWN PA 18104 |
| COPAY BP50 | | |
| ADULT | | |

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958    Encounter Date: 11/30/2021

# Fonzone, Jo Ann C
MRN: 00194191

---

**Office Visit** 11/30/2021
LVH-CH 1621 N Cedar Crest
Physiatry Clinic

Provider: Kenneth J Choquette, DO (Pain Medicine)
Primary diagnosis: Facet arthritis of cervical region
Reason for Visit: Neck Pain • Shoulder Pain • Back Pain

## Progress Notes
Kenneth J Choquette, DO (Physician) • Pain Medicine

**This is an established patient to interventional pain management for follow up visit.  The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history, and problem list. All treatment history reviewed and discussed with patient.**

**Subjective:**

**Patient ID:** Jo Ann C Fonzone is a 63 y.o. female.
**Presents today with ongoing chronic pain. Pain today is reported to be located in the right side of neck with referred pain into the right shoulder, right side of head. Weather changes increase symptoms. Patient had been scheduled for right cervical FJB, however patient cancelled stating provided short term relief. Has also been reading about long term side effects to steroids. Patient describes pain as constant, aching. Increased pain has resulted in decreased ROM. Cold temperatures increase symptoms. Present pain on a scale of 1 to 10 is a 8. Activities effected by the patient's pain include enjoyment of life, general activity, mood, recreational activities, and walking. Sleep can also be effected by pain. Pain partially relieved with rest, ice. Pain is controlled with current analgesics. Medications being used  klonopin, lidocaine gel. Patient reports no side effects from these medications. Patient states lidocaine ointment 5% is more beneficial than OTC 2%. Awaiting prior auth for nucynta. Patient has not had refill in over a year. Medication was beneficial when she was utilizing. Patient denies changes to medical history.**

**Past Medical History:**
Diagnosis                                                                      Date
- Anxiety
- Broken wrist
- Cervical radiculopathy
- Concussion
- Headache
- Hyperinflation of lungs
  *per patient*
- Low back pain
- Paroxysmal atrial fibrillation (HCC)                          10/06/2010
- PBA (pseudobulbar affect)
- Pericardial effusion
- PTSD (post-traumatic stress disorder)
- Shoulder pain, right
- Subdural hematoma (HCC)
- Thoracoabdominal aortic aneurysm (TAAA) without rupture (HCC)
- TOS (thoracic outlet syndrome)

**Past Surgical History:**

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958        Encounter Date: 11/30/2021

| Procedure | Laterality | Date |
|---|---|---|
| • BACK SURGERY | | |
| • BACK SURGERY | | |
| *Hemilaminectomy* | | |
| • CERVICAL DISCECTOMY | | 07/2017 |
| • CERVICAL DISCECTOMY | | |
| *Ant Spinal Diskectomy, osteophytectomy Addl Cervical interspace* | | |
| • LAMINECTOMY | | |
| • LUMBAR LAMINECTOMY | | |

Review of Systems
Constitutional: Negative.
HENT: Negative.
Vision: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary:  Negative.
Musculoskeletal: Positive for neck pain.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Mental Health: Negative.

**Objective:**

**Vitals:**

| | 11/30/21 1131 |
|---|---|
| BP: | 118/70 |
| Pulse: | 66 |
| Temp: | 98 °F (36.7 °C) |
| SpO2: | 99% |

**Physical Exam**
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  Extraocular Movements: EOM normal.
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.

Fonzone, Jo Ann C (MRN 00194191) DOB: 07/19/1958          Encounter Date: 11/30/2021

Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
  Deep Tendon Reflexes: Reflexes are normal and symmetric.
Skin:
  General: Skin is warm and dry.
Psychiatric:
  Mood and Affect: Mood and affect normal.
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.


**Tenderness to palpation para cervical spine right intensified with ROM, especially with extension, without upper  extremity distal radicular symptoms.**


**Office Visit on 09/08/2021**

| Component | Date | Value |
| --- | --- | --- |
| • Fentanyl (MS) | 11/08/2021 | Negative |
| • Norfentanyl (MS) | 11/08/2021 | Negative |
| • Carisoprodol (MS) | 11/08/2021 | Negative |
| • Meprobamate (MS) | 11/08/2021 | Negative |
| • Meperidine (MS) | 11/08/2021 | Negative |
| • Normeperidine (MS) | 11/08/2021 | Negative |
| • Tramadol (MS) | 11/08/2021 | Negative |
| • O-Tramadol (MS) | 11/08/2021 | Negative |
| • Tapentadol (MS) | 11/08/2021 | Negative* |
| • N-Desmethyltapentadol (M* | 11/08/2021 | Negative* |
| • Ethyl Glucuronide (MS) | 11/08/2021 | Negative |
| • Ethyl Sulfate (MS) | 11/08/2021 | Negative |
| • Alcohol, EIA | 11/08/2021 | Negative |
| • Amphetamines, EIA | 11/08/2021 | Negative |
| • Barbiturates, EIA | 11/08/2021 | Negative |
| • Benzodiazepines, EIA | 11/08/2021 | See Confirmation |
| • Buprenorphine, EIA | 11/08/2021 | Negative |
| • Cannabinoids, EIA | 11/08/2021 | Negative |
| • Cocaine Matabolite, EIA | 11/08/2021 | Negative |
| • Opiates, EIA | 11/08/2021 | Negative |
| • Oxycodone, EIA | 11/08/2021 | Negative |
| • Methadone, EIA | 11/08/2021 | Negative |
| • Phencyclidine , EIA | 11/08/2021 | Negative |
| • Creatinine, Urine | 11/08/2021 | 49.1 |
| • Specific Gravity | 11/08/2021 | NORMAL |
| • pH, Urine | 11/08/2021 | NORMAL |
| • Nitrites, Urine | 11/08/2021 | NORMAL |
| • Pain Mgt Prescribed Drug* | 11/08/2021 | Tapentadol |
| • Pain Mgt Spec Type | 11/08/2021 | Urine, Random |
| • Pain Mgt Report Status | 11/08/2021 | Final |
| • Pain Mgt Comment | 11/08/2021 | SEE NOTES |
| • Alphahydroxyalprazolam (* | 11/08/2021 | Negative |
| • 7-Aminoclonazepam (MS) | 11/08/2021 | 141 |
| • Hydroxymidazolam (MS) | 11/08/2021 | Negative |
| • Lorazepam (MS) | 11/08/2021 | Negative |
| • Temazepam (MS) | 11/08/2021 | Negative |
| • Diazepam (MS) | 11/08/2021 | Negative |

- Nordiazepam (MS)          11/08/2021          Negative
- Oxazepam (MS)             11/08/2021          Negative

**Assessment/Plan:**

**The patient was counseled regarding diagnosis, prognosis, the risks and benefits of treatment options, and the importance of compliance with the treatment plan.**
**- Cervical RFA discussed with patient, may provide longer relief than cervical FJB. Patient wishes to proceed. Referral placed to LVPG Pain, Hausman Road, who will call patient to schedule.**
**- Cervical RFA medically necessary to decrease inflammation, improve function, provide pain relief. Patient reported 75% improvement in neck pain, including increased function, following right FJB, C3-4, C4-5, C5-6, lasting 1-2 weeks, making patient a candidate for RFA.**
**- Gentle stretching and ROM exercises daily**
**- Continue current medications without dose changes while utilizing injections to compliment benefits of medication**

