## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the **Eastern**
District of **Pennsylvania**
Docket Number **12-5726**

**JoAnn Fonzone dba Judy McGrath**, Plaintiff

v.

**Oteri, et al**, Defendants

Notice of Appeal

**JoAnn Fonzone** (name all parties taking the appeal)* appeal to the United States Court of Appeals for the **3rd** Circuit from the final judgment entered on **6/16/22** (state the date the judgment was entered).

(s) **John Fo, Esquire**
Attorney for **Plaintiff**
Address: **631 Primrose Lane**
**Allentown, PA 18104**

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.]

---

1  See Rule 3(c) for permissible ways of identifying appellants.