IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

JO ANN FONZONE AKA JUDY MC GRATH        12-5726
           PLAINTIFF                              CIVIL ACTION LAW
                                                            JURY TRIAL DEMANDED
      VS.

OTERI, OFFICERS KELECWIESKI, ORTIZ, KOVACS,EVANS, PHILLIES ORGANIZATION,
CITY OF PHILADELPHIA, et al

PLAINTIFF'S PETITION TO REOPEN CIVIL ACTION

Plaintiff respectfully requests that this Honorable Court reopen the above titled civil rights personal injury action and in support thereof avers:

1. Plaintiff first learned that this court issued an Order April 22, 2022 on May 31, 2022 when she went to the Allentown Federal court clerk's office because she had not received a reply from the court on her April 18, 2022 filing. The clerk Evelyn Renner was kind enough to provide Plaintiff with a copy of the Order of dismissal on May 31, 2022 which disheartened her upon reading .( copy attached herein)

2. At the March 10, 2022 telephone conference , and prior conferences ,plaintiff had stated to the court that she was not receiving her Court Orders, and the magistrate ordered that her Orders be both emailed and mailed by U.S. Mail to Plaintiff. However, Plaintiff did not receive the Order of April 22, 2022 either by electronic mail or U.S. Mail and thus her reason for calls to the clerk's office and then going to the Federal clerk's office .

3. Similarly, Plaintiff filed a Motion on June 14, 2022 and never received an Order on that filing until July 8, 2022 when she again went to the Federal clerk's office in Allentown and was provided a copy by Matt Sheetz who also signed on the bottom of page and put the date he served Plaintiff with the Order.(copy attached herein) While there, Plaintiff told the clerk she had not received the Order either by email or U.S. Mail and