IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANN FONZONE,** :  | |
| **Plaintiff,** : | |
| v. : | **CIVIL ACTION** |
| : | **No. 12-5726** |
| **JOE OTERI, et al.,** : | |
| **Defendants.** : | |

# ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff Joann Fonzone's Petition to Reopen Civil Action and Defendants' response thereto, it is **HEREBY ORDERED** that Plaintiff's Petition is hereby **DENIED.**

BY THE COURT:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION** |
| | : | **No. 12-5726** |
| **JOE OTERI, et al.,** | : | |
| **Defendants.** | : | |

## DEFENDANT CHRISTOPHER BEE'S RESPONSE TO PLAINTIFF'S PETITION TO REOPEN A CIVIL ACTION

Defendant, Christopher Bee, by and through the undersigned counsel, hereby files this Response to Plaintiff's Petition to Reopen a Civil Action. In support thereof, Responding Defendant incorporates the attached Memorandum of Law. Responding Defendant respectfully requests that this Court deny Plaintiff's petition.

Date: July 30, 2022

**JAMES J. BINNS, ESQUIRE**
**1125 Walnut Street**
**Philadelphia, PA 19107**
**P: 215-275-3000**
**F: 215-922-4001**
**James@jamesbinns.net**
Attorney for the Defendant, Christopher Bee
/s/ James J. Binns

BY: _____

James J. Binns, Esquire

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANN FONZONE,** | : | |
| Plaintiff, | : | |
| v. | : | **CIVIL ACTION** |
| | : | No. 12-5726 |
| **JOE OTERI, et al.,** | : | |
| Defendants. | : | |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S PETITION TO REOPEN A CIVIL ACTION

Defendant, Christopher Bee, by and through the undersigned counsel, hereby files this Response to Plaintiff's Motion to Reopen a Civil Action and respectfully requests that the Court deny Plaintiff's petition(s) (Docket Nos. 218 and 221) as wholly without merit. In support thereof, Defendant, Christopher Bee, adopts and incorporates by reference, the Memorandum of Law by Defendants City of Philadelphia, James Kisielewski, Lisenette Ortiz and Mark Kovacs.

Date: July 30, 2022

**JAMES J. BINNS, ESQUIRE**
1125 Walnut Street
Philadelphia, PA 19107
P: 215-275-3000
F: 215-922-4001
James@jamesbinns.net
Attorney for the Defendant, Christopher Bee
/s/ James J. Binns

BY: _____

James J. Binns, Esquire

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANN FONZONE,** : | |
| **Plaintiff,** : | |
| v. : | **CIVIL ACTION** |
| : | **No. 12-5726** |
| **JOE OTERI, et al.,** : | |
| **Defendants.** : | |
| : | |
| : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, the Defendant's Motion has been filed on ECF and is available for viewing and downloading by all parties. A copy will also be sent via first class mail to:

Joann Fonzone
631 Primrose Lane
Allentown, PA 18104

Date: July 30, 2022

                                               **JAMES J. BINNS, ESQUIRE**
                                               **1125 Walnut Street**
                                               **Philadelphia, PA 19107**
                                               **P: 215-275-3000**
                                               **F: 215-922-4001**
                                               **James@jamesbinns.net**
                                               Attorney for the Defendant, Christopher Bee

                                               /s/ James J. Binns
BY:                                       _____

                                               James J. Binns, Esquire