IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JOANN FONZONE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOE OTERI, et al., | : | No. 12-5726 |
| Defendants. | : | |
| | : | |

**ORDER**

**AND NOW,** this 3rd day of August, 2022, upon consideration of Plaintiff Joann Fonzone's petitions to reopen a civil action (ECF Nos. 218, 221), the defendants' responses thereto (ECF Nos. 227, 229), and the plaintiff's affidavit and motion for permission to appeal *in forma pauperis* (ECF No. 220), it is hereby **ORDERED as follows:**

1. Plaintiff's motions to reopen the civil action (ECF Nos. 218, 221) are **DENIED.**[1]

2. Plaintiff's motion for permission to appeal *in forma pauperis* (ECF No. 220) is **GRANTED.**

BY THE COURT:

Pamela A. Carlos
Digitally signed by Pamela A. Carlos
Date: 2022.08.03 14:40:22 -04'00'

PAMELA A. CARLOS
U.S. Magistrate Judge

---

[1] Having been unsuccessful in petitioning the court to vacate the dismissal order, *see* ECF No. 217 (footnote order denying plaintiff's motion to vacate the dismissal order because plaintiff failed to demonstrate basis for the requested relief under Federal Rule of Civil Procedure 60(b)), plaintiff again seeks to reopen the present matter. Her motions do not present any new argument or facts justifying such relief. As such, her request is denied for all the reasons set forth in Judge Heffley's thorough and well-reasoned opinion dismissing this matter, *see* ECF No. 212, and order denying plaintiff's previous petition to reopen, *see* ECF No. 217.