IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN FONZONE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOE OTERI, et al., | : | No. 12-5726 |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 27th day of April, 2023, having received two compact discs in an envelope with the Plaintiff's name and this case's docket number, it is hereby **ORDERED** that Plaintiff shall file a **concise** document describing (1) all of the information contained on the these CDs, and (2) the date on which she first received the information. This document shall be filed **no later than May 11, 2023.**

BY THE COURT:

_s/Pamela A. Carlos_
PAMELA A. CARLOS
U.S. Magistrate Judge