# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JO ANN FONZONE AKA JUDY MC GRATH, Plaintiff-Appellant

Civil Action
5-12-cv-5726
Jury Trial Demanded

vs.

JOE OTERI, et al, Defendants- Respondents

Motion For Reconsideration 5/12/23



I request a reasonable accomodation, exception to rules because I am recuperating from surgery and cannot do legal work with just one right hand and arm in a cast. prudishes no from preparing documents. The American Disability Act , 504 relief Act is applicable and a stay of proceeding should be granted to Plaintiff.



This was
filed
May 26+
2023.

LVPG ORTHOPEDICS AND SPORTS MEDICINE - 1621 N CEDAR CREST
1621 N CEDAR CREST BLVD
ALLENTOWN PA 16104-2304
Phone 610-402-8900
Fax 610-821-1129

May 25, 2023

RE: Jo Ann C Fonzone
DOB: 7/19/1958

To Whom it May Concern:

Jo Ann C Fonzone is currently under my care.  She recently underwent orthopedic surgery on 4/21/23. She should not return to work until cleared by a physician.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,


Christopher J Snyder, PA-C

# AFTER VISIT SUMMARY

**Jo Ann C. Fonzone**  MRN: 00194191 DoB: 7/19/1958
📅 5/25/2023  4:00 PM  📍 LVPG Orthopedics and Sports Medicine – 1621 N Cedar Crest 610-402-8900

## What's Next

| | | |
|---|---|---|
| **MAY 31** 2023 | **Post Op Visit with Christopher J Snyder, PA-C** Wednesday May 31 11:40 AM | LVPG Orthopedics and Sports Medicine - 1621 N Cedar Crest 1621 N CEDAR CREST BLVD ALLENTOWN PA 18104-2304 610-402-8900 |
| **MAY 31** 2023 | **Occupational Therapy Evaluation with Occup. Therapist Melissa T, OT** Wednesday May 31 1:00 PM -Arrive 15 minutes early for your appointment. -Bring your insurance card with you. -Bring a list of all of your current medicatiions. | LVH-AL Rehab Services at 1621 N Cedar Crest 1621 N Cedar Crest Blvd Allentown PA 18104-2304 610-861-8080 x31630 |
| **AUG 1** 2023 | **Return Patient Visit with Susan K Newhart, CRNP** Tuesday August 1 9:30 AM -Arrive 15 minutes early for your appointment. -Bring your insurance card with you. -Bring a list of all of your current medications. | LVH-CC 1250 Neurology 1250 S CEDAR CREST STE 405 ALLENTOWN PA 18103-6224 610-402-8420 |
| **DEC 12** 2023 | **Return Patient Visit with Prasant Pandey, MD** Tuesday December 12 2:40 PM -Arrive 15 minutes early for your appointment. -Bring your insurance card with you. -Bring a list of all of your current medications. | LVPG Cardiology - Highland Avenue 2300 HIGHLAND AVENUE Building A BETHLEHEM PA 18020-8920 610-861-8080 |

To assist in the coordination and continued quality of your medical care, we encourage you to use a Lehigh Valley Health Network facility for the provision of the health services recommended below.  Please call 8B8-402-LVHN to schedule your appointment.

**Special Information Regarding Your Results**

## Today's Visit

You saw Christopher J Snyder, PA-C on Thursday May 25, 2023.

| | | | |
|---|---|---|---|
| 🧍 | BMI **17.43** | ⚖️ | Weight **108 lb** |
| 🧍 | Height **5' 6"** | ❤️ | Pulse **76** |
| 👥 | Respiration **14** | 👥 | Oxygen Saturation **98%** |

## MyLVHN

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://www.mylvhn.org/mychart/, click "Sign Up Now", and enter your personal activation code: **2GK2C-B6ZB6**. Activation code expires 7/17/2023.

-4-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REC'D MAY 1 0 2023.

REC'D MAY ⬤⬤ 2023

JO ANN FONZONE AKA JUDY MC GRATH, Plaintiff-Appellant

Civil Action
5-12-cv-5726
Jury Trial Demanded

vs.

JOE OTERI, et al, Defendants- Respondents

Porsuant to the court order of 4/27/23, Plaintiff
Jo Ann Fonzone heaeby states (1) CD dated 10/06/2011
is (H) on Exhibit list Filed with Exhibits previousl4.
Plaintiff received this CD a few months later.(police
prosecutor, defenders had this Brady evidence 10/06/11,)

H. INTERVIEW ON CD OF PLAINTIFF AT POLICE ADVISORY COMMISSION OFFICE
OCTOBER 6, 2011

(2) Plaintiff states the CD dated 10/06/2010 is her
911 call to police or (J) on the exhibit list received
late in 2012. (police, district attorney, defender
assocs, with-held this Brady material).

J. TRANSCRIPT OF PLAINTIFF'S 911 CALL FOR HELP OCTOBER 6, 2010 AFTER BEING
THROWN AGAINST THE WALL THE FIRST TIME BY OFFICER KELEWISCHKY

Plaintiff had surgery 4/21/23 on her right wrist
(dominant hand) unable to prepare, further
documents at this time, hereby is compelled to
request a Brief stay of proceedings.
(attached are some recent medical records,
and Dr. certificate                8 pages)
                              Respect fully,

Should the Court like to review any
other Exhibits on List or Interrogatories filed
or more medical records, please let Plaintiff know)

Jo Ann Fonzone Esquire
Plaintiff (had help from
Mom point this)

- 5 -

Docket 12-5726

From: .com (jo76erjo@aol.com)

To:     carlene-kohut@paed.uscourts.gov

Date:   Friday, April 14, 2023, 1:59 PM EDT

Ms. Kohut, I'm writing t inquire if some documents I fled in my case are still in the court file. I filed about 40 sets of Interrogatories with Motions to compel and I filed a Notebook of Exhibits with a 526 page Index. These are important for the court to consider and as the case has moved from Phila. to Reading to Phila. to Allentown, I know it is possible that things could get displaced.Im going to file a Motion to Reopen soon as the incidents at issue were not considered on the merits and and the injuries caused me serious disabling health conditions, some were just recently discovered, some discovered three years ago and others ongoing and permanent since original date of incidents. I also filed a 911 audio CD when I called for help as I was being physically assaulted. Please let me know if this is still in the file , if not I can provide another copy. Thank you.

Jo Ann Fonzone, Esquire , Plaintiff

*Oral depo/ docket Transcript #96 , medo reports off audio CD, Police Advisory Commission CD Interview*



CPU

United States District Court

Clerk's Office

504 Hamilton St.

Allentown, PA. 18101



6/09/23