# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN FONZONE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOE OTERI, et al., | : | No. 12-5726 |
| Defendants. | : | |

## ORDER

**AND NOW,** this 12th day of June, 2023, upon consideration of Plaintiff Joann Fonzone's Motion for Reconsideration (ECF No. 239), it is hereby **ORDERED** that the motion is **DENIED.**

BY THE COURT:

_s/Pamela A. Carlos_
PAMELA A. CARLOS
U.S. Magistrate Judge