NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT FROM THE JUDGMENT OF FEDERAL DISTRICT COURT

United States District Court for the Eastern District of Pennsylvania

Docket Number 5;12 -CV-5726

REC'D JUL - 7 2023

Jo Ann Fonzone aka Judy Mc Grath
   Plaintiff

                                        Notice of Appeal

                                        Jury Trial Demanded

   v.

Oteri, et al ,
   Defendants

Jo Ann Fonzone, Esquire aka Judy Mc Grath appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered June 12, 2023. *(post remedy motion)*

JoAnn Fonzone, Esquire #203914 (since 2000)
631 Primrose Lane
Allentown, Pa 18104

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REC'D MAY 10 2023

JO ANN FONZONE AKA JUDY MC GRATH, Plaintiff-Appellant

Civil Action
5-12-cv-5726
Jury Trial Demanded

vs.

JOE OTERI, et al, Defendants- Respondents

Plaintiff Concise Statement

Pursuant to the court order of 4/27/23, Plaintiff Jo Ann Fonzone hereby states (1) CD dated 10/06/2011 is (H) on Exhibit list Filed with Exhibits previously. Plaintiff received this CD a few months later. (police prosecutor, defenders had this Brady evidence 10/06/11 and wrongly withheld it)

H. INTERVIEW ON CD OF PLAINTIFF AT POLICE ADVISORY COMMISSION OFFICE OCTOBER 6, 2011

(2) Plaintiff states the CD dated 10/06/2010 is her 911 call to police or (J) on the exhibit list received late in 2012. (Phillies or) (police, district attorney, defender assocs, with-held this Brady material).

J. TRANSCRIPT OF PLAINTIFF'S 911 CALL FOR HELP OCTOBER 6, 2010 AFTER BEING THROWN AGAINST THE WALL THE FIRST TIME BY OFFICER KELEWISCHKY

Plaintiff had surgery 4/21/23 on her right wrist (torn ligaments) (dominant hand) unable to prepare further documents at this time, hereby is compelled to request a brief stay of proceedings. (attached are some recent medical records and old certificate 8 pages)

Respectfully,

Should the Court like to review any other Exhibits on List or Interrogatories filed or more medical records, please let Plaintiff know.

Jo Ann Fonzone, Esquire
Plaintiff (had help from Mom doing this)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN FONZONE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOE OTERI, et al., | : | No. 12-5726 |
| Defendants. | : | |

### ORDER

**AND NOW,** this 12th day of June, 2023, upon consideration of Plaintiff Joann Fonzone's Motion for Reconsideration (ECF No. 239), it is hereby **ORDERED** that the motion is **DENIED.**

BY THE COURT:

_s/Pamela A. Carlos_
PAMELA A. CARLOS
U.S. Magistrate Judge