**Random UDS not warranted at this time.**

**ORT On File <3 Low Risk**

**Checked the PA PDMP; no red flags identified; safe to proceed with prescriptions.**

**Patient suffers from significant intractable pain related to**
**Problem List Items Addressed This Visit**

Musculoskeletal
  **Facet arthritis of cervical region - Primary**

Other
  **Chronic pain syndrome**
  **Chronic neck pain**

Other Visit Diagnoses
  **Cervical post-laminectomy syndrome**

**therefore these medications are medically indicated to promote independent daily functioning, improve quality of life, and reduce suffering. Medications are managed via regular follow-up appointments, random urine drug testing, and an informed opioid agreement. The patient has been counseled on the risks of taking opioids including altered mental status, overdose, physical dependence, and addiction. Patient using benzodiazepines concurrent with narcotics without any clinical sequelae. A plan to decrease the dose and/or stop either opioid and/or benzodiazepine will be discussed with the patient should the patient experience side effects. It is not medically appropriate to taper either medication at this time. Proper use of medications discussed. Patient understands and agrees to use these medications only as prescribed. Patient agrees to obtain pain medications from this office only. Stay active as much as possible without causing increased pain. Guided HEP reviewed with patient, advised to continue as instructed. Patient understands and agrees with the treatment plan.**

**Return in about 3 weeks (around 12/21/2021).**

**Scribe Attestation:** By signing my name below, I, Christine Rice attest that this documentation has been prepared under the direction and in the presence of Kenneth J Choquette, DO. Electronically signed: Christine Rice (Scribe) 11/30/2021 11:56 AM

**Physician Attestation:** I, Kenneth J Choquette, DO, personally performed the services described in this documentation. All medical record entries made by the scribe were at my direction and in my presence. I have reviewed the chart and discharge instructions (if applicable) and agree that the record reflects my personal performance and is accurate and complete.
Kenneth J Choquette, DO 11/30/2021 12:00 PM

## Instructions

📅 Return in about 3 weeks (around 12/21/2021).

After Visit Summary (Printed 11/30/2021)

## Additional Documentation

| Vitals: | BP 118/70 Pulse 66 Temp 98 °F (36.7 °C) Ht 1.676 m (5' 6") Wt 48.1 kg (106 lb) SpO2 99% BMI 17.11 kg/m² BSA 1.5 m² Pain Sc  8   More Vitals |
| --- | --- |
| Flowsheets: | Patient-Reported Data |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Media

From this encounter

[Media Unavailable] Annotation on 11/30/2021 11:37 AM by Mychart, Generic: per patient above

## PDMP Review

The patient's Pennsylvania PDMP information was reviewed during this encounter.

## Orders Placed

AMB REF LVPG PROCEDURE SUITE-HAUSMAN ROAD Pending Review

## Medication Changes

As of 11/30/2021 11:59 AM

| | Refills | Start Date | End Date |
| --- | --- | --- | --- |
| **Added: tapentadoL (NUCYNTA) 50 mg tablet** | 0 | 11/30/2021 | |
| Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg - oral | | | |

## Medication List at End of Visit

As of 11/30/2021 11:59 AM

| | Refills | Start Date | End Date |
| --- | --- | --- | --- |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **acetaminophen (TYLENOL) 325 MG tablet** | | | |
| Take 650 mg by mouth every 6 (six) hours as needed for mild pain (pain score 1-3). - oral | | | |
| Patient-reported medication | | | |
| **albuterol (PROVENTIL HFA;VENTOLIN HFA;PROAIR HFA) 90 mcg/actuation inhaler** | 0 | 9/9/2021 | 9/9/2022 |
| Inhale 2 puffs every 6 (six) hours as needed for wheezing. - inhalation | | | |
| **aspirin 81 MG EC tablet** | | | |
| Take 81 mg by mouth daily. - oral | | | |
| Patient-reported medication | | | |
| **clonazePAM (KlonoPIN) 1 MG tablet** | 2 | 11/18/2021 | |
| Take 1 to 2 tabs PO qhs | | | |
| **digoxin (LANOXIN) 125 mcg tablet** | 3 | 5/17/2021 | |
| Take 1 tablet (0.125 mg total) by mouth daily. - oral | | | |
| **lidocaine 5 % gel** | 2 | 11/8/2021 | |
| Apply small to affected QID PRN | | | |
| **lidocaine (XYLOCAINE) 2 % jelly** | 2 | 11/9/2021 | |
| Apply small amount to affected area up to 4 times daily as needed | | | |
| Notes to Pharmacy: Please disregard prior script for 5% gel; pt is requesting 2% | | | |
| **multivitamin no.44-vit D3-K (SOFTGELS MULTIVIT-A,B,D,E,K,ZN) 1,000-800 unit-mcg cap** | | 6/7/2011 | |
| Take 1 tablet by mouth daily.  - oral | | | |
| Patient-reported medication | | | |
| **NON FORMULARY** | | | |
| DMG supplement | | | |
| Patient-reported medication | | | |
| **propafenone (RYTHMOL SR) 325 MG 12 hr capsule** | 3 | 11/15/2021 | |
| TAKE 1 CAPSULE BY MOUTH TWO TIMES DAILY | | | |
| **PSYLLIUM SEED, WITH DEXTROSE, (FIBER ORAL)** | | | |
| Take 2 tablets by mouth daily. - oral | | | |
| Patient-reported medication | | | |
| **rimegepant 75 mg TbDL** | 2 | 11/29/2021 | |
| Take 75 mg by mouth every other day. - oral | | | |
| **SUMAtriptan (IMITREX) 25 MG tablet** | 4 | 6/22/2021 | |
| TAKE 1 TABLET BY MOUTH AT ONSET OF HEADACHE, MAY REPEAT AFTER 2 HOURS. NOT TO EXCEED 4 TABLETS IN 24 HOURS | | | |
| **tapentadoL (NUCYNTA) 50 mg tablet** | 0 | 11/30/2021 | |
| Take 1 tablet (50 mg total) by mouth 3 (three) times a day as needed for severe pain (pain score 7-10). Max Daily Amount: 150 mg - oral | | | |
| **VITAMIN B COMPLEX ORAL** | | | |
| TAKE 1 TABLET DAILY | | | |
| Patient-reported medication | | | |

## Visit Diagnoses

Primary: **Facet arthritis of cervical region** M47.812
Cervical post-laminectomy syndrome M96.1

Chronic neck pain M54.2, G89.29
Chronic pain syndrome G89.4

## Pharmacy Benefits

☆ **FONZONE, JO ANN ANN  -  PA BASE PLAN NO ACCUMS (CVS|CAREMARK)**

Covered: **Retail**, Specialty    Not covered: Mail Order    Unknown: Long-Term Care

| | | |
|---|---|---|
| Member ID: 24013039 | BIN:  004336 | DOB:  7/19/1958 |
| Group ID:  RX2338 | PCN: ADV | Legal sex: F |
| Group name: GHP PA | | Address:  2442 W TILGHMAN ST |
| MEDICAID/HPLUS | | ALLENTOWN PA 18104 |
| COPAY BP50 | | |
| ADULT | | |

Darlene  Bishop
4929 Wissahickon  Ave
Philadelphia,  Pa 19144

To whom it may concern,

My name is Darlene Bishop I am a associate of Joann Fonozone. On September 26 2011 I was binging release and Ms. Fonozone and a few other female were on they way to count, expect Ms Fonozone this letter is letting you know she had to stay behind.

Sincerely Yours,

*Darlene Bishop*

Darlene Bishop

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  aka JUDY MC GRATH, PLAINTIFF

       VS.                       NO:12-CV-5726
                                      JURY TRIAL DEMANDED
JOE OTERI, ET AL , DEFENDANTS          CIVIL ACTION


PLIANITFF;S MOTION FOR  EXTENSION OF TIME FOR DISCOVERY  AS SHE IS LIMITED
BY CARDIAC CONDITION AND TREATMENT  REQUIRES MORE TIME AND HAS NOT
RECEIVED REPLIES  OR SUFFICIENT ANSWERS  FROM DISCOVERY SERVED UPON
PARTIES AND NON-PARTIES  SINCE MAY 2016


 Medical treatment for Plaintiff's injuries of October 6, 2010 is continuous, ongoing  and this year
2016  has included : treatment for chronic headaches and migraines, tinutis, hearing loss,  sternum
chest pain and pressure, breathing difficulties from pulmonary contusion  and chest trauma,heart
condition of  persistent atrial fibrillation,  testing for  trauma to liver,  physical therapy  for rotator
cuff injury.  Though physically disabled by the injuries of October 6, 2010, Plaintiff is compelled to
keep working and  represent herself in this action as her previous lawyer withdrew for health issues
and this Court would not appoint a  civil rights or injury firm to help her.


 Plaintiff has  appointments with her primary physician, pulmonary specialist and  orthopaedic
physicans  in the next two weeks and has been  going to physical therapy for as yet  undetermined
amount of time for her shoulder injury.  Last week she had a cardiologist  appointment.


Plaintiff may participate in a program for chronic migraine sufferers as this chronic problem
causes discomfort and  is debilitating so that she cannot  have a regular work life.Plaintiff also
suffers from chronic fatigue associated with the heart condtion of atrial fibrillation.


Though Plaintiff has served several sets of Interrogatories to parties and non-parties (as written
depositions), she has not received replies  to her Interrogatories. Therefore, discovery msut remain
open until Plaintiff receives replies to her discovery requests. Plaintiff has  learned that some  of
those served with Interrogatories  have retired and are no longer employed at the entities of the last
known address of service and requires more time to locate and reserve  Interrogatories.

Moreover, defense counsel  has not held depositions  upon some which he  stated  that he was
going  to depose.

WHEREFORE   for all of the above  reasons , Plaintiff respectfully requests  a discovery extension
until at least the end of the year so that Discovery can be  thorough , complete, and fair .


Date:  August  12, 2016          Respectfully submitted,

                           Jo Ann Fonzone, Esquire aka Judy Mc Grath

Page 1

1              IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2                        - - -
     JOANN FONZONE,              :   5:12-cv-05726-LDD
3              Plaintiff,        :   PHILADELPHIA, PA
          vs.                    :
4                                :
     JOE OTERI, et al.,          :   October 15, 2015
5          Defendants.          :   4:10 p.m.
6
              TRANSCRIPT OF RULE 16 CONFERENCE
7        BEFORE THE HONORABLE LEGROME D. DAVIS
              UNITED STATES DISTRICT JUDGE
8
     APPEARANCES:
9
     For the Plaintiff:   JOANN FONZONE, ESQ.
10                        2242 TILGHMAN STREET
                          ALLENTOWN, PA 18104
11                        PRO SE
12   For the Defendant:   AARON SHOTLAND, ESQ.
                          CITY OF PHILADELPHIA LAW DEPT.
13                        1515 ARCH ST., 14TH FL.
                          PHILADELPHIA, PA  19102
14                        215-683-5434
                          aaron.shotland@phila.gov
15
16   AUDIO OPERATOR:      DONNA CROCE
     TRANSCRIBER:         JANINE THOMAS
17                        NOTARY PUBLIC
18     (Proceedings recorded by electronic sound recording,
        transcript produced by transcription service.)
19
          VERITEXT NATIONAL COURT REPORTING COMPANY
20               MID-ATLANTIC REGION
           1801 Market Street - Suite 1800
21         Philadelphia, Pennsylvania  19103
                 (888) 777-6690
22
23
24
25

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

JO ANN FONZONE,          :   CIVIL ACTION
a/k/a JUDY McGRATH,
                         :
     Plaintiff,          :
                         :   
     VS                  :
                         :
JOE OTERI, et al.,       :
                         :
     Defendants,         :   NO. 12-5726-LDD

- - -

Oral deposition of JO ANN FONZONE (pro se), pursuant to the Federal Rules of Civil Procedure, taken at the City of Philadelphia Law Department, One Parkway Building, 14th Floor, 1515 Arch Street, Philadelphia, Pennsylvania, April 21, 2016, commencing at or about 2:05 p.m., before Jacqueline A. Geary, Certified Court Reporter - Notary Public.

- - -

SUMMIT COURT REPORTING, INC.
Certified Court Reporters & Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania  19102
424 Fleming Pike, Hammonton, New Jersey  08037
(215) 985-2400 * (800) 447-8648 * (609) 567-3315
www.summitreporting.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


Jo Ann Fonzone aka Judy Mc Grath, Plaintiff

        vs.                        CIVIL ACTION
                                   NO: 12-5726

JOE OTERI , et al, Defendants


**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING OPENING DISCOVERY BECAUSE FURTHER DISOCVERY IS SOUGHT FOR THE PURPOSES OF PRODUCTION OF DOCUMENTS AND DEPOSITIONS, NOT ONLY INTERROGATORY ANSWERS THOUGH THEY WERE NOT SUFFICIENTLY ANSWERED BY DEFENDANTS**


Plaintiff , by and through her attorney, hereby requests this Honorable Court open Discovery for the

purpose of obtaining needed information to proceed with this civil injury litigation as there is no

valid reason to deny such request based on the insufficient information provided by defendants

which does in fact prejudice Plaintiff in her effort to seek justice for all the injuries and damages

she sustained as a direct result and consequence of the two incidents of aggravated assaults on

October 6, 2010.

The first incident occurred at 5:45 p.m. when Plaintiff at her seat was without provocation pulled,

pushed ,her head into the seat in front of her aggravatedly assaulted by a man Joe Oteri (who

instead of getting medical help for Plaintiff as concussion symtoms began)brought police officer.

Plaintiff was again aggravatedly assaulted ,thrown agaisnt the wall twice and struck by police

nightstick on her chest repeatedly, assaulted by Officer kelewischki at precisely 6:14:58 p.m. (time

appears on police audio CD) inside the police room after and becasue Plaintiff phoned 911 for help

as she was in fear for her life.

Plaintiff has requested defendants produce documents and anything from the scene including a videotape of the stadium concourse, to the best of Plaintiff's knowledge, information and belief does exist. Defendants have witheld other exculpatory evidence throughout the malicious prosecution of Plaintiff the innocent injured victim, and violated four discovery orders of Municipal Court Judges, so it is no stretch to know they are in possession of videotape evidence which depicts exactly what occurred in the concourse where plaintiff stood while holding onto the back of a stadium seat for 10-15 minutes watching the game ,then without provocation, was grabbed and attacked without cause from behind by two male officers and dragged across the concourse and thrown into the stadium police room.

The fact that Plaintiff's Motion to compel Sufficient answers to her Interrogatories was denied should not preclude this court from granting that Motion and the current Motion from being granted if seeking the truth and facts are the actual goal of this litigation, rather than a cover-up.


WHEREFORE , Plaintiff respectfully requests based on the aforementioned, that this Honorable Court grant the relief requested herein in the interests of justice and full , complete and fair discovery in this injury litigation.




Dated:   November 22, 2021              By:

                                        Jo Ann Fonzone, Esquire  aka Judy Mc Grath
                                             Plaintiff
                                        #203914 (confidential status for personal safety
                                             631 Primrose Lane, Allentown, Pa 18104)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JO ANN FONZONE  AKA JUDY MC GRATH,
    PLAINTIFF

          V.                      NO. 12-5726
                                        CIVIL ACTION

JOE OTERI, ET AL,
    DEFENDANTS


PLAINTIFF"S REQUESTS FOR ADMISSIONS UNDER FEDERAL RULE
OF CIVIL PROCEDURE  36


The Plaintiff, Jo Ann Fonzone  aka Judy McGrath, asks the defendants  named in the operative

complaint of July 7,2015 ,item 51 on Docket, to respond within 30 days to these requests

admitting, for purposes of this  action only andsubject to objections to admissibility at trial:


1. The truth of each of the following statements:

    Officer Kelewischski was on duty at  Citizens bank Park  October 6, 2010, yet  his name was
omitted from any police report  after he falsely arrested her  without probable cause when Joe Oteri
falsley implicated Ms. Fonzone after he injured her by pushing her so her head was hit on the seat in
front of her.


   2.  Officer Kelewischky erroneously believed Ms. Fonzone had a camera phone  in the jail cell
      room at the stadiumand was infuriated upon learning she had called 91 from the room after
      he threw her against the wall the first time.


3.-   Every allegation  in Plaitniff 's complaint as each is  fact.


WHEREFORE  Plaintiff by and through her attorney Jo Ann Fonzone, Esquire  repectfully request
that this Honorable court deem all allegations of fact admitted as true in Plaintiff's operative
complaint filed July 7, 2015.


dated:  7/07/ 2019             Respectfully submitted,
                               Jo Ann Fonzone, Esquire

IN THE UNITED STATES DISTRICT COURT
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

JO ANN FONZONE aka JUDY MC GRATH, PLAINTIFF

VS.

NO. 5;12-CV-5726
CIVIL ACTION
JURY TRIAL  DEMANDED

JOE OTERI, ET AL , DEFENDANTS

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

1. All statements, memoranda, notes or  writings, e-mails of any and all witnesses and parties you represent  including any and all statements, memoranda, writings of defendants from October 6, 2010 to present .

2. All photographs, recordings, video, taken  or prepared  at Citizens bank park October 6, 2010, or  by any defendant from Ocotober 6, 2010 to present.

3. Any and all documents containing the home and business addresses of all individuals contacted as potential witnesses.

4. All bills, receipts, diagnoses or prognoses and records for any and all medical, physical, psychiatric and/or psychological treatment by any doctor,hospital, psychologist, pharmacy, or medical facility for any injury, damage or treatment , including psych evals received by any defendant  employee of Philadelphia you represent  in the last ten years .

5. All medical records, employer's statements, police personnel files, employment records, military history including any Internal Affairs complaints or grievances against any defendant police officer , Internal Affairs investigator , bench warrant officer , or Riverside  officer for any misconduct, any suspensions from work or any other disciplinary actions  taken against the officers in the  last  ten years.

6. Reports of any and all experts who will testify at trial.

7. Any and all press releases in the possession of counsel for defendants.

8. Any and all Income tax returns filed by defendants and/or in his/her /their behalf within the three years immediately prior to  October 6, 2010 up to and including the present.

9.  Copy of every gun ownership certification or registration for every firearm kept in  each defendant officers residence  during the past ten years.

10. Information concerning  superior's knowledge of  all defendant officers alleged past violations and misconduct and what action ,if any,  was taken .

11. Any and all materials  including emails, correspondence, related to the state district attorney's investigation of arrest  and Plaintiff's Public corruption unit complaint of July 6, 2012 should be produced.

12. Plaintiff's fingerprint card taken at 1st Police district Philadelphia on October 6, 2010.

13. Any and all materials and files requested  by Plaintiff in the Right -To_Know requests to Philadelphia police department.

14. Letter of transmittal of Plaintiff's Internal Affairs complaint of Officers kelewischky, Bee, Kovacs, Ortiz with precise date of transmission  to Philadelphia District Attorney's office , as protocol on back of IA complaint form requires , and copy of Plaintiff's Internal Affairs complaint with attachments, (including Plaintiff's Permanent Protection From Abuse Order  from her estranged spouse).

15. Any and all written communications , including emails  and facsimiles, between employees of the Philadelphia District attorney and the police , (including any response from then Commisssioner Ramsay to Plaintiff's letter to him in July 2012 ),Plaintiff's defense attorneys or Court personnel about Plaintiff of prohibited ex parte nature from October 6, 2010 to present.

16. Any and all materials in Philadelphia police file which a re Brady exculpatory and have not yet been disclosed to Plaintiff, including the precise date, reasons and circumstances surrounding the promotion of John Evans to Internal Affairs and  the date he was reassigned to investigation of Plaintiff's IA complaint after her complaint had  already been deemed valid and founded by a Lieutenant and another Sargeant.

CERTIFICATE OF SERVICE

I Jo Ann Fonzone , Esq. aka Judy Mc Grath, hereby certify that I have on this day caused to be

 served a true and correct copy of the  FRCP 26 Plaintiff's Initital Discovery Disclosures upon the

 following at the addresses as listed below:

Aaron Shotland, Esq.
Phila. Law dept.
1515 Arch St., 14th floor
Phila., Pa 19102

Phila. District attorney
3 S.Penn Square
Phila. ,Pa 19107

October 19, 2016                                 Jo Ann Fonzone, Esq. aka Judy Mc Grath

IN THE UNITED STATES  DISTRICT COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA


JO ANN FONZONE  AKA JUDY MC GRATH, PLAINTFF

       VS.

                                    CIVIL ACTION 12-5726

JOE OTERI, ET AL , DEFENDANTS


PLAINTIFF'S MOTION  TO COMPEL PRDUCTION OF DOCUMENTS OR THINGS IN
PURSUANT TO SUBPOENA FILED AND SERVED UPON THE PHILLIES ORGANIZATION,
CITY OF PHILADELPHIA, AND DEFENDER ASSOCIATES

AND NOW,   comes the Plaintiff , by and through her attorney, Jo Ann Fonzone, Esquire, and

hereby requests this court Order the above mentioned  parties to produce the videotape  of the

stadium concourse  at section 108 of Ocotber 6, 2010 as stated on the subpoena to produce same

mailed January 19, 2022 and   received by parties  Jnauary 24, 2022 by certified U. S. Mail.


Plaintiff has tracked the Requests of the certified mailings to the three named above and hereby

 includes evidence of the date of receipt and  the signed certified card from the Phillies organization.

Moreover, herein is included  three Proof of Services pursant to FRCP 34, and though perhaps not

 required ,Plaintiff  has included these according to FRCP 45(a)(1)(c).


WHEREFORE , Plaintiff requests that this Honorable court Order one or all who have possession

 of the videotape or knowledge thereof, provide information of anyone else who has videotape ,

 to produce said videotape  or file and serve official notification as to why they are all willfully in

 vioaltion of the Federal civil subponea 30 day ruleand when they will be  in ful compliance with

 the Federal subpoena or provide Plaintiff with informtion as to who else has such videotape.


Date: March 2, 2022                                         Respectfully submitted:

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Jo Ann Fonzone aka Judy McGrath
_____
_Plaintiff_

v.

Joe Oteri et al
_____
_Defendant·S_

)
)
)
)
)
)
)

Civil Action No. 12-5726

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Defenda Assocs., Dennis Kelly, 1441 Samson St, Phila, Pa 19107
_____
_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Videotape of concourse Section 108 of 10/06/10 – Phillies – Reds game

| Place: | Date and Time: |
|---|---|
|  |  |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/17/22

        _CLERK OF COURT_

_____          OR  _____
  _Signature of Clerk or Deputy Clerk_                              _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
_____ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

Jo Ann Fonzone aka Judy McGrath
_____
Plaintiff

v.

Joe Oteri, et al
_____
Defendants

)
)
)
)
)
)

Civil Action No. 12-5726

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Aaron Shotland, City of Philadelphia, 1515 Arch St, Phila, PA 19102
_____
(Name of person to whom this subpoena is directed)

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

videotape of concourse section 108 of 10/06/10 Phillies-Reds game

| Place: 631 Primrose Lane, Allentown, PA 18104 | Date and Time: upon receipt of subpoena |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/17/22

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk          Attorney's signature

JoAnn Fonzone Esquire

The name, address, e-mail address, and telephone number of the attorney representing (name of party) Plaintiff
, who issues or requests this subpoena, are:

JoAnn Fonzone Esq, aka Judy McGrath, 631 Primrose Lane, Allentown PA 18104

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# USPS Tracking®

FAQs >

## Track Another Package  +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com /xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

---

**Tracking Number:** 9505526503522019553419

Remove ✕

Your item was delivered in or at the mailbox at 10:23 am on January 24, 2022 in PHILADELPHIA, PA 19107.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, In/At Mailbox

January 24, 2022 at 10:23 am
PHILADELPHIA, PA 19107

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                        ⌄

---

**USPS Tracking Plus™**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: *Aaron Shetland*

*City of Philadelphia* _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

# USPS Tracking®

**FAQs >**

### Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com /xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

---

**Tracking Number:** 70212720000011064070

**Remove ✕**

Your item has been delivered to an agent for final delivery in PHILADELPHIA, PA 19148 on January 21, 2022 at 8:12 am.

**USPS Tracking Plus™ Available ⌄**

## ⊘ Delivered to Agent for Final Delivery

January 21, 2022 at 8:12 am
PHILADELPHIA, PA 19148

**Get Updates ⌄**

---

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus™** | ⌄ |
| **Product Information** | ⌄ |

---

**See Less ⌃**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



```
                         Up to $50.00 included
   Total
                                          $8.95

   Priority Mail® 1-Day 1              $8.95
   Flat Rate Env
       Flat Rate
       Philadelphia, PA 19107
       Expected Delivery Date
           Thu 01/20/2022
       Tracking #:
           9505 5265 0352 2019 5534 19
       Insurance                       $0.00
           Up to $50.00 included
   Total
                                       $8.95

   US Flag Bklt/20      1    $11.60    $11.60

   First-Class Mail®    1              $0.58
   Letter
       Philadelphia, PA 19148
       Weight: 0 lb 0.30 oz
       Estimated Delivery Date
           Sat 01/22/2022
       Certified Mail®                 $3.75
       Tracking #:
           70212720000011064070
       Return Receipt                  $3.05
       Tracking #:
           9590 9402 7044 1225 5956 79
   Total
                                       $7.38

   ------------------------------------------
   Grand Total:                       $36.88
   ------------------------------------------
   ------------------------------------------


   ********************************************
   USPS is experiencing unprecedented volume
         increases and limited employee
          availability due to the impacts of
       COVID-19. We appreciate your patience.
   ********************************************

   Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
                1-800-222-1811.

      Save this receipt as evidence of
   insurance. For information on filing an
            insurance claim go to
       https://www.usps.com/help/claims.htm
           or call 1-800-222-1811

            Preview your Mail
            Track your Packages
           Sign up for FREE @
       https://informeddelivery.usps.com

    All sales final on stamps and postage.
          Thank you for your business.

   ------------------------------------------

   UFN: 410128-5558
   Receipt #: 840-21700701-2-3217736-2
   Clerk: 00
```

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

*Eastern District of Pennsylvania*

Jo Ann Fonzone aka Judy McGrath
_____
*Plaintiff*

v.

Joe Oteri, et al
_____
*Defendant*

)
)
)
)
)
)

Civil Action No. 12-5726

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: The Phillies Organization
_____

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: VIDEOTAPE OF CONCOURSE SECTION 108 OF 10/06/10 Phillies - Reds game

| Place: 631 Primrose Lane, Allentown, PA 18104 | Date and Time: N per receipt of subpoena |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/17/22

*CLERK OF COURT*

_____                OR   John Joe Esquire
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff
_____, who issues or requests this subpoena, are:

Jo Ann Fonzone, Esq. aka Judy McGrath, 631 Primrose Lane, Allentown, PA 18104   Jo76ey@aol.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: *Phillies Organization* *Office Manager - One Citizen Park Way , Philadelphia 19148 certified mail* on *(date)* 1/19/22 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ *certified mail* $7.38 .

I declare under penalty of perjury that this information is true.

Date: 1/19/22

_____
*Server's signature*

*JoAnn Fenzine Esquire*
_____
*Printed name and title*

*631 Primrose Lane, Allentown, PA 18104*
_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.                                                                    *Videotape*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows: *Defender Associates*
*Dennis Kelly - 1441 Sansom St., Philadelphia PA 19107* on *(date)* *1/19/22* ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ *7.38* ~~$50~~       *cert mailing*

I declare under penalty of perjury that this information is true.

Date: *1/19/22*

*John J__, Esquire*
                                    *Server's signature*

*JoAnn Fonzone  Esquire*
                                    Printed name and title

*631 Primrose Lane, Allentown PA 18104*
                                    Server's address
                                    *(confidential)*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

*Videotape*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ⟨signature⟩

on *(date)* _____

☑ I served the subpoena by delivering a copy to the named person as follows: Aaron Shotland

City of Philadelphia Civil rights section, 1515 Arch St, 14th floor

Philadelphia, PA 19102 _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 7.38 ~~0.00~~ certified mailing

I declare under penalty of perjury that this information is true.

Date: 1/19/22

⟨signature⟩ John Fox, Esquire
*Server's signature*

JoAnn Forzone Esquire
*Printed name and title*

631 Primrose Lane, Allentown PA 18104
*Server's address* Confidential

Additional information regarding attempted service, etc.:

IN THE UNITED STATES  DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



JO ANN FONZONE  AKA JUDY MC GRATH,
PLAINTIFF

                                NO. 12-5726

      VS.                             CIVIL ACTION

JOE OTERI, ET AL , DEFENDANTS

PRETRIAL STIPULATION

1. FACTS .There was no Affidavit of Probable cause made out by  any arresting officer  and no

        warrant ; ergo the arrest of Jo Ann Fonzone on October 6, 2010 was unlawfu.It was

        a pretext arrest for whatever reason; perhaps her 'Support Your Veterans ' red

        canvas  bag was offensive  to  lead defendant Oteri  or othres so  they targeted

        her or  was it that Oteri went to the wrong section as he stated in Municipal court

        and harrassed Fonzone  who was doing nothing wrong or illegal at her seat in

    Section 108. In court, Oteri stated several times he went to Section 107 as there was

        an unruly person there. He boasted about  strolling around  lookng for problems  in

        the crowd, writing up  police  reports  as  though he was an oficer  or delegated

        police duties ،

    .Oteri was a state actor becasue he determined probable cause  ,whtaever that was ﬁs

        there was no officer at the  scene when he unlawfuly touched , without her consent

        then struggled  with Plaintif so her head hit the stadium seat in front of her, then

        rather than bringing medical help, he went to get a police officer ,  a  male  officer,

        it is  still unknown  what he said to him or what  law oteri determned Plaintiff had

        broken .Plaintiff  had requested  probable casue information since November 2010.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANNE FONZONE,                              :
                                             :          CIVIL ACTION
                    Plaintiff,               :
                                             :
          v.                                 :          NO. 12-5726
                                             :
JOE OTERI, et al.,                           :
                                             :
                    Defendants.              :

## ORDER

**AND NOW**, this 10th day of March, 2022, after conducting a telephonic pretrial

conference with counsel for the Defendants and Plaintiff Joanne Fonzone, it is **HEREBY**

**ORDERED** that Plaintiff shall show cause why this matter should not be dismissed for failure to

prosecute based on Ms. Fonzone's representation to this Court during the telephonic pretrial

conference that she will not be prepared to proceed to trial on April 19, 2022.  Plaintiff shall have

seven (7) days from the date of this Order to show cause in writing why this action should not be

dismissed for failure to prosecute.  Defendants may also file a written submission within seven

(7) days from the date of this Order.  Failure to comply with this Order will result in dismissal of

this action for failure to prosecute.  The Clerk of Court is directed to email and mail via regular

mail Plaintiff a copy of this Order.

BY THE COURT:

*Plaintiff did not receive Order by U.S. mail, went to clerk in Allentown, got copy and handwrote Reply to Show cause order of March 10, 2022*

/s/ Marilyn Heffley
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

**From:** noreply@website.americanbar.org,

**To:** jo76erjo@aol.com,

**Subject:** American Bar Association - Reset Your Password

**Date:** Sun, May 22, 2022 1:30 pm

---

You recently requested to reset your password for your American Bar A

[Click here to reset your password](#)

If you did not make this request, you may disregard this email or cal

Sincerely,

American Bar Association


*** This is an Automatically generated email, please do not reply ***

**Appendix:** A minimum of four copies of the appendix must be filed and served. You must also file a certificate of service. FRAP 30(a)(3); LAR 30.

**Motions:** You must send an original and three copies (total of four) of any motion to the Clerk, with a certificate of service. FRAP 25(d), 27(d)(3).

**Petition for rehearing in banc:** An original and 15 copies must be filed; you must serve all opposing parties. If you are proceeding in forma pauperis you must still file an original and 15 copies.

## ANSWERS TO FREQUENTLY ASKED QUESTIONS

**Will the Court appoint counsel for me?** Both case law and statutes strictly limit the situations in which the Court can appoint counsel or request the services of volunteer counsel. Generally counsel is appointed only if you cannot afford to retain counsel and your appeal involves complex criminal, habeas corpus, or civil rights issues. To request the Court to appoint counsel, you should file a motion for the appointment of counsel stating reasons why counsel is necessary, and serve opposing counsel.

**How is my case decided?** Once all briefs have been filed (appellant's and appellee's), your case will be placed in a ready pool. Cases that were ready before yours will be sent by the Clerk to the Court first.

The judges will very carefully analyze the lower court records, briefs, and appendices in your case. Oral argument is not a right. The judges will ask for oral argument only when they think it will be useful in deciding a case. 3rd Cir. LAR 34.1. If the Court orders oral argument, you will be notified by the clerk ten (10) days in advance. Otherwise, the case is considered only on the record, briefs, and appendix. Three judges will decide your case, applying the appropriate legal standards. Note: it is inappropriate to contact the judges directly. Direct all correspondence either to the Clerk's Office or to the Staff Attorney's Office.

**Will there be an opinion?** According to IOP Chapter 6, the judges will write opinions only when there is reason to do so. There is no right to an opinion. If the panel members agree unanimously that the district court decision was not clearly erroneous, that a jury verdict is supported by the facts, that the record supports an agency decision, that no error of law is present, that the district court did not abuse its discretion, or that the court lacks jurisdiction, the Court may affirm the decision of the district court by JUDGMENT ORDER.

**What if I lose?** Despite your arguments to the contrary, you may lose an appeal. If you disagree with this Court's final decision, you may file a petition for rehearing in this Court. The Clerk's Office will send information regarding petitions for rehearing at the appropriate time. Alternatively, you may file a petition for writ of certiorari in the Supreme Court of the United States, 1 First Street, N.E., Washington, D.C., 20543. Contact that Court for further information (202-479-3000).

1/27/00

| | | AMENDED COMPLAINTY BY 6/18/15 TO ADDRESS THE DEFICIENCIES DISCUSSED IN THIS ORDER. SIGNED BY HONORABLE LEGROME D. DAVIS ON 6/3/15.6/3/15 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(mbh, ) . (Entered: 06/03/2015) |
|---|---|---|
| 06/03/2015 | 43 | ORDER THAT PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER OF 3/30/15 IS DENIED. SIGNED BY HONORABLE LEGROME D. DAVIS ON 6/3/15. 6/3/15 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(mbh, ) (Entered: 06/03/2015) |
| 06/03/2015 | 44 | NOTICE of Appearance by AARON SHOTLAND on behalf of LESINETTE ORTIZ with Certificate of Service(SHOTLAND, AARON) (Entered: 06/03/2015) |
| 06/05/2015 | 45 | NOTICE of Withdrawal of Appearance by DIMITRIOS MAVROUDIS on behalf of LESINETTE ORTIZ(MAVROUDIS, DIMITRIOS) (Entered: 06/05/2015) |
| 07/07/2015 | 46 | SECOND AMENDED COMPLAINT against All Defendants., filed by JOANN FONZONE.(lbs, ) Modified on 7/16/2015 (nd). (Entered: 07/07/2015) |
| 07/08/2015 | 47 | ORDER THAT DEFTS OFFICERS KELECHEWISCKY, BEE, & KOVAC SHALL ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT ON OR BEFORE 7/21/2015. SIGNED BY HONORABLE LEGROME D. DAVIS ON 7/7/15. 7/8/15 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE PLFF.(kw, ) (Entered: 07/08/2015) |
| 07/08/2015 | 48 | PETITION for leave of court to file supplemental claims as included as Counts VII and VIII in amended complaint, Certificate of Service, filed by PRO SE PLFF JOANN FONZONE. (kw, ) (Entered: 07/08/2015) |
| 07/20/2015 | 49 | Response to Petition to Amend re 48 Application/Petition by JOE OTERI, PHILLIES. (Attachments: # 1 Certificate of Service) (FOSTER, ROBERT) (Entered: 07/20/2015) |
| 07/21/2015 | 50 | ANSWER to 46 Amended Complaint by OFFICER BEE, OFFICER KELECHEWISCKY, OFFICER KOVAC, LESINETTE ORTIZ.(SHOTLAND, AARON) (Entered: 07/21/2015) |
| 07/22/2015 | 51 | ORDER THAT PLAINTIFF'S REQUEST FOR LEAVE OF THE COURT TO INCLUDE SUPPLEMENTAL CLAIMS IS DENIED. PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL TO ASSIST HER IS DENIED. ALL PARTIES ARE INSTRUCTED THAT THE OPERATIVE COMPLAINT IN THIS MATTER IS THE DOCUMENT ENTITLED "AMENDED COMPLAINT" AND DOCKETED AS "SECOND AMENDED COMPLAINT" FILED JULY 7, 2015. THIS DOCUMENTS IS PROPERLY REFERRED TO AS "THIRD AMENDED COMPLAINT". SIGNED BY HONORABLE LEGROME D. DAVIS ON 7/22/15. 7/23/15 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(mbh, ) (Entered: 07/23/2015) |
| 08/11/2015 | 52 | PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS ANSWER PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 7(a)(7) filed by JOANN FONZONE.. (Attachments: # 1 REPLY, # 2 REPLY)(lbs, ) (Entered: 08/11/2015) |

| 05/02/2018 | 123 | ORDER THAT PLAINTIFFS MOTION FOR RECONSIDERATION (DOCKET NO. 111 ) IS DENIED; PLAINTIFFS MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES (DOCKET NO. 116 ) IS DENIED; AND PLAINTIFFS MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENSE RESPONSE TO MOTION AND FOR MISCELLANEOUS RELIEF (DOCKET NO. 122 ) IS DENIED. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 5/2/18. 5/3/18 ENTERED AND COPIES MAILED TO PRO SE, E-MAILED. (mas, ) (Entered: 05/03/2018) |
|---|---|---|
| 10/05/2018 | 124 | ORDER THAT A CASE MANAGEMENT CONFERENCE SHALL BE HELD ON OCTOBER 30, 2018, AT 11:00 A.M. IN THE COURTROOM OF THE UNDERSIGNED, MADISON BUILDING, 400 WASHINGTON STREET, READING, PENNSYLVANIA. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 10/5/18. 10/5/18 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(mas, ) (Entered: 10/05/2018) |
| 10/17/2018 | 125 | Letter from Joann Fonzone. RE: Request in change on the schedule. (DT) (Entered: 10/17/2018) |
| 10/23/2018 | 126 | ORDER THAT THE CASE MANAGEMENT CONFERENCE PREVIOUSLY SCHEDULED FOR OCTOBER 30, 2018 IS RESCHEDULED TO WEDNESDAY, DECEMBER 12, 2018 AT 2:00 P.M. IN THE COURTROOM OF THE UNDERSIGNED, THE MADISON BUILDING, 400 WASHINGTON STREET, READING, PENNSYLVANIA. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 10/23/18. 10/24/18 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(mas, ) Modified on 10/24/2018 (mas, ). (Entered: 10/24/2018) |
| 12/12/2018 | 127 | Minute Entry for proceedings held before HONORABLE JEFFREY L. SCHMEHL. Pretrial Conference held on 12/12/18. Court questions plaintiff and defense counsel. Telephone call made on record to Attorney Middleton. Conference continued to a date to be determined. (mas, ) (Entered: 12/12/2018) |
| 12/13/2018 | 128 | ORDER THAT A CASE MANAGEMENT CONFERENCE SHALL BE HELD ON JANUARY 24, 2019, AT 1:30 P.M. IN THE COURTROOM OF THE UNDERSIGNED, 400 WASHINGTON STREET, READING, PENNSYLVANIA. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 12/13/18. 12/14/18 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(mas, ) (Entered: 12/14/2018) |
| 01/23/2019 | 129 | ORDER THAT THE CASE MANAGEMENT CONFERENCE PREVIOUSLY SCHEDULED FOR JANUARY 24, 2019 IS RESCHEDULED TO TUESDAY, FEBRUARY 19, 2019 AT 10:00 A.M. IN THE COURTROOM OF THE UNDERSIGNED, THE MADISON BUILDING, 400 WASHINGTON STREET, READING, PENNSYLVANIA. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 1/23/19. 1/23/19 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(mas, ) (Entered: 01/23/2019) |

| 11/05/2021 | 196 | ORDER THAT PLAINTIFF'S MOTION TO OPEN DISCOVERY IS DENIED. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 11/5/21.11/5/21 ENTERED AND COPIES NOT MAILED TO PRO SE AND E-MAILED.(mbh, ) (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | | COPY OF DOC. NO. 196 HAS BEEN MAILED TO, FONZONE. (bw, ) (Entered: 11/05/2021) |
| 11/22/2021 | 197 | MOTION FOR RECONSIDERATION OF ORDER DENYING OPENING DISCOVERY BECAUSE OF FURTHER DISCOVERY IS SOUGHT FOR THE PURPOSES OF PRODUCTION, ETC. filed by JOANN FONZONE.CERTIFICATE OF SERVICE (Delivered personally) . (er, ) Modified on 11/22/2021 (er, ). (Entered: 11/22/2021) |
| 11/23/2021 | 198 | ORDER THAT PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING OPENING DISCOVERY IS DENIED. PLAINTIFF HAS NOT MADE THE REQUISITE SHOWING FOR RECONSIDERATION OF THE COURT'S 11/5/21 ORDER DENYING PLAINTIFF'S MOTION TO OPEN DISCOVERY. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 11/23/21.11/23/21 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 11/23/2021) |
| 03/01/2022 | 199 | ORDER THAT A TELEPHONE CONFERENCE WILL BE HELD ON 3/10/2022 AT 9:30 AM BEFORE MAGISTRATE JUDGE MARILYN HEFFLEY. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 3/1/22. 3/1/22 ENTERED AND COPIES E-MAILED.(mbh) (Entered: 03/01/2022) *never got notice* |
| 03/01/2022 | 200 | PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OR THINGS IN PURSUANT TO SUBPOENA FILED AND SERVED UPON THE PHILLIES ORGANIZATION, CITY OF PHILADELPHIA, AND DEFENDER ASSOCIATES FILED BY JOANN FONZONE. CERTIFICATE OF SERVICE. (mas) (Entered: 03/04/2022) |
| 03/08/2022 | | COPY OF DOC. NO. 199 HAS BEEN MAILED TO PRO SE, FONZONE. (bw) (Entered: 03/08/2022) |
| 03/10/2022 | 201 | ORDER THAT PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OR THINGS PURSUANT TO SUBPOENA FILED AND SERVED UPON THE PHILLIES ORGANIZATION IS DENIED. DISCOVERY HAS BEEN CLOSED SINCE 10/5/20. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 3/10/22.3/22 ENTERED AND COPIES E-MAILED.(mbh) (Entered: 03/10/2022) |
| 03/10/2022 | 202 | ORDER THAT PLAINTIFF SHALL SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BASED ON MS. FONZONE'S REPRESENTATION TO THIS COURT DURING THE TELEPHONIC PRETRIAL CONFERENCE THAT SHE WILL NOT BE PREPARED TO PROCEED TO TRIAL ON 4/19/22. PLAINTIFF SHALL HAVE 7 DAYS FROM THE DATE OF THIS ORDER TO SHOW CAUSE IN WRITING WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE. THE CLERK OF COURT IS DIRECTED TO EMAIL AND MAIL VIA REGULAR MAIL PLAINTIFF A COPY OF THIS ORDER. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 3/10/22. 3/10/22 ENTERED AND COPIES MAILED AND E-MAILED.(mbh) Modified on 3/10/2022 (mbh). (Entered: 03/10/2022) |
| 03/10/2022 | 203 | NOTICE of Appearance by Katelyn Lori Mays on behalf of OFFICER |

| | | KELECHEWISCKY, OFFICER KOVAC, LESINETTE ORTIZ with Certificate of Service(Mays, Katelyn) (Entered: 03/10/2022) |
|---|---|---|
| 03/21/2022 | 204 | NOTICE by JOANN FONZONE: CAUSE WHY THIS PERSONAL INJURY ACTION SHALL NOT BE UNJUSTLY DISMISSED. (DELIVERED PERSONALLY) (er) Modified on 3/21/2022 (er). (Entered: 03/21/2022) |
| 03/22/2022 | 205 | Response to the Court's Rule to Show Cause for Failure to Prosecute filed by OFFICER KELECHEWISCKY, OFFICER KOVAC, LESINETTE ORTIZ.Memorandum, Certificate of Service.(FARIS, KATHRYN) Modified on 3/23/2022 (fb). (Entered: 03/22/2022) |
| 03/23/2022 | 206 | ORDER THAT THE JURY TRIAL SCHEDULED TO BEGIN ON 4/19/22 IS STAYED PENDING THE COURT'S RESOLUTION OF THE RULE TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE. THE CLERK OF COURT IS DIRECTED TO EMAIL AND MAIL VIA REGULAR MAIL A COPY OF THIS ORDER. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 3/23/22. 3/23/22 ENTERED AND COPIES MAILED AND E-MAILED.(mbh) (Entered: 03/23/2022) |
| 03/23/2022 | 🔒 | (Court only) ***Deadlines terminated. (mbh) (Entered: 03/23/2022) |
| 03/24/2022 | | PAPER #201, #202 AND #206 MAILED TO PRO SE (JL) (Entered: 03/24/2022) |
| 03/25/2022 | 207 | Response to the Court's Rule to Show Cause for Failure to Prosecute filed by OFFICER BEE.Memorandum, Rule to Show Cause, Certificate of Service. (BINNS, JAMES) Modified on 3/30/2022 (fb). (Entered: 03/25/2022) |
| 03/28/2022 | 208 | Certificate of Service filed by JOANN FONZONE. (mbh) (Entered: 03/28/2022) |
| 03/30/2022 | 209 | Amended Response to the Court's Rule to Show Cause for Failure to Prosecute filed by OFFICER BEE.(BINNS, JAMES) Modified on 3/31/2022 (fb). (Entered: 03/30/2022) |
| 04/04/2022 | 210 | ORDER THAT PLAINTIFF SHALL HAVE UNTL 4/18/22 IN WHICH TO FILE A REPLY TO DEFENDANTS' RESPONSE TO THE COURT'S RULE TO SHOW CAUSE FOR FAILURE TO PROSECUTE (DOC NOS 205, 207 AND 209). NO FURTHER EXTENSIONS SHALL BE GRANTED, THE CLERK OF COURT IS DIRECTED TO EMAIL AND MAIL VIA REGULAR MAIL PLAINTIFF A COPY OF THIS ORDER. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 4/4/22. 4/4/22 ENTERED AND COPIES NOT MAILED TO PRO SE AND E-MAILED.(mbh) ). (Entered: 04/04/2022) |
| 04/05/2022 | | COPY OF DOC. NO. 210 HAS BEEN MAILED TO PRO SE. (bw) (Entered: 04/05/2022) |
| 04/18/2022 | 211 | Plaintiff's Reply to Defendants Response and Motion to Dismiss Personal Injury/Civil Rights Action for Lack of Prosecution filed byJOANN FONZONE. Certificate of Service. (mas) (Entered: 04/19/2022) |
| 04/22/2022 | 212 | MEMORANDUM AND/OR OPINION. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 4/22/22. 4/22/22 ENTERED AND COPIES E-MAILED.(mbh) (Entered: 04/22/2022) |
| 04/22/2022 | 213 | ORDER THAT PLAINTIFF'S CASE IS DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE PURSUANT TO FRCP 41(b). THE CLERK OF COURT SHALL MARK THIS CASE CLOSED. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 4/22/22. 4/22/22 ENTERED AND COPIES E-MAILED.(mbh) (Entered: 04/22/2022) |

| 04/22/2022 | 🔒 | (Court only) ***Civil Case Terminated. (mbh) (Entered: 04/22/2022) |
| 05/03/2022 | <u>214</u> | Plaintiff's Reply to Defendants' Response and Motion to Dismiss Personal Injury/Civil Rights Action for Lack of Prosecution. (mbh) (Entered: 05/03/2022) |

```
 1                    UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF PENNSYLVANIA

 3     JO ANN FONZONE,
                                    Case No. 5:12-cv-05726-JLS
 4               Plaintiff,

 5     v.                           Reading, Pennsylvania
                                    December 12, 2018
 6     JOE OTERI, et al,            2:05 p.m.

 7               Defendants.


 8
                       TRANSCRIPT OF CONFERENCE HEARING
 9            BEFORE THE HONORABLE JEFFREY L. SCHMEHL
                 UNITED STATES DISTRICT COURT JUDGE
10

11     APPEARANCES:
       For the Plaintiff:          Jo Ann Fonzone
12                                  Pro Se
                                    a/k/a Judy McGrath
13
                                    Coleen F. Middleton, Esquire
14                                  (by phone)
                                    Law Offices of Coleen Middleton
15                                  1229 Chestnut Street
                                    PMB 202
16                                  Philadelphia, PA 19107

17     For the Defendants:         Aaron Shotland, Esquire
       (Kelechewiscky, Ortiz,      City of Philadelphia Law Dept.
18     Bee, Kovac)                 1515 Arch Street, 14th Floor
                                    Philadelphia, PA  19102
19

20     Court Recorder:             Teri I. Lefkowith

       Transcription Service:      Chris Hwang
21                                  Abba Reporting
                                    PO Box 223282
22                                  Chantilly, Virginia  20153

23

24

       Proceedings recorded by electronic sound recording;
25     transcript produced by transcription service.
```

1          MS. FONZONE:  Oh.

2          THE COURT:  Court firm -- phones.  Going to be on the

3    record.  1-215-205 -- 1-215-205-1195.  All right, do you need

4    me to repeat it again?

5          THE CLERK:  I have it.

6       (Dialing)

7          Hello, this is Judge Schmehl's clerk.  We're in the

8    courtroom.  We're going to put you on speakerphone?  Okay, hold

9    on.

10          Okay, are you there?

11          MS. MIDDLETON:  Hi, yes, good afternoon.

12          THE COURT:  Good afternoon, this is Judge Jeffrey

13    Schmehl, District Court Judge for the Eastern District of

14    Pennsylvania.  We are here today in the case of Jo Ann Fonzone

15    versus at least four Philadelphia police officers.

16          It is case 5726 of 2012.  This is simply just a case

17    management pre-trial conference.  Are you Colleen Middleton?

18          MS. MIDDLETON:  Yes, Your Honor, I am.

19          THE COURT:  And do you plan on representing the

20    Plaintiff in this case?

21          MS. MIDDLETON:  I do, Your Honor.

22          THE COURT:  All right, that's all I needed to hear.

23    I will continue this case for at least 30 days or more, but you

24    are to enter your appearance as soon as possible and then we

25    will have another conference.

1          Once you have entered your appearance, become

2    familiar with the case, then you can come up here and meet with

3    me and Defense counsel.

4          MS. MIDDLETON:  I appreciate that, Your Honor.   Thank

5    you very much.

6          THE COURT:  All right, is there anything else you

7    would like to add today?

8          MS. MIDDLETON:  Not at this time, Your Honor.

9          THE COURT:  Is there anything else you would like to

10   put on the record, Mr. Shotland?

11         MR. SHOTLAND:  The only issue, as I understand that

12   Your Honor would like to schedule trial, one of the Defendants,

13   who's no longer a police officer, he's retired, living in

14   either North Carolina or Florida.

15         I know he suffers from some medical issues.  When he

16   does testify in this case, he will need to testify -- he's not

17   going to be able to come up and testify live.  He's going to

18   need to testify on video.  I just wanted to make the Court

19   aware.

20         THE COURT:  All right, well, the Court will certainly

21   accommodate him for that.

22         MS. FONZONE:  I'd like to reply to that, Your Honor.

23         THE COURT:  It's not unusual.

24         MS. FONZONE:  I did request in my discovery medical

25   records of that officer, I think that he's talking about,

```
 1   Kelechewiscky, the one that seriously injured and caused me
 2   heart conditions.  So I'd like to see those medical records of
 3   him -- of his.
 4             THE COURT:  All right.
 5             MS. FONZONE:  They have failed to comply with --
 6             THE COURT:  You don't need to see --
 7             MS. FONZONE:  -- any of my discovery --
 8             THE COURT:  You don't need to see --
 9             MS. FONZONE:  -- interrogatories.
10             THE COURT:  -- medical records.  You need a doctor's
11   report saying he's unable to travel.  That's all you need to
12   see, all right?
13             Has his deposition ever been taken in this case?
14             MS. FONZONE:  No, it's going to be, though.
15             MR. SHOTLAND:  No, Your Honor.
16             THE COURT:  Okay, well, I've got into this case late,
17   so if your attorney needs another continuance, you know, she
18   can make the case for it, but I'm not sure when I got this
19   case, but it's pretty much been sitting around since I got it.
20   And you know, I want to make some steps towards resolving it,
21   either one way or another.
22             MS. FONZONE:  And the lead Defendant --
23             THE COURT:  Towards a settlement or a trial.
24             MS. FONZONE:  -- the lead Defendant Joseph Oteri is
25   in this case, Your Honor.
```

1        THE COURT:  He's not in this case.

2        MS. FONZONE:  Yes, he is.

3        THE COURT:  Well, it says terminated, June --

4        MS. FONZONE:  The operative complaint is July 7th --

5        THE COURT:  All right.

6        MS. FONZONE:  -- according to Judge Davis.

7        THE COURT:  We will review that.  We're not going to

8   argue that now.

9        Ms. Middleton, are you still there?

10       MS. MIDDLETON:  I am, Your Honor, and we'll take

11   steps to get this moving.

12       THE COURT:  Okay.  Okay, and I will give you all the

13   reasonable time you need if you enter your appearance.

14       MS. MIDDLETON:  I appreciate that very much, Your

15   Honor.

16       THE COURT:  All right, with that being said, I think

17   we're done for today.  We're going to let Ms. Middleton enter

18   her appearance, and review the file, and file whatever motions

19   or requests she thinks is appropriate under the circumstances.

20       And then the Court will deal with it, just like it

21   deals with any other case.  So I will set up some sort of

22   hearing like this in the future and we can discuss the

23   management of the case at that time.

24       And I intend to schedule a full case management order

25   at that time, letting in end of depositions and end of motions,

CERTIFICATE OF SERVICE


I, Jo Ann Fonzone, Esquire hereby certify  that I have on this day caused to be served  a copy  of

Plaintiff's Motion to Vacate ,Order, Reconsider and Reopen  civil rights Personal Injury Action

, (Plaintiff was not served until May 31, 2022  in the clerk's office), on the parties listed below

:as per Judge Davis Order , operative complaint July 7, 2015. Docket #51.

City Of Philadelphia law dept. Supervisor (Representing police, Evans, Riverside facility, officer
fisher, bench warrant unit)
1515 Arch St.
14th floor
Philadelphia, Pa 19104


Fox Rothchild law office
Michael eidel
2700 kelly road
Warrington, Pa

Phillies organization  management
One citizen bank way
Philaelphia, Pa 19148


District Attorneys office
3 penn Square
Phila. , pa 19107

Defenders Assocs
1441 Sansum St.
Phila. Pa 19107


James Binns
1125 Walnut St.
Phila., Pa 19107

By:

Jo Ann Fonzone, Esquire  aka Judy Mc Grath